# Exhibit O

## BILL OF SALE
### Offering #BOA-02-052025

This Bill of Sale is by and between Bank of America, N. A. ("Seller") and McCormick 103, LLC ("Buyer"). For value received, Seller does hereby sell, assign and convey to Buyer, all right, title and interest of Seller in and to those certain loans, judgments or evidences of debt described in the Asset Schedule attached hereto and made a part hereof.

This Bill of Sale is executed "AS IS", "WHERE IS", "WITH ALL FAULTS", without recourse, and without representation of or warranty of title, collectability, or otherwise, express or implied, oral or written.

EXECUTED on the date below-indicated to be effective May 21, 2025.

**BANK OF AMERICA, N. A.**

By: _____
Tamara J. Laughinghouse
Director

ACCEPTED and AGREED:

**MCCORMICK 103, LLC**

By: _____
Name: Sean Schroeder
Title: Managing Director

*[Notary Acknowledgments on Following Page]*

313378812v.1

STATE OF NORTH CAROLINA )
)
COUNTY OF MECKLENBURG )

I CERTIFY that on June 2, 2025, Tamara J. Laughinghouse personally came before me and this person acknowledged to my satisfaction, that: (a) this person signed, sealed and delivered the attached document as Director of Bank of America, N.A. named in this document; and (b) this document was signed and made by Bank of America, N.A. as its voluntary act and deed by virtue of authority from its Board of Directors.

_____
NOTARY PUBLIC

[Seal: PEGGY AUDREY, NOTARY PUBLIC, MECKLENBURG COUNTY, NC, MY COMMISSION EXPIRES JULY 30, 2027]

STATE OF Maryland )
)
COUNTY OF Baltimore )

I CERTIFY that on June 6, 2025, Sean Schroeder personally came before me and this person acknowledged to my satisfaction, that: (a) this person signed, sealed and delivered the attached document as Managing Director of McCormick 103, LLC named in this document; and (b) this document was signed and made by McCormick 103, LLC as its voluntary act and deed.

_____
NOTARY PUBLIC

BRANDELYN MARIE HAYNES
Notary Public
Baltimore County, Maryland
My Commission Expires 10/26/2026

313378812v.1

# Asset Schedule
# Offering #BOA-02-052025

Subject to that Loan Sale Agreement dated as of May 21, 2025, between Seller and Buyer, Seller's right, title and interest in the following:

Pool 1 – Greg Beeche, Logistics, LLC

1. Loan Agreement dated April 20, 2017 by and between Greg Beeche, Logistics, LLC ("Borrower Logistics") and Bank of America, N.A. ("Seller"), evidencing a $4,000,000.00 line of credit and $1,350,000.00 term loan;

2. Security Agreement (Multiple Use) dated April 13, 2017 by and between Seller, Borrower Logistics and Greg Logistics, LLC ("Guarantor LLC");

3. Continuing and Unconditional Guaranty dated April 20, 2017 of Gregory L. Beeche ("Guarantor Gregory", and, together with Guarantor LLC, the "Logistics Guarantors") in favor of Seller regarding indebtedness of Borrower Logistics;

4. Continuing and Unconditional Guaranty dated April 20, 2017 of Guarantor LLC in favor of Seller regarding indebtedness of Borrower Logistics;

5. UCC-1 Financing Statement 201704208164063 filed April 20, 2017 with the New York Department of State naming Borrower Logistics as debtor, and Seller as secured party (the "Logistics UCC");

6. UCC-3 UCC Financing Statement Amendment 202110256709994 filed with the New York Department of State October 25, 2021 regarding the Logistics UCC;

7. UCC-1 Financing Statement 201704208164087 filed April 20, 2017 with the New York Department of State naming Guarantor LLC as debtor, and Seller as secured party (the "LLC UCC");

8. UCC-3 UCC Financing Statement Amendment 202110256710101 filed with the New York Department of State October 25, 2021 regarding the LLC UCC;

9. Amendment to Loan Agreement dated November 8, 2017 by and between Seller and Borrower Logistics;

10. Second Amendment to Loan Agreement dated September 25, 2019 by and between Seller and Borrower Logistics;

11. Third Amendment to Loan Agreement dated March 11, 2020 by and between Seller and Borrower Logistics, with Consent and Reaffirmation of Guarantors and Pledgors executed by the Logistics Guarantors;

12. Payment Deferral Letter dated May 1, 2020 from Seller to Borrower Logistics regarding term loan;

13. Payment Deferral Letter dated May 1, 2020 from Seller to Borrower Logistics regarding line of credit;

313378812v.1

14. Amendment No. 4 to Loan Agreement dated July 6, 2021 by and between Seller and Borrower Logistics, with Consent and Reaffirmation of Guarantors and Pledgors executed by the Logistics Guarantors and Guarantor Gregory as mortgagor;

15. Mortgage, Assignment of Rents, Security Agreement and Fixture Filing dated July 6, 2021 granted by Guarantor Gregory, as mortgagor, to Seller, as mortgagee, filed of record on September 6, 2024 in the Official Records of Saratoga County, New York as Instrument # 2024022252;

16. Amendment No. 5 to Loan Agreement dated May 31, 2023 by and between Seller and Borrower Logistics, with Consent and Reaffirmation of Guarantors and Pledgors executed by the Logistics Guarantors and Guarantor Gregory as mortgagor;

17. Transition of Interest Rate Letter dated October 7, 2024 from Seller to Borrower Logistics;

18. Implementation of Default Interest Rate Letter dated May 15, 2025 from Chapman and Cutler LLP, as counsel to Seller, to Borrower Logistics;

19. Construction Loan Agreement dated April 20, 2017 by and between Seller and Guarantor Gregory, in the original principal amount of $1,150,000.00, as filed of record May 15, 2017 in the Official Records of Saratoga County, New York as Item # 2017014779;

20. Continuing and Unconditional Guaranty dated April 20, 2017 of Guarantor LLC in favor Seller regarding indebtedness of Guarantor Gregory;

21. Continuing and Unconditional Guaranty dated April 20, 2017 of Borrower Logistics in favor Seller regarding indebtedness of Guarantor Gregory;

22. Construction Loan Mortgage, Assignment of Rents, Security Agreement and Fixture Filing dated April 20, 2017 granted by Guarantor Gregory, as mortgagor, to Seller, as mortgagee filed of record on May 15, 2017 in the Official Records of Saratoga County, New York as Instrument #2017014777 (the "Beeche Mortgage");

23. Chicago Title Insurance Company Loan Policy of Title Insurance No. 7230732-211125969 issued April 20, 2017 to Seller, its successors and or assigns, as insured, insuring the Beeche Mortgage;

24. Assignment of Leases and Rents dated April 20, 2017 granted by Guarantor Gregory, as assignor, to Seller as assignee, filed of record on May 15, 2017 in the Official Records of Saratoga County, New York as Instrument #2017014778;

25. Amendment to Construction Loan Agreement dated November 8, 2017 by and between Seller and Guarantor Gregory, with Consent and Reaffirmation of Guarantors and Pledgors executed by Borrower Logistics and Guarantor LLC (together, the "Beeche Guarantors");

26. Second Amendment to Construction Loan Agreement effective as of April 1, 2018 by and between Seller and Guarantor Gregory, with Consent and Reaffirmation of Guarantors and Pledgors executed by the Beeche Guarantors;

27. Third Amendment to Construction Loan Agreement effective as of October 11, 2018 by and between Seller and Guarantor Gregory, with Consent and Reaffirmation of Guarantors and Pledgors executed by the Beeche Guarantors;

28. Fourth Amendment to Construction Loan Agreement effective as of September 25, 2019 by and between Seller and Guarantor Gregory;

29. Payment Deferral Letter dated May 2, 2020 from Seller to Guarantor Gregory;

30. Amendment No. 5 to Loan Agreement dated May 31, 2023 by and between Seller and Guarantor Gregory, with Consent and Reaffirmation of Guarantors and Pledgors executed by the Beeche Guarantors;

31. Loan Agreement dated as of April 20, 2017 by and between Guarantor Gregory and Seller in the original principal amount of $3,600,000.00;

32. Environmental Indemnity Agreement dated April 20, 2017 granted by Guarantor Gregory, as borrower and the Beeche Guarantors, as guarantors, in favor of Seller;

33. Amendment to Loan Agreement dated as of November 8, 2017 by and between Guarantor Gregory and Seller, with Consent and Reaffirmation of Guarantors and Pledgors, executed by the Beeche Guarantors;

34. Assignment of Leases and Rents dated April 20, 2017 from Guarantor Gregory, as assignor, to Seller, as assignee, filed of record on May 15, 2017 in the Official Records of Saratoga County, New York as Instrument #2017014775;

35. Mortgage dated November 4, 2008 granted by Guarantor Gregory, as mortgagor, to HSBC Bank USA National Association ("HSBC"), as mortgagee, filed of record on November 6, 2008 in the Official Records of Saratoga County, New York as Instrument #2008037652;

36. Assignment of Mortgage Without Covenant dated March 18, 2013 of HSBC, as assignor, to First Niagara Bank, National Association ("FNB"), as assignee, filed of record on June 5, 2013 in the Official Records of Saratoga County, New York, as Instrument #2013024019;

37. Assignment of Mortgage dated April 19, 2017 from Keybank National Association, as successor by merger to FNB ("KeyBank"), as assignor, to Seller, as assignee filed of record on May 15, 2017 in the Official Records of Saratoga County, New York, as Instrument #2017014771;

38. Note Endorsement Allonge dated April 19, 2017 from KeyBank to Seller in the original principal amount of $696,991.77;

39. Mortgage and Security Agreement (with Assignment of Leases and Rents) dated November 4, 2008 granted by Guarantor Gregory, as mortgagor, to Empire State Certified Development Corporation ("Empire"), as mortgagee, filed of record on November 10, 2008 in the Official Records of Saratoga County, New York, as Instrument #2008038022;

40. Assignment of Mortgage dated November 4, 2008 from Empire, as assignor, to U.S. Small Business Administration ("SBA"), as assignee, filed of record on November 10, 2008 in the Official Records of Saratoga County, New York, as Instrument #2008038023;

41. Assignment of Mortgage dated April 19, 2017 from SBA, as assignor, to Bank of America, as assignee, filed of record on May 15, 2017 in the Official Records of Saratoga County, New York, as Instrument #2017014772;

42. Mortgage and Security Agreement dated December 12, 2014 granted by Guarantor Gregory, as mortgagor, to FNB, as mortgagee, filed of record on February 6, 2015 in the Official Records of Saratoga County, New York, as Instrument #2015003570;

43. Mortgage Reduction Certificate dated February 12, 2016 of FNB, filed of record on March 1, 2016 in the Official Records of Saratoga County, New York, as Instrument #2016006284;

44. Note Endorsement Allonge dated April 19, 2017 from KeyBank to Seller in the original principal amount of $1,384,242.00;

45. Assignment of Mortgage dated April 19, 2017 from Keybank, as assignor, to Seller, as assignee, filed of record on May 15, 2017 in the Official Records of Saratoga County, New York, as Instrument #2017014770;

46. Mortgage and Security Agreement (with Assignment of Leases and Rents) dated December 12, 2014 granted by Guarantor Gregory, as mortgagor, to NYBDC Local Development Corporation ("NYBDC"), as mortgagee, filed of record on February 6, 2015 in the Official Records of Saratoga County, New York, as Instrument #2015003572;

47. Assignment of Mortgage dated February 12, 2016 from NYBDC, as assignor, to Empire, as assignee, filed of record on March 1, 2016 in the Official Records of Saratoga County, New York, as Instrument #2016006281;

48. Mortgage Reduction Certificate dated February 12, 2016 of NYBDC, filed of record on March 1, 2016 in the Official Records of Saratoga County, New York, as Instrument #2016006285;

49. Assignment of Mortgage dated April 19, 2017 from SBA, as assignor, to Bank of America, as assignee, filed of record on May 15, 2017 in the Official Records of Saratoga County, New York, as Instrument #2017014773;

50. Gap Mortgage, Assignment of Rents, Security Agreement and Fixture Filing dated April 20, 2017 granted by Guarantor Gregory, as mortgagor, to Seller, as mortgagee, filed of record on May 15, 2017 in the in the Official Records of Saratoga County, New York, as Instrument #2017014774;

51. Mortgage Consolidation, Modification and Extension Agreement, Assignment of Rents, Security Agreement and Fixture Filing dated April 20, 2017 granted by Guarantor Gregory, as mortgagor, to Seller, as mortgagee, filed of record on May 15, 2017 in the Official Records of Saratoga County, New York, as Instrument #2017014776 (the "Consolidated Mortgages");

52. Chicago Title Insurance Company ALTA Loan Policy of Title Insurance No. 7230732-211126091 issued April 20, 2017 to Seller, its successors and or assigns, as insured, insuring the Consolidated Mortgages;

53. Payment Deferral Letter dated May 2, 2020 from Seller to Guarantor Gregory;

54. UCC-1 Financing Statement filed September 16, 2024 with Official Records of Saratoga County, New York, as Instrument #2024022936, naming Guarantor Greg as debtor, and Seller as secured party;

55. Demand Letter dated May 17, 2024 from Chapman and Cutler LLP, as counsel to Seller, to Borrower Logistics; and

313378812v.1

56. Default and Reservation of Rights letter dated May 5, 2025 from Chapman and Cutler LLP, as counsel to Seller, to Borrower Logistics.