Christopher P. Schueller, Esquire
New York Bar No. 2582914
**BUCHANAN INGERSOLL & ROONEY PC**
640 5th Avenue, 9th Floor
New York, NY  10019
Telephone:  (212) 440-4400
Fax:  (212) 440-4401
E-mail: christopher.schueller@bipc.com
*Attorneys for Plaintiff, McCormick 103, LLC*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MCCORMICK 103, LLC,<br><br>                         *Plaintiff*,<br><br>                v.<br><br>GREG BEECHE, LOGISTICS, LLC; GREG LOGISTICS, LLC; GREGORY L. BEECHE; and NEW YORK STATE DEPARTMENT OF TAXATION,<br><br>and<br><br>"JOHN DOE", "JANE DOE", "DOE ASSOCIATES", and "DOE CORP.", the names being fictitious and being intended to refer to any and all adult natural persons and to all partnerships, corporations and other legal entities having, or which may claim to have, any lien against or interest in the Real Property described in the complaint in this action, other than persons or entities already defendants herein,<br><br>                         *Defendants*. | Civil Action No. 1:25-cv-00944-AMN-TWD |

**<u>PLAINTIFF'S EMERGENCY MOTION FOR THE APPOINTMENT OF A RECEIVER</u>**

Plaintiff McCormick 103, LLC (*"**Plaintiff**"*), by and through its attorneys, Buchanan Ingersoll & Rooney PC, respectfully moves for the immediate appointment of a receiver over Greg Beeche, Logistics, LLC ("**GBL**") and Greg Logistics, LLC ("**Logistics**") and the real estate of Greg Beeche ("**Beeche**" and collectively with GBL and Logistics, the *"**Defendants**"*), and respectfully states as follows:

1. Plaintiff is the senior secured creditor to the Defendants on commercial loans with loan balances exceeding $12 million.

2. The Defendants have experienced dramatic operating losses the past few years. On average annual revenues of $10 million, the Defendants have lost a total of approximately $10 million over the past two years. Now the Defendants claim they do not have sufficient cash flows to continue operations past August of 2025.

3. A receiver is desperately needed to stabilize operations and secure the Plaintiff's collateral. The collateral consists primarily of scaffolding and other construction equipment which can easily be concealed, transferred or stolen.

4. A receiver will attempt to sell the business as a going concern on an emergency basis. Such a sale will preserve jobs. If such a going concern sale is not possible, the receiver will conduct an orderly liquidation sale.

5. An accompanying memorandum of law in support of this Motion is being filed contemporaneously herewith.

**WHEREFORE**, Plaintiff, respectfully prays for an order appointing a receiver over GBL, and Logistics, and the real estate owned by Beeche, and award other and further appropriate relief.

Dated:  July 18, 2025        **BUCHANAN INGERSOLL & ROONEY PC**

By: <u>/s/ Christopher P. Schueller</u>
Christopher P. Schueller
N.Y. Bar No. 2582914
640 5th Avenue, 9th Floor
New York, NY  10019
Telephone:  (212) 440-4400
Fax:  (212) 440-4401
E-mail: christopher.schueller@bipc.com

*Attorneys for Plaintiff*