UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MCCORMICK 103, LLC,

        Plaintiff,                    **DECLARATION OF**
                                       **TODD A. RITSCHDORFF**

      v.

GREG BEECHE, LOGISTICS, LLC &
GREG LOGISTICS, LLC,                1:25-cv-00944-AMN-TWD

        Defendants.
_____

        I, Todd A. Ritschdorff, Esq., declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

        1.     I am a partner with the law firm of Phillips Lytle LLP, attorneys for Dotan Y. Melech, President of United AMS, LLC, court-appointed receiver of Greg Beeche, Logistics, LLC and Greg Logistics, LLC ("Receiver") pursuant to this Court's Memorandum-Decision & Order dated August 8, 2025, as amended ("Order"). Docket Nos. 28 & 29.

        2.     As required by the Order, attached as **Ex. A** is a true copy of the Receiver's Inventory and Liabilities Report dated September 2, 2025.

Dated: Albany, New York                    By: _/s/ Todd A. Ritschdorff_____
      September 2, 2025                             Todd A. Ritschdorff