# EXHIBIT A

Dotan Y. Melech
United AMS, LLC
8350 W. Sahara Ave., Ste. 150
Las Vegas, NV 89117
Ph: (702) 586-7413  Fax: (877) 300-1763
info@unitedams.com
*Court Appointed Receiver*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

MCCORMICK 103, LLC,

               Plaintiff,

      v.

GREG BEECHE, LOGISTICS, LLC &
GREG LOGISTICS, LLC,

          Defendants.

_____

**INVENTORY AND LIABILITIES
REPORT DATED SEPTEMBER 2, 2025**

1:25-cv-00944-AMN-TWD

## I.    INTRODUCTION

This Inventory and Liabilities Report dated September 2, 2025 ("Report") is prepared and submitted by Dotan Y. Melech, President of United AMS, LLC, the court-appointed Receiver ("Receiver") pursuant to the Court's Memorandum-Decision and Order dated August 8, 2025, as amended ("Order"). Docket Nos. 28 & 29. The purpose of this Report is to provide the Court with an initial accounting of the assets and liabilities of Greg Beeche, Logistics, LLC and Greg Logistics, LLC (collectively, the "Receivership Entities").

This Report reflects the Receiver's preliminary findings as of the date hereof. The information contained in this Report is based on the Order, documents made available to the Receiver, site inspections, and discussions with individuals familiar with the Receivership Entities' operations. This Report is interim in nature and subject to supplementation as additional information becomes available to the Receiver.

## II.    <u>BACKGROUND</u>

Pursuant to the Order, the Receiver was appointed with broad authority to take possession, custody, and control of all assets of the Receivership Entities including, but not limited to, cash, receivables, equipment, inventory, contracts, intellectual property, and related records ("Receivership Assets").  The Receiver is further empowered to manage and operate the Receivership Entities' business(es), employ and terminate personnel, collect income, administer accounts, engage professionals, enter into agreements as necessary, and, subject to Court approval, liquidate Receivership Assets, all for the purpose of securing, preserving, and maximizing the value of the Receivership Entities' estate ("Receivership Estate").

The Order further directs the Receiver, within twenty-one (21) days of entry, to file an inventory of all property taken into possession or control together with a list of then-known liabilities of the Receivership Estate.  This Report is respectfully submitted in compliance with that directive.

## III.    <u>OVERVIEW OF RECEIVERSHIP ENTITIES AND OPERATIONS</u>

The Receivership Entities are engaged in the business of designing, fabricating, and providing specialized scaffolding and access solutions for high-rise and complex construction projects.  Their operations center on the production and deployment of custom-engineered scaffolding systems that are project-specific and not generally interchangeable with standard equipment.

Over the past twenty-five years, the Receivership Entities have established a reputation for delivering unique and technically advanced solutions within their industry niche.  The Receiver has been advised that clients continue to regard the Receivership Entities as a preferred provider, notwithstanding their current financial distress, because the scaffolding systems they manufacture are not offered by other providers.

The Receivership Entities' principal place of business is located at 356 Hudson River Road, Waterford, NY 12188 ("Facility"). The Facility includes warehouse and fabrication areas, office space, and secured yard storage. The Facility is owned personally by Gregory L. Beeche ("Beeche"), who is presently a debtor under Chapter 13 of Title 11 of the United States Code, and thus, is not a party to this action. The Facility is occupied without a written lease, and the Receivership Entities' continued use of the Facility is therefore without the benefit of a formal leasehold interest.

Operationally, the Receivership Entities are presently functioning with limited personnel on site.

## IV.    RECEIVER'S INITIAL ACTIONS

Since his appointment, the Receiver and his representatives have undertaken steps to secure and stabilize the Receivership Assets. The Receiver conducted site visits of the Facility, inspected ongoing operations, and requested comprehensive financial and operational information, including access to the Receivership Entities' internal enterprise and accounting systems. Measures were implemented to safeguard the Receivership Assets, including gaining access to the Facility's existing camera system for monitoring during business hours and the retention of overnight security personnel. The Receiver also initiated the transfer of bank accounts into his control, provided notice of the receivership to customers and counterparties, and made initial efforts to confirm the existence of active insurance coverage.

## V.    INVENTORY OF RECEIVERSHIP ASSETS

The Receiver and his representatives have conducted preliminary inspections of the Facility and reviewed certain documents produced by or on behalf of the Receivership Entities. Remote access to the Receivership Entities' internal enterprise and accounting systems was provided on August 29, 2025. Due to the timing of this access and the Court's filing deadline,

the Receiver has not had an opportunity to review those records.  Accordingly, the information set forth below is limited to materials furnished prior to that date and to Receivership Assets physically observed during site visits.  The Receiver will supplement this Report in subsequent filings once a review of the systems has been completed.

The Receiver obtained from Beeche an inventory list dated April 30, 2025 reflecting a stated value of $19,791,289.01, a true copy of which is attached as **Exhibit 1**.  While the Receiver has not independently verified these values by appraisal or count, preliminary walkthroughs confirm that substantial quantities of inventory exist on site and appear consistent with the list provided.  The inventory primarily consists of specialized and custom-fabricated scaffolding equipment designed for project-specific use, including aluminum ADT inventory, railings, and stages; BGLift mini-cranes; Tirak hoists and related hoist products; as well as control systems and power distribution equipment.

Additional Receivership Assets identified include vehicles utilized in operations; however, the Receiver has not yet been able to determine whether such vehicles are owned, leased, and/or subject to liens of creditors.  Office and operational equipment, including furniture, computer systems, servers, phone systems, alarm and camera systems, and related infrastructure were also observed at the Facility.  Photographs of these Receivership Assets are included in **Exhibit 2**.

The Receivership Estate also maintains two bank accounts at TD Bank, N.A. (one in the name of Greg Beeche, Logistics, LLC and one in the name of Greg Logistics, LLC), which have been placed under the Receiver's control.  On September 2, 2025, the Receiver received the most recent statements for these accounts.  The statement for the account in the name of Greg Beeche, Logistics, LLC is attached as **Exhibit 3**.  There are a number of transfers from this account that concern the Receiver, specifically (1) $60,000.00 in unidentified debits

($21,000.00 of which occurred after the Order was entered); (2) a $50,000.00 wire transfer to Beeche individually after the Order was entered; and (3) a $3,000.00 wire transfer to Boyle Legal after the Order was entered.  The Receiver continues to investigate these transactions to determine how and why they occurred.

## VI.    NON-RECEIVERSHIP ASSETS IN WHICH THE RECEIVERSHIP ESTATE HAS A PROTECTABLE LEGAL INTEREST

In addition to the Receivership Assets identified above, the Receiver notes that certain property integral to the Receivership Entities' operations is not directly owned by the Receivership Estate.  However, the Receivership Estate holds a protectable legal interest in this property.

First, the Facility from which the Receivership Entities conduct business is owned personally by Beeche, and the Receivership Entities occupy the premises without a written lease or leasehold interest.  The absence of a lease creates some uncertainty as to the terms under which the Receivership Estate is permitted to occupy the Facility.  The Receiver continues to investigate the course of dealing between the Receivership Estate and Beeche.  According to Plaintiff's counsel, in Beeche's recent 341 meeting in his bankruptcy case, Beeche testified that the Receivership Estate paid the mortgage on the Facility.  The Receiver is evaluating options on how to deal with this arrangement going forward.  That said, the Receivership Entities clearly hold some form of a leasehold interest in the Facility under law, a course of dealing and/or by virtue of the equitable principles of estoppel or waiver.

Second, the Receiver understands that certain patents used in connection with the Receivership Entities' scaffolding systems are owned personally by Beeche and are therefore not directly owned by the Receivership Estate.  The patents appear to be of significant value to the design and application of the scaffolding systems used by the Receivership Entities.  As was

the case with the Facility, there appears to be no writing which sets forth the terms between Beeche and the Receivership Estate with respect to the use of the patents.  The absence of a writing creates some uncertainty as to the terms under which the Receivership Estate is permitted to use the patents.  The Receiver continues to investigate the course of dealing between the Receivership Estate and Beeche.  Nevertheless, the Receivership Estate clearly holds some type of licensing or other legal right to use the patents under law, a course of dealing and/or by virtue of the equitable principles of estoppel or waiver.

## VII.   LIABILITIES

As noted above, remote access to the Receivership Entities' enterprise and accounting systems was only provided on August 29, 2025, and has not yet been reviewed.  The liabilities set forth below are therefore based solely on documents furnished prior to that date and other materials presently available.

**A.    Insurance:** Promptly following entry of the Order, the Receiver requested copies of all active insurance policies and related certificates.  A representative of the Receivership Entities produced a certificate of liability insurance identifying six policies, including general liability, automobile, umbrella, excess, and excess automobile coverage.  When contacted, the broker listed on the certificate advised that it had resigned and no longer represented the Receivership Entities, and referred the Receiver to the insurer.  The insurer in turn directed the Receiver to AmWINS, who initially referred inquiries to its legal department but subsequently confirmed that all policies other than the automobile policy had been terminated for nonpayment of premiums.  Upon information and belief, the automobile policy remains in effect until September 25, 2025, though a copy of the policy has not yet been provided.

Beeche has advised that certain project owners or clients had added the Receivership Entities as additional insureds under project-specific policies and further indicated he was

working with those parties to continue coverage in this manner. Correspondence and materials relating to insurance are attached hereto as **Exhibit 4**.

**B.    Payroll and Union Obligations:** The Order reflects that payroll obligations are approximately four months in arrears, with unpaid wages and union-related liabilities exceeding $1.1 million. The Receiver has also been contacted by attorneys representing employees in connection with unpaid labor claims. In addition, although the workforce has not been paid for several months, certain employees continue to report to the Facility on a sporadic basis, with limited shop personnel generally present each day. The Receivership Entities' project manager has further advised of his intent to depart in September 2025, which will reduce management capacity at the Facility.

**C.    Judgments:** Documents referenced in the Order reflect that two judgments by confession were entered in July 2024 in the New York State Supreme Court, Saratoga County, against the Receivership Entities and Beeche, in the amounts of $1,235,225 and $1,602,255, respectively. Although a motion to vacate one of these judgments was filed, it was withdrawn on June 4, 2025. These judgments remain outstanding obligations of the Receivership Entities and Beeche.

**D.    Tax Obligations:** The Receiver understands that outstanding tax liabilities exist; however, the total amount has not yet been determined, as the relevant records have not been reviewed. The Receiver will supplement this Report once those records are examined and additional information becomes available.

## VIII. <u>RECEIVER'S PRELIMINARY ASSESSMENT AND RECOMMENDATION</u>

The Receiver's preliminary review indicates that the Receivership Entities are not in a position to sustain ongoing operations. Insurance coverage has lapsed, the workforce has diminished with employees unpaid for several months, and there is no cash flow to support payroll, insurance, or other operating expenses.

Of particular concern is the absence of active insurance coverage while projects are ongoing. This presents a substantial liability exposure to the Receivership Estate. An immediate resolution will be required—either by bringing existing policies current or by securing alternative coverage. If coverage cannot be restored promptly, the Receiver may have no choice but to suspend operations, including active contracts, to avoid compounding the Receivership Estate's exposure.

Given these conditions, the Receiver concludes that continued operations are not sustainable absent additional funding. Accordingly, the Receiver's preliminary recommendation is to pursue an expedited and orderly liquidation of the Receivership Entities as a going concern, provided that sufficient cash inflows from existing contracts and/or Receiver's certificates can be secured to cover immediate critical liabilities such as insurance and payroll. If a going-concern transaction proves infeasible, liquidation through the disposition of individual assets will be required. Delay in resolving these issues risks forcing a halt to existing contracts and further eroding the value of the Receivership Estate.

## IX. <u>CONCLUSION</u>

The Receiver respectfully submits this Report pursuant to the Order, with the understanding that supplemental reporting will follow as additional records are reviewed.

Dated this 2nd day of September, 2025.

**DOTAN Y. MELECH**
/s/ *Dotan Y. Melech*
United AMS, LLC
8350 W. Sahara Ave., Ste. 150
Las Vegas, NV 89117

## EXHIBIT LIST

Exhibit 1:        GBL Comprehensive Equipment Asset Values 4-30-2025 ....................................................

Exhibit 2:        Facility Photographs ....................................................................................................................

Exhibit 3:        Greg Beeche, Logistics, LLC Bank Statement .......................................................................

Exhibit 4:        Insurance Information...................................................................................................................

# EXHIBIT 1



**GREG BEECHE LOGISTICS, LLC**
**EQUIPMENT ASSETS VALUE SUMMARY**

| | |
|---|---|
| **Aluminum ADT Inventory** | **$1,919,070.33** |
| **Aluminum Railings** | **$238,679.67** |
| **Aluminum Stages** | **$297,346.30** |
| **BGLift Mini-Cranes** | **$1,380,000.00** |
| **Tirak Hoists** | **$9,941,368.28** |
| **Hoist Products** | **$4,984,862.77** |
| **Control Systems** | **$853,529.34** |
| **Power Distribution** | **$176,432.32** |
| **GRAND TOTAL** | **$19,791,289.01** |

## ADT Stock (in-house) on Racks

| Length (ft.) | Typical - 7x6.6 | Light - 6x5.0 | Mini - 4x3.1 | Heavy - 6x8.5 |
|---|---|---|---|---|
| 1'-0" | 277.0 | | | |
| 1'-2" | 18.7 | | | |
| 1'-6" | 60.0 | | | |
| 1'-7" | 3.2 | | | |
| 1'-8" | 151.7 | | | |
| 2'-0" | 1948.0 | | | |
| 2'-2 3/8" | 151.7 | | | |
| 2'-2 1/2" | 8.8 | | | |
| 2'-2 3/4" | 191.7 | | | |
| 2'-6" | 605.0 | 267.5 | | |
| 2'-10" | 11.3 | | | |
| 3'-0" | 1650.0 | 57.0 | | |
| 3'-6" | 619.5 | 21.0 | | |
| 4'-0 | 2696.0 | | | |
| 4'-6" | 423.0 | | | |
| 5'-0" | 1180.0 | | | |
| 5'-2" | 144.7 | | | |
| 5'-6" | 522.5 | | | |
| 6'-0" | 4206.0 | 12.0 | 3450.0 | 1380 |
| 6'-6" | 364.0 | | | |
| 7'-0" | 2772.0 | 147.0 | | |
| 7'-6" | 607.5 | | | |
| 8'-0" | 1824.0 | 168.0 | | 912 |
| 8'-6" | 841.5 | | | |
| 9'-0" | 1890.0 | | 18.0 | |
| 9'-6" | 1330.0 | | | |
| 10'-0" | 520.0 | | 130.0 | |
| 10'-6" | 1155.0 | | | |
| 11'-0" | 2321.0 | | | |
| 11'-6" | 207.0 | | | |
| 12'-0" | 5568.0 | 252.0 | 228.0 | |
| 12'-6" | 425.0 | | 50.0 | |
| 13'-0" | 91.0 | | 65.0 | |
| 13'-6" | 108.0 | | | |
| 14'-0" | 588.0 | | | 2324 |
| 14'-6" | 58.0 | | | |
| 15'-0" | 90.0 | | | 750 |
| 15'-6" | 0.0 | | | |
| 16'-0" | 560.0 | | | 384 |
| 16'-6" | | | | |
| 17'-0" | | | | |
| 17'-6" | | | | |
| 18'-0" | 18.0 | | | |
| 24'-0" | 1632.0 | 1896.0 | 2496.0 | |
| 26'-0" | | | 546.0 | 8528 |

| | Typical - 7x6.6 | Light - 6x5.0 | Mini - 4x3.1 | Heavy - 6x8.5 |
|---|---|---|---|---|
| **Total LF** | **37,838.70** | **2,820.50** | **6,983.00** | **14,278.00** |
| Lbs./Ft. | 6.7 | 5.0 | 3.1 | 8.5 |
| Total Lbs. | 253519.3 | 14102.5 | 21647.3 | 121363.0 |
| Price/Lb. | $3.15 | $3.15 | $3.15 | $3.15 |
| **Total Cost** | **$798,585.72** | **$44,422.88** | **$68,189.00** | **$382,293.45** |

| **SUB-TOTAL COST** | **$1,919,070.33** |
|---|---|

## ADT on Project Sites

| Project Number | Typical - 7x6.6 | Light - 6x5.0 | Mini - 4x3.1 | Heavy - 6x8.5 |
|---|---|---|---|---|
| 660.06 | 5352 | 1112 | | 264 |
| 708.01 | 280 | | | 316 |
| 708.05 | 26 | | | |
| 784.03 | 512 | | | |
| 849.01 | 1338 | 12 | | |
| 895.01 | 26 | | | |
| 931.01 | 1942 | | | |
| 952.01 | 56 | | | |
| 985.01 | 241 | | | |
| 989.01 | 1332 | 16 | | |
| 990.01 | 65 | | | |
| 994.01 | 2237 | 16 | | |
| 1011.01 | 259 | | | |
| 1022.01 | 12 | | | |
| 1025.01 | 528 | | | |
| 1033.03 | 56 | | | |
| 1048.01 | | | | |
| 1056.01 | 254 | | | |
| 1058.01 | 87 | | | |
| 1060.01 | 52 | | | |
| 980.01 | 2478 | | | |
| 838.02 | 869 | | | |
| 1111.01 | 16 | | | |
| 1002.02 | 775 | | | |
| 800.02 | 751 | | | |
| 815.01 | 2516 | | | |
| 844.11 | 732 | | | |
| 996.01 | 2380 | | 258 | |
| 1067.01 | 734 | | | |
| 768.03 | 220 | | | |
| 916.01 | 22 | | | |
| 1021.01 | 456 | | | 1040 |

| | Typical - 7x6.6 | Light - 6x5.0 | Mini - 4x3.1 | Heavy - 6x8.5 |
|---|---|---|---|---|
| **Total LF** | **26,604.00** | **1,156.00** | **258.00** | **1,620.00** |
| | 6.7 | 5.0 | 3.1 | 8.5 |
| Total Lbs. | 178,246.8 | 5,780.0 | 799.8 | 13,770.0 |
| Price/Foot | $3.15 | $3.15 | $3.15 | $3.15 |
| **Total Cost** | **$561,477.42** | **$18,207.00** | **$2,519.37** | **$43,375.50** |



**EXTRUDEX ALUMINUM**

12051 Mahoning Ave. North Jackson, Ohio 44451
TEL: (330) 538-4444  FAX: (330) 538-4450
Toll Free: 1-800-430-0006
Visit us at www. Extrudex.com

GREG BEECHE LOGISTICS INC.
356 Hudson River Rd
Waterford, NY 12188

Attn:  JOSHUA PHILLIPS
Tel:
Fax:

| | |
|---|---|
| Quote Number | 43513 |
| RFQ Number | 43513 |
| Date of Quote | 4/25/2022 |
| Salesman | BERK-RAUCH MARKETING |
| Payment Terms | Net 30 Days |
| Frt Terms | PP 35,000 LBS |

| ITEM | DIE NUMBER | DESCRIPTION | Lbs/Ft | ALLY/ TMPR | LENGTH | FINISH | PIECES | WEIGHT | PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | NJ6355 | **6355-24'1** | 8.507 | 6061/T6 | 24'1" +0.125 -0.125" | Mill Finish | 470 | 96,292 | **3.147** /Lb |
| | | LEAD TIME: 69-70 WEEKS | | | | | | | |
| | | FREIGHT Surcharge | | | | | | | **0.030** /Lb |

Packing

Plastic Layer/HP Surround

Lead Time

QtyShipping Tolerances are as follows:
    (Quantity per order)
Less than 750 Lbs        +/- 30%
750 Lbs to 999 Lbs      +/- 20%
Greater than 999 Lbs    +/- 10%

Note:

**Payment Term Note:**
This quote may be modified or withdrawn by Extrudex at any time, if credit terms are not established.

Conditions
The quote is good for 10 days. Unless otherwise noted, the prices and lead times quoted are subject to change without notice. Standard Aluminum Association tolerances apply to all dimensions unless otherwise noted on final Extrudex drawing

**Please state on the P.O. if Certs will be needed and please state if any additional packing**

Please do not hesitate to call with any questions or comments.
Thank you for the inquiry.

    Sincerely,

## 1 1/2" Sq. Aluminum Tubing (railings stock) In-House on Racks

| Wall Thickness | LF of 1/8" | LF of 3/16" | LF of 1/4" |
|---|---|---|---|
| | 7,800 | 3,033 | 1,300 |
| | 3,850 | 2,566 | 990 |
| | 572 | 1,950 | |
| | 4,560 | 2,330 | |
| | 1,604 | 162 | |
| | 445 | 1,300 | |
| | 1,283 | 2,547 | |
| | 340 | 283 | |
| | 1,073 | 1,088 | |
| | 1,400 | 885 | |
| | 2,900 | 104 | |
| | 1,531 | 226 | |
| | 1,088 | 326 | |
| | 425 | 84 | |
| | 538 | 151 | |
| | 1,650 | 175 | |
| | 1,470 | 558 | |
| | 864 | 578 | |
| | 640 | 750 | |
| | 1,790 | 252 | |
| | 330 | 630 | |
| | 1,020 | 712 | |
| | 650 | 2,268 | |
| | 360 | | |
| | 189 | | |
| | 963 | | |
| | 112 | | |
| | 2,870 | | |
| | 2,578 | | |
| **Total LF** | **44,895** | **22,958** | **2,290** |
| **Price/Foot** | **2.59875** | **3.5595** | **4.53285** |
| **Total Cost** | **$116,670.88** | **$81,719.00** | **$10,380.23** |

Total    $238,679.67

## 1 1/2" Sq. Aluminum Tubing (railings stock) on Project Sites

| Project Number | Wall Thickness | LF of 1/8" | LF of 3/16" | LF of 1/4" |
|---|---|---|---|---|
| 660.06 | | 2888 | 2692 | |
| 708.01 | | 1042 | 534 | |
| 849.01 | | 44 | 37 | |
| 989.01 | | 189 | | |
| 1011.01 | | 395 | | |
| 980.01 | | | 661 | |
| 838.02 | | | 136 | |
| 1111.01 | | | 62 | |
| 1002.02 | | | 196 | |
| 800.02 | | | 274 | |
| 815.01 | | | 483 | |
| **Total LF** | | **4,558** | **5,075** | **-** |
| **Price/Foot** | | **2.59875** | **3.5595** | |
| **Total Cost** | | **$11,845.10** | **$18,064.46** | **$0.00** |

| Aluminum Stages | | | |
|---|---|---|---|
| Length | 24" Wide (2600 series) | Unit Price | Total |
| 16'-0" | 6 | $442.00 | $2,652.00 |
| 24'-0" | 4 | $763.00 | $3,052.00 |
|  |  |  |  |
|  | 28" wide (2700 series) | Unit Price | Total |
| 6'-0" | 24 | $370.00 | $8,880.00 |
| 8'-0" | 87 | $354.00 | $30,798.00 |
| 10'-0" | 21 | $268.00 | $5,628.00 |
| 11'-0" | 4 | $468.00 | $1,872.00 |
| 12'-0" | 42 | $468.00 | $19,656.00 |
| 13'-0" | 3 | $491.00 | $1,473.00 |
| 14'-0" | 5 | $491.00 | $2,455.00 |
| 16'-0" | 116 | $513.00 | $59,508.00 |
| 18'-0" | 11 | $575.00 | $6,325.00 |
| 19'-0" | 1 | $698.00 | $698.00 |
| 20'-0" | 10 | $698.00 | $6,980.00 |
| 22'-6" | 21 | $459.30 | $9,645.30 |
| 24'-0" | 126 | $866.00 | $109,116.00 |
| 28'-0" | 8 | $1,134.00 | $9,072.00 |
| 32'-0" | 16 | $1,221.00 | $19,536.00 |
|  |  |  |  |

| Grand Total | $297,346.30 |
|---|---|



PRODUCTS    FALL PROTECTION    SUPPORT    WHERE TO BUY    NEWS    COMPANY

# 2700 SERIES STAGES

The 2700 stage platforms offer a 500lb duty rating and allows for 2 people on one plank. The Twist-Proof® design is ideal for ladder jack applications, swing stages or catwalks. Each stage is 28in wide.

## FEATURES

- Individual slip-resistant decking minimizes paint or material build-up
- Vinyl-coated end caps serve as hand grips and protect from sharp edges and surface marks
- Rated 500lb and designed for one or two-person jobs

## SPECIFICATIONS

| MODEL NO. | Person Capacity | Style | Certifications | Material | Stage for two people | Rails Dimension |
|---|---|---|---|---|---|---|
| 2708 | 2 | Standard Stages | ANSI A10.8-2001,OSHA | Aluminum | Yes | 2in x 4in |
| 2712 | 2 | Standard Stages | ANSI A10.8-2001,OSHA | Aluminum | Yes | 2in x 4in |
| 2716 | 2 | Standard Stages | ANSI A10.8-2001,OSHA | Aluminum | Yes | 2in x 5in |
| 2720 | 2 | Standard Stages | ANSI A10.8-2001,OSHA | Aluminum | Yes | 2in x 6in |
| 2724 | 2 | Standard Stages | ANSI A10.8-2001,OSHA | Aluminum | Yes | 2in x 6in |
| 2728 | 2 | Standard Stages | ANSI A10.8-2001,OSHA | Aluminum | Yes | 2in x 6in |
| 2732 | 2 | Standard Stages | ANSI A10.8-2001,OSHA | Aluminum | Yes | 2in x 6in |



**GREG BEECHE LOGISTICS, LLC**
PHYSICAL TRACTEL HOIST INVENTORY

| DESIGNATION | HOIST MODEL | | QTY | | LIST PRICE | TOTAL |
|---|---|---|---|---|---|---|
| E | GXE 1023 | | 188 | | 17,220.00 | 3,237,360.00 |
| R | GXE 1023 | | 279 | | 17,220.00 | 4,804,380.00 |
| X | GXE 1023 | | 136 | | 17,220.00 | 2,341,920.00 |
| C | LE 501 | | 3 | | 14,100.00 | 42,300.00 |
| D | LE 501 | | 29 | | 14,100.00 | 408,900.00 |
| H | TE 1020 | | 19 | | 23,620.00 | 448,780.00 |
| W | TE 1020 | | 14 | | 23,620.00 | 330,680.00 |
| V | TE 1020 | | 3 | | 23,620.00 | 70,860.00 |
| F | TE 1023 | | 3 | | 23,620.00 | 70,860.00 |
| L | TE 1023 | | 13 | | 23,620.00 | 307,060.00 |
| P | TE 1023 | | 2 | | 23,620.00 | 47,240.00 |
| U | XE 301 | | 27 | | 12,110.00 | 326,970.00 |
| N | XE 500 | | 30 | | 12,650.00 | 379,500.00 |
| M | XE 500P | | 2 | | 12,650.00 | 25,300.00 |
| B | XE 501 | | 50 | | 13,800.00 | 690,000.00 |
| J | XE 503 | | 7 | | 13,800.00 | 96,600.00 |
| K | XE 506 | | 3 | | 13,800.00 | 41,400.00 |
| S | XE 701 | | 60 | | 15,470.00 | 928,200.00 |
| I | XE 703 | | 15 | | 15,470.00 | 232,050.00 |
| **Total** | | | **883** | | | **14,830,360.00** |
| | | | | | Discount 35%: | (5,190,626.00) |
| | | | | | Net Cost: | 9,639,734.00 |
| | | | | | | |
| G | Saturn 301 | (used cost) | 146 | | 1,685.11 | 246,025.72 |
| T | Saturn 501 | (used cost) | 33 | | 1,685.11 | 55,608.55 |
| **TOTALS** | | | **1062** | | **Total Net Cost:** | **9,941,368.28** |



**GREG BEECHE LOGISTICS, LLC**
**OTHER HOIST PRODUCTS, CONTROLS & WIRE ROPE WINDERS INVENTORY**

| DESIGNATION | ITEM DESCRIPTION/MODEL | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| | BSO500 | 72 | $ 1,649.00 | $ 118,728.00 |
| | BSO1020 | 390 | $ 2,023.00 | $ 788,970.00 |
| | BS/BSO 500 | 38 | $ 2,788.00 | $ 105,944.00 |
| | Chainfall 1/2t | 105 | $ 396.90 | $ 41,674.50 |
| | Chainfall 1t | 150 | $ 427.50 | $ 64,125.00 |
| | Chainfall 1-1/2t | 4 | $ 519.10 | $ 2,076.40 |
| | Chainfall 2t | 44 | $ 621.90 | $ 27,363.60 |
| | Chainfall 3t | 16 | $ 894.10 | $ 14,305.60 |
| | Chainfall 5t | 2 | $ 1,203.00 | $ 2,406.00 |
| | Bravo 1/4t | 52 | $ 176.60 | $ 9,183.20 |
| | Bravo 3/4t | 6 | $ 503.10 | $ 3,018.60 |
| | Bravo 1-1/2t | 27 | $ 628.90 | $ 16,980.30 |
| | Bravo 3t | 17 | $ 1,022.00 | $ 17,374.00 |
| | TU32 | 24 | $ 3,565.00 | $ 85,560.00 |
| | TU28 | 19 | $ 2,481.00 | $ 47,139.00 |
| | TU17 | 16 | $ 1,573.00 | $ 25,168.00 |
| | T516 | 4 | $ 1,735.00 | $ 6,940.00 |
| | Blocstop 5/16" | 136 | $ 499.10 | $ 67,877.60 |
| | Blocstop 7/16" | 61 | $ 601.20 | $ 36,673.20 |
| | Blocstop 5/8" | 35 | $ 880.60 | $ 30,821.00 |
| | Trolley 1/2t | 122 | $ 231.40 | $ 28,230.80 |
| | Trolley 1t | 529 | $ 301.10 | $ 159,281.90 |
| | Trolley 2t | 320 | $ 470.00 | $ 150,400.00 |
| | Trolley 3t | 18 | $ 781.90 | $ 14,074.20 |
| | Trolley 5t | 2 | $ 917.50 | $ 1,835.00 |
| | Beam Clamp 1t | 355 | $ 170.40 | $ 60,492.00 |
| | Beam Clamp 2t | 95 | $ 195.90 | $ 18,610.50 |
| | Drum Reeler (Tractel) | 39 | $ 3,689.00 | $ 143,871.00 |
| | Drum Reeler (GBL) | 120 | $ 2,190.00 | $ 262,800.00 |
| | Dynafor 2t | 6 | $ 4,469.00 | $ 26,814.00 |
| | Dynafor 12.5t | 1 | $ 2,045.00 | $ 2,045.00 |
| | Servo Exlar N/S | 2 | $ 2,247.50 | $ 4,495.00 |
| | Servo Exlar N/S | 2 | $ 1,694.00 | $ 3,388.00 |
| | Servo Exlar N/S | 2 | $ 2,661.50 | $ 5,323.00 |
| | Servo  Exlar SLM090-KIGS-EX4-268- XH | 6 | $ 1,058.00 | $ 6,348.00 |
| | Servo Exlar SLM090-KIGB-EX4-268-XH | 12 | $ 1,806.00 | $ 21,672.00 |
| | Servo Exlar SLM115-XIGB-EX4-268-XH | 6 | $ 2,528.00 | $ 15,168.00 |
| | Servo Exlar SLM090-KIGB-EX8-268-XH | 12 | $ 2,755.00 | $ 33,060.00 |
| | Servo Siemens 1FT7086-1AF70-1BH1 | 3 | $ 3,423.00 | $ 10,269.00 |
| | Servo Siemens 1FK7042-2AF71-1RH2 | 4 | $ 1,382.00 | $ 5,528.00 |
| | Servo Siemens 1FK7042-2AF71-1RQ2 | 6 | $ 1,172.00 | $ 7,032.00 |
| | Servo Siemens 1FK7060-2AF71- 1RH2 | 1 | $ 1,555.00 | $ 1,555.00 |
| | Servo Siemens 1FK7042-2AF71-1RH2 | 2 | $ 2,855.00 | $ 5,710.00 |
| | Stober Gearbox K914 | 1 | $ 8,694.40 | $ 8,694.40 |
| | Stober Gearbox F403 | 4 | $ 2,590.32 | $ 10,361.28 |
| | Stober Gearbox K303 | 2 | $ 1,738.92 | $ 3,477.84 |
| | Stober Gearbox KS503 | 4 | $ 2,552.32 | $ 10,209.28 |
| | Stober Gearbox P522 | 4 | $ 1,796.02 | $ 7,184.08 |
| | Stober Gearbox K403 | 9 | $ 1,799.71 | $ 16,197.39 |
| | Stober Gearbox C503 | 5 | $ 1,580.70 | $ 7,903.50 |
| | Stober Gearbox K303 | 3 | $ 1,604.52 | $ 4,813.56 |
| | Stober Gearbox PH522 | 4 | $ 3,783.82 | $ 15,135.28 |
| | Stober Gearbox F403 | 2 | $ 1,534.38 | $ 3,068.76 |
| | Stober Gearbox C303 | 20 | $ 825.60 | $ 16,512.00 |
| | Stober Gearbox K203 | 1 | $ 1,360.00 | $ 1,360.00 |
| **Total Other** | | | | $ 2,605,247.77 |
| | | | | |
| | Powered Winder 30" Clutched Style | 235 | $ 4,225.00 | $ 992,875.00 |
| | Powered Winder 42" Clutched Style | 62 | $ 4,750.00 | $ 294,500.00 |
| | Powered Winder 30" VFD Style | 112 | $ 6,570.00 | $ 735,840.00 |
| | Powered Winder 42" VFD Style | 45 | $ 7,920.00 | $ 356,400.00 |
| **Total Winders** | | | | $ 2,379,615.00 |
| **Grand Total** | | | | $ 4,984,862.77 |



**GREG BEECHE LOGISTICS, LLC**
**HOIST CONTROL SYSTEMS INVENTORY**

| DESIGNATION | ITEM DESCRIPTION/MODEL | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| E | E HOIST CENTRAL CONTROLS (2) | 38 | $ 7,627.55 | $ 289,846.90 |
| X | X HOIST CENTRAL CONTROLS (2) | 48 | $ 6,058.15 | $ 290,791.20 |
| R | R HOIST CENTRAL CONTROLS (2) | 18 | $ 6,692.56 | $ 120,466.08 |
| E | E HOIST CENTRAL CONTROLS (6) | 1 | $ 8,292.55 | $ 8,292.55 |
| TAGLINE WINDER | TAGLINE TENSION WINDER CONTROLS | 1 | $ 6,805.61 | $ 6,805.61 |
| B PENDANT | TWO SPEED PENDANT CONTROLLER | 187 | $ 387.70 | $ 72,499.90 |
| Y PENDANT | SINGLE SPEED PENDANT CONTROLLER | 196 | $ 159.76 | $ 31,312.96 |
| CENTRAL PENDANT | PENDANT CONTROLLER FOR CENTRAL CONTROLS | 66 | $ 507.79 | $ 33,514.14 |
| **Total Controls** | | **555** | | **$ 853,529.34** |



**GREG BEECHE LOGISTICS, LLC**
 **POWER DISTRIBUTION INVENTORY**

| DESIGNATION | ITEM DESCRIPTION/MODEL | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| XFMR W/ PANEL | 15kVA 480V → 240V 3Ø  XFMR WITH PANEL | 23 | $ 1,900.46 | $ 43,710.58 |
| XFMR STEP DOWN | 15kVA 480V → 240V 3Ø STEP DOWN XFMR | 2 | $ 1,328.16 | $ 2,656.32 |
| XFMR STEP UP | 15kVA 208V → 480V 3Ø STEP UP XFMR | 2 | $ 1,277.09 | $ 2,554.18 |
| XFMR STEP DOWN | 15kVA 240V → 208V 3Ø STEP DOWN XFMR | 2 | $ 1,328.16 | $ 2,656.32 |
| XFMR STEP DOWN | 6kVA 480V → 240V 3Ø STEP DOWN XFMR | 13 | $ 866.70 | $ 11,267.10 |
| XFMR STEP DOWN | 5kVA 240V → 110V 1Ø XFMR w/ GFCI AND YOKE | 35 | $ 828.71 | $ 29,004.85 |
| XFMR BOOSTER | 2kVA 240V 1Ø XFMR BOOSTER | 15 | $ 826.25 | $ 12,393.75 |
| XFMR STEP DOWN | 3kVA 480V → 240V 3Ø STEP DOWN XFMR | 6 | $ 636.95 | $ 3,821.70 |
| XFMR W/ PANEL | 75kVA 480V → 240V 3Ø  XFMR WITH PANEL | 5 | $ 3,626.44 | $ 18,132.20 |
| XFMR STEP DOWN | 75kVA 480V → 240V 3Ø STEP DOWN XFMR | 3 | $ 2,618.30 | $ 7,854.90 |
| XFMR BOOSTER | 1kVA 208V 3Ø XFMR BOOSTER | 9 | $ 471.38 | $ 4,242.42 |
| XFMR STEP DOWN | 30kVA 480V → 240V 3Ø STEP DOWN XFMR | 3 | $ 2,115.91 | $ 6,347.73 |
| XFMR STEP DOWN | 9kVA 480V → 240V 3Ø STEP DOWN XFMR | 2 | $ 899.05 | $ 1,798.10 |
| XFMR STEP DOWN | 45kVA 480V → 240V 3Ø STEP DOWN XFMR | 1 | $ 2,078.13 | $ 2,078.13 |
| Tool Adapter | 2kVA 208V→ 110V 1Ø XFMR w/ GFCI OUTLET | 36 | $ 775.39 | $ 27,914.04 |
| **Total Power Distribution** | | **157** | | **$ 176,432.32** |

# EXHIBIT 2





















































































# EXHIBIT 3



**TD Bank**
America's Most Convenient Bank®

Print Transaction Activity

Transactions in past 60 days

Print generated: 08/29/2025 03:27 PM

## TD Business Premier Checking

Available Balance

Account owners:
Greg Beeche Logistics LLC

Account Address:
356 HUDSON RIVER RD
WATERFORD NY 12188 US

Account #:
████████3995

## $5,176.02

Today's beginning balance
$15,176.02

## POSTED TRANSACTIONS

| Post date | Description | Amount | Transaction date & time | Check number | Transaction code | Transit code | Balance |
|---|---|---|---|---|---|---|---|
| 08/27/2025 | DS WATERS OF AME MSINVOICE | $743.96 | -- | | 0196 | DEBIT | $15,176.02 |
| 08/27/2025 | ATT          PAYMENT | $1,863.64 | -- | | 0196 | DEBIT | $15,919.98 |
| 08/26/2025 | WIRE TRANSFER FEE | $30.00 | -- | | 0545 | DEBIT | $17,783.62 |
| 08/26/2025 | WIRE TRANSFER OUTGOING Wolberg Electrical Supply Co Inc | $3,000.00 | -- | | 0506 | DEBIT | $17,813.62 |
| 08/26/2025 | WIRE OUT COURTESY REF | $30.00 | -- | | 0487 | CREDIT | $20,813.62 |
| 08/25/2025 | CHECK | $500.00 | -- | 0000001012 | 0187 | CHECK | $20,783.62 |
| 08/25/2025 | CHECK | $500.00 | -- | 0000001008 | 0187 | CHECK | $21,283.62 |
| 08/22/2025 | DEPOSIT | $5,489.10 | -- | | 0800 | DEPOSIT | $21,783.62 |
| 08/21/2025 | Online Xfer Transfer to CK ████6979 | $5,000.00 | -- | | 0572 | DEBIT | $16,294.52 |
| 08/20/2025 | CHECK | $457.00 | -- | 0000001011 | 0187 | CHECK | $21,294.52 |
| 08/19/2025 | Online Xfer Transfer to CK ████6979 | $5,000.00 | -- | | 0572 | DEBIT | $21,751.52 |
| 08/18/2025 | DEBIT | $4,000.00 | -- | | 0500 | DEBIT | $26,751.52 |
| 08/15/2025 | DEBIT | $7,000.00 | -- | | 0500 | DEBIT | $30,751.52 |
| 08/13/2025 | WIRE TRANSFER FEE | $30.00 | -- | | 0545 | DEBIT | $37,751.52 |
| 08/13/2025 | Online Xfer Transfer to CK ████6979 | $10,000.00 | -- | | 0572 | DEBIT | $37,781.52 |
| 08/13/2025 | DEBIT | $2,500.00 | -- | | 0500 | DEBIT | $47,781.52 |
| 08/13/2025 | WIRE TRANSFER OUTGOING Gregory Beeche | $50,000.00 | -- | | 0506 | DEBIT | $50,281.52 |
| 08/13/2025 | WIRE OUT COURTESY REF | $30.00 | -- | | 0487 | CREDIT | $100,281.52 |
| 08/12/2025 | NYS DTF BILL PYT TAX PAYMNT | $350.00 | -- | | 0516 | DEBIT | $100,251.52 |
| 08/12/2025 | CHECK | $500.00 | -- | 0000001007 | 0187 | CHECK | $100,601.52 |
| 08/12/2025 | BOYLE LEGAL LLC BOYLE LEGA | $3,000.00 | -- | | 0196 | DEBIT | $101,101.52 |
| 08/11/2025 | DEBIT | $7,500.00 | -- | | 0500 | DEBIT | $104,101.52 |
| 08/08/2025 | PROG MAX INS CO  INS PREM | $148.33 | -- | | 0196 | DEBIT | $111,601.52 |
| 08/06/2025 | CHECK | $906.21 | -- | 0000001001 | 0187 | CHECK | $111,749.85 |
| 08/06/2025 | DEBIT | $7,000.00 | -- | | 0500 | DEBIT | $112,656.06 |
| 08/06/2025 | DEPOSIT | $618.00 | -- | | 0800 | DEPOSIT | $119,656.06 |
| 08/06/2025 | DEPOSIT | $100,000.00 | -- | | 0800 | DEPOSIT | $119,038.06 |
| 08/05/2025 | NGRID36 NGRID36WEB | $27.05 | -- | | 0196 | DEBIT | $19,038.06 |
| 08/05/2025 | NGRID36 NGRID36WEB | $67.11 | -- | | 0196 | DEBIT | $19,065.11 |
| 08/05/2025 | CHASE CREDIT CRD EPAY | $1,500.00 | -- | | 0196 | DEBIT | $19,132.22 |
| 08/05/2025 | CHECK | $1,662.19 | -- | 0000001002 | 0187 | CHECK | $20,632.22 |
| 08/05/2025 | CANON        PAYMENT | $2,587.02 | -- | | 0197 | DEBIT | $22,294.41 |
| 08/05/2025 | NGRID36 NGRID36WEB | $5,917.64 | -- | | 0196 | DEBIT | $24,881.43 |

| Post date | Description | Amount | Transaction date & time | Check number | Transaction date | Transit code | Balance |
|---|---|---|---|---|---|---|---|
| 08/01/2025 | CHASE CREDIT CRD EPAY | $5,000.00 | -- | | 0196 | DEBIT | $30,799.07 |
| 07/31/2025 | WIRE TRANSFER FEE | $30.00 | -- | | 0545 | DEBIT | $35,799.07 |
| 07/31/2025 | WASTE CONNECTION WEB_PAY | $381.92 | -- | | 0196 | DEBIT | $35,829.07 |
| 07/31/2025 | CHECK | $1,000.00 | -- | 0000001005 | 0187 | CHECK | $36,210.99 |
| 07/31/2025 | WASTE CONNECTION WEB_PAY | $1,208.42 | -- | | 0196 | DEBIT | $37,210.99 |
| 07/31/2025 | POD CHECK | $1,244.22 | -- | 0000001006 | 0184 | CHECK | $38,419.41 |
| 07/31/2025 | Online Xfer Transfer to CK ▆▆▆5979 | $7,000.00 | -- | | 0572 | DEBIT | $39,663.63 |
| 07/31/2025 | WIRE TRANSFER OUTGOING Fairbanks Fletcher | $3,000.00 | -- | | 0506 | DEBIT | $46,663.63 |
| 07/31/2025 | WIRE OUT COURTESY REF | $30.00 | -- | | 0487 | CREDIT | $49,663.63 |
| 07/30/2025 | CHECK | $2,375.44 | -- | 0000001003 | 0187 | CHECK | $49,633.63 |
| 07/30/2025 | POD CHECK | $3,562.62 | -- | 0000001004 | 0184 | CHECK | $52,009.07 |
| 07/30/2025 | Online Xfer Transfer to CK ▆▆▆5979 | $5,000.00 | -- | | 0572 | DEBIT | $55,571.69 |
| 07/30/2025 | Online Xfer Transfer to CK ▆▆▆5979 | $10,000.00 | -- | | 0572 | DEBIT | $60,571.69 |
| 07/29/2025 | CHASE CREDIT CRD EPAY | $1,500.00 | -- | | 0196 | DEBIT | $70,571.69 |
| 07/29/2025 | DEBIT | $5,000.00 | -- | | 0500 | DEBIT | $72,071.69 |
| 07/29/2025 | DEPOSIT | $5,652.50 | -- | | 0800 | DEPOSIT | $77,071.69 |
| 07/28/2025 | DDA WITHDRAW AP TW04A783  4100 POSTAL WAY MYRTLE BEACH  * SC | $100.00 | -- | | 0245 | DEBIT | $71,419.19 |
| 07/28/2025 | DDA WITHDRAW AP TW04A783  4100 POSTAL WAY MYRTLE BEACH  * SC | $500.00 | -- | | 0245 | DEBIT | $71,519.19 |
| 07/28/2025 | Online Xfer Transfer to CK ▆▆▆5979 | $8,000.00 | -- | | 0572 | DEBIT | $72,019.19 |
| 07/28/2025 | Online Xfer Transfer to CK ▆▆▆5979 | $21,000.00 | -- | | 0572 | DEBIT | $80,019.19 |
| 07/25/2025 | WIRE TRANSFER INCOMING Walsh Facade Services, Inc. | $100,000.00 | -- | | 0406 | CREDIT | $101,019.19 |
| 07/22/2025 | DEBIT | $4,500.00 | -- | | 0500 | DEBIT | $1,019.19 |
| 07/21/2025 | DEBIT | $20,000.00 | -- | | 0500 | DEBIT | $5,519.19 |
| 07/21/2025 | DEPOSIT | $200.00 | -- | | 0800 | DEPOSIT | $25,519.19 |
| 07/18/2025 | WIRE TRANSFER INCOMING 1/GREGORY L BEECHE KIMBERLY COVERT | $22,219.19 | -- | | 0406 | CREDIT | $25,319.19 |
| 07/17/2025 | CHASE CREDIT CRD EPAY | $2,000.00 | -- | | 0196 | DEBIT | $3,100.00 |
| 07/17/2025 | DEBIT | $5,000.00 | -- | | 0500 | DEBIT | $5,100.00 |
| 07/17/2025 | DEPOSIT | $10,000.00 | -- | | 0800 | DEPOSIT | $10,100.00 |
| 07/11/2025 | DEPOSIT | $100.00 | -- | | 0800 | DEPOSIT | $100.00 |

# EXHIBIT 4

**ACORD®**

# CERTIFICATE OF LIABILITY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 09/30/2024 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | WTW Certificate Center | | |
|---|---|---|---|---|
| Willis Towers Watson Northeast, Inc. | PHONE (A/C, No, Ext): | 1-877-945-7378 | FAX (A/C, No): | 1-888-467-2378 |
| c/o 26 Century Blvd | E-MAIL ADDRESS: | certificates@wtwco.com | | |
| P.O. Box 305191 | | | | |
| Nashville, TN   372305191  USA | INSURER(S) AFFORDING COVERAGE | | | NAIC # |
| | INSURER A: | Great American Risk Solutions Surplus Line | | 35351 |
| INSURED | INSURER B: | National Liability & Fire Insurance Compan | | 20052 |
| Greg Beeche Logistics, LLC | INSURER C: | Arch Specialty Insurance Company | | 21199 |
| Greg Logistics, LLC | INSURER D: | Navigators Insurance Company | | 42307 |
| 356 Hudson River Road | INSURER E: | Underwriters at Lloyd's London | | 15792 |
| Waterford, NY 12188 | INSURER F: | Hanover Insurance Company | | 22292 |

## COVERAGES    CERTIFICATE NUMBER: W35337330    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | [X] **COMMERCIAL GENERAL LIABILITY** [ ] CLAIMS-MADE [X] OCCUR [X] Contractual Liability included GEN'L AGGREGATE LIMIT APPLIES PER: [ ] POLICY [X] PRO-JECT [ ] LOC OTHER: | | | PNY F247868 | 09/25/2024 | 09/25/2025 | EACH OCCURRENCE | $ 2,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 50,000 |
| | | | | | | | MED EXP (Any one person) | $ 0 |
| | | | | | | | PERSONAL & ADV INJURY | $ 2,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 4,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 4,000,000 |
| B | **AUTOMOBILE LIABILITY** [ ] ANY AUTO [ ] OWNED AUTOS ONLY [X] SCHEDULED AUTOS [X] HIRED AUTOS ONLY [ ] NON-OWNED AUTOS ONLY [X] Comp/Coll [X] $1,000 Ded | | | 734APB009644 | 09/25/2024 | 09/25/2025 | COMBINED SINGLE LIMIT (Ea accident) | $ 100,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | *Excess Auto Liability | $ 900,000 |
| C | [X] **UMBRELLA LIAB** [X] OCCUR [ ] EXCESS LIAB [ ] CLAIMS-MADE [ ] DED [ ] RETENTION $ | | | UXP 1056510-00 | 09/25/2024 | 09/25/2025 | EACH OCCURRENCE | $ 3,000,000 |
| | | | | | | | AGGREGATE | $ 3,000,000 |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | [Y/N] N/A | | | | | [ ] PER STATUTE [ ] OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| D | Excess Liability | | | RK24EXC886332IV | 09/25/2024 | 09/25/2025 | Each Occurrence | $5,000,000 |
| | | | | | | | Aggregate | $5,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

*Excess Liability Auto policy #72XAB010647 (09/25/24- 09/25/25) written with National Liability & Fire Insurance Company (NAIC #20052).

Excess policy is 'follow form' and is subject to all of the terms and conditions of the underlying policies. SEE ATTACHED

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |
| Evidence of Coverage | *Patricia A Fory* |

© 1988-2016 ACORD CORPORATION. All rights reserved.

**ACORD 25 (2016/03)**    The ACORD name and logo are registered marks of ACORD

SR ID: 26489834    BATCH: 3638723

AGENCY CUSTOMER ID: _____

LOC #: _____

**ACORD®**

# ADDITIONAL REMARKS SCHEDULE

Page ___2___ of ___2___

| AGENCY | NAMED INSURED |
|---|---|
| Willis Towers Watson Northeast, Inc. | Greg Beeche Logistics, LLC |
| **POLICY NUMBER** | Greg Logistics, LLC |
| See Page 1 | 356 Hudson River Road |
| | Waterford, NY 12188 |

| CARRIER | NAIC CODE | |
|---|---|---|
| See Page 1 | See Page 1 | **EFFECTIVE DATE: See Page 1** |

## ADDITIONAL REMARKS

**THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,**

FORM NUMBER: ___25___    FORM TITLE: Certificate of Liability Insurance

Certificate Holder is named as an Additional Insured as respects to General Liability and Auto Liability to the extent as required by a written contract.

General Liability and Umbrella Liability policies shall be Primary and Non-contributory with any other insurance in force for or which may be purchased by Additional Insured to the extent as required by a written contract.

Waiver of Subrogation applies in favor of Additional Insured with respects to General Liability, Auto Liability and Workers Compensation to the extent as required by a written contract and as permitted by law.

INSURER AFFORDING COVERAGE: Underwriters at Lloyd's London                    NAIC#: 15792
POLICY NUMBER: HPL24-0457      EFF DATE: 09/25/2024      EXP DATE: 09/25/2025

| TYPE OF INSURANCE: | LIMIT DESCRIPTION: | LIMIT AMOUNT: |
|---|---|---|
| Professional Liability | Per Claim | $1,000,000 |
| | Aggregate | $2,000,000 |
| | Deductible | $50,000 |

INSURER AFFORDING COVERAGE: Hanover Insurance Company                    NAIC#: 22292
POLICY NUMBER: RHY J557874 05      EFF DATE: 09/25/2024      EXP DATE: 09/25/2025

| TYPE OF INSURANCE: | LIMIT DESCRIPTION: | LIMIT AMOUNT: |
|---|---|---|
| Equipment Floater | Catastrophe Limit | $ 10,391,141 |
| Subj: RC, Coins-waived | Max Limit - per item | $1,000,000 |
| | Deductible | $2,500 |

**ACORD 101 (2008/01)**                    **© 2008 ACORD CORPORATION.  All rights reserved.**

The ACORD name and logo are registered marks of ACORD

SR ID: 26489834          BATCH: 3638723          CERT: W35337330



**Mary Seehafer <mary@unitedams.com>**

---

## RE: Greg Beeche Logistics, LLC & Greg Logistics, LLC Receivership Notification
1 message

---

**Thomas Harding** <Thomas.Harding@amwins.com>                              Wed, Aug 27, 2025 at 4:53 PM
To: Mary Seehafer <mary@unitedams.com>
Cc: Christina Goldman <Christina.Goldman@amwins.com>, Dotan Y Melech <dym@unitedams.com>

Mary,


WTW was our broker on the account. The GL with Great American and both Excess Liability policies were all canceled mid-term for non-payment of premium. The Auto policy with National Indemnity remains in effect, since WTW is no longer representing the insured, we will not be working on the auto renewal as well.



---

**From:** Mary Seehafer <mary@unitedams.com>
**Sent:** Wednesday, August 27, 2025 12:39 PM
**To:** Thomas Harding <Thomas.Harding@amwins.com>
**Cc:** Christina Goldman <Christina.Goldman@amwins.com>; Dotan Y Melech <dym@unitedams.com>
**Subject:** Re: Greg Beeche Logistics, LLC & Greg Logistics, LLC Receivership Notification


Thank you, Tom.

When I contacted Willis Towers Watson ("WTW"), I was informed that they resigned as the insurance broker for both Greg Beeche Logistics, LLC and Greg Logistics, LLC effective April 3, 2025.

Our immediate concern is to confirm whether the referenced coverage remains in effect.  Any information you can provide regarding the current status of the policies would be greatly appreciated.

Yours,



## Mary Seehafer

Admin/Project Coordinator

o: 702.586.7413

d: 877.897.7689 ext. 502

e: mary@unitedams.com

Please consider your environmental responsibility before printing this e-mail

**Confidentiality Notice:** This message and any attachments are for the named person's use only.  The message and any attachment may contain confidential, proprietary, or privileged information. No confidentiality or privilege is waived or lost by any mistransmission.  If you receive this message in error, please immediately notify the sender, delete all copies of it from your system, and destroy any hard copies of it.  Please do not, directly, or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient.  Further, this message shall not be considered, nor shall it constitute an electronic transaction, non-paper transaction, and/or electronic signature under any and all electronic acts including the Uniform Electronic Transfer Act and/or the Electronic Signatures in Global and National Commerce Act.  Thank you.

On Tue, Aug 26, 2025 at 12:23 PM Thomas Harding <Thomas.Harding@amwins.com> wrote:

Mary,

We have forwarded your email to our legal team for review. Willis Towers Watson issued the evidence of coverage  - you can send to them as well.



**From:** Christina Goldman <Christina.Goldman@amwins.com>
**Sent:** Tuesday, August 26, 2025 3:11 PM
**To:** Thomas Harding <Thomas.Harding@amwins.com>
**Subject:** FW: Greg Beeche Logistics, LLC & Greg Logistics, LLC Receivership Notification

**Christina Goldman**

Associate Broker

Amwins Insurance Brokerage, LLC

**T** 212.858.8921 | F 704.943.9015

christina.goldman@amwins.com

Wall Street Plaza | 88 Pine Street | 6th Floor | New York, NY 10005

amwins.com

In California: DBA Amwins Brokerage Insurance Services | CA License # 0F19710

For expedited Loss Runs Request, please email the following mailbox directly: lossruns@amwins.com.

---

**From:** Mary Seehafer <mary@unitedams.com>
**Sent:** Tuesday, August 26, 2025 3:06 PM
**To:** Christina Goldman <Christina.Goldman@amwins.com>
**Cc:** Dotan Y Melech <dym@unitedams.com>; Thomas Stenz <tom@unitedams.com>
**Subject:** Greg Beeche Logistics, LLC & Greg Logistics, LLC Receivership Notification

Thank you for your call Christina,

I have attached the Receivership Order, I have also attached the Evidence of Coverage provided by Kim Covert-Beeche.

We would like to confirm that all policies are current and active, and request adding the Receiver, Dotan Y. Melech as additionally insured.

Yours,



## Mary Seehafer

Admin/Project Coordinator

o:  702.586.7413

d:  877.897.7689 ext. 502

e:  mary@unitedams.com

Please consider your environmental responsibility before printing this e-mail

**Confidentiality Notice:** This message and any attachments are for the named person's use only.  The message and any attachment may contain confidential, proprietary, or privileged information. No confidentiality or privilege is waived or lost by any mistransmission.  If you receive this message in error, please immediately notify the sender, delete all copies of it from your system, and destroy any hard copies of it.  Please do not, directly, or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient.  Further, this message shall not be considered, nor shall it constitute an electronic transaction, non-paper transaction, and/or electronic signature under any and all electronic acts including the Uniform Electronic Transfer Act and/or the Electronic Signatures in Global and National Commerce Act.  Thank you.

This e-mail and any attachments may contain information that is privileged or confidential and is meant solely for the use of person(s) to whom it was intended to be addressed. If you have received this e-mail by mistake, or you are not the intended recipient, you are not authorized to read, print, keep, copy or distribute this message, attachments, or any part of the same. If you have received this email in error, please immediately inform the author and permanently delete the original, all copies and any attachments of this email from your computer. Thank you amwins.com.

This e-mail and any attachments may contain information that is privileged or confidential and is meant solely for the use of person(s) to whom it was intended to be addressed. If you have received this e-mail by mistake, or you are not the intended recipient, you are not authorized to read, print, keep, copy or distribute this message, attachments, or any part of the same. If you have received this email in error, please immediately inform the author and permanently delete the original, all copies and any attachments of this email from your computer. Thank you amwins.com.