UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MCCORMICK 103, LLC,

        Plaintiff,

    v.

GREG BEECHE, LOGISTICS, LLC &            1:25-cv-00944-AMN-TWD
GREG LOGISTICS, LLC,

        Defendants.
_____

## RECEIVER'S RESPONSE TO GREGORY L. BEECHE'S MOTION FOR LIMITED INTERVENTION

Dotan Y. Melech, President of United AMS, LLC, court-appointed receiver ("Receiver") of Greg Beeche, Logistics, LLC and Greg Logistics, LLC ("Receivership Entities"), by and through his attorneys, Phillips Lytle LLP, files his response ("Response") to non-party, Gregory L. Beeche's ("Beeche"), motion for limited intervention ("Intervention Motion") (Docket No. 36). In support of his Response, the Receiver respectfully states as follows:

### I.    RELEVANT BACKGROUND

1. On July 17, 2025, plaintiff commenced this action by filing a complaint against the Receivership Entities and Beeche, and plaintiff contemporaneously moved to appoint a receiver. Docket Nos. 1, 5, 6, 9, 11, & 12.

2. On July 31, 2025, Beeche filed a petition for relief under Chapter 13 of Title 11 of the United States Code in the United States Bankruptcy Court for the Northern District of New York, initiating Case No. 25-10879.

3.  On August 6, 2025, plaintiff filed an amended complaint removing Beeche as a defendant. Docket No. 23.

4.  On August 8, 2025, the Court issued its Memorandum-Decision & Order, as amended, appointing the Receiver on an interim basis ("Interim Order"). Docket Nos. 28 & 29.

5.  On September 1, 2025, Beeche filed the Intervention Motion. Docket No. 36.

6.  On September 2, 2025 and September 10, 2025, the Receiver filed status reports in accordance with the Interim Order. Docket Nos. 37 & 39.

7.  On September 10, 2025, plaintiff submitted a proposed Final Order Appointing Receiver for the Court's consideration. Docket No. 38.

8.  There was no opposition to plaintiff's proposed Final Order Appointing Receiver.

9.  To date, the Court has not entered a Final Order Appointing Receiver.

## II.  RESPONSE

10. In principle, the Receiver does not oppose the relief sought in the Intervention Motion, provided that any Order granting the Intervention Motion specifically direct Beeche not to interfere in the Receiver's administration of the Receivership Entities' estate.

11. Unfortunately, since the Receiver's appointment, Beeche has materially interfered in the Receiver's efforts to secure, and develop a plan to sell, the Receivership Entities' assets. The Receiver will address these issues in more detail in a supplemental report to the Court.

12. Since his appointment, the Receiver has identified a buyer who desires to purchase substantially all the Receivership Entities' assets. Importantly, the Receiver welcomes the opportunity to execute on his plan to sell the Receivership Entities' assets promptly following entry of a Final Order Appointing Receiver.

13. The Receiver reserves the right to amend, supplement, or otherwise modify this Response.

Dated: Albany, New York
October 20, 2025

PHILLIPS LYTLE LLP

By: */s/ Todd A. Ritschdorff*
Todd A. Ritschdorff
Attorneys for the Receiver
*Dotan Y. Melech*
3 Winners Circle, Suite 306
Albany, NY 12205
Telephone No.: (518) 472-1224
Email: tritschdorff@phillipslytle.com