

U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Oct 23 - 2025
John M. Domurad, Clerk

Nathanial M Smith
48 Pine St.
Scotia NY 12302
Nathanial.Smith@gmail.com
518-339-1677

Hon. Anne M. Nardacci
United States District Court
Northern District of New York
James T. Foley Courthouse
445 Broadway
Albany, NY 12207

Re:  McCormick 103, LLC. v. Gregory Beeche,  Logistics, LLC, et. al.
 Civil Action No. 1:25-cv-00944-AMN-TWD

Dear Judge Nardacci,

My name is Nathan Smith a former employee of Greg Beeche Logistics and a concerned party when it comes to the ruling in this case. I have been an employee of Greg Beeche Logistics for over 8 years, and was employed up until the last day I was allowed to work. Ending my career there on September 20th 2025 after using the last of my vacation days.

I am currently owed 16 weeks in back pay which comes to a total of $32,000. You might wonder why someone would stick around after being owed so much. I can tell you it was partly because I believed and was told that the business could be turned around. Also, I did receive a few paychecks sporadically over my last 6 months of employment enough to keep my mortgage, car and school taxes paid. This came out slightly more to what I would have received on unemployment. I have gone into significant credit card debt to the tune of $18,000 and barrowed thousands of dollars from my family.

I have read the claims of Dotan Melech in the RESPONSE in Opposition re36 Motion to Intervene. This man along with his employees came in with the promise of fixing Greg Beeche Logistics and make it a viable company. This became the foundation for their bed of lies. It's now become clear to me that Doltan, McCormick 103, and Beltway Capital Management are all part of the same cabal whose goal is to extract what ever profit they can and move on.

They have done nothing to help save the business. In fact, they actively spent time sabotaging what little business we had left. They sent out letters to clients informing them of Greg Beeche Logistics had money issues. Scaring off future business opportunities, and causing current

clients to drop what work they had with us. All they did was show up for a few days sat around, asked a few questions, and told us they were there to save the company.

What they call Greg Beeche's "interference" in the affairs to sell the company. Was not to protect his reputation or gain money from it but, to make sure people like me and the other hard-working employees get paid. Dotan, McCormick and Beltway claim dept of 13 million, debt that can't be paid back but, ask them what the paid for that debt. I am sure they paid pennies on the dollar for it and at the 5 million they are trying to sell it for nets them a tidy profit well me and other employees are out thousands!

I am sure there are rules and laws regarding who gets paid what and if I had the money, I would be having a lawyer write this; who could quote whatever v. whomever. I just don't have the energy any more to deal with this. I feel sick to my stomach constantly and lay awake in bed unable to sleep. Along with not getting paid we lost health insurance and I fear any medical issues will send me into debt I will never be able to overcome.

 I implore you to do what is right for me and the other employees of Greg Beeche Logistics and make sure we are made whole before Doltan Melech, McCormick 103, LLC or Beltway sees a penny of profit from this!

There is enough in scrap metal sitting in Greg Beeche Logistics lot where it could be brought down to the port of Albany tomorrow and turned into enough cash to fix the payroll and make everyone current. Again, please find a way to make this right; I, along with all the other employees are good people who tried there hardest to do the right thing and make it work.

.