Christopher P. Schueller, Esquire
New York Bar No. 2582914
**BUCHANAN INGERSOLL & ROONEY PC**
640 5th Avenue, 9th Floor
New York, NY  10019
Telephone:  (212) 440-4400
Fax:  (212) 440-4401
E-mail: christopher.schueller@bipc.com
*Attorneys for Plaintiff, McCormick 103, LLC*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MCCORMICK 103, LLC,<br><br>    *Plaintiff*,<br><br>  v.<br><br>GREG BEECHE, LOGISTICS, LLC and GREG LOGISTICS, LLC,<br><br>    *Defendants*. | Civil Action No. 1:25-cv-00944-AMN-TWD |

**PLAINTIFF'S EMERGENCY MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(a) FOR CLARIFICATION OF THE COURT'S RECEIVERSHIP ORDER DATED AUGUST 8, 2025 [ECF 28]**

  Plaintiff McCormick 103, LLC (*"***Plaintiff***"*), by and through its attorneys, Buchanan Ingersoll & Rooney PC, respectfully files this motion ("**Motion**") pursuant to Rule 60(a) of the Federal Rules of Civil Procedure for Clarification of the Court's Receivership Order dated August 8, 2025 [ECF 28] ("**Receivership Order**"), and in support thereof, respectfully states as follows:

  1. Plaintiff asks the Court to clarify that, under the Receivership Order, the receivership was never terminated on September 22, 2025 or thereafter.  **First**, there is no termination or discharge language in the Receivership Order.  **Second**, the sudden and automatic termination of the receivership would be contrary to the District Court's ruling that Plaintiff's

collateral was at in "imminent danger" if left in the hands of the Defendants.  **Third**, the 45 day reference in the Receivership Order is the minimum number of days that the limited powers of the Receiver will remain in effect while the District Court considers entering an order with the more expanded powers requested by the Plaintiff.  It does not follow that under the Receivership Order the Receiver was terminated on September 22, 2025 while the District Court had the more expansive order under review.

2. For these and other reasons discussed in the accompanying memorandum of law, Plaintiff respectfully requests that the Motion be granted.  A copy of a proposed order is attached as **Exhibit A**.

Dated:  November 4, 2025               **BUCHANAN INGERSOLL & ROONEY PC**

By:   /s/ Christopher P. Schueller
Christopher P. Schueller
N.Y. Bar No. 2582914
640 5th Avenue, 9th Floor
New York, NY  10019
Telephone:  (212) 440-4400
Fax:  (212) 440-4401
E-mail: christopher.schueller@bipc.com

*Attorneys for Plaintiff*