**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

MCCORMICK 103, LLC,

                         Plaintiff,

v.                                                 1:25-cv-00944 (AMN/TWD)

GREG BEECHE, LOGISTICS, LLC & GREG LOGISTICS, LLC,

                         Defendants.

_____

## NOTICE OF WITHDRAWAL OF MOTION TO INTERVENE

**PLEASE TAKE NOTICE** that proposed intervenor Gregory L. Beeche hereby withdraws his Motion to Intervene (Docket No. 36), without prejudice, filed on September 1, 2025.

Dated: December 23, 2025                    FAIRBANKS FLETCHER LAW PLLC
                                                        *Attorneys for Gregory L. Beeche*

                                                         By: /s/ Elizabeth Fairbanks-Fletcher 513317
                                                         Elizabeth Fairbanks-Fletcher, Esq.
                                                         178 Elm St., Suite 4
                                                         Saratoga Springs, NY 12866
                                                         518-581-8600
                                                         elizabeth@fairbanksfletcher.com