# Buchanan

**Christopher P. Schueller**
412 562 8432
christopher.schueller@bipc.com

Union Trust Building
640 5th Avenue, 9th Floor
New York, NY 10019

T 212 440-4400
F 212-440-4401

January 6, 2026

<u>VIA ECF</u>

Honorable Anne M. Nardacci
United States District Court
Northern District of New York
James T. Foley Courthouse
445 Broadway
Albany, NY 12207

      Re:  *McCormick 103, LLC. v. Gregory Beeche, Logistics, LLC, et. al.*
            <u>Civil Action No. 1:25-cv-00944-AMN-TWD</u>

Dear Judge Nardacci:

     This is to advise the Court that the Chapter 11 bankruptcy action of Greg Beeche, Logistics, LLC filed in the United States Bankruptcy Court for the Northern District of New York at Case No. 25-11257-1-pgr was dismissed on December 23, 2025. Attached is a copy of Judge Radel's December 23, 2025 Order [BK ECF #55] and the Notice of Dismissal [BK ECF #56] of the same date.

     Given this development, we would like to proceed with the receivership as soon as possible. To that end, could the Court please enter the proposed final order appointing receiver which we filed with the Court at ECF #38?

                                           Respectfully,

                                           BUCHANAN INGERSOLL & ROONEY PC

                                           <u>*/s/ Christopher P. Schueller*</u>
                                           Christopher P. Schueller