Christopher P. Schueller, Esquire
New York Bar No. 2582914
**BUCHANAN INGERSOLL & ROONEY PC**
640 5th Avenue, 9th Floor
New York, NY 10019
Telephone: (212) 440-4400
Fax: (212) 440-4401
E-mail: christopher.schueller@bipc.com
*Attorneys for Plaintiff, McCormick 103, LLC*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MCCORMICK 103, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>GREG BEECHE, LOGISTICS, LLC; GREG LOGISTICS, LLC; GREGORY L. BEECHE; and NEW YORK STATE DEPARTMENT OF TAXATION,<br><br>and<br><br>"JOHN DOE", "JANE DOE", "DOE ASSOCIATES", and "DOE CORP.", the names being fictitious and being intended to refer to any and all adult natural persons and to all partnerships, corporations and other legal entities having, or which may claim to have, any lien against or interest in the Real Property described in the complaint in this action, other than persons or entities already defendants herein,<br><br>*Defendants.* | Civil Action No. 1:25-cv-00944-AMN-TWD |

**PLAINTIFF'S MOTION TO AMEND THE RECEIVERSHIP ORDER TO ADD CERTAIN REAL PROPERTY OWNED BY THE DEFENDANT GREGORY L. BEECHE TO THE RECEIVERSHIP**

Plaintiff McCormick 103, LLC ("**Plaintiff**") for its Motion to Amend the Receivership Order ("**Motion**") to Add Certain Real Property owned by the Defendant Gregory L. Beeche ("**Beeche**") to the Receivership, states as follows:

1. For the reasons set forth in the accompanying memorandum of Law, Plaintiff respectfully requests that the Motion be granted. A copy of a proposed order is attached as **Exhibit A**.

Dated: February 4, 2026

**BUCHANAN INGERSOLL & ROONEY PC**

By: /s/ Christopher P. Schueller
Christopher P. Schueller
N.Y. Bar No. 2582914
640 5th Avenue, 9th Floor
New York, NY 10019
Telephone: (212) 440-4400
Fax: (212) 440-4401
E-mail: christopher.schueller@bipc.com
*Attorneys for Plaintiff*