UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MCCORMICK 103, LLC,<br><br>*Plaintiff*,<br>v.<br><br>GREG BEECHE, LOGISTICS, LLC; GREG LOGISTICS, LLC; GREGORY L. BEECHE; and NEW YORK STATE DEPARTMENT OF TAXATION,<br><br>and<br><br>"JOHN DOE", "JANE DOE", "DOE ASSOCIATES", and "DOE CORP.", the names being fictitious and being intended to refer to any and all adult natural persons and to all partnerships, corporations and other legal entities having, or which may claim to have, any lien against or interest in the Real Property described in the complaint in this action, other than persons or entities already defendants herein,<br><br>*Defendants*. | Civil Action No. 1:25-cv-00944-AMN-TWD |

## FIRST AMENDMENT TO FINAL ORDER APPOINTING RECEIVER

This matter, coming before the Court on the Motion ("**Motion**") to Amend the Receivership Order dated January 30, 2026 at ECF 63 ("**Receivership Order**") to Add Certain Real Property owned by the Defendant Gregory L. Beeche ("**Beeche**") to the Receivership filed by McCormick 103, LLC (*"***Plaintiff***"*), and the Court having ordered the appointment of Dotan Y. Melech ("**Receiver**"), and there being no opposition to the Motion:

THE COURT HEREBY ORDERS AS FOLLOWS:

1. The Motion is GRANTED.

2. The defined term "Receivership Assets" in the Receivership Order shall also include the commercial real property owned by the Defendant Gregory L. Beeche and located at 356 Hudson River Road, Waterford, New York 12188 as well as all personal property, fixtures and rents and revenues related thereto. All other terms contained in the Receivership Order remain in full force and effect.

ENTERED:

Dated: __________________, 2026
Albany, New York

__________________________________
Honorable Anne M. Nardacci
United States District Judge