UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
────────────────────────────────────────────

MCCORMICK 103, LLC,

      Plaintiff,

      v.   **ORDER TO SHOW CAUSE**

GREG BEECHE, LOGISTICS, LLC,
GREG LOGISTICS, LLC, and
GREGORY L. BEECHE   1:25-cv-00944-AMN-CBF

      Defendants.
────────────────────────────────────────────

UPON the accompanying memorandum of law dated March 6, 2026, declaration of Todd. A. Ritschdorff, Esq. dated March 6, 2026, with exhibits 1-4, and declaration of Dotan Y. Melech, President of United AMS, LLC, court-appointed receiver ("Receiver"), dated March 6, 2026, with exhibit A, submitted in support of the Receiver's emergency motion ("Motion") seeking to hold defendant, Gregory L. Beeche ("Beeche"), in contempt of this Court's Order Appointing Receiver dated January 30, 2026 ("Permanent Order"), let Beeche show cause before this Court in Courtroom _____ at the James T. Foley United States Courthouse, 445 Broadway, Albany, NY 12207, on the _____ day of March 2026, at _____ a.m./p.m., or as soon thereafter as counsel can be heard, why an Order should not be entered:

    1.    finding Beeche in civil contempt in accordance with the Court's inherent authority to enforce its orders pursuant to Fed. R. Civ. P. 66 and 70;

    2.    ordering Beeche to immediately turn over to the Receiver the following Receivership Assets, as that term is defined in the Permanent Order, *viz*., (i) administrator login credentials and passwords for the server(s) located at 356 Hudson River Rd., Waterford, NY 12188 ("GBL Facility"), (ii) any and all data, hardware, or software Beeche removed or caused to be removed from the server(s) located at the

GBL Facility, (iii) that certain 2014 Porsche Panamera, VIN WP0BC2A75EL077136, owned by Greg Beeche, Logistics, LLC ("GBL"), and (iv) all funds Beeche transferred or withdrew from GBL's TD Bank, N.A. business checking account on or after August 8, 2025 without authority totaling at least $71,000.00;

3. imposing a fine on Beeche until his contempt is purged;
4. holding Beeche liable to the Receivership Estate for all actual damages, costs associated with recovering possession of all Receivership Assets as outlined in the Motion, and reasonable attorneys' fees and expenses in bringing the Motion; and
5. granting such other and further relief as the Court deems just and proper.

NOW, SUFFICIENT CAUSE APPEARING THEREFOR, it is

ORDERED, that service of this Order to Show Cause, together with the Motion, be made upon Beeche by _____ on or before March \_\_\_, 2026, and such service shall be deemed good and sufficient service thereof; and it is further

ORDERED, that opposition, if any, to the Motion shall be filed and served by 5:00 p.m. on March \_\_\_, 2026; and it is further

ORDERED, that the Receiver's reply, if any, shall be filed and served by March \_\_\_, 2026.

**IT IS SO ORDERED.**

Dated: March \_\_\_\_, 2026

_____
Hon. Ann M. Nardacci,
U.S. District Judge