**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

MCCORMICK 103, LLC,

Plaintiff,

v.

GREG BEECHE, LOGISTICS, LLC;
GREG LOGISTICS, LLC; and
GREGORY L. BEECHE,

Defendants.

Civil Action No. 1:25-00944-AMN-CBF

**SUPPLEMENTAL DECLARATION OF CHRISTOPHER MASSARONI IN OPPOSITION TO RECEIVER'S MOTION AND IN SUPPORT OF DEFENDANTS' MOTION TO STAY**

CHRISTOPHER MASSARONI, pursuant to 28 U.S.C. § 1746 hereby declares as follows:

1. I am an attorney duly licensed and admitted to practice in the State of New York and before this Court. I am also a partner of the law firm Hodgson Russ LLP, attorneys for the Defendants herein, Greg Beeche Logistics, LLC ("GBL"), Greg Logistics, LLC ("Logistics"), and Gregory L. Beeche ("Mr. Beeche," and collectively with GBL and Logistics, the "Defendants").[1] As such I am familiar with the facts and circumstances recited herein.

2. I respectfully submit this Supplemental Declaration to provide the Court with information discovered after we filed our original motion papers on March 11, 2026. These submissions are (i) in opposition to the application (the "Motion for Contempt") of Dotan Y. Melech, President of United AMS, LLC, the Receiver in this action ("Receiver"), and (ii) in support of the motion by all Defendants seeking a stay of the Receiver's course of conduct of

[1] GBL and Logistics is collectively referred to herein as the "Company."

dismantling the Company and thereby degrading the value of the Company and its assets (the "Motion to Stay").

3. On Wednesday, March 11, 2026 at 1:52PM—little more than three hours before Defendants' opposition to the Receiver's Motion for Contempt was due—counsel for the Receiver emailed to me the following link to the live auction of the personal property of the Company: https://www.apexauctions.com/auction/#!/auctions/2294fe18-57bf-4052-81d3-5cf4da163d78?cat=b8cde253-7f86-421d-849b-53fe22599f1b&ic=24.

4. Having now had a chance to review the same, it confirms that the Receiver is engaged in a fire sale of Company assets at bargain basement prices.

5. For example, bidding on the 2015 Nissan Titan pickup truck pictured below was set to open at just $500.00:



6. Bidding on the below bandsaw was set to open at just $20.00:




JET 7" X 12" HORIZONTAL BANDSAW

Jet 7" x 12" Horizontal Bandsaw, 3/4-HP

Ends Apr 15, 2026, 10:09 AM EDT

Opening Bid $20

increment $5

Place Autobid | Bid $20

7. Bidding on the hydraulic power squaring shear pictured below was set to open at just $1,000.00:




AMADA H-3013 1/2" X 10' HYDRAULIC POWER SQUARING SHEAR

Amada H-3013 1/2" x 10' Hydraulic Power Squaring Shear, 12-50 SPM, 39" Max. Back Gauge Capacity, Complete with 8' Squaring Arm, Front Operated P...

Ends Apr 15, 2026, 10:10 AM EDT

Opening Bid $1,000

increment $100

Place Autobid | Bid $1,000

8. Bidding on the 2014 Marel programmable vertical traveling mitering bandsaw pictured below was also set to open at just $1000.00:




9. Again, auctioning off these items at such steeply discounted prices only serves to hurt the Receivership Estate. If the Receiver's efforts to dismantle the Company and liquidate its assets is permitted to continue, it will cause direct harm to Mr. Beeche.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 16th day of March, 2026.

Christopher Massaroni