

**Christopher Massaroni**
Partner
Direct Dial: 518.433.2432
Direct Facsimile: 518.391.2102
*CMassaroni@hodgsonruss.com*

March 16, 2026

Honorable Anne M. Nardacci
District Court Judge
U.S. District Court, NDNY
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

> Re:    McCormick, 103 LLC v. Greg Beeche, Logistics LLC, et. al.
> Civil Action: 1:25-00944-AMN-CBF

Dear Judge Nardacci :

I represent all defendants in this matter and I write to advise the Court that, today, my firm filed the following two additional submissions for the Court's consideration in connection with the pending motions to be heard on Wednesday, March 18:

1. Declaration of Thomas Morgan, the Beeche companies' IT consultant, and
2. Supplemental Declaration of Christopher Massaroni, Esq.

Both submissions include important fact information that came to our attention after we filed papers last week. This information is highly important to the pending motions and in the interest of justice, we ask that the Court accept the submissions and consider them on the motions.

We appreciate the Court's courtesy and consideration of this matter.

Sincerely yours,

*/s/ Christopher Massaroni*

Christopher Massaroni
Partner

wh
cc:    All counsel by e-filing

677 Broadway, Suite 401  |  Albany, New York 12207  |  518.465.2333  |  hodgsonruss.com

*Albany ■ Buffalo ■ Greensboro ■ New Jersey ■ New York ■ Palm Beach ■ Rochester ■ Saratoga Springs ■ Toronto*
69057492v1