# Exhibit A

Dotan Y. Melech
United AMS, LLC
8350 W. Sahara Ave., Ste. 150
Las Vegas, NV 89117
Ph: (702) 586-7413
Fax: (877) 300-1763
info@unitedams.com
*Court Appointed Receiver*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MCCORMICK 103, LLC,

Plaintiff,

v.

GREG BEECHE, LOGISTICS, LLC,
GREG LOGISTICS, LLC, and
GREGORY L BEECHE,

Defendants.

1:25-cv-00944-AMN-CBF

**RECEIVER'S INTERIM STATUS REPORT DATED MARCH 20, 2026**

## I. INTRODUCTION

This Interim Status Report, dated March 20, 2026 ("Report"), is respectfully submitted by Dotan Y. Melech, President of United AMS, LLC, court-appointed receiver ("Receiver"). This Report provides the Court with a brief update since the Receiver filed his Interim Status Report dated February 20, 2026. Dkt. No. 74. The Receiver's previously filed status reports ("Prior Reports") (Dkt. Nos. 37, 39, 49, & 74) are incorporated herein by reference, and all defined terms used in this Report, unless otherwise defined herein, shall have the meaning given to them in the Prior Reports.

## II. SUMMARY OF ACTIVITIES

**A. Receivership Entities' Inventory (Hoist) Discrepancy**. In connection with the liquidation efforts described in the Receiver's February 20, 2026 Interim Status Report (Dkt. No.



United AMS® Asset Management Services

49), the Auctioneer identified a significant discrepancy between the number of hoists (Tractel and Saturn) listed in the inventory report provided by Gregory L. Beeche ("Beeche") at the outset of the receivership and the number of hoists physically present at the Facility. Specifically, the inventory report provided by Beeche reflects the presence of 883 Tractel hoists and 179 Saturn hoists, but the Auctioneer was only able to account for 610 Tractel hoists (approximately 20 of which are in pieces) and 155 Saturn hoists. True copies of the inventory report provided by Beeche and the email from the Auctioneer concerning the hoist count are attached as **Exhibits 1** and **2**, respectively.

The Receiver's counsel has engaged with Beeche's counsel with respect to this discrepancy. The Receiver is hopeful that Beeche can provide information to assist in identifying and recovering these missing hoists, which are believed to have an approximate liquidation value exceeding $1,000,000.

**B.** **<u>Additional Server</u>**. Although the Receiver's requests for access to all servers are detailed in the Receiver's motion to hold Beeche in contempt (Dkt. No. 75), Beeche and his former IT consultant, Thomas Morgan, advised the Receiver of the presence of the Receivership Entities' legacy server only—the server that experienced a system crash as described in the Receiver's Interim Status Report dated October 24, 2025. Dkt. No. 49. A former Greg Beeche, Logistics, LLC employee, who has requested anonymity[1], recently alerted the Receiver to the presence of a potential, additional server at the Facility. This additional server, which has not yet been identified with specificity in this proceeding, has been located and secured to preclude remote access. The operability and contents of this additional server are unknown to the Receiver, and as requested numerous times, the Receiver requires administrator login credentials and passwords for all servers. *See generally* Dkt. No. 75.

1. Upon request of the Court, the Receiver will provide the former employee's name *in camera.*

**C. <u>Letter from Nathanial M. Smith</u>.** The Receiver acknowledges receipt of a letter from former Greg Beeche, Logistics, LLC employee, Nathanial Smith, filed on March 18, 2026. Dkt. No. 87. The Receiver or Receiver's counsel will contact Mr. Smith to provide a status update on the Receivership Estate, and to answer any questions Mr. Smith has regarding this proceeding.

## III. CONCLUSION

The Receiver will continue to administer the Receivership Estate, and submit ongoing reports, in accordance with the Court's Order Appointing Receiver dated January 30, 2026. Dkt. No. 63.

20th day of March, 2026.

*Respectfully submitted,*

**DOTAN Y. MELECH**
/s/ Dotan Y. Melech
United AMS, LLC
8350 W. Sahara Ave., Ste. 150
Las Vegas, NV 89117

United AMS® Asset Management Services

# EXHIBIT 1

**GREG BEECHE LOGISTICS, LLC**
PHYSICAL TRACTEL HOIST INVENTORY

| DESIGNATION | HOIST MODEL | | QTY | | LIST PRICE | TOTAL |
|---|---|---|---|---|---|---|
| E | GXE 1023 | | 188 | | 17,220.00 | 3,237,360.00 |
| R | GXE 1023 | | 279 | | 17,220.00 | 4,804,380.00 |
| X | GXE 1023 | | 136 | | 17,220.00 | 2,341,920.00 |
| C | LE 501 | | 3 | | 14,100.00 | 42,300.00 |
| D | LE 501 | | 29 | | 14,100.00 | 408,900.00 |
| H | TE 1020 | | 19 | | 23,620.00 | 448,780.00 |
| W | TE 1020 | | 14 | | 23,620.00 | 330,680.00 |
| V | TE 1020 | | 3 | | 23,620.00 | 70,860.00 |
| F | TE 1023 | | 3 | | 23,620.00 | 70,860.00 |
| L | TE 1023 | | 13 | | 23,620.00 | 307,060.00 |
| P | TE 1023 | | 2 | | 23,620.00 | 47,240.00 |
| U | XE 301 | | 27 | | 12,110.00 | 326,970.00 |
| N | XE 500 | | 30 | | 12,650.00 | 379,500.00 |
| M | XE 500P | | 2 | | 12,650.00 | 25,300.00 |
| B | XE 501 | | 50 | | 13,800.00 | 690,000.00 |
| J | XE 503 | | 7 | | 13,800.00 | 96,600.00 |
| K | XE 506 | | 3 | | 13,800.00 | 41,400.00 |
| S | XE 701 | | 60 | | 15,470.00 | 928,200.00 |
| I | XE 703 | | 15 | | 15,470.00 | 232,050.00 |
| **Total** | | | **883** | | | **14,830,360.00** |
| | | | | | Discount 35%: | (5,190,626.00) |
| | | | | | Net Cost: | 9,639,734.00 |
| G | Saturn 301 | (used cost) | 146 | | 1,685.11 | 246,025.72 |
| T | Saturn 501 | (used cost) | 33 | | 1,685.11 | 55,608.55 |
| **TOTALS** | | | **1062** | | **Total Net Cost:** | **9,941,368.28** |

# EXHIBIT 2

**From:** Randy Koster <rkoster@apex-group.com>
**Date:** March 15, 2026 at 4:07:10 PM CDT
**To:** Dotan Y Melech <dym@unitedams.com>
**Subject: Hoist count**

Dotan,
You have requested a count on the Tractel hoists we have found and included in the auction sale at Greg Beeche Logistics that we are selling for your account.
After doing a final count it appears that there are 610 Tractel hoists but approximately 20 of these are in various parts in bins and so the 20 is an estimate as best we can determine. In addition, there are 155 Saturn hoists.
Let me know if you need further information related to this.
Best Regards,
Randy