

**Christopher Massareoni**
Direct Dial: 518.433.2432
Facsimile: 518.391.2102
cmassaroni@hodgsonruss.com

March 26, 2026

<u>**Via CM/ECF**</u>

Hon. Anne M. Nardacci
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

> Re: *McCormick 103 LLC v. Greg Beeche, Logistics, LLC et al.*
> <u>Civil Action No. 1:25-cv-00944-AMN-CBF</u>

Dear Judge Nardacci:

This Firm recently appeared in this matter on behalf of defendants Greg Beeche, Logistics, LLC; Greg Logistics, LLC; and Gregory L. Beeche ("Defendants").

I write to advise the Court that (i) the Defendants have advised the Firm that they want to discharge the Firm from further representation and (ii) that the Firm has concluded that it cannot continue in the representation of the Defendants. We therefore ask that the Court approve this joint request by client and counsel for our Firm to withdraw from this action.

We understand that Defendants intend to seek alternate counsel, but if they fail to engage other counsel, they will proceed without representation. We have advised Defendants that, under the Local Rules, the withdrawal or substitution of counsel cannot be used as a basis to seek time extensions or delays of the case.

In addition, we have telephonically advised all other counsel of our intent to withdraw as counsel, and have been advised that neither the Plaintiff nor the Receiver oppose the application.

In view of the foregoing, we hereby submit a proposed Order confirming our withdrawal as counsel and request that the Court sign and enter it.

Of course, if the Court has further questions about this matter we would be happy to address them. If the Court seeks specific details of the reasons for this joint request, we request permission to make submissions for *in camera* review. We believe that this is needed to protect client confidences and to allow the Firm to comply with its ethical obligations under the Rules of Professional Conduct.

We appreciate the Court's consideration of this request.

Respectfully yours,

Christopher Massaroni

cc:    All counsel of record *(via CM/ECF)*

I agree to the foregoing:

Gregory Beeche on behalf of Defendants

677 Broadway, Suite 401, Albany, New York 12207  |  518.465.2333  |  HodgsonRuss.com

Albany  ■  Buffalo  ■  New Jersey  ■  New York  ■  Palm Beach  ■  Rochester  ■  Saratoga Springs  ■  Toronto

69118657v369118657v3