UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MCCORMICK 103, LLC,

Plaintiff,

v.

GREG BEECHE, LOGISTICS, LLC,
GREG LOGISTICS, LLC,
GREGORY L. BEECHE, and
NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE,

Defendants.

**DECLARATION OF DOTAN Y. MELECH CONFIRMING THE EXTENT OF GREGORY L. BEECHE'S COMPLIANCE PURSUANT TO COURT'S MEMORANDUM-DECISION & ORDER [DKT. NO. 96]**

1:25-cv-00944-AMN-CBF

I, Dotan Y. Melech, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the President of United AMS, LLC and I am the court-appointed receiver ("Receiver") of Greg Beeche, Logistics, LLC ("GBL") and Greg Logistics, LLC ("GL" and together with GBL, the "Receivership Entities") pursuant to this Court's Order Appointing Receiver dated January 30, 2026 ("Permanent Order"[1]). Dkt. No. 63. I am fully familiar with all the facts and proceedings herein.

2. I submit this declaration pursuant to the Court's Memorandum-Decision & Order ("Contempt Order") confirming the extent of defendant, Gregory L. Beeche's ("Beeche"), compliance with the Permanent Order. Dkt. No. 96.

[1] I was first appointed as Receiver on an interim basis pursuant to the Court's Memorandum Decision & Order dated August 8, 2025, as amended on August 11, 2025 (collectively, the "Interim Order"). Dkt. Nos. 28 & 29. All defined terms not otherwise defined herein shall have the meaning given to them in the Permanent Order.

**Relevant Background**

3. On March 6, 2026, my attorneys filed an emergency motion to hold Beeche in contempt of the Permanent Order ("Contempt Motion") for failing to turn over the following Receivership Assets, *viz.*, (i) administrator login credentials and passwords for the GBL servers, (ii) a certain 2014 Porsche Panamera, VIN WP0BC2A75EL077136, owned by GBL ("Porsche"), and (iii) all funds Beeche transferred or withdrew from GBL's TD Bank, N.A. business checking account on or after August 8, 2025 without authority totaling at least $71,000.00 ("Wrongfully Transferred Funds"). Dkt. No. 75.

4. On April 3, 2026, the Court granted the Contempt Motion in its entirety and entered the Contempt Order. Dkt. No. 96.

5. The Contempt Order directs me to "file and serve an affidavit as to whether Defendant Beeche is in full compliance with the Permanent Receivership Order" no later than April 10, 2026 at 5:00 p.m. *Id.* at 16.

**The Extent of Beeche's Compliance with the Permanent Order**

6. As of the date and time of the filing of this declaration, I confirm that Beeche is only partially compliant with the Permanent Order.

7. On March 23, 2026, Beeche returned the Porsche to 356 Hudson River Rd., Waterford, NY 12188 ("GBL Facility").

8. To date, however, Beeche has neither (i) provided the administrator login credentials and passwords for the GBL servers nor (ii) returned the Wrongfully Transferred Funds.

9. In addition, and as set forth in the Receiver's Interim Status Report dated March 20, 2026, after my attorneys filed the Contempt Motion my auctioneer

identified a significant discrepancy between the number of hoists listed in the inventory report provided by Beeche at the outset of the receivership and the number of hoists physically present at the GBL Facility. Dkt. No. 88-1 at 2.

10. Beeche, through counsel, advised that he did not transfer any hoists to a third party. Despite being asked to explain the discrepancy and to provide specific information concerning the hoists' whereabouts outside the GBL Facility, however, Beeche has provided no such information to date.

Dated: April 10, 2026

By: ______________________
Dotan Y. Melech