Case 1:25-00944-AMN-CBF          Document 104          Filed 04/14/2026          Page 1 of 1

Gregory L. Beeche [
65 Smith Road
Mechanicville, NY, 12118
gregbeeche@gmail.com
518-225-2152



U.S. DISTRICT COURT - N.D. OF N.Y.

**FILED**

APR 1 4 2026

AT_____ O'CLOCK_____
John M. Domurad, Clerk - Albany

The Honorable Judge Nardacci

I am respectfully writing to bring to your attention an urgent matter regarding the retrieval of personal, employees and client's assets currently held at the GLB Plant facility. It has come to my attention that the Receiver and his team are not recognizing the rightful ownership of various assets that belong neither to Greg Beeche Logistics LLC nor to me personally.

- 7 mini BGLifts cranes from Enclos Value over $700K.
- Wood boat (1968) sold to Tyler Gebhardt value $30K.
- Personal tool box and tools of John Persaud, GBL's Plant Manager for 25 years
- Personal tool box and tools of David Baker, Welding Superintendent.

We also have been trying to get the reimbursement of wages and expenditures of our Office Manager, Kim Covert, as she has been assisting the Receiver per agreement, and has incurred expenses and wages that remain unpaid over $5,500.00.

Please note: There are many more other personal properties owned by several employees they need to obtain their belongings. These people have not done anything improper to have to suffer these punishments.

Then, another matter; employees have not been paid their wages, over $600,000.00.

I respectfully ask the court to intervene and instruct the Receiver to allow these individuals and companies to recover their property without incurring unnecessary legal costs. The sale of assets is imminent, and immediate action is necessary to prevent further injustice.

Thank you for your attention to this matter.

Respectfully,

*G.L.Beche*

**Gregory L. Beeche**

Pro se

On April 14, 2026, I swear, under penalty of perjury to the best of my ability.

# Exhibit A

**From:** Massaroni Esq., Christopher <█████@hodgsonruss.com>
**Sent:** Monday, March 23, 2026 11:52 AM
**To:** Gregory Beeche <gregbeeche@gmail.com>
**Subject:** FW: Greg Beeche Logistics_Enclos Corp's Mini Cranes

Greg, I received the below message from Enclos Friday.
I'm going to forward this message to Receiver's counsel.
This a Receiver issue, not an issue for you.

Let me know if you have questions on this.


**Christopher Massaroni**
Partner
Hodgson Russ LLP

Tel:      518.433.2432
Mobile:  518.573.5346
Fax:      518.391.2102

**Hodgson** Russ...

Twitter | LinkedIn | website | Bio | e-mail | vCard

Albany | 677 Broadway, Suite 401 | Albany, NY 12207
Tel: 518.465.2333 | map


**From:** John Demeri <████@enclos.com>
**Sent:** Friday, March 20, 2026 2:21 PM
**To:** Massaroni Esq., Christopher <CMassaroni@hodgsonruss.com>
**Cc:** █████@gmail.com; Nicole Brakstad <█████@enclos.com>; Adam Peine
<████@enclos.com>
**Subject:** RE: Greg Beeche Logistics_Enclos Corp's Mini Cranes

**External Email - Use Caution**

Christopher,
It looks like I had your email address incorrect on my first attempt. See below. Thanks.

**John Demeri**
Project Executive

 **enclos**

111 Broadway, Suite 1805 | NY, NY 10006
**P** (212) 231-2801| **F** (212) 231-2819 | **C** (973) 722-6814
jdemeri@enclos.com | enclos.com

**From:** John Demeri
**Sent:** Friday, March 20, 2026 1:19 PM
**To:** 'CMassaroni@hodgson-russ.com' <█████@hodgson-russ.com>
**Cc:** 'k.beeche@gmail.com' <█████@gmail.com>; Nicole Brakstad <█████@enclos.com>; Adam Peine <████@enclos.com>
**Subject:** Greg Beeche Logistics_Enclos Corp's Mini Cranes

Christopher,
Please see below link to my email correspondence (including attachments) with United AMS Receivership regarding the mini cranes that we purchased.   Please let me know if you have any issues accessing or if you need anything else.  You can call me on my cell anytime.  Please confirm receipt.  Thanks.

https://enclos.egnyte.com/fl/yKbVTXrrx66P

**John Demeri**
Project Executive

 enclos

111 Broadway, Suite 1805 | NY, NY 10006
**P** (212) 231-2801| **F** (212) 231-2819 | **C** (973) 722-6814
jdemeri@enclos.com | enclos.com

*CONFIDENTIAL COMMUNICATION*
*This e-mail may contain confidential and/or privileged material and is for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments, and any copies thereof. Thank you.*

*This message may contain confidential information that is protected by the attorney-client privilege or otherwise. If you are not the intended recipient, you are notified that any disclosure, copying, or use of the contents of this message is strictly prohibited. If this message has been received by you in error, please notify the sender immediately by e-mail and delete the original message. Thank you.*

# Exhibit B

**John Demeri**

| | |
|---|---|
| **From:** | John Demeri |
| **Sent:** | Friday, January 9, 2026 4:05 PM |
| **To:** | 'Brittani Firestone' |
| **Cc:** | Matt Cohn; Adam Peine |
| **Subject:** | RE: Greg Beeche Logistics |
| **Attachments:** | Beeche ACH 051424.pdf; BGLift Invoice.pdf; Bill of Lading.pdf; GBL MINI-CRANES EQUIPMENT BILL OF SALE.pdf |

Brittani,

See attached documentation on the purchase of the 7 mini cranes. Please note that we are in possession of 1 of 7. There are (6) stored at Beeche's facility that we own. Let me know if you need anything additional. I will follow up with the stored material in a separate email for clarity. Thanks again.

**John Demeri**
Project Executive



111 Broadway, Suite 1805 | NY, NY 10006
**P** (212) 231-2801| **F** (212) 231-2819 | **C** (973) 722-6814
jdemeri@enclos.com | enclos.com

**From:** Brittani Firestone <brit@unitedams.com>
**Sent:** Friday, January 9, 2026 2:23 PM
**To:** John Demeri <jdemeri@enclos.com>
**Subject:** Re: Greg Beeche Logistics

Hey John,

I'll be on the lookout for your email and feel free to call me back when you are available.


**Brittani Firestone**
Business / Security Consultant

o:  (877)897-7689
d:  (214)808-9237
e:  brit@unitedams.com

United AMS

1

Please consider your environmental responsibility before printing this e-mail.

**Confidentiality Notice:** This message and any attachments are for the named person's use only. The message and any attachment may contain confidential, proprietary, or privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately notify the sender, delete all copies of it from your system, and destroy any hard copies of it. Please do not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Further, this message shall not be considered, nor shall it constitute an electronic transaction, non-paper transaction, and/or electronic signature under any and all electronic acts including the Uniform Electronic Transfer Act and/or the Electronic Signatures in Global and National Commerce Act. Thank you.

On Fri, Jan 9, 2026 at 12:40 PM John Demeri <jdemeri@enclos.com> wrote:

Hi Brittani,

I left you a voicemail. I'm gathering the documents for the mini cranes and will send you on receipt. If you want to discuss, please give me a call on my cell. Thanks.

John Demeri

Project Executive

 enclos

111 Broadway, Suite 1805 | NY, NY 10006

P (212) 231-2801| F (212) 231-2819 | C (973) 722-6814

jdemeri@enclos.com | enclos.com

**From:** Brittani Firestone <brit@unitedams.com>
**Sent:** Friday, January 9, 2026 10:20 AM
**To:** John Demeri <jdemeri@enclos.com>
**Subject:** Greg Beeche Logistics

**CAUTION: This email originated outside the CH Holdings private network. Do not click hyper links, button links or launch attachments unless you recognize the sender and know the content is safe. Thank you.**

Dear Mr. Demeri,

Mary Seehafer provided me with your contact information following your conversation a few weeks ago.

Would you have a few minutes today to discuss GBL?

2

Additionally, please provide all documentation regarding the cranes so I can help facilitate that process. I also understand you are currently storing several parts that we need returned; please let me know the status of those as well.

I look forward to hearing from you.

Best regards,

**Brittani Firestone**
Business / Security Consultant

o: (877)897-7689
d: (214)808-9237
e: brit@unitedams.com



Please consider your environmental responsibility before printing this e-mail.

**Confidentiality Notice:** This message and any attachments are for the named person's use only. The message and any attachment may contain confidential, proprietary, or privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately notify the sender, delete all copies of it from your system, and destroy any hard copies of it. Please do not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Further, this message shall not be considered, nor shall it constitute an electronic transaction, non-paper transaction, and/or electronic signature under any and all electronic acts including the Uniform Electronic Transfer Act and/or the Electronic Signatures in Global and National Commerce Act. Thank you.

*CONFIDENTIAL COMMUNICATION*
*This e-mail may contain confidential and/or privileged material and is for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments, and any copies thereof. Thank you.*

# Exhibit C

**John Demeri**

| | |
|---|---|
| **From:** | John Demeri |
| **Sent:** | Friday, December 5, 2025 1:35 PM |
| **To:** | 'Mary Seehafer'; Matt Cohn |
| **Cc:** | 42Trinity |
| **Subject:** | RE: FW: Greg Beeche Receivership |

Hi Mary,

We have several things we need to sort out with Beeche, and we have been unable to get a response from them. We are hoping you could help. I don't know what their status is with the receivership but below are the items that are most pressing.

1. Enclos owns (7) mini cranes that are stored at Beeche's facility, and we need to pick them up and send them to our warehouse in Indiana. How can this be coordinated?
2. Beeche has several trailer loads of their material currently being held in storage at our vendor's yard in NJ (Better Built Logistics). This material needed to be removed by Enclos and shipped there from the job site on Beeche's behalf. The material has been sitting there since late July, and I have tried several times to get someone from Beeche to address it. To date we have received invoices for storage from Aug through November totaling $12,104 (and counting). We need to be reimbursed for these invoices.
3. We also need direction ASAP on what to do with this material because we can't continue to incur storage costs. I would assume Beeche would want this material & equipment back.
4. We also never received a final lien waiver from Beeche to closeout the job with the GC (Gilbane Construction Co.). They are aware of Beeche's current status so this may not be a top priority. I just wanted to mention it again.

Please get back to me asap. If you want to discuss further, give me a call on my cell. Thanks again. Have a great weekend!

**John Demeri**
Project Executive

 **enclos**

111 Broadway, Suite 1805 | NY, NY 10006
**P** (212) 231-2801| **F** (212) 231-2819 | **C** (973) 722-6814
jdemeri@enclos.com | enclos.com

**From:** Mary Seehafer <█████@unitedams.com>
**Sent:** Monday, November 10, 2025 6:44 PM
**To:** Matt Cohn <█████@enclos.com>
**Cc:** John Demeri <jdemeri@enclos.com>; 42Trinity <42trinity@enclos.com>
**Subject:** Re: FW: Greg Beeche Receivership

1

**CAUTION: This email originated outside the CH Holdings private network. Do not click hyper links, button links or launch attachments unless you recognize the sender and know the content is safe. Thank you.**

Hi Matt,

I know you have been waiting for this for quite some time, my apologies. At this time the receivership is under a stay and we are waiting for an evidentiary hearing set for Tuesday 11/18.

Yours,

**Mary Seehafer**
Admin/Project Coordinator
o:  702.586.7413
d:  877.897.7689 ext. 502
e:  Mary@unitedams.com

Please consider your environmental responsibility before printing this e-mail

**Confidentiality Notice:** This message and any attachments are for the named person's use only. The message and any attachment may contain confidential, proprietary, or privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately notify the sender, delete all copies of it from your system, and destroy any hard copies of it. Please do not, directly, or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Further, this message shall not be considered, nor shall it constitute an electronic transaction, non-paper transaction, and/or electronic signature under any and all electronic acts, including the Uniform Electronic Transfer Act and/or the Electronic Signatures in Global and National Commerce Act. Thank you.

On Mon, Nov 10, 2025 at 8:00 AM Matt Cohn <█████@enclos.com> wrote:

Mary and/or Kirk,

Please see below email and attachments related to closing Beeche for 42 Trinity. We need to get this squared away so that we can close our contract with the Contractor. This is becoming time critical.

Thank you,

Matt Cohn, PE
Project Executive

⋲ enclos

111 Broadway, Ste. 1805 | New York, NY 10006

(P) 646-216-2532 | www.enclos.com

(C) 646-457-7186 | █████@enclos.com

**From:** John Demeri <jdemeri@enclos.com> **Sent:** Tuesday, October 14, 2025 4:35 PM **To:** mary@unitedams.com
**Cc:** Matt Cohn <mcohn@enclos.com>; 42Trinity <42trinity@enclos.com>
**Subject:** Greg Beeche Receivership

Hi Mary,

Sorry it took me this long to send you these documents. Attached please find the following:

- Notice of Default – sent via email to Kirk Beeche on 4/23/25
- (2) invoices from Built Better Industries for storage of Beeche Equipment (August & September)
- Email to Kari Bornt at Greg Beeche Logistics on 9/5/25
- Memo sent to Kim Covert-Beeche on 9/29 with Enclos CO#1 (deduct change order) for final reconciliation.
- Beeche AIA #11 (final req for reference)
- Final Lien Waiver request email to Kim Covert-Beeche on 9/29/25
- Final Lien Waiver template

Let me know if you need anything else and please let me know if someone will be paying the storage invoices and what to do with Beeches equipment. As discussed, there are about 2-3 truckloads of Beeche's equipment in storage at Better Built Industries. Enclos needed to remove the equipment from the jobsite on Beeche's behalf. We will be getting another invoice for October Storage soon.

Thank you!

John Demeri

Project Executive

 enclos

111 Broadway, Suite 1805 | NY, NY 10006

**P** (212) 231-2801| **F** (212) 231-2819 | **C** (973) 722-6814

jdemeri@enclos.com | enclos.com

*CONFIDENTIAL COMMUNICATION*
*This e-mail may contain confidential and/or privileged material and is for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments, and any copies thereof. Thank you.*

# Exhibit D



**Greg Beeche Logisitcs, LLC**
356 Hudson River Rd.
Waterford, NY 12188
Phone: 518.237.8444

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/13/2024 | BGL-167 |

**Bill To**
Enclos Corp
111 Broadway, Suite 1805
New York, NY 10006

**Ship To**
1585 Broadway
New York, NY

| P.O. Number | Terms | Rep | Ship | Via | Job # | Project |
|---|---|---|---|---|---|---|
| | Net 30 | Paul H. | | | 1211.02 | 1585 Broadway |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | BGLift Cranes | | |
| 1 | CWE210502 | M201G Serial Nr. P319210006 | $ 71,428.57 | $ 71,428.57 |
| 1 | CWE210503 | M201G Serial Nr. P319210007 | $ 71,428.57 | $ 71,428.57 |
| 1 | CWE210504 | M201G Serial Nr. P319210008 | $ 71,428.57 | $ 71,428.57 |
| 1 | CWE210505 | M201G Serial Nr. P319210009 | $ 71,428.57 | $ 71,428.57 |
| 1 | CWE210506 | M201G Serial Nr. P319210010 | $ 71,428.57 | $ 71,428.57 |
| 1 | CWE210507 | M201G Serial Nr. P319210011 | $ 71,428.57 | $ 71,428.57 |
| 1 | CWE210508 | M201G Serial Nr. P319210012 | $ 71,428.57 | $ 71,428.57 |
| | N/A | Sales Tax - Exempt. Resale | $ - | $ - |

| | Total | $ 500,000.00 |
|---|---|---|

# Exhibit E



## GlobeTrans International

**BILL OF LADING**
FOR COMBINED TRANSPORT AND
PORT TO PORT SHIPMENT
NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| CONTAINER NUMBER | BILL OF LADIING NUMBER |
|---|---|
| | GBNS202305810 |

**EXPORTER / SHIPPER**

BRENNERO GRU SRL

VIA LIONELLO FIUMI, 22
37010 CAVAION VERONESE (VR)    VR

**EXPORT REFERENCES**

MIL/MEX/010300461/I

**CONSIGNED TO**
GREG BEECHE LOGISTICS LLC

356 HUDSON RIVER ROAD
12188 WATERFORD USA

**ISSUING AGENT**

**Columbia Transport**
Via Giovanni XXIII 24 – 20090 Rodano (MI) ITALY
Tel : +39 02 9532 8598 ; Fax : +39 02 9532 8745
E-mail: ocean@columbiatransport.com

**NOTIFY PARTY / INTERMEDIATE CONSIGNEE**

SAME AS CONSIGNEE

**POINT (STATE) OR ORIGIN OR FTZ NUMBER**

**DESTINATION AGENT**
W.E.S.T. FORWARDING SERVICES

| * PRE-CARRIAGE BY | * PLACE OF RECEIPT BY PRE-CARRIER |
|---|---|

| VESSEL | PORT OF LOADING / EXPORT |
|---|---|
| ASTRID SHULTE | GENOA |

17851 JEFFERSON PARK ROAD, SUITE 101

| FOREIGN PORT OF UNLOADING | * PLACE OF DELIVERY BY ON-CARRIER |
|---|---|
| NEW YORK, U.S.A. | NEW YORK, USA |

**PARTICULARS FURNISHED BY SHIPPER**

**CARRIER'S RECEIPT**

| MARKS AND NUMBERS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| 1X20' BOX<br>GLDU5157009<br>SEAL 2365363 | 8 PKGS | SAID TO CONTAIN<br>INDUSTRIAL MACHINERY<br>HS CODE: 87059080<br><br>FREIGHT COLLECT // EXPRESS RELEASE<br><br>M/V ASTRID SHULTE VOY 045W<br>SSL: MSC – SCAC: MEDU – MBL: MEDULA414936<br>COLUMBIA – SCAC: GBNS – HBL: 202305810<br>GENOA NOV 14 – SINES – NEW YORK NOV 29<br><br>CY/CY SHIPPERS LOAD & COUNT & SEAL | KGS<br>11200,00 | 25,00 |

**\* APPLICABLE ONLY WHEN DOCUMENT USED AS A COMBINED TRANSPORT BILL OF LADING**

**DECLARADE VALUE (For AD VALOREM purposes only)**

Received in apparent good order and condition, unless otherwise indicated herein, from the Shipper named in this Bill of Lading for carriage, inter alia, as the case may be, on board of the ocean vessel named herein or substitute, the goods or packages of merchandise stated to be marked, numbered and described (weight, measure, brand, contents, quantity, quality and value unknown) to be conveyed via any port or ports and as otherwise provided herein and delivered to the order of or the Consignee named herein, at the port of discharge named (or as near thereto as she may safely get)

In accepting this Bill of Lading the Shipper, Consignee and the Owner of the goods, and the holder of this Bill of Lading, agree to be bound by all its conditions, exceptions and provisions, whether printed, stamped or written, or otherwise incorporated either on the front or on the reverse side hereof.

One original Bill of Lading must be surrendered duly endorsed in exchange for the goods or delivery order.

IN WITNESS whereof _____ 0/ZERO Bill(s) of Lading, all of this tenor and date have been signed, one of which being accomplished, the others to stand void

**GlobeTrans International**

RODANO, NOV 14/2020

BY _____    DATED **Columbia Transport**.
AGENT FOR THE CARRIER

| FREIGHT AND CHARGES | | | |
|---|---|---|---|
| DESCRIPTION OF CHARGE | RATE | PREPAID | COLLECT |
| | | | |
| TOTAL PREPAID | | | |
| TOTAL COLLECT | | | |

## ABI Activity - ACE Cargo Release Status Notification for EP8-2578584-3 / 2578584

| | | | | |
|---|---|---|---|---|
| Carrier: | MEDU | Importer: | GREBEE01 | Broker: W.E.S.T. FORWARDING INC |
| Vessel: | LA414936 | Entry Type: | 01 | 17851 JEFFERSON PARK RD, SUITE 101 MIDDLEBURG HEIGHTS, OH 44130 |
| Voyage: | 044A | Location of Goods: | E005 | |
| Arrival: | 12/05/2020 | Master Bill: | MEDULA414936 | Phone: 440-826-5055 |
| | | Customer Reference No: | | Fax:    440-826-5054 |

| Date/Time | Description | Status | User |
|---|---|---|---|
| 12/14/20 12:54PM | ACE Cargo Release Status Notification | Done | RENEEB |

12/14/20
12:54PM

User: RENEEB
Status Processing for Entry: EP8-2578584-3  Ref: 2578584
Correction Response:
Bill Disposition:
MEDULA414936/GBNS202305810
Entered Quantity:       8 PKG
Manifest Quantity:      8 PKG
12/14/2020 12:53 PM 95 - BILL ARRIVED

Release Disposition:
12/14/2020 12:53 PM  98 - RELEASED
 Release Date: 12/09/2020 Origin: Selectivity Processing Date
12/14/2020 12:53 PM  01 - ONE USG

Exhibit F.

**Greg Beeche Logistics, LLC**   356 Hudson River Road Waterford, NY 12188

P. (518) 237-8444 F. (518) 237-8448

www.gregbeeche.com

# EQUIPMENT BILL OF SALE

This Equipment Bill of Sale (the "**Agreement**") is entered into May 13, 2024 (the "**Effective Date**"), by and between Greg Beeche Logistics, LLC ("**Seller**") located at 356 Hudson River Road, Waterford, NY 12188 and Enclos Corp ("**Buyer**") located at 111 Broadway, Suite 1805, New York, NY 10006, also individually referred to as "**Party**", and collectively as "the **Parties**".

The Seller is in the possession of the following equipment, further referred to as BGLift Cranes:

| Code | Description | Condition | Quantity |
|------|-------------|-----------|----------|
| CWE210502 | M201G Serial Nr. P319210006 | New | 1 |
| CWE210503 | M201G Serial Nr. P319210007 | New | 1 |
| CWE210504 | M201G Serial Nr. P319210008 | New | 1 |
| CWE210505 | M201G Serial Nr. P319210009 | New | 1 |
| CWE210506 | M201G Serial Nr. P319210010 | New | 1 |
| CWE210507 | M201G Serial Nr. P319210011 | New | 1 |
| CWE210508 | M201G Serial Nr. P319210012 | New | 1 |
| **Total** | | | 7 |

and

The Buyer wishes to purchase the abovementioned BGLift Cranes.

THEREFORE, the Parties agreed as follows:

1. **Sale of Goods.** The Seller shall make available for sale and the Buyer shall purchase seven BGLift Cranes (the "Goods").

2. **Delivery.** The Seller shall deliver the Goods to the Buyer at 1585 Broadway, New York, NY 10036.

3. **Purchase Price and Payments.** The Seller agrees to sell the Goods to the buyer for total purchase price of $500,000. This Equipment Bill of Sale shall serve as an invoice for the purchase of the Goods and is payable withing 30 days or receipt.

4. **Additional Terms and Conditions.** The Seller confirms that he is the owner of the equipment described above with the right to sell it to the Buyer for the purchase price listed in Section 3, and certifies that the information provided in this Agreement is true, accurate, and complete to the best knowledge of the Seller.

X _____

Enclos Corp
Buyer

X _____  Kirk P. Beeche  *Digitally signed by Kirk P. Beeche DN: C=US, E=kirk.beeche@gregbeeche.com, O="Greg Beeche Logistics, LLC", CN=Kirk P. Beeche Date: 2024.05.13 11:29:50-04'00'*

Greg Beeche Logistics, LLC
Seller

# Exhibit G.

**NEW YORK STATE OF OPPORTUNITY** | **Department of Motor Vehicles**

**VEHICLE BILL OF SALE**
dmv.ny.gov

**Clearly print or type all information, except signatures.**

I, Gregory Beeche
(Seller)

in consideration of $ 30,000 , do hereby sell, transfer and convey to

Tyler Gebhardt
(Buyer)

the following vehicle:

## DESCRIPTION OF VEHICLE

| Year | Make | Model |
|---|---|---|
| 1968 | Chris Craft | Cutlass Cavalier |

Vehicle or Hull Identification Number

| V | X | E | - | 2 | 6 | - | 3 | 0 | 1 | 5 | C | | | | |

## TERMS AND CONDITIONS (If applicable)

Boat sale and trailer sold in 'As-Is' condition with all faults, known or unknown, and without any express or implied warranties or representations by the seller.

KIMBERLY A BLINSTRUB
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01BL6426167
Qualified in Saratoga County
Commission Expires May 06, 2026

## SELLER

Name

Gregory Beeche

Address

65 Smith Road, Mechanicville, NY 12118

| Signature X | Date 07/15/2025 |

## BUYER

Name

Tyler Gebhardt

Address

2575 Bonnet Street, Manchester Center, VT 05255

| Signature X | Date 7/15/2025 |

MV-912 (11/21)

eForms

State of New York DEPARTMENT OF MOTOR VEHICLES
**ABSTRACT OF REGISTRATION RECORD**

Case 1:25-00944-AMN-CBF     Document 104-8          Filed 04/14/2026              Page 1 of 1

# Exhibit H

Document # RMLL0001
PRINT DATE: 04/09/2026 TIME: 10:04:33   OPERATOR: MLL OFFICE: DAB

PLATE: 9648FN     TYPE: BOAT                    REGISTRANT INFORMATION:
HULL#: VXE263015C                              BEECHE,GREGORY,L          DOB: 08/28/40
68 CH/CR  PLEASURE  WOOD
FUEL: GAS      COUNTY OF USE: SARA         65 SMITH ROAD              COUNTY: SARA
EXPIRES: 06/27     VALID: 07/17/24         MECHANICVILLE NY        ZIP: 12118
PROPULSION: INBOARD    LENGTH: 026         MI#: B05160 62271 515600-40



\*\*\* END OF RECORD \*\*\*

This is to certify that this document is a true and complete copy of an electronic record on file in the New York State Department of Motor Vehicles, Albany, New York. The record was made in regular course of New York State Department of Motor Vehicles daily business. It is the business of the New York State Department of Motor Vehicles to create and maintain the records of drivers in the state of New York. Entries in this document are made at the time the recorded transactions or events took place or within a reasonable time thereafter. The person who reports the information is under a business duty to do so accurately.

ADS-3 (01/19)

*Mark JF. Schroeder*

**COMMISSIONER OF MOTOR VEHICLES**

# Exhibit I.



Picture 1. Gregory L. Beeche on the boat. June 5th 2022.

Case 4:25-cv-00544-AMN-CB   Document 101-9   Filed 04/14/2026   Page 2 of 3



Picture 2. Restoration of the boat. May 19th 2022



Picture 3. Restoration of the boat. Jan 16th 2021



Picture 4. Actual location of the boat. March 26th 2026

**Wire Transaction Details**

# Exhibit J.

| Wire Description | Details |
|---|---|
| Date of Transfer | 11/04/2025 |
| Amount | $21,669.43 |
| Receiving Bank Account Number | ...365 |
| Receiving Bank Name | BANK OF AMERICA, NA |
| Receiving Bank Address | NEW YORK NY |
| Receiving Bank Country | US |
| **Total** | **$21,669.43** |

**Wire Transaction Details**

| Wire Description | Details |
| --- | --- |
| Date of Transfer | 11/04/2025 |
| Amount | $8,330.57 |
| Receiving Bank Account Number | ...365 |
| Receiving Bank Name | BANK OF AMERICA, NA |
| Receiving Bank Address | NEW YORK NY |
| Receiving Bank Country | US |
| **Total** | **$8,330.57** |

# Exhibit K

**From:** Brittani Firestone <brit@unitedams.com>
**Sent:** Thursday, April 2, 2026 12:18 PM
**To:** Tyler Gebhardt <tjgwoodworking@gmail.com>
**Cc:** Gregory Beeche <gregbeeche@gmail.com>
**Subject:** Re: Chris Craft Boat

Hi Tyler,

If you have documentation proving ownership from 1992, please send it to me now so I can forward it to counsel and the Receiver for review.

I cannot release the vessel without proper documentation, and as I will not be onsite and do not have the final authority, approval is required first. Once the documentation is received and approved, I will be happy to release the boat to you. Until that time, access to Greg Beeche Logistics is not granted.

If the existing documentation is not satisfactory, I recommend contacting the DMV records department. When I previously called various bureaus to assist in finding records for you and Greg, I was informed they should have documentation on file, though I was unable to reach a representative directly.

**Brittani Firestone**

Business / Security Consultant

o:  (877) 897-7689
d:  (214) 808-9237
e:  brit@unitedams.com



Please consider your environmental responsibility before printing this e-mail.

**Confidentiality Notice:** This message and any attachments are for the named person's use only. The message and any attachment may contain confidential, proprietary, or privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately notify the sender, delete all copies of it from your system, and destroy any hard copies of it. Please do not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Further, this message shall not be considered, nor shall it constitute an electronic transaction, non-paper transaction, and/or electronic signature under any and all electronic acts including the Uniform Electronic Transfer Act and/or the Electronic Signatures in Global and National Commerce Act. Thank you.

On Thu, Apr 2, 2026 at 7:01 AM Tyler Gebhardt <tjgwoodworking@gmail.com> wrote:

Good Morning Brittani,

Hope you're doing well. I paid $30,000 for this boat last year and have been patiently waiting to take possession of it. We have provided proof of wire transactions, bill of sale, and even an invoice for work that had been done to the boat. Given that this boat is vintage and manufactured in 1968, it does not have a title - vehicles older than 1972, generally do not have titles per the NYS DMV. This boat was rarely used, for about 20 years, it sat unused due to damage to the hull thus was not registered at that time.

We have the following for proof of ownership which is sufficient and would be more than sufficient to allow us to register said vessel within NYS DMV - proving ownership.

- We have approximately 100 hard copy photos of restoration work done to this boat in 1992.
- We have ALL of the material invoices purchased for the restoration work done in 1992.
- We have a document showing hours worked, materials purchased, and dates of payments from Greg for restoration/repair of this boat from 2019-2021. This amount totals $13,405 which is almost half of the value of the boat.
- We have another 50-100 photos of the boat showing restoration of the boat between 2019-2021.

I already requested time off from my job when you initially gave the ok to pick up the boat on March 30th. We will have all of this documentation with us this afternoon when we arrive. It is hard to scan 200 +/- photos and the same for invoices.

Thank you for your time,

Tyler Gebhardt


Tyler Gebhardt

Sent from my iPhone
On Wed, Apr 1, 2026 at 10:23 PM Brittani Firestone <brit@unitedams.com> wrote:
Hello Greg and Tyler,

Unfortunately, we cannot release the boat at this time. As previously discussed, I need documentation proving Greg Beeche owns the vessel. Please note that the bill of sale is not sufficient proof of ownership.

Once I receive the necessary documentation, I will be happy to release the boat to you.


**Brittani Firestone**
Business / Security Consultant

o:  (877) 897-7689
d:  (214) 808-9237
e:  brit@unitedams.com

Please consider your environmental responsibility before printing this e-mail.

**Confidentiality Notice:** This message and any attachments are for the named person's use only. The message and any attachment may contain confidential, proprietary, or privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately notify the sender, delete all copies of it from your system, and destroy any hard copies of it. Please do not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Further, this message shall not be considered, nor shall it constitute an electronic transaction, non-paper transaction, and/or electronic signature under any and all electronic acts including the Uniform Electronic Transfer Act and/or the Electronic Signatures in Global and National Commerce Act. Thank you.

# Exhibit M.

**From:** Brittani Firestone <brit@unitedams.com>
**Sent:** Wednesday, April 1, 2026 12:27 PM
**To:** Gregory Beeche <gregbeeche@gmail.com>
**Subject:** Re: Tomorrow

Good afternoon Mr. Beeche,

Have you been able to find any documentation from when you purchased the boat? I have been contacting the DMV repeatedly but have not had much success yet.

I am happy to release the boat once proper proof of ownership is provided. This is a requirement for documentation rather than a matter of personal trust. I hope your brother-in-law, who has been storing the boat at GBL, understands this.


**Brittani Firestone**

Business / Security Consultant

o:   (877) 897-7689
d:   (214) 808-9237
e:   brit@unitedams.com

Please consider your environmental responsibility before printing this e-mail.

**Confidentiality Notice:** This message and any attachments are for the named person's use only. The message and any attachment may contain confidential, proprietary, or privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately notify the sender, delete all copies of it from your system, and destroy any hard copies of it. Please do not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Further, this message shall not be considered, nor shall it constitute an electronic transaction, non-paper transaction, and/or electronic signature under any and all electronic acts including the Uniform Electronic Transfer Act and/or the Electronic Signatures in Global and National Commerce Act. Thank you.

On Wed, Apr 1, 2026 at 9:51 AM Gregory Beeche <gregbeeche@gmail.com> wrote:
Good morning Brittani
It's all arranged for tomorrow to pick up the wood boat.
I just heard from John Persaud, our plant super of 25 years that you are not letting him pick his personal tool box. I told him that tomorrow at about 3:00 PM a
Pick up truck from Vermont will be picking up the boat by the new owner.
I suggested he be there to get his property.
As I've mentioned; the Saratoga county Sheriff has told me some time ago, should I need to enter my 356 HRR property he will be present and allow me in.
So Brittani, are we in agreement or is this more of the same.
Friday at 10:AM we have a full attendance camera Hearing.
I want to
Be able to be attending in a positive instructive fashion
Please confirm now we are in agreement.
Gregory L. Beeche

Sent from my iPhone