

**Phillips Lytle** LLP

**Via CM/ECF**

April 15, 2026

Hon. Anne M. Nardacci
United States District Court
Northern District of New York
James T. Foley Courthouse
445 Broadway
Albany, NY 12207


Re:     *McCormick 103, LLC v. Greg Beeche, Logistics, LLC, et al.,*
        Civil Action No. 1:25-cv-00944-AMN-CBF
        <u>**REQUEST FOR CONFERENCE**</u>

Dear Judge Nardacci:

As the Court is aware, we represent Dotan Y. Melech, court-appointed receiver in this action ("Receiver").

Further to the Receiver's declaration dated April 10, 2026 (Dkt. No. 100) confirming the extent of defendant, Gregory L. Beeche's, compliance with Court's Order Appointing Receiver dated January 30, 2026 ("Permanent Order"[1]) (Dkt. No. 96), which was submitted in accordance with Your Honor's Memorandum-Decision & Order dated April 3, 2026 finding Mr. Beeche in contempt of the Permanent Order, we just filed the Receiver's supplemental declaration bringing the Court's attention to newly discovered information confirming Mr. Beeche's non-compliance with the Permanent Order (Dkt. No. 105). Specifically, the Receiver has learned that Mr. Beeche is storing previously undisclosed Receivership Assets—*viz.*, a significant amount of scrap and other metal, a crane, a trailer, and a locked storage container—at real property owned by Beeche Properties, LLC, of which Mr. Beeche is the registered agent. *See* Dkt. No. 105 ¶¶ 7-16.

---

[1] All defined terms not otherwise defined herein shall have the meaning given to them in the Permanent Order.

ATTORNEYS AT LAW

———

**TODD A. RITSCHDORFF   PARTNER**   DIRECT **518 618 1212**   TRITSCHDORFF@PHILLIPSLYTLE.COM

———

**3 WINNERS CIRCLE SUITE 306 ALBANY, NEW YORK 12205-1161** PHONE **(518) 472-1224** FAX **(518) 472-1227 | PHILLIPSLYTLE.COM**

**NEW YORK:** ALBANY, BUFFALO, CHAUTAUQUA, GARDEN CITY, NEW YORK, ROCHESTER | **CHICAGO, IL** | **WASHINGTON, DC** | **CANADA:** WATERLOO REGION



Hon. Anne M. Nardacci                                             April 15, 2026
Page 2

Although the Receiver is authorized and directed to sell *all* Receivership Assets pursuant to the Permanent Order, he is concerned about administering these newly discovered Receivership Assets without authorization to open the locked storage container and for the Receiver and potential bidders to access the property where these newly discovered Receivership Assets are located.  Given that an auction of the Receivership Assets is currently underway, and to avoid unnecessary motion practice and to conserve Receivership Estate and Court resources, we respectfully request that the Court schedule a conference at its earliest convenience (i) to provide the Receiver with the necessary authorization to access and facilitate the sale of these newly discovered Receivership Assets and (ii) compel Beeche's attendance to address his continuing willful contempt of the Permanent Order.

Thank you for the Court's time and attention to this matter.

Respectfully Submitted,

Phillips Lytle LLP

By */s/ Todd A. Ritschdorff*

Todd A. Ritschdorff
TAR/

CC:    All counsel of record
       (Via CM/ECF)

       Gregory L. Beeche
       (Via FedEX and email (gregbeeche@gmail.com) together with true copies of the
       supplemental declaration and exhibits (Dkt. No. 105))