**Gregory L. Beeche**
65 Smith Road
Mechanicville, NY, 12118
gregbeeche@gmail.com
518-225-2152



U.S. DISTRICT COURT – N.D. OF N.Y.

FILED

**Apr 16 - 2026**

John M. Domurad, Clerk

**Honorable Judge Ann M. Nardacci**,

I respectfully submit this statement as Pro se following the termination of my relationship with prior counsel, and your acknowledgment of a 60-day allowed time to obtain new council, as ordered by Judge Carla B. Freedman, Magistrate Judge. I am activate looking for an attorney.

Your latest ruling that by 5:00 today:

**1.** I already turn over my company car, you ordered on April 3rd 2026.

**2.** I did turn over the passwords to the Court under seal confidentiality demanded, that I must give the Receiver Dotan Y. Melech, in my opinion, he is not impartial; proof is in the attack on our IP tech, access to passwords to my Intellectual Property (IP) consisting of 3.2 Tbs [equal to 15 laptops full of data]. Mr. Melech has shown, both in intimidation techniques and attempted to steal of the IP; now taking control of the servers were ever they are?.

**3**. I can't pay the Receiver $71,000.00 now, or pay $1,000 per day until I have another income. Funds I used to pay company debt and GBL legal fees; I summited the list before.

As I have already respectfully responded to you, Judge Ann M. Nardacci;

I have summited to you that my income, basically dramatically decreased (stopped) on 3/1/2024; I have no income other than $3,500 per month Social Security, no savings, and co-signed as much as $16M in <u>possible</u> company debt. My home, which I personally built 55 years ago; my 2 daughters' homes, which I co-signed their mortgages, have been lien; my credit cards taken away; In addition, I have borrowed from my children, friends, over $200,000 for immediate needs such as over $150K for attorneys, per your District Court, Ch11 Court, and my Ch13, following the advice of an old lawyer and friend, due the very limited period time to answer this

trial. I was told the hearing on August 1st 2025 was suspended, in consequence the ruling was without any presence or representation defending me and GBL.

Your Honor, I never have the intention to ignored your Court.

The Ch13 Fed Court, I did file a Court Order Staying all judicial proceedings in the Receiver District Court. The Court ruled against us.

The court ruled in spite of the stay against Greg Beeche Logistics, and Gregory L. Beeche. Then, in the same hearing, the judgment against me, not GBL, were excused; I was eliminated as a defendant all together; but, judge, I continued to be treated as if I was a defendant. **The stay was totally ignored.**

A Court Stay is a temporary court ordered suspension or halt of a judicial proceeding, trial, or the enforcement of a judgment. It pauses legal actions to allow for appeals compliance with orders, or pending related matters, rather than dismissing the case.

This although that once the Receiver realized that I personally own the plant/offices and the intellectual property, he began to use intimidation techniques. He said something to the effect: "Greg, I'm in a lot of pressure, If, you don't turn over the IP, and the property, I'm going to shut down the company"; "You are going to see what happens next". Mr. Dotan Y Melech intimidated us, my assistant who is also my wife, over and over; after she became afraid, she instinctively spontaneously recorded him. **The recordings are available upon request camera review.** From then on, my wife and I became personally afraid. He said something to the effect: "Give me the IP, the plant, or I will shut down GBL", he also refused to spend our company money on Insurance previous to pay his needs, "no insurance, I'm shutting the company down" (to date is the receivables is almost $450K)

The Receiver, who claimed he was an officer of the court, and a neutral arbiter, shut down the company altogether; this damaged our clients, their clients, to millions of dollars, delay claims and the entire sequence of all the subs to come on these NYC projects. Our employees were dismissed without pay. This and we had almost $10M in contracts to fulfill. Our gross profits were in excess of $4M.

Case 1:25-00944-AMN-CBF    Document 107    Filed 04/16/2026    Page 3 of 4

I have been working with the Receiver since the beginning, I trusted him when he said: "you don't need a lawyer". In September 2025, <u>after the Receiver court order of Court **45-day time frame**</u>, the Receiver ordered his employee to steal our 3.2 Tbs of technology; attacked our server; crashed it; refused to fix it; <u>From then on, he declared war on me and Greg Beeche Logistics.</u>

My previous Attorney instructed me, and he described to you on the March 18th hearing that, Mr. Melech is [understood untrustworthy] per Mr. Tom Morgan's' report "stealing", to the Receiver (whom Melech retained); Mr. Melech ordered his employee to break into our servers in the middle of the night and <u>attempted to steal the IP, which is my property of 40 plus years of confidential developed access systems for the construction industry.</u>  In the process, Melech's' attack caused the server to crash after 2 hours of pounding. <u>After the server collapsed</u>, they still tried for another 20 hours to, as Morgan stated, to "<u>steal the GLB intellectual property.</u>" After the Morgan report, Melech refused to fix the server; then, without notice, he took the servers away, although there has been so much misinformation, we don't have any idea where the servers are. Previously Melech reported on camera meeting that the (GLB) IP "is worth about $2-3 Million.

Judge, in my pleas' to you; I begged a 4-month suspension before liquidating completely GBL. This because we have a firm understanding with a project consultant that we are "*locked in*" with a partner BrandSafway to a project worth, to GBL between $28M and $46M, [$18.64M first year; $4.66M in advance. To emphasize, we have a joint venture partner named BrandSafway; <u>you read their letter of intent;</u> BrandSafway is the largest scaffolding company in the world; $5Bn in sales, 40,000 employees worldwide. Just before the pandemic, Oct 2019, Brand offered us $55M for the company less debt (sent you in a previous file). The debt then, was $11M; now the debt is less than $16M after loses in which sales dropped by 50% over the pandemic years. The McCormick debt claimed from BofA they purchased for about $3.5M; they are asking for $10M? $11M? it varies with the moment. It seems to me that if the receiver is as he says, an officer of this Equity Court, could consider paying other creditors including more secured ones and the employees, than giving McCormick a <u>350 percent profit</u> while deliberately destroying an important 25-year-old National and International enterprise. They shut us down with $10M in sales and <u>$4M in profits</u>. Our workers were left with over $600K in unpaid wages, alone; friends of GBL loaned us, while operating,

another $4.5M including me owed over $1,1M in unpaid salary. A Receivership court is technically a Bankruptcy court.

A Court of equity is a Judicial body that resolves disputes based on fairness, justice and conscience rather than strictly at hearing to common law rules.

Yesterday, your honor Dotan Y. Melech started the first day selling our assets for less than 15% of their worth. Today, same thing.

If they continue and sell everything, they will take in about $6M, and lose about $34M, based on Dotan on camera declaration of $40M worth. This still leaves millions to be paid by me, alone; As I am an honest person, I guaranteed all debt personally.

Mr. Melech claims he's an expert at Receiverships with 600, or 900, or per the internet, 10,000 cases. He knows we could have reorganized this company starting with the $10M in backlog, followed by the project mentioned above and in BrandSafway letter of intent.  He is competent and this, in my opinion and many others is a deliberate move to destroy GBL and Greg L. Beeche,

Yesterday, Todd Ritschdorff, the Receiver attorney sent a Letter Request/Motion that they are again going to file for Contempt for not telling them that there are "materials, mostly scrap" stored on my lot across the street from the shop/office. I told Thomas Stenz, Receiver's employee, claimed by him to be an "officer of the court". I don't completely understand what this means, that the Contempt ruling above is first in line to be paid if this one succeeds, I suppose.

Respectfully summited,

**Gregory L. Beeche**

Sworn to the best of my ability