Nathanial M Smith
48 Pine St.
Scotia NY 12302
Nathanial.Smith@gmail.com
518-339-1677


Hon. Anne M. Nardacci
United States District Court
Northern District of New York
James T. Foley Courthouse
445 Broadway
Albany, NY 12207

U.S. DISTRICT COURT – N.D. OF N.Y.

**FILED**

**Apr 20 - 2026**

John M. Domurad, Clerk

Re:  McCormick 103, LLC. v. Gregory Beeche,  Logistics, LLC
  Civil Action No. 1:25-cv-00944-AMN-TWD

Dear Honorable Judge Nardacci,

It was explained to me by the Receiver Dotan Y Melech when he took over back in July that he has a fiduciary duty to the employees and that their interest would be taken care of. I have concerns that this is not the case. I was contacted by the receiverships attorney after my last Pro Se letter and informed in so many words that I would not be receiving any money from the receivership. Which has me confused since prior to the auction sale the receivership has claimed on their website "near full principal recovery for secured creditors" Exh. A

Now if the receivership had a fiduciary duty to the employees we should have been made secured creditors by lien which is allowed under New York State Wage Theft Law. Instead the receivership has been silent on all issues and has used the employees' ignorance and trust hoping we would just stay silent and wait for our back pay which will never come if we are not properly represented.

I have tried to seek appropriate legal representation on my own but have not been able to secure proper representation for a few reasons; the law firms have not responded to my request for consultation or, the law firms have had prior dealings with Greg Beeche and will not represent me due to a conflict of interest.

I would like to formally request that I and the other employees are offered their own legal representation in this case.

 I also request no money be collected or distributed until the employees have proper representation.



**Greg Beeche Logistics** Ongoing

Receivership  Specialized Engineering & Logistics

Case Number
1:25-cv-00944-AMN-TWD

Status
Federal Receivership (08/2025-Present)

Creditor
Beltway Capital Management

### Case Overview

United AMS, on behalf of the receivership estate, assumed control of Greg Beeche Logistics, a specialty rigging and façade access systems contractor based in Albany, NY, known for its work on landmark projects including 432 Park Avenue and 1 & 2 UN Plaza. At the time of appointment, the company was semi-operational, uninsured, and days from collapse. Senior leadership had resigned, project staff had gone unpaid, and key contracts were at risk of default. Payroll and union obligations continued to accrue with no available liquidity. Operational records were outdated, and no operational, financial, or management controls were in place.

### Results (ongoing)

In less than 60 days from appointment, United AMS concluded that a going-concern reorganization was not viable. Operations were formally shut down, liabilities were frozen, and the estate transitioned to asset liquidation. A global purchase offer for all company assets was secured. Simultaneously, qualified auctioneers were solicited to ensure an efficient backup sale process. All future revenue collections were redirected to the estate's trust account. Based on current projections, the receivership is positioned to achieve near full principal recovery for secured creditors.

Exh. A

Best Regards,

Nathan Smith