

**Phillips Lytle LLP**

**Via CM/ECF**                                                                                  April 20, 2026

Hon. Anne M. Nardacci
United States District Court
Northern District of New York
James T. Foley Courthouse
445 Broadway
Albany, NY 12207


Re:   *McCormick 103, LLC v. Greg Beeche, Logistics, LLC, et al.,*
      Civil Action No. 1:25-cv-00944-AMN-CBF
      **1968 Chris Craft Cutlass Cavalier Boat, HIN VXE-26-3015C ("Vessel")**

Dear Judge Nardacci:

As the Court is aware, we represent Dotan Y. Melech, court-appointed receiver in this action ("Receiver").  Following the conference before Your Honor on Friday, April 17, 2026, this confirms that the documentation provided by Mr. Beeche concerning ownership of the Vessel has been deemed sufficient, and the Receiver will release the Vessel to Mr. Gebhardt, the Vessel's purchaser.

Thank you for the Court's time and attention to this matter.

Respectfully Submitted,

Phillips Lytle LLP

By */s/ Todd A. Ritschdorff*

Todd A. Ritschdorff
TAR/

CC:   All counsel of record (Via CM/ECF)
      Gregory L. Beeche (Via email (gregbeeche@gmail.com))

ATTORNEYS AT LAW

———

TODD A. RITSCHDORFF   PARTNER   DIRECT 518 618 1212   TRITSCHDORFF@PHILLIPSLYTLE.COM

———

3 WINNERS CIRCLE SUITE 306 ALBANY, NEW YORK 12205-1161 PHONE (518) 472-1224 FAX (518) 472-1227 | PHILLIPSLYTLE.COM
NEW YORK: ALBANY, BUFFALO, CHAUTAUQUA, GARDEN CITY, NEW YORK, ROCHESTER | CHICAGO, IL | WASHINGTON, DC | CANADA: WATERLOO REGION