**UNITED STATE DISTRICT COURT**
**JAMES T. FOLEY COURTHOUSE**
**445 BROADWAY**
**ALBANY, NEW YORK  12207**

April 23, 2026

Greg Beeche
65 Smith Road
Mechanicville, New York  12118
*gregbeeche@gmail.com*

Re:  McCormick 103, LLC v. Greg Beeche, Logistics, LLC
       Transcript from 4/17/26

Dear Mr. Beeche:

I am in receipt of your request for the teleconference transcript of McCormick v. Beeche, held in this court April 17th, 2026.  This transcript is 33 pages, and at the requested three-day rate of $6.55 per page, the total cost is $216.15.

If you wish to obtain this transcript, please send a certified check or money order made payable to me to the above-listed address.  Venmo and CashApp are also available upon request.  Once payment has been received, the transcript will be completed and sent to you.

Sincerely,

*S/Jacquelyn B. Gecewicz*

Jacquelyn B. Gecewicz
Official Court Reporter
US District Court
Northern District of New York
(518) 257-1894
jacquelyn_gecewicz@nynd.uscourts.gov