UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

GREGORY LAURENCE BEECHE, Pro Se Defendant/Interested Party,

v.

[McCormick 103 LLC,

Plaintiff.

Case No.: Case 1:25-00944-AMN-CBF



U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**

**Apr 23 - 2026**

John M. Domurad, Clerk

**EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND TO STAY THE DISPOSITION OF ASSETS**

**Honorable Judge Ann M. Nardacci**,

I respectfully Submit this statement as "*Pro se*", as I am seeking new attorney. However, your Honor, I am asking the court to temporarily halt the delivery of the Greg Beeche Logistics sold assets; namely the physical assets consisting of the GBL rental/lease inventory recognized and stated to be currently worth $19.5M so itemized. The receiver declared all to be scrap and sold it as scrap to be destroyed.

Receiver Mr. Melech has been in conversation with me recently and he has been slowly providing information regarding the "auction" of our assets at the plant.

He refuses to provide me with the actual details and has been dragging his feet telling me that once the Court receives such data, I then can ask the court to share it with me.

He has informed me that the sale brought in less than $1M in revenue, and that **the bulk of the sale was for "scrap".** Finally, your honor, he did just tell me that scrap, so he calls it is "all the aluminum and steel parts" on the 5.2-acre facility.

This is the equivalent of taking all of the fabrications and systems that were developed over 40 years of my work life, previously GBL was founded, taken form the IP 3.2 Terabytes of engineered and designed components that allowed us to develop a business worth, until the pandemic shut down the market: $25M in sales annually with a gross profit of $10M and a net profit of $4.5M year after year.

The inventory of the leasing equipment in general consists of approximately $10M in hoists, $2.5M in wire winders, and the rest is components such as the 90,000 lineal feet of Aluminum ADT (17 miles long).

Example; Mr. Melech has sold all this aluminum that we rented at 7 dollars per foot per month and has declared that it is scrap and has sold it for as much as $.50 cents per pound. The ADT extrusion average weight per ft is 8 lbs./ft the original. So, your honor, if he obtained 0.50 cents per lb. estimated high; the ft price is 4 dollars. Years ago, we bought extrusions for $15 per foot at best. This <u>plus</u> all the

manufacturing cost added. The ADT extrusion if half of the inventory were rented would bring in $315,000 per month.

He has decided to take this valuable product and sell it for scrap. This is totally wrong and completely unfair to say the least. This not just to me that has cosigned all our debt; but to our employees that are still unpaid; but also, to the creditors such as McCormick. Mr. Melech, I submit, your Honor in my opinion deliberately selling our company assets for pennies on the dollar. This because he was caught, according to Mr. Morgan whom he hired to find out what he did to our servers informed him and all that he tried to steal our intellectual property in the middle of the night. After all the dialog since he attempted to take the IP, my opinion is the same. If you scrap the ADT system, we don't need the IP, still to be determined if it has not been destroyed

This and that my assistant and wife was so concerned about his repeated threats over and over that if we did not give him the ownership of the IP, and the plant, that we will see what happens and he will shut down the company. He did shut it down and destroyed Greg Beeche Logistics to this point.

**Relief Requested**

I respectfully request that the Court:

Order a temporary stay on the delivery of all sold assets to allow for an independent examination of the sale terms.

Your honor, I beg your consideration that before all our assets are taken away for scraps rather than for a fleet of leased components, that we are allowed to examine the details and who actually bought these assets as well.

In my opinion, Mr. Melech is an experienced bankruptcy participator of the most experienced, maybe in the world; certainly, in the USA. He attempted to steal the technology that he said was worth almost $3M. He also threatened us, if we do not sign over the plant and the IP, he would shut down the company and "*you will see what happens next*" over and over, to the degree that my wife/assistant your honor; this is highly illegal from any natural assumption.

Prior to the Receiver being placed, GBL, myself and Kirk Beeche Director, negotiated with Fairfield-Maxwell, an investor, for 5 months and we were about to close the sale f<u>or $15M in total</u>, although not finalized due to due diligence; the bank refused to negotiate with them. The Receiver took me out of the negotiation's and settled with Maxwell for $10M. This included <u>eliminating paying</u> any other creditors other than Mr. Melechs' client, really. I did object to leaving all other creditors including workers and other secured creditors not paid.

*Fairfeld Maxwell decided to not move forward* <u>p</u>er Kevin Crosby lead Maxwell negotiator, because he felt that Mr. Melech, when he broke into our servers and *pounded on them for 22 hours,* and crashed them, actually destroyed the contents.

McCormick blamed me for resisting, the sale, without paying all creditors especially the workers.

Your Honor; I respectfully submit to you, Mr. Melech in my opinion, has violated twice his responsibilities as a neutral equitable controlling Receiver, these are violations of his impartial duties; should be removed altogether.

In my opinion, the Receiver wants to turn our company into scrap, to hide the possibility the IP was destroyed.

And as a fair and equitable duty, to all concerned, I beg the Court to delay the distribution of our physical assets for a few days so that we can examine what and who bought our assets that the receiver said were worth $40M and see if the IP is still in the servers.

Respectfully sincerely with kindest regard,

Sworn under penalty of perjury by me to the best of my ability on 4/23/2026.

**Gregory Laurence Beeche**
Pro-se