**Gregory L. Beeche**
65 Smith Road
Mechanicville N.Y.
12118. U.S.A.
518-225-21-52
gregbeeche@gmail.com

U.S. DISTRICT COURT – N.D. OF N.Y.

**FILED**

**Apr 24 - 2026**

John M. Domurad, Clerk

**Hon. Anne M. Nardacci**
United States District Court Northern District of New York
James T. Foley Courthouse
445 Broadway. Albany, NY 12207

**Continuation Emergency Motion to temporary restraining order and stay the disposition of assets.**

**Honorable Judge Anne M. Nardacci,**

As I have stated some information to the court in the past submittals:

We have a project, that if allowed to perform by this Court, will bring in $18.64M plus field supervision, in sales, in the first year alone. This, with a 25% advanced payment ($4.66M). Being totally open and trusting confidentiality, their first year will yield over $10M in gross profit. Our system will save the owners millions upon millions on the field installation. Total cost estimate to the owners is over $150 million.

The project is called 432 Park Ave NYC. refer to NYTimes article of October 19th 2025, in the internet. It is an existing High Rise, 1,400 ft high, luxury apartment building; it is very complicated recladding of the exterior walls. This project will last approximately 30 months duration, or more. If you use the first years cost to the project of $18.64M over 12 months, using half that amount as a scale, the balance of additional cost approx. 18 months would yield another $14M, with the same percentage of profit as the first 12 months mentioned above.

The designs for accessing the exterior of this tower by crews and materials from my personally working on this project starting in April 10th of 2023, when my assistant and I went on to its roof.

In as much as this appears to be a 'brag' or boast, your honor, it is not; only our technology can actually be used to perform all that is needed on this project safely and efficiently. The owners' consultants, SBI Consultants have expressed this to us and to our new joint venture partner, BrandSafway, as well.

BrandSafway will be the primary contract holder and I, GLB, or GBL will be the subcontractor. If GBL is the sub, your Honor, we can use these funds to reorganize and negotiate with the creditors; and including the workers unpaid.

SBI Consultants; BrandSafway scaffolding company; I developed several versions of my designs over 3 years, now they are completed, I created "*the only proposal who satisfied all the necessities of the owners*", according to SBI; all these items are in place. The start date on site is end of this year beginning of next; perfect timing for GBL to prepare the equipment. BrandSafway will fund all operations. GBL or GLB will receive the advance payment.

Greg Beeche Logistics was caught in the pandemic and caused the company to take loses. Our reputation and integrity have been 100% the best. Our people have been with us for decades and are unpaid now ($600K).

Our clients are in serious difficulty because they used our technology to retain future work.

Your Honor, Mr. Melech the Receiver, from the start of this Receivership, became from declaring neutrality and that we had no need for attorneys, to ordering us/me over and over that we had to turn over my intellectual property over to him or else we will see, and he will shut down the company. My assistant became frightened with repeated intimidation techniques. She recorded several phone conversations for fear something physically would happen. Mr. Melech had no logical reason stated why I would give him the IP and the plant; not what we would gain by giving these assets to him, from the very beginning, Mr. Melech and his crew, did everything more difficult and obstructionist.

If we do this project, we will not just pay McCormick a fair and equitable amount; but will pay all legitimate creditors in a negotiated settlement, over time.

Please you honor; I beg the court to allow other creditors to be compensated and considered. In addition, I, personally, as a decent person should do, I stood up and took responsibility for all debt, while I felt that my family was secure in that the worst-case debt was $16M, while the assets were well over $40M. Of course, the best way to move forward is to save GBL and continue operations starting with this project.

Respectfully sincerely with Kindest regard,

**Gregory L. Beeche**
Sworn under penalty of perjury to the best of my ability on April 24, 2026.
**Pro se**