UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

FILED

**Apr 29 - 2026**

John M. Domurad, Clerk

---

McCormick 103, LLC

                                    Plaintiff(s),

          -vs-                                  Civil Case No. 1:25-cv-00944

Greg Beeche, Logistics, LLC


                              Defendant(s)

---

## MOTION FOR APPOINTMENT OF COUNSEL

1. I hereby request a court-appointed attorney to represent me in this action.

2. I have contacted the following attorneys in my effort to obtain counsel:

Boyle Legal, LLC - no response to messages left.

Tully Rinckey PLLC - Prior relationship with Greg Beeche

Alexander Poole and co. - No response to message left

Nadia Mhuineachain -NYSBA's Lawyer Referral Service - no response

NOTE:    You **must** first attempt to find an attorney on your own before you file a motion for appointment of counsel with the Court. *See Terminate Control Corp. v. Horowitz*, 28 F.23d 1335 (2d Cir. 1994)

3.      I have attached to this motion the correspondence that I have received from the attorneys listed above.

4.      The reasons I believe I should be appointed counsel pro bono are as follows:

The receivership has violated their fiduciary duty to the emplyees. There was

no attempt to maximize the value of the company which would have

benefited the employees. I request counsel so I can seek 3rd party representation.


I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/29/2026

                                        Signature of Plaintiff