

**Phillips Lytle LLP**

**Via CM/ECF**                                                                    May 1, 2026

Hon. Anne M. Nardacci
United States District Court
Northern District of New York
James T. Foley Courthouse
445 Broadway
Albany, NY 12207


Re:    *McCormick 103, LLC v. Greg Beeche, Logistics, LLC, et al.,*
       Civil Action No. 1:25-cv-00944-AMN-CBF
       **Further Submission Concerning Security Agreement and BGLift Mini Cranes**

Dear Judge Nardacci:

As the Court is aware, we represent Dotan Y. Melech, court-appointed receiver in this action ("Receiver").  In accordance with Your Honor's Text Order (Dkt. No. 123), the Receiver submits this letter concerning the seven (7) BGLift mini cranes ("Mini Cranes") Greg Beeche, Logistics, LLC ("GBL") purportedly sold to Enclos Corp. ("Enclos"). Specifically, Your Honor directed the Receiver to provide (i) the "Equipment Description" referenced in the security agreement among GBL, Greg Logistics, LLC ("GLL"), and plaintiff's predecessor in interest, Bank of America, N.A. ("Security Agreement"), and (ii) a further written submission regarding whether the Mini Cranes are inventory or non-inventory collateral.

### Security Agreement Equipment Description

Upon information and belief, the Security Agreement, which was also attached as Exhibit H to plaintiff's second amended complaint (Dkt. No. 59-8), never contained the "Equipment Description" attachment.  The Receiver believes that the absence of such an attachment is of no moment.  Paragraph 1(c) of the Security Agreement states that GBL and GLL (collectively, the "Pledgor") granted plaintiff's predecessor a security interest in "*[a]ll equipment* and fixtures now owned or hereafter acquired by Pledgor (including, but not limited to, the equipment described in the attached Equipment

ATTORNEYS AT LAW

TODD A. RITSCHDORFF   PARTNER   DIRECT 518 618 1212   TRITSCHDORFF@PHILLIPSLYTLE.COM

3 WINNERS CIRCLE SUITE 306 ALBANY, NEW YORK 12205-1161 PHONE (518) 472-1224 FAX (518) 472-1227 | PHILLIPSLYTLE.COM
NEW YORK: ALBANY, BUFFALO, CHAUTAUQUA, GARDEN CITY, NEW YORK, ROCHESTER | CHICAGO, IL | WASHINGTON, DC | CANADA: WATERLOO REGION



Hon. Anne M. Nardacci                                                          May 1, 2026
Page 2

Description, *if any*)" (emphasis added).  As a result, GBL's equipment covered by the Security Agreement is unlimited in scope and unrestricted by time, and thus, plaintiff has a security interest in all such equipment whether it was specifically defined in the Security Agreement and regardless of when it was acquired by GBL.  Moreover, the "if any" language strongly suggests that an Equipment Description attachment was merely a drafting option, not a requirement.

### Mini Cranes

The Uniform Commercial Code ("UCC") defines "Inventory" as "goods, other than farm products, which: (A) are leased by a person as lessor; (B) are held by a person for sale or lease or to be furnished under a contract of service; (C) are furnished by a person under a contract of service; or (D) consist of raw materials, work in process, or materials used or consumed in a business."  N.Y. U.C.C. 9-102(48).  Conversely, the UCC defines "Equipment" as "goods other than inventory, farm products, or consumer goods."  N.Y. U.C.C. 9-102(33).  Critically, "the same property cannot simultaneously be both equipment and inventory."  N.Y. U.C.C. 9-102 cmt. 4.a.

As set forth in the Receiver's Inventory and Liabilities Report Dated September 2, 2025, "[t]he Receivership Entities [we]re engaged in the business of designing, fabricating, and providing specialized scaffolding and access solutions for high-rise and complex construction projects.  Their operations center on the production and deployment of custom-engineered scaffolding systems that are project-specific and not generally interchangeable with standard equipment."  Dkt. No. 37-1 at 3.  In addition, on its website, GBL advertised the following services concerning its scaffolding and access solutions: logistics planning; professional engineering, code and permits; master rigging; field training and project oversight; and maintenance and repairs (https://www.gregbeeche.com/services/ (last visited May 1, 2026)).  GBL did not, in the ordinary course of its scaffolding and access solution business, hold itself out as a seller of Mini Cranes.

Here, Mr. Beeche does not allege, and the Receiver is not aware, of any facts that support the conclusion that the Mini Cranes should be classified as inventory sold in



Hon. Anne M. Nardacci                                                                    May 1, 2026
Page 3

the ordinary course of GBL's business.  Indeed, Mr. Beeche claims only that GBL ordered the Mini Cranes in November 2020 and then sold them to Enclos three-and-a-half years later without any further context surrounding this disposition.  Dkt. No. 115.  Moreover, in the same submission to the Court, Mr. Beeche acknowledges that the Mini Cranes were GBL "equipment".  *See id*. at 1 (of 25), 2 (of 25), and 19 (of 25).

As set forth in our letter dated April 24, 2026 (Dkt. No. 121), a priority dispute exists between plaintiff and Enclos relating to the Mini Cranes.  Any interest the Receivership Estate may have in the Mini Cranes is subject to a resolution of this dispute.  Thus, the Receiver respectfully submits that plaintiff and Enclos should be heard on this issue, and in the interim, the Receiver will continue to safeguard the Mini Cranes pending further direction from the Court.

Finally, and although not germane to resolving the priority dispute concerning the Mini Cranes, Mr. Beeche also mentions another unauthorized pre-receivership equipment sale to BrandSafway.  Dkt. No. 115 at 1; Dkt. No. 124 at 1; *see also* enclosed invoices.  While the Receiver—at the request of Mr. Beeche, with plaintiff's consent, and following the receipt of $187,500 in September 2025 (50% of the total sale amount)—permitted BrandSafway to recover certain items from the GBL facility (including a large box deemed to contain objects of inconsequential value *after* GBL filed bankruptcy), this transaction, for these and other reasons, is distinct from GBL's purported sale of the Mini Cranes to Enclos.  Upon the Court's request, the Receiver will further address the BrandSafway transaction in his next status report.

Respectfully submitted,

Phillips Lytle LLP

By  */s/ Todd A. Ritschdorff*

Todd A. Ritschdorff
TAR/



Hon. Anne M. Nardacci                                           May 1, 2026
Page 4


Enclosure

CC:   All counsel of record
      (via CM/ECF)

      Gregory L. Beeche
      (via email: gregbeeche@gmail.com)

# Invoice

**Greg Beeche Logistics, LLC**

**356 Hudson River Road**
**Waterford, NY  12188**
**PHONE**   518-237-8444
**FAX**       518-237-8448
**FED ID**   26-2393984
www.gregbeeche.com

PAID
05/30/2025

| Date | Invoice # |
|------|-----------|
| 6/2/2025 | 18069 |

| Bill To | Ship To |
|---------|---------|
| Brandsafway Industries, LLC<br>PO Box 33518<br>Indianapolis, IN 46203 | 383 Madison Ave<br>New York, NY |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Job # | Project |
|-------------|-------|-----|------|-----|--------|-------|---------|
| E6050202315 | Net 30 | DF | 5/20/2025 | | | 0626.02 | 383 Madison Ave. |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | Brandsafway Industries, LLC | | |
| | | | | |
| | | 50% Deposit NET 30 on 50% Balance | | |
| | Sale | Sale of the following equipment: | 187,500.00 | 187,500.00T |
| | | | | |
| 8 | Sale | 2400-LB. GBL 110 R MOTORS - 220 V, 3-PHASE, 20 AMP | 0.00 | 0.00T |
| 24 | Sale | Hoist conveyor beams | 0.00 | 0.00T |
| 28 | Sale | 30" Powered Winders | 0.00 | 0.00T |
| 20 | Sale | Retrofit of 20 Brand Safeway Motors to allow for 4-pin outpu | 0.00 | 0.00T |
| | | Sales Tax | 0.00% | 0.00 |

| | Total | $187,500.00 |
|---|-------|-------------|
| | **Payments/Credits** | -$187,500.00 |
| **Remit Payment To:**<br>**356 Hudson River Road**<br>**Waterford, NY  12188** | **Balance Due** | $0.00 |

# **Greg Beeche Logistics, LLC**

# **Invoice**

**356 Hudson River Road**
**Waterford, NY  12188**
**PHONE**    518-237-8444
**FAX**        518-237-8448
**FED ID**    26-2393984
www.gregbeeche.com

| Date | Invoice # |
|---|---|
| 9/6/2025 | 18088 |

**PAID 09/06/2025**

| Bill To | Ship To |
|---|---|
| Brandsafway Industries, LLC<br>PO Box 33518<br>Indianapolis, IN 46203 | 383 Madison Ave<br>New York, NY |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Job # | Project |
|---|---|---|---|---|---|---|---|
| E6050202315 | Net 30 | DF | 9/6/2025 | | | 0626.02 | 383 Madison Ave. |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | Brandsafway Industries, LLC | | |
| | | 50% Deposit NET 30 on 50% Balance | | |
| | Sale | Sale of the following equipment: | 187,500.00 | 187,500.00T |
| 8 | Sale | 2400-LB. GBL 110 R MOTORS - 220 V, 3-PHASE, 20 AMP | 0.00 | 0.00T |
| 24 | Sale | Hoist conveyor beams | 0.00 | 0.00T |
| 28 | Sale | 30" Powered Winders | 0.00 | 0.00T |
| 20 | Sale | Retrofit of 20 Brand Safeway Motors to allow for 4-pin outpu | 0.00 | 0.00T |
| | | Sales Tax | 0.00% | 0.00 |

| | |
|---|---|
| **Total** | $187,500.00 |
| **Payments/Credits** | -$187,500.00 |
| **Remit Payment To:**<br>**356 Hudson River Road**<br>**Waterford, NY  12188** **Balance Due** | $0.00 |