# Buchanan

**Christopher P. Schueller**
412 562 8432
christopher.schueller@bipc.com

Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA  15219-4413

T 412 562 8800
F 412 562 1041

May 1, 2026

**VIA ELECTRONIC MAIL AND ECF**

Hon. Anne M. Narducci
United States Bankruptcy Court
Northern District of New York
James T. Foley United States Courthouse
445 Broadway, Suite 330
Albany, NY  12207

> **Re:  *McCormick 103, LLC v. Greg Beeche, Logistics, LLC, et al.,***
> **Civil Action No. 25-00944-AMN**
> **Secured Creditor's Response to Text Order dated April 29, 2026 [Dkt No. 123]**

Dear Judge Narducci,

We represent the plaintiff McCormick 103, LLC ("**Secured Creditor**").  The Secured Creditor supports the submissions of the receiver with respect to the Mini Cranes and respectfully requests an opportunity to file a motion with respect to those Mini Cranes for a determination as to the priority of interests in that equipment.

Moreover, the Secured Creditor makes a plea to the Court to address the constant barrage of meritless letters and motions filed by Gregory Beeche ("**Mr. Beeche**") on behalf of GBL.  Mr. Beeche's constant harassment of the receiver needs to come to an end.  As an equity owner in GBL, Mr. Beeche has no chance of recovery from GBL assets.  The debts of GBL exceed $13 million and the recovery from the sale of GBL assets look like they will yield less than $2 million.  Mr. Beeche simply has no economic interest to protect with respect to GBL.  Yet Mr. Beeche's constant harassment drives up the costs of this receivership and eats away from the Secured Creditor's recovery.

To address this, the Secured Creditor respectfully requests that the Court deny outright any request for relief by Mr. Beeche on behalf of GBL with respect to the Mini Cranes or any other matter.  Mr. Beeche should not be permitted to represent a limited liability company in Court.  He is not an attorney.  *Lattanzio v. COMTA*, 481 F.3d 137 (2d Cir. 2007) (holding that LLC could appear in  federal court only  through  licensed attorney,  regardless  of  fact that LLC had sole member and that its sole member sought to represent it).

May 1, 2026
Page -2  -

Respectfully,

**BUCHANAN INGERSOLL & ROONEY PC**

By: */s/ Christopher P. Schueller*
　　　Christopher P. Schueller

cc:　Gregory L. Beeche
　　　Parties-in-Interest via ECF Notification