**Law Offices**

# KHPJM Kroll Heineman Ptasiewicz Jameson Marra

91 Fieldcrest Avenue, Suite 35, Edison, NJ 08837

www.krollfirm.com
Tel: 732-491-2100
Fax: 732-491-2120

May 18, 2026

**Via Email**
Greg Beeche, Logistics LLC
Greg Logistics, LLC
c/o Dotan Y. Melech
830 W. Sahara Avenue, Suite 150
Laa Vegas, Nevada 89117

> **Re:    McCormick 103, LLC v. Greg Beeche Logistics LLC**
> **Civil Action No.: 25-944 (AMN)(CBF)**

Dear Mr. Melech:

This firm is counsel to the Eastern Atlantic States Carpenters Funds ("Funds"). In that capacity, the Funds forwarded to me the attached correspondences. Kindly direct all further correspondences and communications regarding this matter to the undersigned.

Please be advised that all communications regarding the above matter should be sent to the undersigned at the following email address: sptasiewicz@krollfirm.com.

In that regard, please contact the undersigned in regards to scheduling a payroll compliance audit so that my client can determine the amount owed to the Funds.

Should you have any questions, please do not hesitate to contact me at (732) 491-2100. I thank you for your anticipated courtesies and cooperation in this matter.

Very truly yours,

Seth Ptasiewicz

SP:PS
Enclosures
cc:    Client(via email)(with enclosures)