UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MCCORMICK 103, LLC, | ) |
| | ) Civil Action No. 25-944 (AMN/TWD) |
| Plaintiff, | ) |
| | ) **CIVIL ACTION** |
| v. | ) |
| | ) **NOTICE OF APPEARANCE** |
| GREG BEECHE, LOGISTICS, LLC & GREG | ) |
| LOGISTICS, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

Kindly enter the appearance of Seth Ptasiewicz, Esq. as counsel for Petitioners in the

above-referenced matter.

**KROLL HEINEMAN PTASIEWICZ
JAMESON & MARRA, LLC**
*Attorneys for Creditors*
*Eastern Atlantic States Carpenters Funds*

Dated: May 18, 2026                    */s/ Seth Ptasiewicz*

_____

SETH PTASIEWICZ, ESQ.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify I caused the annexed Notice of Appearance to be electronically filed and

served via Electronic Case Filing on this date with the:

Clerk, United States District Court
Northern District of New York
James T. Foley Courthouse
509 Broadway, Suite 445
Albany, New York 07101
1

Christopher P. Schueller, Esq.
Buchanan Ingersoll & Rooney, P.C.
501 Grant Street, Suite 200
Pittsburgh, PA 15219
*Attorneys for Plaintiff*

I further certify that the foregoing statements made by me are true. I am aware that if any

of the foregoing statements made by me are willfully false, I am subject to punishment.

**KROLL HEINEMAN PTASIEWICZ &
PARSONS, LLC**
*Attorneys for Petitioners*

Dated: May 18, 2026                    */s/ Seth Ptasiewicz*

SETH PTASIEWICZ, ESQ.