Christopher P. Schueller, Esquire
New York Bar No. 2582914
**BUCHANAN INGERSOLL & ROONEY PC**
640 5th Avenue, 9th Floor
New York, NY 10019
Telephone: (212) 440-4400
Fax: (212) 440-4401
E-mail: christopher.schueller@bipc.com
*Attorneys for Plaintiff, McCormick 103, LLC*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MCCORMICK 103, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>GREG BEECHE, LOGISTICS, LLC; GREG LOGISTICS, LLC; GREGORY L. BEECHE; and NEW YORK STATE DEPARTMENT OF TAXATION,<br><br>and<br><br>"JOHN DOE", "JANE DOE", "DOE ASSOCIATES", and "DOE CORP.", the names being fictitious and being intended to refer to any and all adult natural persons and to all partnerships, corporations and other legal entities having, or which may claim to have, any lien against or interest in the Real Property described in the complaint in this action, other than persons or entities already defendants herein,<br><br>*Defendants*. | Civil Action No. 1:25-cv-00944-AMN-TWD |

**SUPPLEMENT TO PLAINTIFF'S MOTION TO AMEND THE RECEIVERSHIP ORDER TO ADD CERTAIN REAL PROPERTY OWNED BY THE DEFENDANT GREGORY L. BEECHE TO THE RECEIVERSHIP**

Plaintiff McCormick 103, LLC ("**Plaintiff**") for its Supplement to its Motion to Amend the Receivership Order ("**Motion**") to Add Certain Real Property owned by the Defendant Gregory L. Beeche ("**Beeche**") to the Receivership which Plaintiff originally filed on February 4, 2026 at ECF 65, states as follows:

1. To date, there has been no opposition filed to the Motion. Plaintiff respectfully requests that the Motion be granted. However, to keep down the cost of disposing of the real estate, Plaintiff respectfully requests that William Colucci of Pyramid Brokerage Company be appointed receiver over the real estate. A copy of Mr. Colucci's credentials are attached as **Exhibit A**. Mr. Colucci is willing to manage the real estate at a flat rate of $2,500 per month. He will engage the Pyramid Brokerage Company as broker. A copy of a new proposed order is attached as **Exhibit B**. Under the proposed order, Dotan Y. Melech ("**Receiver**") shall remain the receiver over the personal property owned by Greg Beeche, Logistics, LLC and Greg Logistics, LLC.

2. Based on the foregoing, Plaintiff respectfully requests that the Court appoint Mr. Colucci as receiver over the real estate and award other and further relief.

Dated: May 27, 2026

**BUCHANAN INGERSOLL & ROONEY PC**

By: /s/ Christopher P. Schueller
Christopher P. Schueller
N.Y. Bar No. 2582914
640 5th Avenue, 9th Floor
New York, NY 10019
Telephone: (212) 440-4400
Fax: (212) 440-4401
E-mail: christopher.schueller@bipc.com
*Attorneys for Plaintiff*