# "EXHIBIT A"



# A Proposal For Receivership & Property Management

356 Hudson River Road

Waterford, NY

May 15, 2026

CUSHMAN & WAKEFIELD

Pyramid Brokerage Company

01

# EXECUTIVE SUMMARY

# EXECUTIVE SUMMARY

## Assignment Overview

Beltway Capital is interested in obtaining the services of:

- An experienced, qualified Receiver who can provide a single point of contact able to rapidly take control of the underlying asset and provide leadership in conjunction with professional Third-Party Property Management.
- The simultaneous appointment of William C. Colucci as Receiver and as Property Manager offers up a seamless solution to this real estate matter.





# EXECUTIVE SUMMARY

## Assignment Overview

The prime objective of Pyramid Brokerage Company is to professionally manage and service investment real estate to maximize an asset's financial performance.

Our philosophy is to customize our approach to satisfy each property's specific needs. We strive to accomplish this by managing each property with the attention to detail that will enhance value and help reduce costs.

- We understand it is necessary to deploy immediately to assume oversight and management of all property contractors and vendors.
- Identify and address deferred maintenance and needed repairs inclusive of capital items with competitive bidding.
- Supply detailed Monthly Financial packages, inspection reports and photographs to the Court and Plaintiff pursuant to the Order.
- Source potential vendors/contractors for improved service levels and/or cost savings.





03

# ANTICIPATED RESPONSIBILITIES

# ANTICIPATED RESPONSIBILITIES

## Accounting

### Accounting/Reporting/Collection

We offer the most detailed cash-based accounting reports available and can customize most reports to your specific requirements.

Our software allows us to report to the Court accurate, highly detailed financial reports, monthly and on demand, so parties are constantly updated as to the performance of the asset.

We run an aging report after the tenth of the month to track any potential delinquencies.

We stress consistent timely collection from all tenants for current rent, scheduled rent increases and any subsequent escalations.

### Expense Variance Reporting

We will identify, explain and report any Monthly expense variance from the Budget or if an event requires additional expenditures.

# ANTICIPATED RESPONSIBILITIES

» Brokerage is the core of our DNA, and that relationship mantra permeates our team's approach to Property Management. We are first and foremost both relationship-based companies.

» And while our "brick and mortar" knowledge is extensive, we differentiate ourselves in our approach, which is much more proactive.

- Our team makes ongoing, regularly scheduled visits and pre-emptive inspections. In essence, we strive to exceed a tenants' expectations and resolve minor issues before they become issues.

# ANTICIPATED RESPONSIBILITIES

Oversight of Property Operations and Vendors

### Site Visitations/Vendor Oversight and Management

- We will interview/evaluate any existing on-site vendors engaged by the Defendant and decide on best course of action going forward to maintain a high level of service to the Tenant base.
- We will coordinate and supervise any periodic on-site liaison functions to include any necessary mechanical, HVAC or Life Safety inspections, tours, or to distribute any notices or information to the Tenants.
- Our visits will coincide with scheduled meetings with any and all service vendors for each asset to review contract specifications and performance to assure all standards are being met.
- We will act as on-site observer to report progress of any Capital or Tenant Improvement projects.

### Power Of Aggregation

*As one of the largest facility managers in the Upstate region, our buying power results in competitive pricing, discounted service contracts and first priority vendor relationships. We are highly experienced in negotiating the best possible pricing from the top tier national and local vendors available.*

- We leverage our large portfolio to give volume buying power pricing to you regardless of the asset size
- We are proficient in the bidding and management of maintenance contracts for all services from waste removal to life safety systems. We review, interface with and procure a minimum of three competitive bids for all service vendors and advise on quality of ongoing performance. We schedule and implement necessary inspections, tests, or preventative maintenance functions required by local Codes, the Owner or contract service.

### Preventative and Periodic Maintenance Oversight

- We will identify and document any needed repairs and suggest additions to any periodic maintenance items and supply quotes for same.

# ANTICIPATED RESPONSIBILITIES

## On Call & Emergency Response

**Pyramid Brokerage Company specializes in two ways:**

- Personalized response to service requests
- Relevant feedback to the Owner.

A 24-hour phone number and service email address originates all emergency and routine service calls. We will dispatch the appropriate service provider, as outlined below, and personally follow up with the originator of the service call.

Service calls are taken and based on priority dealt with in the following manner:

- **Emergency**: Response to urgent service calls, (generally issues that involve life safety or building/equipment damage if left unattended), are dealt with by immediately dispatching the required service vendor to the building.
- **Same Day**: Response time for non-threatening issues, such as HVAC, lighting and plumbing, are dealt with by a visit to the site by an employee of the appropriate service vendor.
- **Work Order**: Generally the bulk of service calls involve items that that either do not require an immediate response or cannot be physically completed during working hours. We manage this process through a work order system and dispatch the service provider, when possible, within one to two days.
- **Off-Hours**: If facility services are required we will dispatch the designated personnel to the building. If the issue warrants, the notification of the owner will be made.
- **Feedback**: The owner will be provided with a monthly report which will include all emergency service calls made, how handled, end results and indications of perceived trends or chronic problems.

# 02

## TEAM

# RECEIVERSHIP EXPERIENCE

William C. Colucci

**Proposed Team**

# William C. Colucci-Fiduciary #238250

COMPREHENSIVE PROPERTY MANAGEMENT SERVICES



**William C. Colucci** Associate Real Estate Broker
5845 Widewaters Pkwy., Suite 200 | East Syracuse, NY 13057
Direct: +1 315 445 8505
Fax: +1 315 445 2074
wcolucci@pyramidbrokerage.com | pyramidbrokerage.com





## PROFESSIONAL EXPERTISE

William Colucci is a 36 Year veteran of Cushman & Wakefield/Pyramid Brokerage and is active in all phases of sales, leasing and management of Commercial Real Estate for major clients across New York State.

He is experienced in managing all asset classes for Institutional owners, Bank REO, Special Servicing Companies and is qualified as a Receiver in New York State pursuant to Part 36 of the Rules of The Chief Judge.

Bill has handled some of the largest Receivership matters for assets in New York in various Counties and been involved with some of the more complicated and litigious foreclosures in the area.

In addition to Receivership duties, Bill has spearheaded the emergence of Pyramid Brokerage Company as one of the top Property Management firms in Upstate NY, handling 4,000,000 s/f of a variety of assets in several of the markets they serve.

## TERRITORY SERVED

Upstate NY for Investment Sales and Property Management





*Independently Owned and Operated / A Member of the Cushman & Wakefield Alliance*
*Cushman & Wakefield Copyright 2015. No warranty or representation, express or implied, is made to the accuracy or completeness of the information contained herein, and same is submitted subject to errors, omissions, change of price, rental or other conditions, withdrawal without notice, and to any special listing conditions imposed by the property owner(s). As applicable, we make no representation as to the condition of the property (or properties) in question.*

# COMPARABLE PROJECTS

## Office Building





**150 BROADWAY**
**ALBANY, NY**
**1,149,000 SF MIXED USE OFFICE/FLEX BUILDING**

Riverview Center at over 1,000,000 square feet is the largest privately owned building in the Capital District area.

The U.S District Court, Southern District, had named Colucci as Receiver and Cushman & Wakefield/Pyramid Brokerage for Property Management and leasing.

**Working as Construction Manager with multiple trades and Contractors we finalized over $6,000,000 of Tenant fit up for General Dynamics, (70,000 s/f), NYS Department of Health, (4,000 s/f), and Mount Sinai Hospital, (22,000 s/f)**.

As Property Manager, Pyramid replaced or renegotiated 6 of the largest service contracts resulting in reduced operating expenses by an estimated 21% for 2021 and completed over $700,000 in needed Capital Improvements at over 20% savings relative to prior bids.



*Independently Owned and Operated / A Member of the Cushman & Wakefield Alliance*
*Cushman & Wakefield Copyright 2015. No warranty or representation, express or implied, is made to the accuracy or completeness of the information contained herein, and same is submitted subject to errors, omissions, change of price, rental or other conditions, withdrawal without notice, and to any special listing conditions imposed by the property owner(s). As applicable, we make no representation as to the condition of the property (or properties) in question.*

# COMPARABLE PROJECTS

## Office Building

COMPREHENSIVE PROPERTY MANAGEMENT SERVICES



**120 Madison Avenue**
**SYRACUSE, NY**
**655,000 SF OFFICE BUILDING**

Equitable Tower is the largest privately owned building in the Syracuse Central Business District and has anchored the southern CBD for over fifty years.

The Onondaga County Supreme Court had named Colucci as Receiver and Cushman & Wakefield/Pyramid Brokerage for Property Management and Leasing.

We assumed the Defendant's $16,000,000 contract to initiate and complete a stalled renovation of the subterranean garage and plaza surrounding an entire city block.

As Property Manager, Pyramid replaced or renegotiated three of the largest service contracts and completed over $500,000 in needed Capital Improvements at over 20% savings relative to prior bids.



*Independently Owned and Operated / A Member of the Cushman & Wakefield Alliance*
*Cushman & Wakefield Copyright 2015. No warranty or representation, express or implied, is made to the accuracy or completeness of the information contained herein, and same is submitted subject to errors, omissions, change of price, rental or other conditions, withdrawal without notice, and to any special listing conditions imposed by the property owner(s). As applicable, we make no representation as to the condition of the property (or properties) in question.*

# COMPARABLE PROJECTS

## One Seneca Plaza





**ONE SENECA PLAZA**
**SENECA STREET, BUFFALO, NY**
**1,200,000± SF CLASS A OFFICE BUILDING**

Colucci was appointed by the Erie County Supreme Court by request of CW Capital as Receiver and subsequent to Foreclosure, property management of this 1,200,000± SF landmark office Tower in Buffalo, NY.

Assuming control of the tallest office building between Manhattan and Chicago in early January 2013, Pyramid Brokerages' team negotiated a 50% reduction in assessed value for the building resulting in a $1,100,000 savings in taxes for 2014 and renegotiating costs in the janitorial, elevator, security and insurance as well.

During their tenure they oversaw the decommissioning of one of the largest data centers in the northeast.



*Independently Owned and Operated / A Member of the Cushman & Wakefield Alliance*
*Cushman & Wakefield Copyright 2015. No warranty or representation, express or implied, is made to the accuracy or completeness of the information contained herein, and same is submitted subject to errors, omissions, change of price, rental or other conditions, withdrawal without notice, and to any special listing conditions imposed by the property owner(s). As applicable, we make no representation as to the condition of the property (or properties) in question.*

# COMPARABLE PROJECTS

## One Park Place





**ONE PARK PLACE**
**300 SOUTH STATE STREET, SYRACUSE, NY**
**300,000± SF CLASS A OFFICE BUILDING**

Colucci was appointed Receiver of this 300,000 s/f Class A Syracuse CBD office building by the Onondaga County Supreme Court per recommendation of LNR and was tasked with completing an executed but defaulted lease obligation for the Internal Revenue Service.

**This entailed remobilizing the former Architectural and Engineering Team, LEED Consultants and placing the $1,200,000 + construction bid out for the fourth time to a field of skeptical bidders.**

**We were successful obtaining a Federally required LEED Silver Certification for the improvements.**

Colucci engaged Widewaters Construction as Construction Manager and the resulting project came in at 12% under budget and in time for the lease commencement date.



Independently Owned and Operated / A Member of the Cushman & Wakefield Alliance
Cushman & Wakefield Copyright 2015. No warranty or representation, express or implied, is made to the accuracy or completeness of the information contained herein, and same is submitted subject to errors, omissions, change of price, rental or other conditions, withdrawal without notice, and to any special listing conditions imposed by the property owner(s). As applicable, we make no representation as to the condition of the property (or properties) in question.

## The Chimes Building





**THE CHIMES BUILDING**
**500 SOUTH SALINA STREET, SYRACUSE, NY**
**175,000± SF CLASS B OFFICE BUILDING**

Appointed Receiver after brief struggle with borrower by the Onondaga County Supreme Court by request of Orix Capital. The 175,000± SF Landmark office building in the Syracuse CBD had fallen from its' former enviable reputation through two successive owners in a five-year span after decades of institutional ownership.

Immediately renegotiated or replaced all service contracts with regional or National service providers. This resulted in an immediate $85,000 contribution to the NOI of the property.

We were successful in addressing severe life safety and HVAC issues. We renewed and procured six new Tenants and performed all necessary Tenant Improvements



*Independently Owned and Operated / A Member of the Cushman & Wakefield Alliance*
*Cushman & Wakefield Copyright 2015. No warranty or representation, express or implied, is made to the accuracy or completeness of the information contained herein, and same is submitted subject to errors, omissions, change of price, rental or other conditions, withdrawal without notice, and to any special listing conditions imposed by the property owner(s). As applicable, we make no representation as to the condition of the property (or properties) in question.*

# COMPARABLE PROJECTS

## CLINTON CROSSINGS MEDICAL COMPLEX

COMPREHENSIVE PROPERTY MANAGEMENT SERVICES




### CLINTON CROSSING MEDICAL COMPLEX, ROCHESTER, NY

In a Surrogate action in Monroe County a consortium of Four Lenders requested William Colucci as Receiver of this 8 Building, Class A 408,000 S/F Medical Office Complex in November of 2021.

The portfolio is anchored by the University of Rochester, the largest acute care hospital in the Rochester area.

Various Tenant Improvements and Capital projects have ensued over the past four years



*Independently Owned and Operated / A Member of the Cushman & Wakefield Alliance*
*Cushman & Wakefield Copyright 2015. No warranty or representation, express or implied, is made to the accuracy or completeness of the information contained herein, and same is submitted subject to errors, omissions, change of price, rental or other conditions, withdrawal without notice, and to any special listing conditions imposed by the property owner(s). As applicable, we make no representation as to the condition of the property (or properties) in question.*

# COMPARABLE PROJECTS

## Woodlands Corporate Park







**WOODLANDS CORPORATE PARK, BUFFALO, NY**

Niagara County Supreme Court appointed Colucci as Receiver and Cushman & Wakefield/Pyramid Brokerage as Property Manager of this 8 Building, 251,000 S/F Mixed use Office/Warehouse Complex in April of 2022.

Pyramid has completed over $2,000,000 in Tenant improvements over the past two years.



*Independently Owned and Operated / A Member of the Cushman & Wakefield Alliance*
*Cushman & Wakefield Copyright 2015. No warranty or representation, express or implied, is made to the accuracy or completeness of the information contained herein, and same is submitted subject to errors, omissions, change of price, rental or other conditions, withdrawal without notice, and to any special listing conditions imposed by the property owner(s). As applicable, we make no representation as to the condition of the property (or properties) in question.*

# COMPARABLE PROJECTS

## Retail Center






**5175 BROADWAY**
**Depew, NY**
**149,000± SF Tops Anchored Center**

Erie County Supreme Court on behalf of Lender, (LNR), request had engaged William Colucci as Receiver and Cushman & Wakefield/Pyramid Brokerage for management and, leasing of this troubled grocer anchored center in DePew, NY.

Occupancy was brought up to over 90% with the addition of five new Tenants with associated Tenant buildout performed by the team.



*Independently Owned and Operated / A Member of the Cushman & Wakefield Alliance*
*Cushman & Wakefield Copyright 2015. No warranty or representation, express or implied, is made to the accuracy or completeness of the information contained herein, and same is submitted subject to errors, omissions, change of price, rental or other conditions, withdrawal without notice, and to any special listing conditions imposed by the property owner(s). As applicable, we make no representation as to the condition of the property (or properties) in question.*

# COMPARABLE PROJECTS

## Marcy Towne Center

COMPREHENSIVE PROPERTY MANAGEMENT SERVICES







**MARCY TOWNE CENTER**
**9225 RIVER ROAD, MARCY, NY**
**123,000± SF SHOPPING CENTER**

Appointed by the Oneida Supreme Court on behalf of Plaintiff M&T Bank This is one of several assignments for M&T Bank ranging from small rural restaurants to a 200,000± SF manufacturing operation in Honeoye, NY.

This 123,000± SF building had suffered from two years of absentee ownership. We immediately addressed deferred maintenance items, consummated renewals with the two prime tenants in the plaza, (Wal-Mart & The United States Post Office) and renewals with three local tenants.



*Independently Owned and Operated / A Member of the Cushman & Wakefield Alliance*
*Cushman & Wakefield Copyright 2015. No warranty or representation, express or implied, is made to the accuracy or completeness of the information contained herein, and same is submitted subject to errors, omissions, change of price, rental or other conditions, withdrawal without notice, and to any special listing conditions imposed by the property owner(s). As applicable, we make no representation as to the condition of the property (or properties) in question.*

# COMPARABLE PROJECTS

## State Tower Building





**STATE TOWER BUILDING**
**WARREN STREET, SYRACUSE, NY**
**185,000± SF CLASS B OFFICE BUILDING**

Though not a Receivership, Colucci's reputation led the Kushner Company, one of the worlds largest Real Estate developers to engage Pyramid Brokerage to assume Management and leasing duties of this iconic 21-story Art Deco landmark office building in Downtown Syracuse.

The building suffered from years of physical neglect and dated local financial controls.

After renegotiating all service contracts and bringing operating costs in line The Kushner Company decided to place the property on the market.

We were successful in procuring the right Buyer at a price above the reserve and assisted in the defeasance process.



*Independently Owned and Operated / A Member of the Cushman & Wakefield Alliance*
*Cushman & Wakefield Copyright 2015. No warranty or representation, express or implied, is made to the accuracy or completeness of the information contained herein, and same is submitted subject to errors, omissions, change of price, rental or other conditions, withdrawal without notice, and to any special listing conditions imposed by the property owner(s). As applicable, we make no representation as to the condition of the property (or properties) in question.*

# COMPARABLE PROJECTS



Currently Pyramid Brokerage Company is managing multiple assets around New York State:






*Independently Owned and Operated / A Member of the Cushman & Wakefield Alliance*
*Cushman & Wakefield Copyright 2015. No warranty or representation, express or implied, is made to the accuracy or completeness of the information contained herein, and same is submitted subject to errors, omissions, change of price, rental or other conditions, withdrawal without notice, and to any special listing conditions imposed by the property owner(s). As applicable, we make no representation as to the condition of the property (or properties) in question.*

# TEAM

## Pyramid Brokerage Company Overview/Ownership

# Team

## Company Overview




### ***Pyramid/Widewaters Management Team***

*Joseph R. Scuderi, CEO*

*Stephen Scuderi, President*

*James Petrie, COO*

*Stephen Ranieri, Vice President, Construction*

*Chris Giunta, Team Leader, Leasing*

*Joseph Grecco, Chief Accountant*

**Year founded:** 1971

**Number of professionals:** 125+

**Offices:** 10 in all major cities in upstate New York: Albany, Binghamton, Buffalo, Corning, Ithaca, Rochester, Syracuse, Utica, Watertown and Hudson Valley.

**Coverage:** All of Upstate NY and Northern Pennsylvania.

**Property type expertise:** Office, Industrial, Retail, hotels and specialty.

**Representative Results 2018-2024:** 6,326 transactions; 135 million SF; $6.61 billion total value.

# Pyramid Brokerage/Widewaters Team

COMPREHENSIVE PROPERTY MANAGEMENT SERVICES

## Personnel

William Colucci will act as Receiver and coordinate all activities and day to day oversight.

**William C. Colucci**
Associate Real Estate Broker
Cushman & Wakefield/Pyramid Brokerage Company

ACCOUNTING

**Shawn DeForge**
**Widewaters**



*Independently Owned and Operated / A Member of the Cushman & Wakefield Alliance*
*Cushman & Wakefield Copyright 2015. No warranty or representation, express or implied, is made to the accuracy or completeness of the information contained herein, and same is submitted subject to errors, omissions, change of price, rental or other conditions, withdrawal without notice, and to any special listing conditions imposed by the property owner(s). As applicable, we make no representation as to the condition of the property (or properties) in question.*

# Compensation



Receiver Fee will equal $2,500.00 payable monthly



Independently Owned and Operated / A Member of the Cushman & Wakefield Alliance
[illegible], is made to the accuracy or completeness of the information contained herein, and same is submitted subject to errors, omissions, change of price, rental or other conditions, withdrawal without notice, and to any special listing conditions imposed by the property owner(s). As applicable, we make no representation as to the condition of the property (or properties) in question.



LIFE IS WHAT WE MAKE IT

**WILLIAM C. COLUCCI**
Associate Real Estate Broker
(315) 445 8505
5845 Widewaters Parkway, Suite 200
East Syracuse, New York 13057
wcolulcci@pyramidbrokerage.com

Copyright ©2026 Cushman & Wakefield | Pyramid Brokerage Company. All rights reserved.

CUSHMAN & WAKEFIELD | Pyramid Brokerage Company