Nathanial M Smith
48 Pine St.
Scotia NY 12302
Nathanial.Smith@gmail.com
518-339-1677



U.S. DISTRICT COURT – N.D. OF N.Y.

**FILED**

**May 28 - 2026**

John M. Domurad, Clerk

Hon. Anne M. Nardacci
United States District Court
Northern District of New York
James T. Foley Courthouse
445 Broadway
Albany, NY 12207

Re:   McCormick 103, LLC. v. Gregory Beeche,  Logistics, LLC, et. al.
 Civil Action No. 1:25-cv-00944-AMN-CBF Interim Status Report docket #135, dated May 21 , 2026

Dear Honorable Judge Nardacci,

The receivership has shown complete incompetence in its management of Greg Beeche Logistics assets. There is clear malice intent to make sure no one but the secured credit holders get any money from this sale. This is a clear violation of fiduciary duty to the employees and rules set up to govern receivership duties. Dotan Y Melech has taken on the responsibilities of Receivership for thousands of cases as he claims. Rather than treating his appointment with professionalism and adherence to Ethical Standards he turned it into a corporate meat grinding operation. With sole intent to destroy business and move on to the next receivership as quickly as possible. He uses his company United AMS to further squeeze what value is left in these failing businesses in the form of unethical secondary appointments. His unscrupulous actions are a direct reflection of the court and sets a new low for the judicial system with everyday he is allowed to continue running his scam.

This case should have never taken place in federal court to begin with and was only done to skirt the rules set forth by New York State Part 36 of the Rules of the Chief Judge. Greg Beeche Logistics was a New York State business and operated and conducted the majority of its business within New York. This has also allowed the receivership to operate without any state oversight making it impossible for me to utilize New York State resources such as the department of labor or District Attorney to exercise my rights as a New Yorker. It has also made it near impossible for me to obtain representation in this case. Which I have petitioned the court

for but have not yet been granted or denied. This case would have seen far more scrutiny under New York state jurisdiction versus the treatment it has gotten in district court.

Furthermore the receiverships lawyer Todd Ritschdorff has been aiding Dotan Y Melech in his unethical management of this receivership, and unscrupulous accounting methods. Todd Ritschdoff and his law firm Phillip Lytle LLP. Managed to profit quite nicely off this venture. I was naively under the impression that the receiverships fiduciary duties to me would extend to the lawyers they employed. With their vast legal team and experience could offer a voice of reason and help obtain a fair settlement for all, clearly not that case. Thank you for having them reach out to me. I have never had someone so nicely as Todd explain to me how I was never going to see a penny for my stolen wages.

Seems everyone gets to make money off this except for the ones who put in actual constructive labor in the hopes of where they had worked could have been saved. I even had hoped at one point for United AMS to do what was right but quickly realized it was more a battle of egos. That became more about assertion of dominance than a rational acceptance of a good for all solution.

I request the court review the actions of the receivership and their contracts with secondary appointees along with McCormick's future plans to dismantle what value is left. I still hold out hope that someone, somewhere within the legal system will be able to sort out this mess and get the employees paid.

I have a list of concerns I would like reviewed by the court. I feel these items are of concern but without proper representation I can't express them in legal terms. I know at the state level many of these go against Rule 36 but when it comes to interpreting federal law these things become far more clouded.

1. **The receivership has moved funds to credit holders McCormick when the full sale is not yet complete and without a final accounting occurring yet, and prior to employees seeing proper representation.**

| | |
|---|---|
| *Adjusted Post-Receivership Wrongful Transferred Funds* | 68,224.10\*\*\* |
| *Porche Insurance (paid by GB)* | 2,775.90\*\*\* |
| **Total Disbursements** | 735,394.47\*\*\*\* |
| | |
| **Balance** | 13,430.54 |
| | |
| **Expenses Paid Directly by McCormick\*\*\*\*\*** | |
| Security Fees | 82,184.46 |
| Legal & Receivership Expenses | 124,220.12 |
| **Total Expenses Paid Directly by McCormick** | **206,404.58** |

\* *Bank account balance upon commencement of Receivership.*
\*\* *Excludes proceeds generated through auction sales in the amount of $650,000.00 received on May 4, 2026.*
\*\*\* *Collectively recorded in financials as a total disbursement of $71,000.00.*
\*\*\*\* *Of the auction proceeds received to date, approximately $500,000.00 was distributed to McCormick as secured creditor.*
\*\*\*\*\* *As a result of (i) the automatic stay imposed by 11 U.S.C. § 362 upon the filing of Greg Beeche, Logistics, LLC's case under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Northern District of New York, Case No. 25-11257, on October 24, 2025, and (ii) insufficient funds in the Receivership Estate, McCormick remitted $124,220.12 directly to United AMS in December 2025 to cover legal and Receivership expenses, from which United AMS paid those expenses. In addition, beginning in December 2025 and continuing through present, McCormick has paid security fees related to the Facility directly to the security provider.*

2.  **Why are funds from Greg Beeche Logistics being used to pay for McCormick's Court case with Greg Beeche Logistics, and why are there security fees for a facility that is totally fenced in with 24/7 video recording that covers 90% of the property and inside buildings.**

| | |
|---|---|
| *Adjusted Post-Receivership Wrongful Transferred Funds* | 68,224.10*** |
| *Porche Insurance (paid by GB)* | 2,775.90*** |
| **Total Disbursements** | 735,394.47**** |
| | |
| **Balance** | 13,430.54 |
| | |
| **Expenses Paid Directly by McCormick******* | |
| Security Fees | 82,184.46 |
| Legal & Receivership Expenses | 124,220.12 |
| **Total Expenses Paid Directly by McCormick** | 206,404.58 |

\* *Bank account balance upon commencement of Receivership.*
\*\* *Excludes proceeds generated through auction sales in the amount of $650,000.00 received on May 4, 2026.*
\*\*\* *Collectively recorded in financials as a total disbursement of $71,000.00.*
\*\*\*\* *Of the auction proceeds received to date, approximately $500,000.00 was distributed to McCormick as secured creditor.*
\*\*\*\*\* *As a result of (i) the automatic stay imposed by 11 U.S.C. § 362 upon the filing of Greg Beeche, Logistics, LLC's case under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Northern District of New York, Case No. 25-11257, on October 24, 2025, and (ii) insufficient funds in the Receivership Estate, McCormick remitted $124,220.12 directly to United AMS in December 2025 to cover legal and Receivership expenses, from which United AMS paid those expenses. In addition, beginning in December 2025 and continuing through present, McCormick has paid security fees related to the Facility directly to the security provider.*

3. **The receivership has appointed their own company United AMS as a secondary appointee and has used it to siphon money from the proceeds in addition to what Dotan Y Melech collected as the receiver.**

I guess $122,996.34 is not enough for the receivers services to facilitate a smooth dissolution of a company. He has to squeeze another $148,974.22 under a secondary appointment of a company he owns.

| Disbursements | |
|---|---:|
| 401K Contributions | 6,774.00 |
| Bank Service Charges | 390.00 |
| Computer and Internet Expenses | 14,029.87 |
| Insurance Expense | 44,624.90 |
| Legal | 129,785.38 |
| Receiver | 122,996.34 |
| United AMS | 148,974.22 |

4. **The receiver ship has made a secondary appointee of Clark Auction who is directly associated with the secured creditor McCormick 103 and Beltway Capital Management.**

Clark auctions who the receivership contracts with to sell the inventory of Greg Beeche Logistics shares the same address as the Beltway Capital Management the credit holder and initiator of this case. I think it stands to reason that these companies share a common purpose and Clark auctions was not selected based upon its ability to facilitate this auction but more so due to its relationship with the Beltway Capital.







**Liquidation Proposal**

Liquidation of the unsold and added assets of the Greg Beeche Logistics ongoing project.

# Beltway Capital

4.0 ★★★★☆ 5 Google reviews

Property management company in Cockeysville, Maryland

 Website   Directions   Reviews   Save

Share   Call

**Located in:** Executive Plaza 4

**Address:** Executive Plaza I, 11350 McCormick Rd, Hunt Valley, MD 21031

**Phone:** (410) 403-2080

**Hours:** Open now · Add full hours

Suggest an edit · Own this business?

## Add missing information

Add business hours

# Clark Machinery Sales, LLC

We are excited to hear from our customers. Call us now or fill out our contact form.

Clark Machinery Sales, LLC, 11350 McCormick Road, EP IV, Suite 702, Hunt Valley, MD, 21031, US

410.252.5494

Sales@ClarkMachinerySales.com



5. **Dontan Y Melech is engaged in multiple receiverships which inhibits his ability to focus on the matters of Greg Beeche Logistics**

https://unitedams.com/case-studies



## Dennis Uniform  Ongoing

Receivership · Retail and E-Commerce

**Case Number**
2:24-cv-09238-SB-PVC

**Status**
Federal Receivership (10/2024-Present)

**Creditor**
Zions Bancorporation, N.A., dba California Bank & Trust

### Case Overview

United AMS, on behalf of the receivership estate, assumed control of Dennis Uniform MFG, a national school uniform provider with 39 U.S. retail locations, and a Canadian subsidiary, Top Marks. At the time of appointment, the company had ceased operations and abruptly terminated over 400 employees. There were liabilities in excess of $35 million, including $2.4 million in unfulfilled customer orders, and significant operational challenges, such as an inaccessible ERP system, inventory backlog, and major data discrepancies.

### Results (ongoing)

United AMS secured and liquidated all 39 retail locations using a targeted pop-up sale strategy, and completed a divestiture of Top Marks. 65% of administrative claims have been waived so far through strategic settlements negotiations. United AMS partnered with Shopify to launch a custom direct-to-consumer liquidation platform to address core operational and systems challenges. Over 2.2 million inventory units were transferred to bi-coastal 3PL providers for full reconciliation and alignment between physical inventory and e-commerce data - resolving the crux of Dennis Uniform's fulfillment issues. To date, these efforts have exceeded 500% of expected recovery with ongoing efforts to seek additional recovery.

## Campaige Place

Receivership · Multifamily Housing

**Case Number**
A-609128

**Status**
Receivership

**Creditor**
Citibank

### Case Overview

United AMS was appointed receiver over Campaige Place, a 324-unit multifamily housing complex in Las Vegas, Nevada. At appointment, the property faced operational instability following management turnover, outstanding utility and vendor obligations, and multiple uncollected tenant receivables. Essential building systems, including the central boiler and elevators, required urgent repair, while security, housekeeping, and leasing operations were under strain.

### Results

The receiver overcame tax credit compliance challenges and passed the Department of Business and Industry 'Housing Division' audit. Despite difficulties with several of the tenants, the property was stabilized and the unit conditions were drastically improved. The property was sold to a third party and resulted in a nearly 60% recovery for the creditor, which exceeded initial expectations based on the risk profile and liability levels of the property.





6.  **The receivership made no attempt to gain back the value during the auction selling items for a fraction of a percent of their value.**

The receivership has only managed to get $820,003 for equipment valued at $20 Million, a mere 4% of the value. It's absolutely astonishing the level of incompetence that has been demonstrated. At one point there were offers to purchase the company for 10 million dollars I

recall. This would have netted far better than what will ever be seen from this auction but, ego corporate greed, and pure stupidity seems to rule out logic when it comes to the parties involved.

Being the person who built, designed  and purchased these control enclosures. Here is a quick breakdown of the cost. One entire control enclosure sold for $10, the costs for the parts alone are $4,623.75 not including wiring and labor. That is a recovery of 0.22% and all of this stuff has great secondary market values. Just the PLC alone sells for $100-$200 on ebay regularly.

Please see my Example 1 below,I am an expert in these systems, no one even took a second to reach out to me to ask how they might maximize the value of the hoists or control boxes, something I was in charge of, having designed most of the systems. You could have paid me the money owed to me, I would have maximized the value of these items and the receivership could have still recouped far more than the %0.22. This clearly shows a lack of an interest by Dontan Y Melech to recover the money owed. Instead you paid a bunch of day labors who have never seen this equipment before to snap a few pictures not showing the true value of this equipment

I spent all of 30 minutes gathering up the Bill Of Material for the some components of one of these enclosures. I reached out to Radwell, a well known purchaser of used components and received a quote back for $310 for these items including ground shipping to their facility. This is a 3000% increase over what was gotten and this number would increase further with more quantities and even possibly selling the entire enclosure. All complete with 30 minutes and 1 email.

 No pictures of the inside of the enclosures were shown on the website to help facilitate the sale of these enclosures.

The enclosures are designed to work with the hoists that have yet to be sold, the hoists will not work without them, so congratulations you basically did the equivalent of taking the motor out of a perfectly running car expecting to get more money for the car body and engine sold separately.

Why the aluminum girders (ADT) were not sold for scrap locally is bewildering. Companies would have gladly come and picked it up for little or no cost. I monitored one of the bids Lot #1072 it sold for $910. I spent all of 10 minutes texting with a local scrap yard who would have paid $1.05 per lbs. for the 25 bundles at 8 feet. One foot being 6.67lbs that is roughly 1334lbs. would have gotten $1,400.70 over a %50 in increase in what the auction got for it. How someone could be unaware shows they either don't care or don't possess the ability to deal with selling off assets. See example 2.

   7.  **My request for council has still gone unanswered.**

I have made two separate requests dating back to 4/20/2026 to be appointed counsel in regards to this case, docket number 112 and 127. Both have gone unanswered by the court, due to the nature of this case and my inability to find proper representation on my own and from the bar association website referral.

8. **The Receivership has allowed my personal data to end up in the hands of a third party to whom I have no agreement with nor had been made aware of.**

What is being done to protect the personal information of the employees whose payroll, healthcare, 401k and other personal information are on the servers? Who are these companies that are "recovering" the data from the servers? The receivership has provided no assurance that they are protecting my personal information and I no fear my accounts have been exposed. I did not concede to having my personal information divulged to these companies. The receivership has failed to comply with the SHIELD Act.

Why are funds being released to McCormick when the employees still have yet to be paid. Might I remind the court that payment of the employees in the law in New York but, this fact seems to be constantly overlooked. Clearly this issue is not about a lack of money but a lack of accountability on the part of the court system.

SECTION 156.05
Unauthorized use of a computer
Penal (PEN) CHAPTER 40, PART 3, TITLE J, ARTICLE 156
§ 156.05 Unauthorized use of a computer.

A person is guilty of unauthorized use of a computer when he or she
knowingly uses, causes to be used, or accesses a computer, computer
service, or computer network without authorization.

Unauthorized use of a computer is a class A misdemeanor.
SECTION 899-AA
Notification; person without valid authorization has acquired private information
General Business (GBS) CHAPTER 20, ARTICLE 39-F

https://ag.ny.gov/resources/organizations/data-breach-reporting/shield-act

9. **The receivership continues to be guilty of Grand Larceny everyday the employees go unpaid**

The receivership took control of the company and financials, I am owed wages by the company, the receivership has not paid my back wages, therefore they are guilty of wage theft. Seems pretty clear to me. They don't get to pick and choose their responsibilities. I don't see anywhere in the penal law about receiverships getting a pass on wage theft. The Governor Kathy Hochal and Attorney General enact the Wage Theft Accountability Act to protect workers from not being paid. Greg Beeche Logistics still brings in income according to the Profit and Loss sheet and the recent auction brought in more than enough to pay off the employees. The receivership moved these disputed funds so quickly over to McCormick in order to hide them from being paid out to the rightful recipients. The receivership  has now intentionally complicated the situation and the ability to recover my back wages.

SECTION 155.05
Larceny; defined
Penal (PEN) CHAPTER 40, PART 3, TITLE J, ARTICLE 155
§ 155.05 Larceny; defined.
(f) By wage theft.

A person obtains property by wage theft when such person hires a
person to perform services and the person performs such services and the
person does not pay wages, at the minimum wage rate and overtime, or
promised wage, if greater than the minimum wage rate and overtime, to
said person for work performed. In a prosecution for wage theft, for the
purposes of venue, it is permissible to aggregate all nonpayments or
underpayments to one person from one person, into one larceny count,
even if the nonpayments or underpayments occurred in multiple counties.
It is also permissible to aggregate nonpayments or underpayments from a
workforce into one larceny count even if such nonpayments or
underpayments occurred in multiple counties

Example 1

Lot #2413 [3] GBL Central Motor Controllers 30.00

Here is what the inside of the enclosure looks like if they had bothered to spend the 30 seconds to open one and take a picture.



Below is the cost for some high ticket items in this enclosure, priced new.

| Item Code | Qty | Description | Price | Total |
|---|---|---|---|---|
| BOM Name: GANTRY BOM | | | | |
| BOM Note: ALL ITEMS USED IN A STANDARD GANTRY BOM | | | | |
| | | | | |
| Item Code | Qty | Description | Price | Total |
| SC-E02G-24VDC | 4 | Fuji Electric SC-E02G series IEC contactor, 9A, (3) N.O. power poles, 24 VDC coil voltage. | $19.00 | $76.00 |
| SZ-RM | 8 | Fuji Electric mechanical interlock, for use with SC-E02x, SC-E03x, SC-E04x, SC-E05x, SC-E1x, SC-E2x, SC-E2Sx, SC-E3x and SC-E4x contactors, mechanically connects contactors to prevents both from being pulled in at the same time. | $21.50 | $172.00 |
| SZ-ERW1A | 6 | Fuji Electric reversing connection bar, line side only mount. For use with Fuji Electric SC-E02x, SC-E03x, SC-E04x, SC-E05x contactors. | $10.00 | $60.00 |
| SZ-A22T | 4 | Fuji Electric auxiliary contact, front mount, (2) N.O./(2) N.C. contact(s), 6A @ 120 VAC/0.55A @ 120 VDC. For use with SC-E02x, SC-E03x, SC-E04x, SC-E05x, SC-E1x, SC-E2x, SC-E2Sx, SC-E3x, and SC-E4x contactors. | $25.00 | $100.00 |
| SZ-ERW1B | 2 | Fuji Electric reversing connection bar, load side mount. For use with Fuji Electric SC-E02x, SC-E03x, SC-E04x, SC-E05x contactors without a thermal overload relay. | $10.00 | $20.00 |

| TK-E02-600 | 2 | Fuji Electric TK-E02 series thermal overload relay, 4.0-6.0A adjustable, bi-metallic, local reset, direct mount power connection(s). For use with SC-E02x, SC-E03x, SC-E04x and SC-E05x series contactors. | $45.00 | $90.00 |
|---|---|---|---|---|
| TK-E02-2500 | 2 | Fuji Electric TK-E02 series thermal overload relay, 20.0-25.0A adjustable, bi-metallic, local reset, direct mount power connection(s). For use with SC-E05x series contactors. | $45.00 | $90.00 |
| TK-E02-1800 | 2 | Fuji Electric TK-E02 series thermal overload relay, 12.0-18.0A adjustable, bi-metallic, local reset, direct mount power connection(s). For use with SC-E04x and SC-E05x series contactors. | $45.00 | $90.00 |
| SZ-ERW1D | 4 | Fuji Electric reversing connection bar, load side mount. For use with Fuji Electric SC-E02x, SC-E03x, SC-E04x, SC-E05x contactors and a thermal overload relay. | $10.00 | $40.00 |
| FAZ-C30-3-NA | 2 | Eaton miniature circuit breaker, current-limiting, 30A, 480Y/277 VAC/96 VDC, 3-pole, C curve, thermal magnetic, 10kA @ 480Y/277 VAC interrupting rating, 35mm DIN rail mount. | $111.00 | $222.00 |
| FAZ-C15-3-NA | 4 | Eaton miniature circuit breaker, current-limiting, 15A, 480Y/277 VAC/96 VDC, 3-pole, C curve, thermal magnetic, 14kA @ 480Y/277 VAC interrupting rating, 35mm DIN rail mount. | $111.00 | $444.00 |
| ZSVUL16-3P-3TE 18SP | 1 | Eaton busbar, 80A, 480 VAC, cut to length not permitted, connects up to (6) 3-pole Eaton FAZ-NA series miniature circuit breakers without auxiliary components. | $56.00 | $56.00 |

| ZEK35-UL | 1 | Eaton box type wiring lug, 80A, 480 VAC, 1 openings, #14-2 AWG copper only. Package of 3. For use with ZSVUL series busbars. | $60.00 | $60.00 |
|---|---|---|---|---|
| LG5924-02-61-24 | 1 | Dold safety relay, emergency stop, 1-channel, 24 VDC, (2) N.O. safety output(s), fixed screw terminals. | $112.00 | $112.00 |
| FAZ-C15-2-NA | 1 | Eaton miniature circuit breaker, current-limiting, 15A, 480Y/277 VAC/96 VDC, 2-pole, C curve, thermal magnetic, 14kA @ 480Y/277 VAC interrupting rating, 35mm DIN rail mount. | $71.00 | $71.00 |
| 38613005 | 1 | Socomec FUSERBLOC series rotary disconnect switch, fusible, Class J, load break capable, 3-pole, 600 VAC/250 VDC, 60A, 100kA SCCR, DIN rail or panel mount, UL 98 rated, front or side operated, accepts 10 x 10mm size shaft. | $255.00 | $255.00 |
| 141E2911 | 1 | Socomec rotary handle, pistol, S1, heavy duty metallic hasp, red/yellow, external front mount, 2-position, lockable in OFF only, defeatable, NEMA 4/4X. | $64.00 | $64.00 |
| 14001032 | 1 | Socomec shaft, 320mm length, 10 x 10mm. For use with S1 and S2 type handles. Shaft alignment guide 14290000 included. | $18.00 | $18.00 |
| SC-E2SG-24VDC | 1 | Fuji Electric SC-E2SG series IEC contactor, 50A, (3) N.O. power poles, 24 VDC coil voltage. | $146.00 | $146.00 |
| SZ-AS1T | 1 | Fuji Electric auxiliary contact, left or right side mount, (1) N.O./(1) N.C. contact(s), 6A @ 120 VAC/0.55A @ 120 VDC. For use with SC-E02x, SC-E03x, SC-E04x, SC-E05x, SC-E1x, | $25.00 | $25.00 |

| | | SC-E2x, SC-E2Sx, SC-E3x, and SC-E4x contactors. | | |
|---|---|---|---|---|
| C0-16NE3 | 2 | CLICK discrete input module, 16-point, 24 VAC/VDC, sinking/sourcing, 4 isolated common(s), 4 point(s) per common. Removable terminal block included. | $78.00 | $156.00 |
| C0-11DRE-D | 1 | CLICK Ethernet Standard PLC, 24 VDC required, Ethernet and serial ports, battery backup, Discrete Input: 8-point, DC, Discrete Output: 6-point, relay. | $247.00 | $247.00 |
| C0-08TR | 1 | CLICK relay output module, 8-point, 6-240 VAC/6-27 VDC, (8) Form A, 2 isolated common(s), 4 point(s) per common, 1A/point. Removable terminal block included. | $63.00 | $63.00 |
| ZL-C0-CBL11-1P | 1 | ZIPLink PLC I/O cable, 11-position terminal block to pigtail, 3.2ft/1m cable length. For use with CLICK PLC modules. | $34.50 | $34.50 |
| ZL-C0-CBL20-1P | 3 | ZIPLink PLC I/O cable, 20-position terminal block to pigtail, 3.2ft/1m cable length. For use with CLICK PLC modules. | $38.00 | $114.00 |
| ECX1651 | 1 | AutomationDirect oversized legend plate, plastic, round, yellow field, yellow background, black engraved text, legend plate marking "EMERGENCY STOP". For use with 22mm pilot devices. | $3.25 | $3.25 |
| GCX1380-22 | 4 | AutomationDirect selector switch, 22mm, 3-position, spring return to center, (2) N.O./(2) N.C. contact(s), metal base, metal bezel, Operator: black, lever, 30mm, round, plastic. | $27.00 | $108.00 |

| GCX1131 | 1 | AutomationDirect emergency stop pushbutton, IP65, 22mm, twist-to-release, (1) N.C. contact(s), metal base, metal bezel, Operator: red, mushroom, 40mm, round, plastic. | $17.50 | $17.50 |
|---|---|---|---|---|
| DV-1000CBL | 1 | AutomationDirect communication cable, 6-pin RJ12 to 6-pin RJ12, 2m/6.6ft cable length. For use with DV-1000 or C-more Micro panels and AutomationDirect PLCs with an RJ12 port. | $24.50 | $24.50 |
| 64924004 | 1 | WERMA LED signal tower, (2) tiers, 70mm diameter, red/green, permanent light function, 24 VAC/VDC, colored lens, 154.2mm body length, black, 360 degree viewing angle, bracket mount, IP65. | $181.00 | $181.00 |
| PSR-24-120 | 1 | RHINO PSR series switching power supply, 24 VDC @ 5A/120W, 120 VAC and 240 VAC nominal input, 1-phase, enclosed, metal housing, 35mm DIN rail mount, screw terminals. | $70.00 | $70.00 |
| SC-E05PG-24VDC | 1 | Fuji Electric SC-E05PG series IEC contactor, 25A, (3) N.O. power poles, 24 VDC coil voltage. | $70.00 | $70.00 |
| EA3-S3ML | 1 | C-more Micro EA3 series touch screen HMI, 3in monochrome STN LCD, resistive single-touch, 128 x 64 pixel, LED backlight, (2) serial, (1) Ethernet and (1) microB-USB ports. | $342.00 | $342.00 |
| SC-E02PG-24VDC | 1 | Fuji Electric SC-E02PG series IEC contactor, 9A, (3) N.O. power poles, 24 VDC coil voltage. | $31.00 | $31.00 |
| N412363608C | 1 | Wiegmann Ultimate series enclosure, NEMA 4/12/13, 36 x 36 x 8in (HxWxD), wall mount, carbon steel, ANSI 61 gray, powder coat finish, single-door, 1/4-turn semi-flush oil-tight latch. | $713.00 | $713.00 |

| NP3636C | 1 | Wiegmann subpanel, carbon steel, white, powder coat finish. For use with 36x36 (HxW) N4123636xxxx Ultimate series enclosures. | $206.00 | $206.00 |
|---|---|---|---|---|
| WAPPL0810 | 1 | Wiegmann enclosure print pocket, 8 x 10in (HxW), 2-way adhesive flange mount. | $32.00 | $32.00 |
| | | | | |
| | | | | |
| | | | | $4,623.75 |

An example of what item C0-11DRE-D would sell for used, a true representation of its market value.



# RADWELL®

**Phone: 609.288.9393   Fax: 609.288.9414**

## Offer to Purchase

| | |
|---|---|
| Offer Date: | 5/19/2026 |
| Vendor Id: | 2292360 |
| Vendor Name: | DSI |
| Bid ID: | 813973 |

Page 1 of 5

**Offer Presented To:**

DSI
48 Pine St.
Scotia
NY
12302
US

Nathan Smith
*Phone:* 518-339-1677
*Fax:*
*Nathanial.Smith@gmail.com*

**Offer Created By Greg Fenn Ext: 633**

**Radwell International LLC**
**1 Millennium Drive**
**Willingboro**
**NJ**
**08046**
**US**

*Please note: Radwell will pay the shipping cost. We would prefer that you ship using our UPS account number, which we can provide should you accept this offer. If truck freight is required due to the size of the shipment, please contact us to arrange pick up.*

| Qty | Part Number / Manufacturer / Description | U of M | |
|---|---|---|---|
| **Item Condition and Item Notes** | | | |
| 1 REM | C0-08TR<br>AUTOMATION DIRECT<br>RELAY OUTPUT MODULE, 8 POINT, 6-240 VAC / 6-27 VDC, (8) FORM A, 2 ISOLATED COMMON(S), 4 POINT PER COMMON(S), 1A/POINT | Each | |
| Used in working condition, item is in resalable condition, without severe cosmetic damage, some OEM supplied accessory items may be missing. | | | |
| 1 REM | C0-11DRE-D<br>AUTOMATION DIRECT<br>CLICK ETHERNET STANDARD PLC, 24 VDC REQUIRED, ETHERNET AND SERIAL PORTS, BATTERY BACKUP, DISCRETE INPUT: 8-POINT, DC, DISCRETE OUTPUT: 6-POINT, RELAY. | Each | |
| Used in working condition, item is in resalable condition, without severe cosmetic damage, some OEM supplied accessory items may be missing. | | | |
| 2 REM | C0-16NE3<br>AUTOMATION DIRECT<br>CLICK DISCRETE INPUT MODULE, 16-POINT, 24 VAC/VDC, SINKING/SOURCING, 4 ISOLATED COMMON(S), 4 POINT(S) PER COMMON. REMOVABLE TERMINAL BLOCK INCLUDED. | Each | |
| Used in working condition, item is in resalable condition, without severe cosmetic damage, some OEM supplied accessory items may be missing. | | | |
| 1 REM | DV-1000CBL<br>AUTOMATION DIRECT<br>AUTOMATIONDIRECT COMMUNICATION CABLE, 6-PIN RJ12 TO 6-PIN RJ12, 2M/6.6FT CABLE LENGTH. FOR USE WITH DV-1000 OR C-MORE MICRO PANELS AND AUTOMATIONDIRECT PLCS WITH AN RJ12 PORT. | Each | |
| Used in working condition, item is in resalable condition, without severe cosmetic damage, some OEM supplied accessory items may be missing. | | | |
| 1 REM | EA3-S3ML<br>AUTOMATION DIRECT<br>C-MORE MICRO EA3 SERIES TOUCH SCREEN HMI, 3IN MONOCHROME STN LCD, RESISTIVE SINGLE-TOUCH, 128 X 64 PIXEL, LED BACKLIGHT, (2) SERIAL, (1) ETHERNET AND (1) MICROB-USB PORTS, | Each | |
| Used in working condition, item is in resalable condition, without severe cosmetic damage, some OEM supplied accessory items may be missing. | | | |



**Phone: 609.288.9393   Fax: 609.288.9414**

## Offer to Purchase

| | |
|---|---|
| Offer Date: | 5/19/2026 |
| Vendor Id: | 2292360 |
| Vendor Name: | DSI |
| Bid ID: | 813973 |

Page 2 of 5

| Qty | Part Number<br>Manufacturer<br>Description | U of M | |
|---|---|---|---|
|  | Item Condition and Item Notes | | |
| 1<br><br>REM | ECX1651<br><br>AUTOMATION DIRECT<br>AUTOMATIONDIRECT OVERSIZED LEGEND PLATE, PLASTIC, ROUND, YELLOW FIELD, YELLOW BACKGROUND, BLACK ENGRAVED TEXT, LEGEND PLATE MARKING "EMERGENCY STOP", FOR USE WITH 22MM PILOT DEVICES. | Each | |
|  | Used in working condition, item is in resalable condition, without severe cosmetic damage, some OEM supplied accessory items may be missing. | | |
| 1<br><br>REM | GCX1131<br><br>AUTOMATION DIRECT<br>AUTOMATIONDIRECT EMERGENCY STOP PUSHBUTTON, IP65, 22MM, TWIST-TO-RELEASE, (1) N.C. CONTACT(S), METAL BASE, METAL BEZEL, OPERATOR: RED, MUSHROOM, 40MM, ROUND, PLASTIC. | Each | |
|  | Used in working condition, item is in resalable condition, without severe cosmetic damage, some OEM supplied accessory items may be missing. | | |
| 4<br><br>REM | GCX1380-22<br><br>AUTOMATION DIRECT<br>AUTOMATIONDIRECT SELECTOR SWITCH, 22MM, 3-POSITION, SPRING RETURN TO CENTER, (2) N.O./(2) N.C. CONTACT(S), METAL BASE, METAL BEZEL, OPERATOR: BLACK, LEVER, 30MM, ROUND, PLASTIC. | Each | |
|  | Used in working condition, item is in resalable condition, without severe cosmetic damage, some OEM supplied accessory items may be missing. | | |
| 1<br><br>REM | PSR-24-120<br><br>AUTOMATION DIRECT<br>POWER SUPPLY / SWITCHING, PSR SERIES, 24 VDC @ 5A/120W (ADJUSTABLE), 120/240 VAC NOMINAL INPUT, 1-PHASE, ENCLOSED, METAL HOUSING, 35MM DIN RAIL MOUNT, SCREW TERMINALS. | Each | |
|  | Used in working condition, item is in resalable condition, without severe cosmetic damage, some OEM supplied accessory items may be missing. | | |
| 1<br><br>REM | ZL-C0-CBL11-1P<br><br>AUTOMATION DIRECT<br>PLC I/O CABLE, 11-POSITION TERMINAL BLOCK TO PIGTAIL, 3.2FT/1M CABLE LENGTH, FOR USE WITH CLICK PLC MODULES. | Each | |
|  | Used in working condition, item is in resalable condition, without severe cosmetic damage, some OEM supplied accessory items may be missing. | | |
| 3<br><br>REM | ZL-C0-CBL20-1P<br><br>AUTOMATION DIRECT<br>PLC I/O CABLE, 20-POSITION TERMINAL BLOCK TO PIGTAIL, 3.2FT/1M CABLE LENGTH, FOR USE WITH CLICK PLC MODULES. | Each | |
|  | Used in working condition, item is in resalable condition, without severe cosmetic damage, some OEM supplied accessory items may be missing. | | |
| 1<br><br>REM | LG5924-02-61-24<br><br>DOLD<br>DOLD SAFETY RELAY, EMERGENCY STOP, 1-CHANNEL, 24 VDC, (2) N.O. SAFETY OUTPUT(S), FIXED SCREW TERMINALS. | Each | |
|  | Used in working condition, item is in resalable condition, without severe cosmetic damage, some OEM supplied accessory items may be missing. | | |
| 1<br><br>REM | FAZ-C15-2-NA<br><br>EATON CORPORATION<br>EATON MINIATURE CIRCUIT BREAKER, CURRENT-LIMITING, 15A, 480Y/277 VAC/96 VDC, 2-POLE, C CURVE, THERMAL MAGNETIC, 14KA @ 480Y/277 VAC INTERRUPTING RATING, 35MM DIN RAIL MOUNT. | Each | |
|  | Used in working condition, item is in resalable condition, without severe cosmetic damage, some OEM supplied accessory items may be missing. | | |



**Phone: 609.288.9393   Fax: 609.288.9414**

## Offer to Purchase

| | |
|---|---|
| Offer Date: | 5/19/2026 |
| Vendor Id: | 2292360 |
| Vendor Name: | DSI |
| Bid ID: | 813973 |

Page 3 of 5

| Qty | Part Number<br>Manufacturer<br>Description | U of M | |
|---|---|---|---|
|  | Item Condition and Item Notes |
| 4 | FAZ-C15-3-NA | | |
| | EATON CORPORATION | Each | |
| REM | CIRCUIT BREAKER, MINIATURE, CURRENT-LIMITING, 15 AMP, 480Y/277 VAC/96 VDC, 3-POLE, C CURVE, THERMAL MAGNETIC, 14KA @ 480Y/277 VAC INTERRUPTING RATING, 35MM DIN RAIL MOUNT. | | |
|  | Used in working condition, item is in resalable condition, without severe cosmetic damage, some OEM supplied accessory items may be missing. |
| 2 | FAZ-C30/3-NA | | |
| | EATON CORPORATION | Each | |
| REM | EATON MINIATURE CIRCUIT BREAKER, CURRENT-LIMITING, 30A, 480Y/277 VAC/96 VDC, 3-POLE, C CURVE, THERMAL MAGNETIC, 10KA @ 480Y/277 VAC INTERRUPTING RATING, 35MM DIN RAIL MOUNT. | | |
|  | Used in working condition, item is in resalable condition, without severe cosmetic damage, some OEM supplied accessory items may be missing. |
|  | Part Number FAZ-C30-3-NA seemed to be incomplete. The above part number is a possible match. |
| 1 | Z-EK/35/UL | | |
| | EATON CORPORATION | Each | |
| REM | EATON BOX TYPE WIRING LUG, 80A, 480 VAC, 1 OPENINGS, #14-2 AWG COPPER ONLY. PACKAGE OF 3. FOR USE WITH ZSVUL SERIES BUSBARS. | | |
|  | Used in working condition, item is in resalable condition, without severe cosmetic damage, some OEM supplied accessory items may be missing. |
|  | Part Number ZEK35-UL seemed to be incomplete. The above part number is a possible match. |
| 1 | ZSVUL16-3P-3TE18SP | | |
| | EATON CORPORATION | Each | |
| REM | BUSBAR, 80 AMP, 480 VAC, CUT TO LENGTH NOT PERMITTED, CONNECTS UP TO (6) 3-POLE EATON FAZ-NA SERIES MINIATURE CIRCUIT BREAKERS WITHOUT AUXILIARY COMPONENTS. | | |
|  | Used in working condition, item is in resalable condition, without severe cosmetic damage, some OEM supplied accessory items may be missing. |
| 4 | SC-E02/G-24VDC | | |
| | FUJI ELECTRIC | Each | |
| REM | DISCONTINUED BY MANUFACTURER, CONTACTOR, 20 AMP CONTINUOUS, 3 POLE, 24 V DC COIL, 7,8 AMP, 43 X 81 X 80 MM DIN RAIL, SCREW TERMINAL | | |
|  | Used in working condition, item is in resalable condition, without severe cosmetic damage, some OEM supplied accessory items may be missing. |
|  | Part Number SC-E02G-24VDC seemed to be incomplete. The above part number is a possible match. |
| 1 | SC-E02PG-24VDC | | |
| | FUJI ELECTRIC | Each | |
| REM | FUJI ELECTRIC SC-E02PG SERIES IEC CONTACTOR, 9A, (3) N.O. POWER POLES, 24 VDC COIL VOLTAGE. | | |
|  | Used in working condition, item is in resalable condition, without severe cosmetic damage, some OEM supplied accessory items may be missing. |
| 1 | SC-E05PG-24VDC | | |
| | FUJI ELECTRIC | Each | |
| REM | CONTACTOR, SC-E05PG SERIES IEC, 25 AMP, (3) N.O. POWER POLES, 24 VDC COIL VOLTAGE. | | |
|  | Used in working condition, item is in resalable condition, without severe cosmetic damage, some OEM supplied accessory items may be missing. |



**Phone: 609.288.9393   Fax: 609.288.9414**

## Offer to Purchase

| | |
|---|---|
| Offer Date: | 5/19/2026 |
| Vendor Id: | 2292360 |
| Vendor Name: | DSI |
| Bid ID: | 813973 |

Page 4 of 5

| Qty | Part Number<br>Manufacturer<br>Description | U of M | |
|---|---|---|---|
|  | Item Condition and Item Notes | | |
| 1 | SC-E2SG-24VDC | | |
| | FUJI ELECTRIC | Each | |
| REM | CONTACOTR, SC-E2SG SERIES, IEC CONTACTOR, 50 AMP, (3) N.O. POWER POLES, 24 VDC COIL VOLTAGE. | | |
|  | Used in working condition, item is in resalable condition, without severe cosmetic damage, some OEM supplied accessory items may be missing. | | |
| 4 | SZ-A22T | | |
| | FUJI ELECTRIC | Each | |
| REM | AUXILIARY CONTACT, FRONT MOUNT, (2) N.O./(2) N.C. CONTACT(S), 6A @ 120 VAC/0.55A @ 120 VDC, FOR USE WITH SC-E02X, SC-E03X, SC-E04X, SC-E05X, SC-E1X, SC-E2X, SC-E2SX, SC-E3X, AND SC-E4X CONTACTORS. | | |
|  | Used in working condition, item is in resalable condition, without severe cosmetic damage, some OEM supplied accessory items may be missing. | | |
| 1 | SZ-AS1T | | |
| | FUJI ELECTRIC | Each | |
| REM | AUXILIARY CONTACT, LEFT OR RIGHT SIDE MOUNT, (1) N.O./(1) N.C. CONTACT(S), 6A @ 120 VAC/0.55A @ 120 VDC, FOR USE WITH SC-E02X, SC-E03X, SC-E04X, SC-E05X, SC-E1X, SC-E2X, SC-E2SX, SC-E3X, AND SC-E4X CONTACTORS. | | |
|  | Used in working condition, item is in resalable condition, without severe cosmetic damage, some OEM supplied accessory items may be missing. | | |
| 6 | SZ-ERW1A | | |
| | FUJI ELECTRIC | Each | |
| REM | REVERSING CONNECTION BAR, LINE SIDE ONLY MOUNT, FOR USE WITH FUJI ELECTRIC SC-E02X, SC-E03X, SC-E04X, SC-E05X CONTACTORS. | | |
|  | Used in working condition, item is in resalable condition, without severe cosmetic damage, some OEM supplied accessory items may be missing. | | |
| 2 | SZ-ERW1B | | |
| | FUJI ELECTRIC | Each | |
| REM | REVERSING CONNECTION BAR, LOAD SIDE MOUNT. FOR USE WITH FUJI ELECTRIC SC-E02X, SC-E03X, SC-E04X, SC-E05X CONTACTORS WITHOUT A THERMAL OVERLOAD RELAY. | | |
|  | Used in working condition, item is in resalable condition, without severe cosmetic damage, some OEM supplied accessory items may be missing. | | |
| 4 | SZ-ERW1D | | |
| | FUJI ELECTRIC | Each | |
| REM | REVERSING CONNECTION BAR, LOAD SIDE MOUNT. FOR USE WITH FUJI ELECTRIC SC-E02X, SC-E03X, SC-E04X, SC-E05X CONTACTORS AND A THERMAL OVERLOAD RELAY. | | |
|  | Used in working condition, item is in resalable condition, without severe cosmetic damage, some OEM supplied accessory items may be missing. | | |
| 8 | SZ-RM | | |
| | FUJI ELECTRIC | Each | |
| REM | FUJI ELECTRIC MECHANICAL INTERLOCK, FOR USE WITH SC-E02X, SC-E03X, SC-E04X, SC-E05X, SC-E1X, SC-E2X, SC-E2SX, SC-E3X AND SC-E4X CONTACTORS, MECHANICALLY CONNECTS CONTACTORS TO PREVENTS BOTH FROM BEING PULLED IN AT THE SAME TIME. | | |
|  | Used in working condition, item is in resalable condition, without severe cosmetic damage, some OEM supplied accessory items may be missing. | | |
| 2 | TK-E02-12-18 | | |
| | FUJI ELECTRIC | Each | |
| REM | DISCONTINUED BY MANUFACTURER, THERMAL OVERLOAD RELAY, TK-E SERIES, 1 NO + 1 NC, 10 AMP TRIP CATEGORY, OVERLOAD / PHASE-LOSS PROTECTION, MANUAL / AUTO RESET, FOR SC-E02(G) - SC-E05(G) CONTACTORS, 12-18 AMP RANGE | | |
|  | Used in working condition, item is in resalable condition, without severe cosmetic damage, some OEM supplied accessory items may be missing. | | |
|  | Part Number TK-E02-1800 seemed to be incomplete. The above part number is a possible match. | | |



**Phone: 609.288.9393   Fax: 609.288.9414**

## Offer to Purchase

| | |
|---|---|
| Offer Date: | 5/19/2026 |
| Vendor Id: | 2292360 |
| Vendor Name: | DSI |
| Bid ID: | 813973 |

Page 5 of 5

| Qty | Part Number<br>Manufacturer<br>Description | U of M | |
|---|---|---|---|
| | **Item Condition and Item Notes** | | |
| 2 | TK-E02-2500 | | |
| | FUJI ELECTRIC | Each | |
| **REM** | DISCONTINUED BY MANUFACTURER, THERMAL OVERLOAD RELAY, 20.0-25.0A, 53MM FRAME WIDTH | | |
| | Used in working condition, item is in resalable condition, without severe cosmetic damage, some OEM supplied accessory items may be missing. | | |
| 2 | TK-E02-600 | | |
| | FUJI ELECTRIC | Each | |
| **REM** | DISCONTINUED BY MANUFACTURER, RELAY / THERMAL OVERLOAD, TK-E02 SERIES, 4.0-6.0 AMP / ADJUSTABLE, BI-METALLIC, LOCAL RESET, DIRECT MOUNT POWER CONNECTION, FOR USE WITH SC-E02X / SC-E03X / SC-E04X / SC-E05X SERIES CONTACTORS | | |
| | Used in working condition, item is in resalable condition, without severe cosmetic damage, some OEM supplied accessory items may be missing. | | |
| 1 | 14001032 | | |
| | SOCOMEC | Each | |
| **REM** | SOCOMEC SHAFT, 320MM LENGTH, 10 X 10MM. FOR USE WITH S1 AND S2 TYPE HANDLES. SHAFT ALIGNMENT GUIDE 14290000 INCLUDED. | | |
| | Used in working condition, item is in resalable condition, without severe cosmetic damage, some OEM supplied accessory items may be missing. | | |
| 1 | 141E2911 | | |
| | SOCOMEC | Each | |
| **REM** | ROTARY HANDLE, PISTOL, S1, HEAVY DUTY METALLIC HASP, RED/YELLOW, EXTERNAL FRONT MOUNT, 2-POSITION, LOCKABLE IN OFF ONLY, DEFEATABLE, NEMA 4/4X. | | |
| | Used in working condition, item is in resalable condition, without severe cosmetic damage, some OEM supplied accessory items may be missing. | | |
| 1 | 38613005 | | |
| | SOCOMEC | Each | |
| **REM** | SOCOMEC FUSERBLOC SERIES ROTARY DISCONNECT SWITCH, FUSIBLE, CLASS J, LOAD BREAK CAPABLE, 3-POLE, 600 VAC/250 VDC, 60A, 100KA SCCR, DIN RAIL OR PANEL MOUNT, UL 98 RATED, FRONT OR SIDE OPERATED, ACCEPTS 10 X 10MM SIZE SHAFT. | | |
| | Used in working condition, item is in resalable condition, without severe cosmetic damage, some OEM supplied accessory items may be missing. | | |
| 1 | 649.240.04 | | |
| | WERMA | Each | |
| **REM** | LED SIGNAL TOWER, (2) TIERS, 70MM DIAMETER, RED/GREEN, PERMANENT LIGHT FUNCTION, 24 VAC/VDC, COLORED LENS, 154.2MM BODY LENGTH, BLACK, 360 DEGREE VIEWING ANGLE, BRACKET MOUNT, IP65. | | |
| | Used in working condition, item is in resalable condition, without severe cosmetic damage, some OEM supplied accessory items may be missing. | | |
| | Part Number 64924004 seemed to be incomplete, The above part number is a possible match. | | |

| **69** : Total Items | If accepted offer will be paid in US Dollars ($). | Total | $ 310.00 |
|---|---|---|---|

*This offer is made for equipment matching the descriptive information supplied by your company, prior to this offer. If this offer is accepted Radwell reserves the right to reject and return for full credit any item that is not in the condition stated on this offer. See; "Item Condition and Item Notes". Radwell also reserves the right to return the full credit items that are not the same as the items listed on this offer, such as a different manufacturer or part number then those included on this offer.*

_____        /    /
**Bid Accepted (Your Signature)**              Date

Example 2

A far better solution for the aluminum sold as scrap.



