William A. Cooney, Esq.
New York Bar No. 512017
**BARRY McTIERNAN & MOORE LLC**
One Battery Park Plaza, 35th Floor
New York, New York 10004
Tel. No.: 212-313-3600
Fax. No.: 212-608-8901
Email: wcooney@bmmfirm.com
*Attorneys For Greg Beeche, Logistics, LLC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
MCCORMICK 103, LLC,

                      Plaintiff,                    1:25-cv-00944 (AMN/TWD)

        v.

GREG BEECHE, LOGISTICS, LLC & GREG
LOGISTICS, LLC,

                    Defendants.
---------------------------------------------------------------------X

NOTICE OF MOTION TO LIFT OR MODIFY STAY FOR THE LIMITED PURPOSES OF
DEFENDANTS IMPENDING PERSONAL INJURY LITIGATION TO RECOVER AGAINST
AND UP TO LIMITS OF DEFENDANTS INSURANCE COVERAGE

PLEASE TAKE NOTICE that upon the accompanying Motion, dated June 15, 2026, and

the exhibits annexed thereto, the undersigned will move this Court before the Honorable Anne

M. Nardacci of the United States District Court, Northern District of New York, for an order

lifting or modifying the stay only to the extent of permitting GREG BEECHE, LOGISTICS,

LLC and GREG LOGISTICS, LLC to continue to defend the third third-party action against

GREG BEECHE, LOGISTICS, LLC pending in the Supreme Court of the State of New York

which seeks contractual indemnification, contribution, reimbursement of attorneys' fees and

defense costs and failure to procure insurance for the sole purpose of allowing defendant,

WHITESTONE CONSTRUCTION CORPORATION seeking to recover from GREG BEECHE,

LOGISTICS, LLC pertinent insurance policies up to the limits of such available insurance coverage and for such other and further relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that answering papers, if any, shall be filed in writing on or before June 29, 2026, and shall conform to the United States District Court for the Northern District of New York and the Local Rules of the Court and set forth the name of the objecting party state with particularity the reasons for the objection or response on grounds therefore, and shall be filed with the United States District Court electronically in accordance with General Order 22 (which can be found at https://www.nynd.uscourts.gov by registered users of the U.S. District Court's case filing system and, by all parties in interests, on compact disc, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with hard copy delivered directly to Chambers) and shall be served upon BARRY McTIERNAN & MOORE LLC, attorneys for GREG BEECHE, LOGISTICS, LLC, One Battery Park Plaza, 35th Floor, New York, New York 10004 so that they are received no later than three (3) days prior to the return date of the motion. Only those objections that have been timely filed and served may be considered by the U.S. District Court of the Northern District of New York at the time and place of the Hearing.

PLEASE TAKE FURTHER NOTICE that if answering papers fail to be filed and served as set forth above, the application shall be deemed uncontested and upon the return date of the motion, the relief requested in the application may be granted.

Dated: New York, New York
      June 15, 2026

By:  /s/ William A. Cooney        
William A. Cooney, Esq. (WAC-3611)
New York Bar No. 512017
**BARRY McTIERNAN & MOORE LLC**
One Battery Park Plaza, 35th Floor
New York, New York 10004
Tel. No.: 212-313-3600
Fax. No.: 212-608-8901
Email: wcooney@bmmfirm.com

TO: [ECF List]

VIA MAIL:

Gregory L. Beeche
65 Smith Road
Mechanicville, NY 12118

DANIEL WEIR, ESQ.
SACKS & SACKS, LLP
Attorneys for Plaintiffs
MICHAEL MOREA and SAMANTHA MOREA
One Battery Park Plaza – 2nd Floor
New York, New York 10004
(212) 964-5570

PAUL A. ESCHMANN, ESQ.
AHMUTY DEMERS & MCMANUS
Attorneys for Defendant
CONSIGLI CONSTRUCTION CO., INC.
199 Water Street
New York, New York 10038
(212) 513-7788

TRACY ABATEMARCO, ESQ.
WOOD, SMITH, HENNING & BERMAN LLP
Attorneys for Defendant/Third-Party Plaintiff
WHITESTONE CONSTRUCTION CORP.
685 Third Avenue – 18th Floor
New York, New York 10017
(212) 999-7103