UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MCCORMICK 103, LLC,

Plaintiff,

v.

GREG BEECHE, LOGISTICS, LLC;
GREG LOGISTICS, LLC,

Defendants.

Civil Action No.:
1:25-cv-00944-AMN-TWD

**RECEIVER'S LIMITED RESPONSE TO SUPPLEMENT TO PLAINTIFF'S MOTION TO AMEND THE RECEIVERSHIP ORDER TO ADD CERTAIN REAL PROPERTY OWNED BY THE DEFENDANT GREGORY L. BEECHE TO THE RECEIVERSHIP**

Dotan Y. Melech, President of United AMS, LLC, court-appointed receiver ("Receiver") of Greg Beeche, Logistics, LLC ("GBL") and Greg Logistics, LLC ("GL" and together with GBL, the "Receivership Entities"), by and through the undersigned counsel, respectfully submits this limited response ("Response") to the *Supplement To Plaintiff's Motion To Amend The Receivership Order To Add Certain Real Property Owned By The Defendant Gregory L. Beeche To The Receivership* ("Motion") that Plaintiff, McCormick 103, LLC, filed on May 2, 2026 (Dkt. No. 137).

In principle, the Receiver does not oppose the relief sought in the Motion. The Receiver agrees that bringing the real property located at 356 Hudson River Road, Waterford, New York 12188 ("Real Property") under formal receivership supervision is appropriate and will benefit the Receivership Estate. The Receiver further acknowledges the professional qualifications of William Colucci ("Mr. Colucci") of Pyramid Brokerage Company.

However, the Receiver is concerned that entry of the First Amendment to Final Order Appointing Real Estate Receiver in its current form ("Proposed Order") may unnecessarily conflict with his rights and obligations under the Receivership Order in at least three material respects. First, the Real Property is already under the Receiver's exclusive control. This allows the Receiver the freedom necessary to liquidate the remaining Receivership Assets at the Real Property. The Proposed Order appears to provide that Mr. Colucci would have exclusive authority over access to the Real Property, including the ability to dictate, limit, or otherwise interfere with the Receiver's access to the Real Property. Second, the Receiver's timeline to liquidate the remaining Receivership Assets may not align with Mr. Colucci's timeline to sell the Real Property. It is not difficult for the Receiver to imagine a circumstance where Mr. Colucci has agreed to sell the Real Property while some Receivership Assets remain unsold. This unnecessarily creates a conflict and priority issue between receivers that is not addressed in the Motion or Proposed Order, which would undoubtedly increase the time and expense associated with administering the Receivership Estate. Third, the Proposed Order appears to provide Plaintiff priority to estate proceeds over and above all incurred and future administrative expenses. While the Receiver believes that he can satisfy all unpaid and future administrative expenses from remaining Receivership Assets, no outcome is certain.[1]

/ / /

/ / /

/ / /

/ / /

[1] As the Court is aware, the Receiver has already distributed $500,000.00 of auction proceeds to Plaintiff. *See* Dkt. No. 135.

The Receiver files this limited response merely to advise the Court of his concerns regarding the Proposed Order as presently drafted. The Receiver is a neutral arm of the Court who is faithfully carrying out his Court-ordered obligations under the Receivership Order, and he will continue to abide by the Receivership Order in its current and/or any amended form.

Dated: Las Vegas, Nevada
June 17, 2026

SPENCER FANE LLP

By: /s/ R. McKay Holley
R. McKay Holley
(Admitted *Pro Hac Vice*)
Attorneys for Receiver
*Dotan Y. Melech, as Receiver of Greg Beeche, Logistics, LLC and Greg Logistics, LLC*
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone No. (702) 408-3400
mholley@spencerfane.com

and

PHILLIPS LYTLE LLP

Todd A. Ritschdorff, Esq.
*Attorneys for Dotan Y. Melech, President of United AMS, LLC, Court-Appointed Receiver of Greg Beeche, Logistics, LLC and Greg Logistics, LLC*
3 Winners Circle, Suite 306
Albany, New York 12205
Telephone No.: (518) 472-1224
Email: tritschdorff@phillipslytle.com