Christopher P. Schueller, Esquire
New York Bar No. 2582914
**BUCHANAN INGERSOLL & ROONEY PC**
640 5th Avenue, 9th Floor
New York, NY  10019
Telephone:  (212) 440-4400
Fax:  (212) 440-4401
E-mail: christopher.schueller@bipc.com
*Attorneys for Plaintiff, McCormick 103, LLC*


UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MCCORMICK 103, LLC, <br><br>         *Plaintiff*, <br><br>    v. <br><br> GREG BEECHE, LOGISTICS, LLC; GREG LOGISTICS, LLC; GREGORY L. BEECHE; and NEW YORK STATE DEPARTMENT OF TAXATION, <br><br> and <br><br> "JOHN DOE", "JANE DOE", "DOE ASSOCIATES", and "DOE CORP.", the names being fictitious and being intended to refer to any and all adult natural persons and to all partnerships, corporations and other legal entities having, or which may claim to have, any lien against or interest in the Real Property described in the complaint in this action, other than persons or entities already defendants herein, <br><br>         *Defendants*. | Civil Action No.1:25-cv-00944-AMN-TWD |

## NOTICE OF PLAINTIFF'S MOTION FOR (1) SUMMARY JUDGMENT, (2) DEFAULT JUDGMENT, (3) APPOINTMENT OF REFEREE, AND (4) RELATED RELIEF

PLEASE TAKE NOTICE that upon the accompanying Motion, dated June 18, 2026, and appendices annexed thereto, the undersigned will move this Court before the Honorable Anne M. Nardacci of the United States District Court, Northern District of New York, for an order for summary judgment in favor of Plaintiff on its foreclosure causes of action against Defendants Greg Beeche, Logistics, LLC, Greg Logistics, LLC, and Gregory L. Beeche and a default judgment be entered against the New York State Department of Taxation, appointment of a referee, money judgment against Defendants for any deficiency that may be due to Plaintiff after the Mortgaged Property has been sold as described herein, and the proceeds thereof to which Plaintiff is entitled to have been paid and compelling Greg Beeche, Logistics, LLC and Greg Logistics, LLC to surrender possession of the Personal Property to Plaintiff for the purpose of a judicial sale in conjunction with the foreclosure sale of the Property, or, alternatively, for a separate public sale pursuant to Article 9 of the New York Uniform Commercial Code.

PLEASE TAKE FURTHER NOTICE that answering papers, if any, shall be filed in writing on or before July 9, 2026, and shall conform to the United States District Court for the Northern District of New York and the Local Rules of the Court and set forth the name of the objecting party state with particularity the reasons for the objection or response on grounds therefore, and shall be filed with the United States District Court electronically in accordance with General Order 22 which can be found at https://www.nynd.uscourts.gov by registered users of the U.S. District Court's case filing system and, by all parties in interests, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with hard copy delivered directly to Chambers) and shall be served upon Christopher P. Schueller, Esquire, BUCHANAN INGERSOLL & ROONEY PC, 640 5th Avenue, 9th Floor, New York, New

2

York 10019.  Only those objections that have been timely filed and served may be considered by the U.S. District Court of the Northern District of New York at the time and place of the hearing.

PLEASE TAKE FURTHER NOTICE that if answering papers fail to be filed and served as set forth above, the application shall be deemed uncontested and upon the return date of the motion, the relief requested in the application may be granted.

Dated:  June 18, 2026
New York, New York

**BUCHANAN INGERSOLL & ROONEY PC**
By:    /s/ Christopher P. Schueller
Christopher P. Schueller
N.Y. Bar No. 2582914
640 5th Avenue, 9th Floor
New York, NY  10019
Telephone:  (212) 440-4400
Fax:  (212) 440-4401
E-mail: christopher.schueller@bipc.com
*Attorneys for Plaintiff*

3

Christopher P. Schueller, Esquire
New York Bar No. 2582914
**BUCHANAN INGERSOLL & ROONEY PC**
640 5th Avenue, 9th Floor
New York, NY  10019
Telephone:  (212) 440-4400
Fax:  (212) 440-4401
E-mail: christopher.schueller@bipc.com
*Attorneys for Plaintiff, McCormick 103, LLC*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MCCORMICK 103, LLC,<br><br>        *Plaintiff*,<br><br>        v.<br><br>GREG BEECHE, LOGISTICS, LLC; GREG LOGISTICS, LLC; GREGORY L. BEECHE; and NEW YORK STATE DEPARTMENT OF TAXATION,<br><br>and<br><br>"JOHN DOE", "JANE DOE", "DOE ASSOCIATES", and "DOE CORP.", the names being fictitious and being intended to refer to any and all adult natural persons and to all partnerships, corporations and other legal entities having, or which may claim to have, any lien against or interest in the Real Property described in the complaint in this action, other than persons or entities already defendants herein,<br><br>        *Defendants*. | Civil Action No.1:25-cv-00944-AMN-TWD |

<u>**PLAINTIFF'S MOTION FOR (1) SUMMARY JUDGMENT, (2) DEFAULT**</u>
<u>**JUDGMENT, (3) APPOINTMENT OF REFEREE, AND (4) RELATED RELIEF**</u>

McCormick 103, LLC ("**Plaintiff**"), by and through its attorneys, Buchanan Ingersoll & Rooney PC, respectfully moves for (1) summary judgment, (2) default judgment, (3) appointment of referee, and (4) related relief.

Plaintiff incorporates the following:

| | |
|---|---|
| Appendix 1 | Second Amended Complaint |
| Appendix 2 | Answer, affirmative defenses |
| Appendix 3 | Statement of Material Facts |
| Appendix 4 | Affidavit of Jeremy Halverson |
| Appendix 5 | Affirmation of Christopher P. Schueller |

Plaintiff also incorporates the accompanying memorandum of law in support of this motion.

**WHEREFORE,** Plaintiff respectfully requests that judgment be entered as follows:

**A. Upon the First Cause of Action against Defendants:**

(a)     that summary judgment be entered in favor of Plaintiff on its foreclosure causes of action against Defendants Greg Beeche, Logistics, LLC, Greg Logistics, LLC, and Gregory L. Beeche and a default judgment be entered against the New York State Department of Taxation; and

(b)     that a referee be appointed to compute the amount due and determine whether the Mortgaged Property can be sold as a single parcel; and

(c)     that Plaintiff shall have such other and further relief as the Court may deem just and proper.

**B.  Upon the Second Cause of Action against Defendants:**

2

(a) a money judgment against Defendants for any deficiency that may be due to Plaintiff after the Mortgaged Property has been sold as described herein, and the proceeds thereof to which Plaintiff is entitled to have been paid.

**C. Upon the Third Cause of Action against all Defendants**

(a) a money judgment against Defendants for all amounts due and owing under the Third and Fourth Loans.

**D. Upon the Fourth Cause of Action against GBL and GL:**

(a) pursuant to New York Uniform Commercial Code §§9-601, 9-604, 9-607, 9-610 and any other relevant authority, an order compelling GBL and GL to surrender possession of the Personal Property to Plaintiff for the purpose of a judicial sale in conjunction with the foreclosure sale of the Property, or, alternatively, for a separate public sale pursuant to Article 9 of the New York Uniform Commercial Code.

**E. Upon all Causes of Action:**

(a) for other and further appropriate relief including without limitation an award for legal fees and costs.

Dated:  June 18, 2026
    New York, New York

BUCHANAN INGERSOLL & ROONEY PC
By:    /s/ Christopher P. Schueller
        Christopher P. Schueller
        N.Y. Bar No. 2582914
        640 5th Avenue, 9th Floor
        New York, NY  10019
        Telephone:  (212) 440-4400
        Fax:  (212) 440-4401
        E-mail: christopher.schueller@bipc.com
        *Attorneys for Plaintiff*