# APPENIX 5

Christopher P. Schueller, Esquire
New York Bar No. 2582914
**BUCHANAN INGERSOLL & ROONEY PC**
640 5th Avenue, 9th Floor
New York, NY  10019
Telephone:  (212) 440-4400
Fax:  (212) 440-4401
E-mail: christopher.schueller@bipc.com
*Attorneys for Plaintiff, McCormick 103, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MCCORMICK 103, LLC,<br><br>                    *Plaintiff*,<br><br>                    v.<br><br>GREG BEECHE, LOGISTICS, LLC; GREG LOGISTICS, LLC; GREGORY L. BEECHE; and NEW YORK STATE DEPARTMENT OF TAXATION,<br><br>and<br><br>"JOHN DOE", "JANE DOE", "DOE ASSOCIATES", and "DOE CORP.", the names being fictitious and being intended to refer to any and all adult natural persons and to all partnerships, corporations and other legal entities having, or which may claim to have, any lien against or interest in the Real Property described in the complaint in this action, other than persons or entities already defendants herein,<br><br>                    *Defendants*. | **AFFIDAVIT OF REGULARITY IN SUPPORT OF PLAINTIFF'S MOTION FOR (1) SUMMARY JUDGMENT FOR FORECLOSURE**<br><br>Civil Action No.1:25-cv-00944-AMN-TWD<br><br>**<u>Real Property:</u>**<br><br>356 Hudson River Rd<br>Waterford, NY 12188<br><br>SBL:  286.1-22.1 |

2

**CHRISTOPHER P. SCHUELLER**, an attorney admitted to practice in the courts of this State, affirms the following to be true under the penalties of perjury pursuant to CPLR § 2106:

1. I am a shareholder with the law firm of Buchanan Ingersoll & Rooney PC, attorneys for McCormick 103, LLC ("Plaintiff"), in the above-entitled action. I was admitted to practice law in New York state.

2. By this action, Plaintiff respectfully seeks a foreclosure judgment in connection with this commercial foreclosure action. I respectfully submit that this action is proper for judgment in foreclosure because the pleadings have been closed and there is no issue of material fact in dispute.

3. This instant action is exempt from the requirements of residential mortgage foreclosure actions, as defined in section 6-l of the Banking Law and Article 13 of the Real Property Actions and Proceedings Law, as this is a commercial mortgage foreclosure action and the property at issue is a commercial property, and is therefore neither owner-occupied nor a home loan within the definition of Article 13 of the RPAPL. Given the above, the recently mandated Attorney Affirmation for residential foreclosure cases is not required.

4. A mandatory settlement conference pursuant to CPLR 3408 is not applicable, as the mortgage at issue does not involve a home loan as defined by § 1304 of the RPAPL, and Defendants do not utilize the property subject to foreclosure as their principal dwelling. *See* CPLR 3408(a).

5. On July 21, 2025, Plaintiff filed the notice of pendency ("Notice of Pendency"), summons and complaint ("Complaint") in the Saratoga County Clerk's office. A true and correct copy of the Notice of Pendency is attached hereto as **Exhibit 1**.

6.  On August 6, 2025, Plaintiff filed an amended summons and complaint ("Amended Complaint") in the Saratoga County Clerk's office.

7.  On January 23, 2026, Plaintiff filed a second amended summons and complaint ("Second Amended Complaint") in the Saratoga County Clerk's office.

8.  A copy of the Second Amended Complaint is attached as Appendix 1 Plaintiff's Motion for Summary Judgment (hereinafter, "Motion for Summary Judgment.").

9.  Plaintiff brought this action to foreclose: (a) the Mortgage Consolidation, Modification and Extension Agreement, Assignment of Rents, Security Agreement and Fixture Filing and Gap Mortgage, Assignment of Rents, Security Agreement and Fixture Filing dated April 17, 2020 (together with all modifications thereof, the "First Mortgage") in the original principal amount of $3,600,000.00. The First Mortgage was recorded in the Office of Saratoga County Clerk (the "Records") on May 15, 2017, at Instrument #2017014776 and Instrument #2017014774; (b) Construction Loan Mortgage, Assignment of Rents, Security Agreement and Fixture Filing dated April 20, 2017 (together with all modifications thereof, the "Second Mortgage"), secured by a second priority lien on the Property in the original principal amount of $1,150,000.00. The Second Mortgage was recorded in the Records on May 15, 2017, at Instrument #2017014777; (c) Mortgage, Assignment of Rents, Security Agreement and Fixture Filing in favor of Original Lender, dated on or about July 6, 2021 (the "Third Mortgage") for a line of credit in the amount of $4,000,000.00 and a term loan in the original principal amount of $1,350,000.00 secured by a lien on the Property and a security interest in the personal property described therein. The Third Mortgage was recorded in the Records on September 6, 2024, at Instrument #202422252; and (d) Amendment to Third Loan Agreement (as amended or modified from time to time, the "Amendment to Third Loan Agreement" and together with the First Mortgage, Second Mortgage,

and Third Mortgage, the "**Mortgages**") to add a $2,5000,000.00 line of credit which converted to a term loan ("Fourth Loan") to Original Lender.

10.    The Mortgages grant a mortgage lien on real property located at 356 Hudson River Road, Waterford, New York 12188 (the "Mortgaged Premises").

11.    Plaintiff arranged for and accomplished proper service of the Second Amended Complaint upon all defendants.  True and correct copies of the Affidavit of Service showing service of the Second Amended Summons and Complaint upon all defendants are attached hereto as **Exhibit 2**.

12.    Plaintiff filed proof of service of the Second Amended Summons and Complaint upon all the Defendants with the Saratoga County Clerk's Office within one hundred twenty (120) days after the filing of the Second Amended Summons and Complaint.

13.    The time for all Defendants to appear, answer or otherwise move, with respect to the complaint, has expired. Defendants Gregory L. Beeche ("Beeche"), Greg Beeche Logistics, LLC ("GBL"), and Greg Logistics, LLC ("GL", together with Beeche and GBL, the "Defendants") submitted an Answer through their then-attorneys, who have since withdrawn as counsel (the "Answer"). A copy of the Answer is attached as Appendix 2 to the Motion for Summary Judgment. A true and correct copy of Defendants' then-attorney's Notice of Appearance is attached hereto as **Exhibit 3**.

14.    The caption in this case should be amended to omit Defendants "John Doe," "Jane Doe," "Doe Corp." and "Doe Associates," ("Remaining Doe Defendants").  The Remaining Doe Defendants have been dismissed as party defendants.  I respectfully request an order striking the Remaining Doe Defendants from the caption.

15.    None of the Defendants in this action are infants, incompetents or absentees.

16.     I have caused an investigation to be made and none of the individual Defendants are in military service of the United States of America or of the State of New York in any capacity whatsoever.

17.     The proceedings in this case have been regular and in accordance with the rules and practice of this Court.

18.     Since the filing of the Notice of Pendency and Second Amended Complaint, Plaintiff has not further amended the complaint by adding new parties to the action, by changing the property description from the description contained in the Second Amended Complaint or by extending the claims of the Plaintiff against the Mortgaged Premises.

19.     By its motion, Plaintiff seeks summary judgment as to all counts of the Second Amended Complaint.

20.     The Defendants' Answer does not create any genuine issue of material fact with respect to the existence of a debt to Plaintiff and Plaintiff's entitlement to foreclose.

21.     No other Defendant has filed an answer in this case.

22.     I make this affirmation in support of Plaintiff's motion for an order (1) granting default judgment for foreclosure, (2) granting summary judgment for foreclosure (3) appointing a Referee to compute the amount due; and (4) awarding such other and further relief as the Court may deem just and proper.

23.     No previous application has been made for this or like relief.

(signature page follows)

6

Dated: June 18, 2026
New York, New York

/s/ Christopher P. Schueller
CHRISTOPHER P. SCHUELLER

# EXHIBIT 1



# Saratoga County Clerk

## CRAIG A. HAYNER

40 McMaster Street, Ballston Spa, New York 12020
Phone (518) 885-2213

*Receipt*

Receipt Date: 07/25/2025 10:42:32 AM
RECEIPT # 2025212588613

Recording Clerk: GM
Cash Drawer: CASH1
Rec'd Frm: BUCHANAN INGERSOLL & ROONEY
PC

Case#: 20252794
DOC: INDEX NUMBERS
OR Party: MCCORMICK 103 LLC
EE Party: BEECHE GREG

Recording Fees
Index Number - State                $0.00
Index Number - County               $0.00
Records Management Court Fee - County
                                    $0.00
Records Management Court Fee - State
                                    $0.00
Cultural Ed Court                   $0.00

DOCUMENT TOTAL: ---->               $0.00


Instr#: 2025019325
DOC: LIS PENDENS
OR Party: MCCORMICK 103 LLC
EE Party: BEECHE GREG

Recording Fees
Pages                              $10.00
Cover Sheet Fee                     $5.00
Recording Fee                       $5.00
Cultural Ed                        $14.25
Records Management - County         $1.00
Records Management - State          $4.75

DOCUMENT TOTAL: ---->              $40.00


Receipt Summary
Document Count: 2
TOTAL RECEIPT:   ---->             $40.00
TOTAL RECEIVED: ---->              $40.00

CASH BACK:       ---->              $0.00

PAYMENTS
Check # 27916 ->                   $40.00

# SARATOGA COUNTY – STATE OF NEW YORK
## SARATOGA COUNTY CLERK
### CRAIG A. HAYNER
40 MCMASTER STREET, BALLSTON SPA, NY 12020

---

### COUNTY CLERK'S RECORDING PAGE
***THIS PAGE IS PART OF THE DOCUMENT – DO NOT DETACH***

---



INSTRUMENT #:  2025019325

Receipt#: 2025212588613
Clerk:     GM
Rec Date: 07/25/2025 10:42:32 AM
Doc Grp:  LP
Descrip:  LIS PENDENS
Num Pgs:  7

Party1:   MCCORMICK 103 LLC
Party2:   BEECHE GREG
Town:     HALFMOON

Recording:

| | |
|---|---:|
| Pages | 10.00 |
| Cover Sheet Fee | 5.00 |
| Recording Fee | 5.00 |
| Cultural Ed | 14.25 |
| Records Management - Coun | 1.00 |
| Records Management - Stat | 4.75 |
| Total: | 40.00 |

**** NOTICE: THIS IS NOT A BILL ****

This page constitutes the Clerk's endorsement, required by section 316-a (5) & 319 of the Real Property Law of the State of New York with a stamped signature underneath.

*Craig A. Hayner*

Saratoga County Clerk

Record and Return To:

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

MCCORMICK 103, LLC,

       *Plaintiff,*

      v.

GREG BEECHE, LOGISTICS, LLC; GREG
LOGISTICS, LLC; GREGORY L. BEECHE; and
NEW YORK STATE DEPARTMENT OF
TAXATION,

and

"JOHN DOE", "JANE DOE", "DOE
ASSOCIATES", and "DOE CORP.", the names
being fictitious and being intended to refer to any
and all adult natural persons and to all
partnerships, corporations and other legal entities
having, or which may claim to have, any
lien against or interest in the Real Property
described in the complaint in this action, other
than persons or entities already defendants herei

       *Defendants.*

2025212588613

**20252794**    FILED
07/25/2025 10:42:32 AM
INDEX NUMBERS
Saratoga County Clerk

Civil Action No. 1:25-cv-00944-AMN-TWD

**NOTICE OF PENDENCY**

Commercial Mortgaged Premises:
356 Hudson River Road, Waterford, New
York 12188

2025019325

07/25/2025   10:42:32 AM
7 Pages     RECORDED
LIS PENDENS
Saratoga County Clerk

---

**TO THE ABOVE-NAMED DEFENDANTS:**

    **NOTICE IS HEREBY GIVEN** that an action has been commenced on July 17, 2025, in

the United States District Court for the Northern District of New York, captioned as set forth

above, at Civil Action No. 1:25-cv-00944-AMN-TWD upon the complaint of the above-named

Plaintiff against the above-named Defendants for the foreclosure of the following mortgages

(collectively and with all modifications thereof, the "Mortgage"):

1. Mortgage Consolidation, Modification and Extension Agreement, Assignment of Rents, Security Agreement and Fixture Filing and Gap Mortgage, Assignment of Rents, Security Agreement and Fixture Filin ("Original Lender") dated April 17, 2020 (together with all modifications thereof, the "First Mortgage") in the original principal amount of $3,600,000.00 The First Mortgage was recorded in the Office of Saratoga County Clerk (the "Records") on May 15, 2017, at Instrument #2017014776 and Instrument #2017014774.

2. Construction Loan Mortgage, Assignment of Rents, Security Agreement and Fixture Filing dated April 20, 2017 (together with all modifications thereof, the "Second Mortgage"), secured by a second priority lien on the Property in the original principal amount of $1,150,000.00. The Second Mortgage was recorded in the Records on May 15, 2017, at Instrument #2017014777.

3. Mortgage, Assignment of Rents, Security Agreement and Fixture Filing in favor of Original Lender, dated on or about July 6, 2021 (together with all modifications thereof, the "Third Mortgage") for a line of credit in the amount of $4,000,000.00 and a term loan in the original principal amount of $1,350,000.00 secured by a lien on the Property and a security interest in the personal property described therein. The Third Mortgage was recorded in the Records on September 6, 2024, at Instrument #202422252.

4. The Mortgage grants a mortgage lien on the following real property: at 356 Hudson River Road, Waterford, New York 12188 (the "Mortgaged Premises").

5. The Mortgaged Premises is subject to all covenants, easements and restrictions of record affecting said premises, together with fixtures attached to or used in connection with the Mortgaged Premises and all appurtenant rights and interests.

The Clerk of Saratoga County is directed to index this notice to the names of all of the

Defendants.

Dated: July 21, 2025                              **BUCHANAN INGERSOLL & ROONEY PC**


By:    /s/ Christopher P. Schueller
       Christopher P. Schueller
       N.Y. Bar No. 2582914
       640 5th Avenue, 9th Floor
       New York, NY 10019
       Telephone: (212) 440-4400
       Facsimile: (212) 440-4401
       E-mail: christopher.schueller@bipc.com
       *Attorneys for Plaintiff*

## SCHEDULE A

## SCHEDULE A

All that certain plot, piece or parcel of land, situate, lying and being in the Town of Halfmoon, County of Saratoga and State of New York, more particularly bounded and described as follows:

Beginning at an iron pipe stake in the southerly line of Crystal Street, as said street is indicated on a "MAP OF NORTH WATERFORD IN THE TOWN OF HALFMOON, SARATOGA COUNTY, N.Y." dated August 12, 1909 by John Flynn, Jr. C.E., distant along said southerly line on a course North 80 degrees forty five minutes West (N 80 degrees 45'W), one hundred sixty feet (160') from the westerly line of the Waterford-Mechanicville State Highway; and running thence from said point of beginning North nine degrees fifteen minutes East (N 9 degrees 15' E) four hundred five feet ( 405') to an iron pipe stake in the southerly boundary of the lands now or formerly of Bellerose Brothers Realty Company, Inc. which is also the northerly boundary of the lands now or formerly of Pellitier; thence North eighty degrees forty five minutes West (N. 80 degrees 45'W) four hundred ninety feet (490')to an iron pipe stake in the easterly line of a plot conveyed to Arthur Clement by Peter Carroll and wife by deed dated July 16, 112 and recorded in Book 280 of Deeds at page 483; thence along said easterly line of the Clement plot, South nine degrees fifteen minutes West (S. 9 degrees 15' W), one hundred twenty feet (120') to the southeasterly corner thereon; thence along the southerly line of the same north eighty degrees forty-five minutes W (N 80 degrees 45' W), seventy-six feet, more or less (76' +/-)to the easterly right of way boundary of the Delaware and Hudson Railroad Co; thence southwesterly along the easterly right of way boundary of said railroad on a curve of about one degrees (1 degrees 00') of curvature a distance of two hundred eighty-eight feet, more or less, (288'+/-) to the point of its intersection with the aforementioned southerly line of Crystal Street; thence along the southerly line of Crystal Street South eighty degrees forty-five minutes East (S 80 degrees 45' E) five hundred eighty five feet (585') to the point or place of beginning.

EXCEPTING from the above described premises lands previously conveyed by a deed recorded in the Saratoga County Clerk's Office in Liber 1300 of Deeds at Page 148, and more particularly described as follows:

Beginning at a point in the southwesterly corner of lands now or formerly of Hemberg conveyed by a deed recorded in the Saratoga County Clerk's Office in Liber 1014 of Deeds at Page 535, said point of beginning also being located 160 feet measured westerly along the southerly line of lands of said Hernberg from its intersection with the westerly line of Route 4 & 32; running thence from said westerly prolongation of said southerly line of the same north 79 degrees 47' 00" West, 57.00 feet to a point; thence North 10 degrees 13' 00" East 192.80 feet to a point in the southerly line of proposed Town Highway; thence along the same South 75 degrees 35' 00" East, 57.15 feet to a point in the westerly line of lands of Hernberg; thence along the same South 10 degrees 13' 00" West, 188.62 feet to the point or place of beginning.

FURTHER EXCEPTING from the above described premises that portion which lies within the bounds of the lands previously conveyed by a deed from Bellerose Brothers Realty Company, Inc. to the town of Halfmoon dated October 26, 1990 and recorded in the Saratoga County Clerk's Office on December 13, 1990 in Liber 1300 of Deeds at page 751.

Also all that lot, piece or parcel of land, situate, lying and being in the Town of Halfmoon, County of Saratoga and State of New York, more particularly bounded and described as follows:

Beginning at a point in the westerly line of the Waterford and Whitehall Turnpike (Waterford-Mechanicville State Highway) as said Turnpike is indicated in a "Map of North Waterford in the Town of Halfmoon, Saratoga County, N.Y." dated April12, 1909, made by John Flynn, Jr., C.E., said point of beginning being

where the southerly line of Crystal Street meets the westerly line of said Turnpike, as laid down on said Map; thence along the southerly line of Crystal Street, north 80 degrees 45' West a distance of 160 feet to the southeast corner of lands conveyed by Joseph E. Pelletier and Antoinette L. Pelletier, his wife to Bellerose Brothers Realty Company, Inc., by deed dated November 10, 1967 and recorded in the Saratoga County Clerk's Office November 13, 1967; thence along the easterly line of the lands of the lands of Bellerose Brothers Realty Company, Inc., north 9 degrees 15' East 44 feet more or less, to the southwest corner of Lot No. 19 in Block A as laid down on said map; thence along the southerly line of lots numbered 19, 20, and 1 as laid down on said map; South 80 degrees 45' East a distance of 160 feet to a point where the northerly line of Crystal Street meets the westerly line of the Waterford and Whitehall Turnpike; thence along the westerly line of said Turnpike, South 9 degrees 15' West, a distance of 44 feet, more or less, to the point or place of beginning.

SAID LANDS TOGETHER BEING BOUNDED AND DESCRIBED AS FOLLOWS:

Beginning at a point in the westerly line of the Waterford and Whitehall Turnpike (also known as the Waterford-Mechanicville State Highway and as Routes 4 and 32) as said Turnpike is indicated in a "Map of north Waterford in the Town of Halfmoon, Saratoga County, N.Y." dated August 12, 1909, made by John Flynn, Jr. C.E., said point of beginning being where the southerly line of Crystal Street meets the westerly line of said Turnpike, as laid down on said Map, and also being where the northerly line of lands now or formerly of Stephanowski meets the westerly line of said Turnpike; running thence along the southerly line of said Crystal Street and the northerly line of said lands of Stephanowski north eighty degrees forty-five minutes West (N 80 degrees 45' 00" W) seven hundred sixty-one and 39/100 feet (761.39') to the easterly right of way boundary of the Delaware & Hudson Railroad Co.; thence northeasterly along the easterly right of way boundary of said railroad on a curve having a radius of eleven thousand four hundred ninety-three and 00/100 feet (11,493.00') a chord distance of one hundred eighty-eight and 26/100 feet (188.26') to a point, which point is located north fifteen degrees forty seven minutes twenty-seconds East (N 15 degrees 47' 20" E) one hundred eighty-eight and 26/100 (188.26') from the previous point; thence continuing along the easterly right of way boundary of said railroad on a curve having a radius of seven thousand nine and 69/100 feet (7,009.69') a chord distance of one hundred two and 47/100 feet (102.47') to a point, which point is located north fourteen degrees fifty-four minutes East (N 14 degrees 54' 00" E) one hundred two and 47/100 feet (102.47') from the previous point; thence along the southerly line of the lands now or formerly of Soucy South eighty degrees forty five minutes East (S 80 degrees 45' 00" E) seventy-nine and 86/100 feet (79.86') to the southeasterly corner of said lands of Soucy; thence along the easterly line of lands of Soucy north nine degrees fifteen minutes East (N 09 degrees 15' 00"E) one hundred nine and 98/100 feet (109.98') to a point; thence along the southerly line of lands now or formerly of the Town of Halfmoon (Briggs Lane) South eighty-one degrees forty-four minutes thirty seconds East (S 81 degrees 44' 30" E) two hundred fifty-one and 23/100 feet (251.23 ') to a point; thence continuing along the southerly line of said lands of the Town of Halfmoon South seventy-six degrees thirty-five minutes thirty seconds East (S. 76 degrees 35' 30" E) one hundred eighty-two and 29/100 feet (182.29') to the northwesterly corner of the lands now or formerly of Carnevale; thence along the westerly line of said lands of Carnevale South nine degrees fifteen minutes West(S 09 degrees 15' 00" W) one hundred ninety-two and 76/100 feet (192.76') to the southwesterly corner of said lands of Carnevale; thence along the southerly line of said lands of Carnevale South eighty degrees forty-five minutes East (S 80 degrees 45'00" E) fifty-seven feet (57.00') to a point; thence along the westerly line of the lands now or formerly of Bishop and continuing along the westerly line of the lands now or formerly of Watson South nine degrees fifteen minutes West (S 09 degree 15' 00" W) one hundred fifty-three and 35/100 feet (153 .35') to the southwesterly corner of said lands of Watson; thence along the southerly line of said lands of Watson South eighty degrees forty-five minutes East (S. 80 degrees 45' 00" E) one hundred sixty and 00/100 feet (160.00') to a point where the northerly line of said Crystal Street meets the westerly line of said Waterford and Whitehall Turnpike; thence along the westerly line of said Turnpike South nine degrees fifteen minutes West (S 09 degrees 15' 00" W) forty-four and 00/100 feet (44.00') to the point or place of beginning.

Street Address of Property

356 Hudson River Road
Waterford, New York 12188

# EXHIBIT 2

*Buchanan Ingersoll & Rooney, PC (Pittsburgh) 501 Grant Street, Suite 200 Pittsburgh, PA 15219*

## AFFIRMATION OF SERVICE

Client's File No.: _____

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

Civil Action No.: **1:25-cv-00944-AMN-TWD**

Date Filed:  **January 26, 2026**

McCormick 103, LLC,

vs

*Plaintiff(s)/Petitioner(s)*

Greg Beeche, Logistics, LLC, et al.

*Defendant(s)/Respondent(s)*

### SECRETARY OF STATE

**Angela Roy**, affirms and says: that deponent is not a party to this action,
is over 18 years of age and resides in the State of New York.

That on **01/29/2026** at **9:00 AM**
at 1 Commerce Plaza, 6th Floor, Albany, New York 12231 the office of the Secretary Of State, of the State of New York,
deponent served a true copy of a  **Summons in a Civil Action, Second Amended Complaint with Exhibits**

on **Greg Beeche, Logistics, LLC**
(Defendant/Respondent)

Said service was effected in the following manner;
By delivering to and leaving with
**Tahim Hafiz**
Business Document Specialist 2 in the office of the Secretary of the State, State of New York, personally at the office of the
Secretary of State, of the State of New York, two (2) true copies thereof and at that time of making such service, deponent
paid said Secretary of State a fee of $40.00. That said service was made pursuant to Section 303 LLC

**Description:**
Gender: **Male**   Race/Skin: **Hispanic/Latino**   Age: **45 - 55 Yrs.**   Weight: **135-165 Lbs**   Height: **5' 6" - 5' 10"**
Hair: **Black**   Other: **Mailing Address on File with Secretary of State: 356 Hudson River Rd. Waterford NY 12188**

I affirm on 01/29/2026 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true,
except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed
in an action or proceeding in a court of law.

Angela Roy

**Work Order # 1725348**
**2132373**

PZ

*Paper Chase NY, LLC P.O. Box 5 Penfield, NY 14526*

BUCHANAN INGERSOLL & ROONEY, PC (PITTSBURGH) 501 GRANT STREET, SUITE 200 PITTSBURGH, PA 15219

Client's File No.:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Index No.: 1:25-cv-00944-AMN-TWD

McCormick 103, LLC,

VS.

*Plaintiff*

**AFFIRMATION OF COMPLIANCE WITH REQUIREMENT OF ADDITIONAL NOTICE OF ACTION PURSUANT TO CPLR §3215 (G)(3) OR (G)(4)**

Greg Beeche, Logistics, LLC, et al.

*Defendant(s)*

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age, resides in the State of New York and pursuant to CPLR 2106, and under the penalties of perjury, hereby affirm as follows.

That on ___1/25/26___ , deponent sent a copy of the summons in the within action by First Class Mail to Greg Beeche. Logistics. LLC, the defendant herein, properly enclosed in an envelope addressed to said defendant at defendant's

☐ Dwelling Place/Usual place of abode   ☒ Place of Employment   Last known address

at 356 Hudson River Rd. Waterford NY 12188

bearing the legend "PERSONAL & CONFIDENTIAL" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an alleged debt. That deponent deposited said envelope in an official depository under the exclusive care and custody of the United States Postal Service at Letham NY .

I affirm on 1/29 , 2026 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

ANGELA ROY

PROCESS SERVER - PRINT NAME BELOW SIGNATURE

PZ

*Buchanan Ingersoll & Rooney, PC (Pittsburgh) 501 Grant Street, Suite 200 Pittsburgh, PA 15219*

## AFFIRMATION OF SERVICE

Client's File No.: _____

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

Civil Action No.:    **1:25-cv-00944-AMN-TWD**
Date Filed:          **January 26, 2026**

McCormick 103, LLC,

vs

*Plaintiff(s)/Petitioner(s)*

Greg Beeche, Logistics, LLC, et al.

*Defendant(s)/Respondent(s)*

### SECRETARY OF STATE

**Angela Roy**, affirms and says: that deponent is not a party to this action,
is over 18 years of age and resides in the State of New York.

That on **01/29/2026** at **9:00 AM**
at 1 Commerce Plaza, 6th Floor, Albany, New York 12231 the office of the Secretary Of State, of the State of New York,
deponent served a true copy of a **Summons in a Civil Action, Second Amended Complaint with Exhibits**

on **Greg  Logistics, LLC**
(Defendant/Respondent)

Said service was effected in the following manner;
By delivering to and leaving with
**Tahim Hafiz**
Business Document Specialist 2 in the office of the Secretary of the State, State of New York, personally at the office of the
Secretary of State, of the State of New York, two (2) true copies thereof and at that time of making such service, deponent
paid said Secretary of State a fee of $40.00. That said service was made pursuant to Section 303 LLC

**Description:**

| | | | | |
|---|---|---|---|---|
| Gender: **Male** | Race/Skin: **Hispanic/Latino** | Age: **45 - 55 Yrs.** | Weight: **135-165 Lbs** | Height: **5' 6" - 5' 10"** |
| Hair: **Black** | Other: **Mailing Address on File with Secretary of State: 356 Hudson River Rd. Waterford NY 12188** | | | |

I affirm on 01/29/2026 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true,
except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed
in an action or proceeding in a court of law.

Angela Roy



**Work Order #  1725349**
**2132374**

PZ

*BUCHANAN INGERSOLL & ROONEY, PC (PITTSBURGH) 501 GRANT STREET, SUITE 200 PITTSBURGH, PA 15219*

Client's File No.:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

___ Index No.: 1:25-cv-00944-AMN-TWD

McCormick 103, LLC,

**AFFIRMATION OF COMPLIANCE WITH REQUIREMENT OF ADDITIONAL NOTICE OF ACTION PURSUANT TO CPLR §3215 (G)(3) OR (G)(4)**

VS.                                          *Plaintiff*

Greg Beeche, Logistics, LLC, et al.

*Defendant(s)*

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age, resides in the State of New York and pursuant to CPLR 2106, and under the penalties of perjury, hereby affirm as follows.

That on ___1/29/26___ , deponent sent a copy of the summons in the within action by First Class Mail to <u>Greg Logistics, LLC</u>, the defendant herein, properly enclosed in an envelope addressed to said defendant at defendant's

☐ Dwelling Place/Usual place of abode    ☒ Place of Employment  |  Last known address

at ___35L Hudson River Rd. Waterford NY 12188___

bearing the legend "PERSONAL & CONFIDENTIAL" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an alleged debt. That deponent deposited said envelope in an official depository under the exclusive care and custody of the United States Postal Service at ___Lathan NY___

I affirm on ___1/29___ , 20_26_ under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

ANGELA ROY

PROCESS SERVER - PRINT NAME BELOW SIGNATURE

PZ

*Buchanan Ingersoll & Rooney, PC (Pittsburgh) 501 Grant Street, Suite 200 Pittsburgh, PA 15219*

## AFFIRMATION OF SERVICE

Client's File No.:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

Civil Action No.: **1:25-cv-00944-AMN-TWD**
Date Filed: **January 26, 2026**



*McCormick 103, LLC,*

*vs*

*Plaintiff(s)/Petitioner(s)*

*Greg Beeche, Logistics, LLC, et al.*

*Defendant(s)/Respondent(s)*

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age,

resides in the State of New York and pursuant to CPLR 2106, and under the penalties of perjury, hereby affirm as follows. That on the following date: ___January 29, 2026___ , at the following time: ___12:50 PM___ ,

at · ___65 Smith Road, Mechanicville, NY 12118___ deponent served the within

___Summons in a Civil Action, Second Amended Complaint with Exhibits___

[X] Papers so served were properly endorsed with the Civil Action No. and date of filing.     [x] Served at principal dwelling place.

**Upon:** Gregory L. Beeche

[X] **Individual**   By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible**   By delivering to and leaving with _____     _____
**Person**                                                                                                                                                         Relationship
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place     [ ] place of business/employment     [ ] last known address within the State. [ ] usual place of abode

[ ] **Mail**   A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed to the above address on _____ ,

[ ] **Corporation**   By delivering to and leaving with _____     said individual to be _____
**LLC / LLP**   who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing**   By affixing a true copy thereof to the door, being the defendant/respondent's     [ ] dwelling place     [ ] place of business/employment
**To Door**   [ ] last known address within the State. [ ] usual place of abode

[ ] **Previous**   Deponent previously attempted to serve the above named defendant/respondent on:
**Attempts**

**Description**   Gende   Male     Race  White (Not Hispanic/Latino)  Color of hair: ___White___  Age: ___80 - 90 Yrs.___  Height: ___5' 6" - 5' 10"___
**of Recipient**   Weight: ___145-175 Lbs___     Other

[ ] **Witness**   Features: _____
**Fees**   advanced payment was made.

[X] **Military**   I asked the person spoken to whether the defendant/respondent was in active military service and received a negative reply. The person spoken with wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations
**Service**   defendant/respondent narrated above. Upon information and belief, I aver that the recipient is not in military service.

[ ] **Other**

I affirm on 01/29/2026 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

Bradley Roy

**Work Order #  1725350**
**2132375**

PZ

*Paper Chase NY, LLC P.O. Box 5 Penfield, NY 14526*

*BUCHANAN INGERSOLL & ROONEY, PC (PITTSBURGH) 501 GRANT STREET, SUITE 200 PITTSBURGH, PA 15219*

Client's File No.:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Index No.: 1:25-cv-00944-AMN-TWD

McCormick 103, LLC,

**AFFIRMATION OF COMPLIANCE WITH REQUIREMENT OF ADDITIONAL NOTICE OF ACTION PURSUANT TO CPLR §3215 (G) (3) OR (G) (4)**

VS.                                                    Plaintiff

Greg Beeche, Logistics, LLC, et al.

Defendants

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age, resides in the State of New York and pursuant to CPLR 2106, and under the penalties of perjury, hereby affirm as follows.

That on ____ January 29, 2026 ____, deponent sent a copy of the summons in the within action by First Class Mail to Gregory L. Beeche, the defendant herein, properly enclosed in an envelope addressed to said defendant at defendant's

☒ Dwelling Place/Usual place of abode          Place of Employment          Last known address

at   65 Smith Road, Mechanicville, NY 12118

bearing the legend "PERSONAL & CONFIDENTIAL" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an alleged debt. That deponent deposited said envelope in an official depository under the exclusive care and custody of the United States Postal Service at   Latham, NY

I affirm on 01/29/2026 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Bradley Roy

**Work Order #  1725350**
**2132375**

AR

*PAPER CHASE NY, LLC P.O. BOX 5 PENFIELD, NY 14526*

*BUCHANAN INGERSOLL & ROONEY, PC (PITTSBURGH) 501 GRANT STREET, SUITE 200 PITTSBURGH, PA 15219*

## AFFIRMATION OF SERVICE    Client's File No.: _____

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

Civil Action No.:    1:25-cv-00944-AMN-TWD
Date Filed:    January 26, 2026



*McCormick 103, LLC,*

*vs*                                                          *Plaintiff(s)/Petitioner(s)*

*Greg Beeche, Logistics, LLC, et al.*

*Defendant(s)/Respondent(s)*

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age,

resides in the State of New York and pursuant to CPLR 2106, and under the penalties of perjury, hereby affirm as follows. That on the following date:    January 29, 2026    , at the following time:    9:45 AM    ,

at    W. Averell Harriman Campus, Building 9, Albany, NY 12240    deponent served the within

Summons in a Civil Action, Second Amended Complaint with Exhibits

[X] Papers so served were properly endorsed with the Civil Action No. and date of filing.

**Upon:**  New York State Department of Taxation and Finance

| | |
|---|---|
| ☐ **Individual** | By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein. |
| ☐ **Responsible Person** | By delivering to and leaving with _____     '_____  **Relationship** |
| | a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's  [  ] dwelling place     [  ] place of business/employment     [  ] last known address within the State.  [  ] usual place of abode |
| ☐ **Mail** | A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed to the above address on _____ . |
| ☒ **Corporation LLC / LLP** | By delivering to and leaving with    Cecelia Oshea    said individual to be    Agent For Service Of Process    who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity. |
| ☐ **Affixing To Door** | By affixing a true copy thereof to the door, being the defendant/respondent's  [  ] dwelling place     [  ] place of business/employment  [  ] last known address within the State. [  ] usual place of abode |

| | |
|---|---|
| ☐ **Previous Attempts** | Deponent previously attempted to serve the above named defendant/respondent on: |

1) _____ at _____     4) _____ at _____     7) _____ at _____
2) _____ at _____     5) _____ at _____     8) _____ at _____
3) _____ at _____     6) _____ at _____     9) _____ at _____

**Description of Recipient**  Gende  Female   Race  White (Not Hispanic/Latino)  Color of hair:  Brown   Age:  51 - 59 Yrs.   Height:  5' 5" - 5' 9"
Weight:    140-170 Lbs.        Other Features:

☐ **Witness Fees**   advanced payment was made.

☐ **Military Service**   I asked the person spoken to whether the defendant/respondent was in active military service and received a negative reply. The person spoken with wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations defendant/respondent narrated above. Upon information and belief, I aver that the recipient is not in military service.

☐ **Other**

I affirm on 01/29/2026 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Angela Roy

**Work Order #  1725351**
**2132376**

PZ

*PAPER CHASE NY, LLC P.O. BOX 5 PENFIELD, NY 14526*

*Buchanan Ingersoll & Rooney, PC (Pittsburgh) 501 Grant Street, Suite 200 Pittsburgh, PA 15219*

Client's File No.:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

Index No.: 1:25-cv-00944-AMN-TWD

McCormick 103, LLC,

**AFFIRMATION OF
COMPLIANCE WITH
REQUIREMENT OF
ADDITIONAL NOTICE OF
ACTION PURSUANT TO
CPLR §3215 (G)(3) OR (G)(4)**

VS.                                      *Plaintiff*

Greg Beeche, Logistics, LLC, et al.

*Defendant(s)*

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age, resides in the State of New York and pursuant to CPLR 2106, and under the penalties of perjury, hereby affirm as follows.

That on ____1/29/26____ , deponent sent a copy of the summons in the within action by First Class Mail to New York State Department of Taxation and Finance, the defendant herein, properly enclosed in an envelope addressed to said defendant at defendant's

☐ Dwelling Place/Usual place of abode   ☒ Place of Employment   ☐ Last known address
at   W. Averell Harriman Campus, Building 9, Albany, NY 12240

bearing the legend "PERSONAL & CONFIDENTIAL" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an alleged debt. That deponent deposited said envelope in an official depository under the exclusive care and custody of the United States Postal Service at   Letham NY  12110

I affirm on __1/29__ , 20 26 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law

ANGELA ROY

PROCESS SERVER - PRINT NAME BELOW SIGNATURE                                      PZ

# EXHIBIT 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| MCCORMICK 103, LLC, | ) ) ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) ) | Case No. 1:25-cv-00944-AMN-CBF |
| GREG BEECHE, LOGISTICS, LLC;<br>GREG LOGISTICS, LLC;<br>GREGORY L. BEECHE;<br>NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE; and<br>"JOHN DOE," "JANE DOE," "DOE<br>ASSOCIATES," and "DOE CORP.," the<br>names being fictitious and being intended to<br>refer to any and all adult natural persons and<br>to all partnerships, corporations and other<br>legal entities having, or which may claim to<br>have, any lien against or interest in the Real<br>Property described in the complaint in this<br>action, other than persons or entities already<br>defendants herein, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Defendants*. | ) ) ) | |

## NOTICE OF APPEARANCE OF COUNSEL

TO:    The clerk of court and all parties of record

PLEASE TAKE NOTICE that JON T. POWERS, CHRISTOPHER MASSARONI, and

KEGAN T. SHEEHAN are admitted to practice in this Court and appear in this case as counsel

for Defendants: (i) Greg Beeche, Logistics, LLC; (ii) Greg Logistics, LLC; and (iii) Gregory L.

Beeche.

-2-

Dated: February 20, 2026  
Buffalo, New York

Respectfully submitted.

**HODGSON RUSS LLP**

By: _____ */s/ Jon T. Powers* _____  
    Jon T. Powers, Esq.  
    Bar Roll No. 518466  
    140 Pearl Street, Suite 100  
    Buffalo, New York 14202  
    Tel: (716) 848-1598  
    Email: tpowers@hodgsonruss.com

    -and-

    Christopher Massaroni  
    Bar Roll No. 102127  
    Keegan T. Sheehan  
    Bar Roll No. 706355  
    677 Broadway, Suite 401  
    Albany, New York 12207  
    Tel: (518) 465-2333  
    Email: cmassaroni@hodgsonruss.com  
    Email: ksheehan@hodgsonruss.com

    *Attorneys for Defendants Greg Beeche,*  
    *Logistics, LLC, Greg Logistics, LLC*  
    *and Gregory L. Beeche*