U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
JUN 1 8 2026
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Albany



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

McCormick 103 LLC, et al.
Plaintiffs,
v.
GREG BEECHE LOGISTICS LLC,
GREG LOGISTICS,
GREGORY L. BEECHE et al.

Defendant.

Civil Action No. 1:25-cv-00944

PRO SE STATEMENT AND REQUEST FOR RELIEF

Honorable Anne M. Nardacci
United States District Judge

Your Honor:

I respectfully submit this statement pro se, I respectfully request the Court's understanding and consideration of my status as a self-represented litigant. My intentions regarding all concerned, here, have all been honorable and with best intentions; however, your honor my strong opinion and those of many well informed, is that, in my opinion, Mr. Dotan Y. Melech, the appointed Receiver is anything but neutral, and has performed illegal acts that dictate he should be removed.

Your honor; Again, I know I am repeating past statements, but as a basic foundational Facts:

**FIRST** When the receiver realized that Greg Beeche (GLB) owned the Plant/offices and the intellectual property (IP), in which he became aware immediately after your court removed me from the initial court processes entirely, he began to threaten me over and over that if [paraphrasing] I do not sign over both plant and IP he will shut down the company and "you will see what happens". My assistant recorded many of these threats, as you understand, your Honor. **He did shut down the company and he did sell my rental inventory for less than scrap price deliberately.** I cannot but assume that he has others deals he has made with the people and or the company that bought our rental fleet. That he sold a $20 to 24 million asset for penny's on the dollar is a signal to me that McCormick agreed to this, makes me worry that McCormick is somehow in the scheme. Otherwise, your honor, why did McCormick agree to start the sale of a Pickup truck worth $15,000 for $500, when, logically you would start at $4 or 5,000?

**SECOND** After the 45-day period of termination of the court ordered Receivership timeframe, Dotan Melech ordered a break-in into GBL server or servers, in the middle of the night in September 24/25 2025. They pounded the server (s) for a total of 22 hours and crashed the server according to an expert retained by the Receiver.

**THIRD** Mr. Melech, knowing better and as he is over 20 years acting as Receiver for hundreds of cases, to me believe, your honor, he deliberately sold 24 containers that were part of the plant/office complex all paired and bolted together and all were at least ¾ full of equipment and materials stored. These containers were on fixed steel and concrete foundations. They are shown on all drawings and submittals to the town

and the fire department of the town of Halfmoon approved. **Please see exhibit A enclosed**. Further Judge, those containers had stored personal property of many of our employees that were with us as much as 25 years. Dotan knew and still ordered them sold (average $200 each.) for less than the scrap weight of the metal.

**Fourth**   Mr. Melech testified in our Ch11 court filing that he came to be involved in the "Receivership participation because he works with Bank of America on many of these bankruptcies. Before he testified in our Ch11 filling, I watched him conversing in the court room, with the Ch11 Trustee in the room for extended time. Please note that the receiver attorney Todd Ritschdorff has the same attorney firm as Bank of America. I was advised by multiple attorneys, previously, that in order to terminate the Receiver from controlling GBL, that I must file for Ch11; this because New York State has laws and codes that automatically remove any Receiver from a Ch11 filling to begin with. The court ignored that fact and also the Ch11 trustee testified later. The Receiver Dotan Melech testified for 2 hours and 50 minutes; we were allowed less than 10 minutes; the judge terminated our Ch11, because I could not pay personally for insurance; this although GBL was contractually the one to pay triple net. From the first day Dotan Y Melech took over GBL control, Dotan began to destroy this company that had $10M in backlog and every reason to survive after 23 years of proven success.

In my opinion, Bank of America (BofA) retained Mr. Melech to obstruct and put GBL out of business. When BofA terminated GBL and demanded their loans returned, it was because we complained in writing to BofA that **two BofA persons tried to obtain $180K in compensation from us, on the side**. "in that we wanted to return to a normal relationship with BofA. Another high up BofA employee told us "**we named names and therefore we are done**".

Your Honor I plead, object, and formally appeal; this a formal request to your honor to review, change, and reconsider your decisions as follows:

That I am in Contempt of court and I am under a $1000.00 per day fine until a pay $71K that I paid GBL creditors unknowing I was not allowed. Mr Melech Knew for most of my payments and never said a word. All my personal savings were given to GBL (aprox$700K); while I was not paid my normal salary from May 2024. My only income is $3500/mo, from Social Security. I have no other funds, your honor.

That Mr. Melech be removed as Receiver of GBL. Items one and two here a proof he should be removed.

That Mr. Melech be investigated what he did with regards to the assets he "auctioned" and sold less than scrap value of the assets, he sold of less than 5 % which were valued.

That he provides the court and Gregory Beeche with detailed information of who/what and where all these assets were sold and for how much and what individuals were involved and where are these assets, now.

That he returns all the 24 containers that he illegally sold for $200 each, average each including all its contents, one of which had machinery worth over $35,000 dollars, just in one container.

That I Greg Beeche uncontested owner of the plant/offices be allowed physical access to my property whenever I need to enter unobstructed. That the cameras be reinstated and open to me by internet.

That you terminate retained guards that cost $30K per month when there is nothing to "steal" there now much less that the are 34 day/night cameras with recording ability in place; I understand that they have shut off the cameras and the recordings as well.

Your Honor Judge Anne M. Nardacci, should you have any request from your court for back up substantiation such as 21 pages of emails between BofA and GBL personnel or any other items, <u>I am willing and ready to provide, per request upon camera review or under seal</u>.

I request a Stay of all court matters for a 6-month period, your honor, in order to sell the plant/ and possibly lease back the plant; and obtain an investor and have, have and need from McCormick a reasonable amount that allows me to pay the remaining unpaid employees as well, a Payoff formal amount required to pay McCormick. We, at this moment are negotiating with a company from the west coast, as well as a company from Saudi Arabia connected to the United Nations Commercial Division, and another large company involved with Exterior Cladding which are our main clients over the years; <u>3 entities at this point</u>. This and we have numerous clients and associate companies that need our technology and services, both in our technical abilities and physically providing propriety equipment.

I can provide details upon camera request on any items you require.

Your Honor Judge Anne Nardacci; I beg, plead, and mention that we deserve as a 20 year plus excellent organization with integrity and reputation across the country and many other parts of the worl, a second chance.

Sworn under penalty of perjury to the best of my ability on June, 18th 2026

Respectfully submitted,

*[signature]*

**Gregory L. Beeche,**
Pro Se
65 Smith Road
Mechanicville N.Y.
12118. U.S.A.
518-225-21-52
gregbeeche@gmail.com