# Exhibit A



Note: Containers are in yellow color.



FUTURE ROOF STRUCTURE
(FUTURE "BUILDING 5")

LIGHT POLE

(9) 8' x40' CONTAINERS

SECURITY FENCE (FULL PERIMETER)

(15) 8' x20' CONTAINERS

STEEL FRAMING / OVERHEAD MONORAILS / EXTERIOR RACKS (SEE 3-G1 FOR MORE DETAILS)

N

MAST

1" = 50'    356 I

Note: The Container have been approved by the Town and in their place for many many years.

FIRE TRUCK PATH (MASTER CAMPUS PLAN)

1" = 50'

CONTINUOUS, UNOBSTRUCTED 20-FT WIDE ROUTE W/ 28-FT (MINIMUM) INSIDE RADII SHOWN. REFERENCE INTERNATIONAL CODE COUNCIL GENERIC GUIDANCE

SK4

20-FT WIDE FIRE TRUCK ROUTE

TO ROUTES 4 & 32

BRIGGS LANE

N

ADT WORK ACCESS SYSTEM

| GREG BEECHE LOGISTICS, LLC | PROPRIETARY: GREG BEECHE LOGISTICS (GBL) | 2020 MASTER CAMPUS PLAN | 0000.37 | SB | | 6/4/21 |
| ph. 518-237-8444 www.gregbeeche.com | 356 Hudson River Road, Waterford, NY 12188 | GREG BEECHE LOGISTICS, LLC | | | | SK3 |
| | | 356 Hudson River Road, Waterford, NY 12188 | FIRE TRUCK PATH (MASTER CAMPUS PLAN) | | | |

This is the Town of Halfmoon final approval including the Fire Department inspection and approval, showing the 24 Containers bolted all together in two set ups and setting on steel and concrete bases.



356 Hudson River Road with Containers in place. Drone Picture. 7-13-19