Christopher P. Schueller, Esquire
New York Bar No. 2582914
**BUCHANAN INGERSOLL & ROONEY PC**
640 5th Avenue, 9th Floor
New York, NY 10019
Telephone: (212) 440-4400
Fax: (212) 440-4401
E-mail: christopher.schueller@bipc.com
*Attorneys for Plaintiff, McCormick 103, LLC*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MCCORMICK 103, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>GREG BEECHE, LOGISTICS, LLC; GREG LOGISTICS, LLC; GREGORY L. BEECHE; and NEW YORK STATE DEPARTMENT OF TAXATION,<br><br>and<br><br>"JOHN DOE", "JANE DOE", "DOE ASSOCIATES", and "DOE CORP.", the names being fictitious and being intended to refer to any and all adult natural persons and to all partnerships, corporations and other legal entities having, or which may claim to have, any lien against or interest in the Real Property described in the complaint in this action, other than persons or entities already defendants herein,<br><br>*Defendants*. | Civil Action No.1:25-cv-00944-AMN-TWD |

**PLAINTIFF'S OPPOSITION TO MOTION OF GREG BEECHE TO COMPEL AND FOR OTHER RELIEF [ECF 145]**

Plaintiff McCormick 103, LLC ("**Plaintiff**"), by and through its attorneys, Buchanan Ingersoll & Rooney PC, respectfully submits this Opposition to the Motion of Greg Beeche ("**Beeche**") to Compel and for Related Relief which was filed at ECF 145 (the "**Motion**").

1. Plaintiff respectfully requests that the Motion be denied.

2. Beeche is not an attorney and should not be permitted to advance arguments on behalf of the corporate entities.

3. Beeche has no economic interest to protect. As has been documented repeatedly in this case, the value of the assets is hopelessly below the amount of the secured debt and other creditor claims. The value of Beeche's equity interest is in the negative. Beeche has never offered an alternative and credible plan to protect creditor interests in this case. He only seeks to obstruct and delay.

4. Beeche has repeatedly vexed and harassed the receiver throughout this case and as a result has driven up the expenses of the receivership astronomically. The Motion is yet another example of this.

5. Beeche remains in contempt of this Court and has never cured that default. The contempt fines accrue against him on a daily basis. As a party in contempt of this Court, Beeche should not at the same time be permitted to seek relief from this Court.

6. The decision of when and how to sell property falls within the business judgment of the receiver. Decisions of the Receiver are subject to the business judgment rule and generally should not be disturbed by the Court. *Horowitz v. 148 South Emerson Assocs*., 888 F.3d 13, 21 (2d Cir. 2018)(a receiver is "entitled to the deference of the business judgment rule"); *Lawsky v. Condor Capital Corp*., 2015 Us Dist Lexis 96347, 2015

WL 4470332 (S.D.N.Y. July 21, 2015)(a receiver exercise of reasonable business judgment cannot be disturbed). Beeche has failed to articulate any basis to disturb the receiver's business judgment here.

7. For these reasons, Plaintiff respectfully requests that the Motion be denied.

Respectfully submitted,

Dated: June 25, 2026
New York, New York

**BUCHANAN INGERSOLL & ROONEY PC**
By: /s/ Christopher P. Schueller
Christopher P. Schueller
N.Y. Bar No. 2582914
640 5th Avenue, 9th Floor
New York, NY 10019
Telephone: (212) 440-4400
Fax: (212) 440-4401
E-mail: christopher.schueller@bipc.com
*Attorneys for Plaintiff*