U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Jul 31 - 2026
John M. Domurad, Clerk

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

**McCORMICK 103 LLC,**
***Plaintiff,***

**v.** **Civil Action No.: 1:25-cv-00944**

**GREG BEECHE LOGISTICS LLC, GREG LOGISTICS, GREGORY L. BEECHE et al.,**
***Defendants.***

**Hon. Anne M. Nardacci, U.S.D.J.**

**DEFENDANT'S MOTION FOR APPOINTMENT OF COUNSEL**

Defendant Gregory L. Beeche, proceeding *pro se* individually and on behalf of Greg Beeche Logistics ("GBL"), respectfully moves this Honorable Court for an Order appointing legal counsel pursuant to the Sixth Amendment of the United States Constitution, 28 U.S.C. § 1915(e)(1), and the Court's inherent authority.

In support of this Motion, Defendant respectfully states as follows:

**I. BACKGROUND AND PROCEDURAL HISTORY**

1. On July 10, 2026, this Court issued an Order (Dkt. No. 158) stating, in relevant part, that "Defendant continues to remain in contempt of Court and a coercive fine of $1,000 continues to be imposed for each subsequent business day of non-compliance with this Court's Memorandum-Decision & Order dated April 3, 2026".

2. The Court further cautioned that "failure to comply may result in further sanctions, up to and including imprisonment".

3. Defendant acknowledges the authority of the Receiver, Mr. Dotan Y. Melech, over GBL, but submits this application regarding his individual legal standing and defense against contempt sanctions.

**II. GROUNDS FOR APPOINTMENT OF COUNSEL**

4. **Risk of Deprivation of Liberty:** The Court's Order of July 10, 2026, explicitly raises the prospect of incarceration as a sanction for ongoing non-compliance. Because Defendant faces potential imprisonment, fundamental constitutional protections under the Sixth and Fourteenth Amendments necessitate the appointment of counsel for an indigent litigant.

5. **Indigence and Inability to Pay:** Defendant lacks the financial means to retain private legal representation. Defendant has exhausted personal financial resources—including contributing approximately $700,000 in personal savings to the company—and since May 2024 my personal income has significantly decreased ($3,500 per month). Defendant has made diligent, good-faith efforts to secure private counsel and capital, but remains utterly unable to afford representation.

6. **Inability to Pay Purge Amount or Fines:** Defendant lacks the financial capacity to pay the $70,000 underlying amount or the daily $1,000 coercive fine. Defendant's non-compliance is not a deliberate or willful defiance of a judicial mandate, but a direct result of financial impossibility.

7. **Factual and Legal Complexity:** Defendant is a layperson unfamiliar with formal legal procedures and contempt proceedings. Defendant asserts in good faith that any alleged non-compliance resulted from miscommunications during the receivership transition rather than intentional contempt. Competent legal representation is necessary to ensure Defendant's rights are adequately protected during these quasi-criminal proceedings.

8. **Defendant Beeche Declared in past to the Court:** I am innocent of these three items mentioned in the Contempt charge. I performed as normal, under the circumstances, in performing my duties.

**PRAYER FOR RELIEF**

**WHEREFORE**, Defendant Gregory L. Beeche respectfully requests that this Honorable Court:

1. **GRANT** Defendant's Motion for Appointment of Counsel;

2. **ASSIGN** court-appointed counsel to represent Defendant in connection with the ongoing contempt proceedings and potential incarceration sanctions; and

3. **GRANT** such other and further relief as the Court deems just and proper.

**DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements regarding my financial indigency, inability to retain counsel, and lack of willful intent to disobey this Court's orders are true and correct.

Executed this 31st day of July, 2026. Respectfully submitted,

**Gregory L. Beeche**, Defendant *Pro Se*
65 Smith Road
Mechanicville N.Y.
12118. U.S.A.
518-225-21-52
gregbeeche@gmail.com