# Buchanan

**Christopher P. Schueller**
412 562 8432
christopher.schueller@bipc.com

Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA  15219-4413

T 412 562 8800
F 412 562 1041

August 10, 2026

**VIA ELECTRONIC MAIL AND ECF**

Hon. Anne M. Nardacci
United States Bankruptcy Court
Northern District of New York
James T. Foley United States Courthouse
445 Broadway, Suite 330
Albany, NY  12207

> **Re:**  *McCormick 103, LLC v. Greg Beeche, Logistics, LLC, et al.,*
> **Civil Action No. 25-00944-AMN**

Dear Judge Nardacci,

We represent the plaintiff McCormick 103, LLC ("**Plaintiff**").  As instructed by the Court, I conferred with the attorney for the receiver Dotan Y. Melech ("**Business Entity Receiver**").  We are now in agreement on the form of the proposed order for the appointment of a real estate receiver.  I enclose a clean and redlined version of what we agreed upon.  The Court will be able to follow the proposed additions in the redlined version.

Please let us know if you need anything further.

Respectfully,

**BUCHANAN INGERSOLL & ROONEY PC**

By: */s/ Christopher P. Schueller*
Christopher P. Schueller

cc:  Gregory L. Beeche
Parties-in-Interest via ECF Notification