**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

MCCORMICK 103, LLC,

Plaintiff,

v. 1:25-cv-00944 (AMN/CBF)

GREG BEECHE, LOGISTICS, LLC, *et al.*,

Defendants.

---

**APPEARANCES:** **OF COUNSEL:**

**BUCHANAN INGERSOLL & ROONEY P.C.**
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, Pennsylvania 15219

**CHRISTOPHER P. SCHUELLER, ESQ.**

50 S. 16th Street, Suite 3200
Philadelphia, Pennsylvania 19102
*Attorneys for Plaintiff*

**MARK PFEIFFER, ESQ.**

**BARRY MCTIERNAN & MOORE LLC**
One Battery Park Plaza – 35th Floor
New York, New York 10004
*Attorneys for Defendant*
*Greg Beeche, Logistics, LLC*

**WILLIAM A. COONEY, ESQ.**

**Hon. Anne M. Nardacci, United States District Judge:**

**ORDER GRANTING DEFENDANT GREG BEECHE, LOGISTICS, LLC RELIEF FROM THE AUTOMATIC STAY**

This matter, coming before the Court on the Motion to Lift or Modify the Automatic Stay ("Motion"), dated June 15, 2026, for entry of an Order granting Defendant Greg Beeche, Logistics, LLC ("Defendant") relief from the automatic stay to permit Defendant to proceed with the defense and settlement of two third party actions filed in New York State Supreme Court, *Michael and Samantha Morea v. Consigli Construction Co.* (Index No.: 621275/2023) and *Daniel Rank v.*

*Consigli Construction Co., Inc., et al.* (Index No: 621200/2023), and the Court having jurisdiction to consider the Motion and the relief requested herein; and the Court having found and determined that the relief sought in the Motion is in the best interest of the Receivership, and that the Receiver does not oppose the requested relief in principle, it is further

**ORDERED** that the Motion, Dkt. No. 147, is **GRANTED**; and it is further

**ORDERED** that the automatic stay is hereby lifted for the limited purpose of allowing Defendant to proceed with its defense and settlement of the two third party actions in New York State Supreme Court and allow Defendant to use the available insurance proceeds up to the limit of the pertinent insurance policies; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

**IT IS SO ORDERED.**

Dated: August 14, 2026
Albany, New York

Anne M. Nardacci
Anne M. Nardacci
U.S. District Judge