U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Sep 15 - 2026
John M. Domurad, Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**MCCORMICK 103, LLC,**

*Plaintiff,*

v.

**GREG BEECHE LOGISTICS, LLC,**
**and GREGORY L. BEECHE,**

*Defendants.*

**Civil Action No.:** 1:25-cv-00944

Your Honor, Judge Anne M. Nardacci,

**Defendant Gregory l. Beeche's objections and response *Pro Se* and in letter form; to Receiver Dotan Y. Melech's Report. Document 107, dated August 24, 2026**.

**ONE:**

The Receiver Mr. Melech says he cannot find our inventory of hoists. He has said this once before. He says "The Tractel/Tirak Hoists inventory has been a primary focus of phase two "sales activity." He says the SMEs completed a full inventory of the hoist's population, and found approximately 556 units in total, have been tabulated; the rest have not been found.

I have to state that we have purchased for rent/lease over 1,000 hoists in which we kept careful account; this because we kept meticulous track of each hoist. Each hoist once returned after a rental period, was completely torn down and basically rebuilt and therefore we knew each one, where it was. Please, understand that these hoists suspend men and materials to elevated places (safety is everything).

This statement by The Receiver is a complete, either fabrication, or while Mr. Melech was in total control, they shipped our hoists to others. The discounted value of these hoists is in excess of $10M. today these hoists are worth over $14M if you are a distributer, as the source (Tractel) raised the prices by over 30%, I have been told.

After Receiver Mr. Melech took over control of GBL, I met with Ms. Brittani Firestone his security manager, former police woman, <u>in our plant,</u> in which we had palletized, ready to ship, I believe, approximately 100 hoists worth $1,050,000. This was going to be shipped to another secure

location for Mr. John Pantanelli, in that we had guaranteed as security his loan of $1,140,000. Ms. Firestone physically viewed and asked why these pallets were on the floor, bound and ready to ship. I told her that they were collateral for Mr. Pantanelli's loan. I'm certain that the plant cameras have the videos that show where and when the hoists apparently were sent out. If they cannot find or can tabulate the disappearance of 400 or more hoists, Then, it is my opinion that they took the hoists when they took all the containers from my personally owned plant/offices illegally. The containers were approximately ¾ full on average, per our plant manager.

Since the Receiver took control of the company, we never shipped anything anymore, other than other missing components and one order that Mr. Melech or Ms. Firestone approved. If Mr. Melech is missing hoists, he is responsible for what he did with our inventory. My <u>opinion,</u> is he personally made a deal in which he sent them to whoever. This is why he refuses to disclosed who "bought" our rental fleet that used to yield, on average, $20M in monthly rent; this for 23 cents a pound; this, when down the street, a scrap dealer, they buy aluminum from anyone for $1dollar per pound. Note; 15 years or so plus or minus, ago, we paid over $1.76 or more per pound of the extrusion; before, we further, fabricated same into a product.

After Mr. Melech was discovered by his retained hired source, Mr. Thomas Morgan, that he, Mr. Melech, tried to remove and take 3.2 Terabytes of technology worth, <u>he said</u> was worth about $3M: he said to his lawyer Todd A. Ritschdorff then, that "<u>we set him up</u>"; that actually "Greg Beeche and Tom Morgan did the stealing of the Intellectual Property". Todd A. Ritschdorff told then our attorney Elizabeth Fletcher, who told my assistant and me.

Mr. Melech was verbally extorting and threatening us, with something to the effect: you will see what happens unless you sign over to me the Patents and the buildings (on record). Your Honor, should you need the written transcripts of the conversations recorded? I can provide them.

The very first thing he declared is <u>GBL has to be shut down</u>; this because it cannot provide company insurance, he declared "*he has to pay himself first. he also said, "won't pay insurance even if we have the money"*. <u>This when we had in front of us $10M in contracts and our clients relied on us to give them what they needed; they were 100% behind us with anything we needed</u>. Mr. Melech stated in the Ch11 Court <u>under oath,</u> that he was working with our previous banker, Bank of America, our Mortgage and line of credit in which he came to become our Receiver. He also used the same attorneys with BofA on this 'project"; that's not fair and equitable.

**TWO:**

As to the contempt charge that I used company money and owe $71K, while I am now owing $1,000 per day penalty until I pay the Receiver: I will say again I am innocent. This occurred on or about August 8th 2025. The receiver took over our financials on August 18th I was functioning as normal prior to Mr. Melech actually taking over the the operations; I had not and never was formally informed of any mechanical changes. Previously, I gave the company approximately $700K all my savings, in order to survive the Covid years. My normal income had ceased back in May of 2024. I used these funds to pay company bills and pay our workers among other things. The receiver as it turned out refused to pay payroll at that point.

**THREE:**

As I reported to this court, Mr. Melech knowing that 25 special containers were part of the property called 356 Hudson River Road, and part of the Town of Halfmoon property submittals and at least ¾ full of material assets as well as including assets owned by our employees storing allowed, he Mr. Melech, was warned that these containers were part of the property owned by Me; he, nevertheless, went ahead and sold these assets for almost nothing. One machine in a container with a custom man door cost approximately $35K. Attorney Mr. Schueller, in the original court hearing conclusion on August 4th 2026; "*Mr. Beeche was formally dropped as a party in the Federal action*", therefore my personally owned assets were officially excluded, and the Receiver had knowledge about it. For that reason, he wanted me to sign over my personally owned property. How they put this new Receiver/sales of property to be legal, I do not understand.

However; now they have a new additional Receiver (2 in all) who is also an agent that sells property; he is allowed to sell this $12M valued property for any price that suits him?. This same as the last and on-going sale of the $20M (discounted) inventory that so far has sold for less than ¼ of the scrap price, of one dollar per pound. The Receiver sold 14 miles of aluminum I am told for 23 cents per pound.

Now the Receiver has declared that in Building no 3, which has two permanent overhead cranes on tracks; part of the building itself; that they will be 'sold'. This involved tearing down existing equipment that appears in the Town of Halfmoon approvals.

He knows better as a professional Bankruptcy/Receivership player over 600 or 900 or 10,000 cases whichever source you chose. This is deliberate in his destruction of GBL and GLB. This is unconscionable, your honor. Attorney Schueller acknowledged that assets personally owned by Greg Beeche were not covered with Mr. Melech control.

I beg; plead, that you assist in correcting all that is mentioned and more.

Again, I ask your honor to allow me into my facility and be available when these assets are being sold.

Your honor, I have been in business for over 40 years and have an excellent reputation.

Bank of America and the corona virus pandemic combined, cause this 25-year-old company to fail. I personally underwrote all credible debt without hesitation, as an honest person does. Our employees are still owed over $600,000.00; they are the most damaged; it's their livelihood.

I affirm and certify that I am telling the truth as best I understand, as well as I believe that your considering imprisonment for me, I hereby appeal again for a court appointed Attorney.

I declare under penalty of perjury, under the laws of the United States of America that the foregoing factual statements are true and correct, to the best of my ability, knowledge, information, and belief.

Executed on this 15 day of September, 2026.

Respectfully submitted,

G.L. Beeche

**Gregory L. Beeche -** *Pro Se*

65 Smith Road
Mechanicville N.Y.
12118. U.S.A.
518-225-21-52
gregbeeche@gmail.com