SpencerFane®

R. McKay Holley, Esq.
Direct Dial: (702) 851-7513
mholley@spencerfane.com

File No. 6209250.0030

October 6, 2026

**VIA ELECTRONIC MAIL AND ECF**

Hon. Anne M. Nardacci
United States Bankruptcy Court
Northern District of New York
James T. Foley United States Courthouse
445 Broadway, Suite 330
Albany, NY 12207

**Re:** ***McCormick 103, LLC v. Greg Beeche, Logistics, LLC, et al.*, Civil Action No. 25-00944-AMN**

Dear Judge Nardacci:

We represent Dotan Y. Melech, the court-appointed receiver ("Receiver") for Greg Beeche, Logistics, LLC ("GBL"). Counsel for American Industries Corporation of New York ("AIC") contacted me about a pending civil action in the Supreme Court of New York, New York County entitled *Juan Pena v. Intergate Manhattan, LLC et al.*, Index No. 154441/2017 ("Pena Case"). AIL filed a third-party complaint against GBL in that action seeking contractual indemnification. During a mediation in the Pena Case, it was disclosed that GBL is in receivership. AIC's counsel was eventually provided a copy of the Permanent Receivership Order (ECF. Doc. 63). Paragraph 5(ii) of the Permanent Receivership Order enjoins all litigation against GBL. AIC's counsel negotiated with me and Plaintiff's counsel to allow AIC relief from the Permanent Receivership Order for the *Pena* Case to proceed. AIC and its insurer prosecuting the claim for contractual indemnification have agreed to limit any recovery against GBL and its estate to the available insurance proceeds that cover their claim for contractual indemnification.

Accordingly, I submit to Your Honor the attached Stipulation that has been approved by all counsel and respectfully request that Your Honor endorse the Stipulation as "So Ordered."

The Receiver and I are available to respond should Your Honor have questions or concerns.

Respectfully submitted,

Spencer Fane LLP

R. McKay Holley

Encl.
cc: Greg Beeche via email gregbeeche@gmail.com
All parties registered to receive NEF