**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| McCORMICK 103, LLC<br><br>Plaintiff,<br><br>v.<br><br>GREG BEECHE LOGISTICS, LLC &<br>GREG LOGISTICS, LLC,<br><br>Defendants. | 1:25-cv-00944 (AMD/TWD) |

| **APPEARANCES:** | **OF COUNSEL:** |
|---|---|
| **BUCHANAN INGERSOLL & ROONEY, P.C.**<br>Union Trust Building<br>5012 Grant Street, Suite 200<br>Pittsburgh, Pennsylvania 15219 | **CHRISTOPHER P. SCHUELLER, ESQ.** |
| 50 S. 16th Street, Suite 3200<br>Philadelphia, Pennsylvania 19102<br>*Attorneys for Plaintiff* | **MARK PFEIFFER, ESQ.** |
| **SPENCER FANE, LLP**<br>300 S. 4th Street, Suite 1600<br>Las Vegas, Nevada 89101<br>*Attorneys for Receiver, Dotan Y. Melech* | **McKAY HOLLEY, ESQ.** |
| **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**<br>225 Liberty Street, 36th Floor<br>New York, New York 10281<br>*Attorneys for non-party, American Industries Corporation of New York* | **MICHAEL J. MARONE, ESQ.** |

**STIPULATION AND ORDER FOR LIMITED RELIEF FROM ORDER APPOINTING RECEIVER, PERMITTING AMERICAN INDUSTRIES CORP. OF NEW YORK TO PROSECUTE STATE COURT CIVIL ACTION AGAINST DEFENDANTS**



#20073409v1<MDMDOCS>

The parties to this Stipulation, Plaintiff, McCormick 103, LLC ("Plaintiff"), the Receiver, Dotan Y. Melech ("the Receiver"), and non-party, American Industries Corporation of New York ("AIC"), hereby stipulate and agree as follows:

1. Paragraph 5(ii) of this Court's Order Appointing Receiver, dated January 30, 2026 (the "Order Appointing Receiver"), is hereby modified for the limited purpose of permitting AIC to proceed with the prosecution through trial of its claim for contractual indemnification against Greg Beeche Logistics, LLC ("Beeche") in the matter *Pena v. Intergate Manhattan, LLC et als.*, and *American Industries Corp. of New York v. Greg Beeche Logistics, LLC*, Index No. 154441/2017, currently pending before the Supreme Court of New York, New York County (the "State Court Action").
2. AIC stipulates and agrees that any recovery obtained through the aforementioned claim for contractual indemnification against Beeche shall be limited to the available insurance proceeds that provide coverage for the claims asserted by AIC against Beeche in the State Court Action, with AIC waiving any and all claims to the assets of the receivership estate.
3. Paragraph 5(ii) of the Order Appointing Receiver shall otherwise remain in full force and effect.

/s/ *Christopher P. Schueller*
Christopher P. Schueller, Esq.
Mark Pfeiffer, Esq.
**BUCHANAN INGERSOLL & ROONEY, P.C.**
Union Trust Building
5012 Grant Street, Suite 200
Pittsburgh, Pennsylvania 15219
*Attorneys for Plaintiff*

Dated: September 29, 2026

/s/ *McKay Holley*
McKay Holley, Esq.
**SPENCER FANE, LLP**
300 S. 4th Street, Suite 1600
Las Vegas, Nevada 89101
*Attorneys for Receiver, Dotan Y. Melech*

Dated: September 29, 2026

/s/ *Michael J. Marone*

Michael J. Marone, Esq.
**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
225 Liberty Street, 36th Floor
New York, New York 10281
*Attorneys for non-party, American Industries Corporation of New York*

Dated: September 29, 2026

The Court having reviewed the above Stipulation and good cause appearing,

**IT IS SO ORDERED.**

Dated:
Albany, New York

________________________________
Hon. Anne M. Nardacci, U.S.D.J.