U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Oct 15 - 2026
John M. Domurad, Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

Case No. 1:25-cv-00944-AMN-CBF

**McCORMICK 103, LLC,**
Plaintiff,

Hon. Anne M. Nardacci
U.S. District Judge

v.

**GREG BEECHE, LOGISTICS, LLC; GREG LOGISTICS, LLC; GREGORY L. BEECHE; and NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE,**
Defendants.

## NOTICE OF MOTION TO INTERVENE

PLEASE TAKE NOTICE that proposed intervenor Nathanial M. Smith, appearing pro se, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 24(a)(2), or alternatively Rule 24(b)(1)(B), for an Order permitting him to intervene for the limited purpose of asserting and protecting his individual claim for $30,000 in unpaid wages, plus statutory liquidated damages and interest allegedly owed by Greg Beeche, Logistics, LLC and his asserted interest in the administration and disposition of Receivership Estate assets.

This motion is made in direct response to the Court's July 10, 2026 Text Order, Dkt. No. 157, which denied Mr. Smith's prior requests without prejudice because he was not a party and had not sought intervention pursuant to Rule 24.

The motion is based upon this Notice of Motion, the accompanying Memorandum of Law, Declaration of Nathanial M. Smith, Proposed Intervenor Complaint and Claim Against Receivership Estate, the Receiver's August 24, 2026 Amended Interim Status Report (Dkt. No. 170-1), the record in this action, and such further argument or evidence as the Court may permit.

Mr. Smith requests that, if intervention is granted, the Court: (1) accept the accompanying proposed pleading; (2) permit Mr. Smith to participate only to the extent necessary to adjudicate his asserted unpaid-compensation claim and any legally cognizable

interest he may have in Receivership Estate assets; (3) require that Mr. Smith receive notice before any final distribution or termination of the Receivership Estate; and (4) grant such other relief as the Court deems just and proper.

Dated: October 10th, 2026
Scotia, New York

Respectfully submitted,

/s/ Nathanial M. Smith
Nathanial M. Smith, Proposed Intervenor, Pro Se
48 Pine St.
Scotia, New York 12302
Nathanial.Smith@gmail.com
518-339-1677

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

Case No. 1:25-cv-00944-AMN-CBF

**McCORMICK 103, LLC,**
Plaintiff,

Hon. Anne M. Nardacci
U.S. District Judge

v.

**GREG BEECHE, LOGISTICS, LLC; GREG LOGISTICS, LLC; GREGORY L. BEECHE; and NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE,**
Defendants.

## MEMORANDUM OF LAW IN SUPPORT OF MOTION TO INTERVENE

## PRELIMINARY STATEMENT

Nathanial M. Smith respectfully seeks limited intervention to protect his own asserted claim for $30,000 in unpaid wages, plus statutory liquidated damages and interest owed for services performed for Greg Beeche, Logistics, LLC ("GBL"). He does not seek to represent GBL, Gregory Beeche, or any other defendant, and he does not seek to relitigate rulings entered against those parties.

On July 10, 2026, the Court denied Mr. Smith's prior motion and request without prejudice because he was not a party and had not sought intervention under Rule 24. Dkt. No. 157. Mr. Smith now follows the procedure identified by the Court.

The need for a ruling on intervention is concrete. The Receiver's August 24, 2026 report states that through July 31, 2026 the Receivership Estate had received $1,645,622.28, including $649,225.46 in income, $811,108.82 in auction proceeds, and $69,925.00 in Phase 2 sales. Dkt. No. 170-1 at 7-8. The report also identifies $541,690.40 in secured-creditor distributions to McCormick 103, LLC and states that the Receiver will continue selling remaining assets and administering the Estate. Id. at 7-9. Mr. Smith's asserted wage claim is not separately identified in the report's summarized liabilities or accounts-payable materials reviewed by Mr. Smith.

## ARGUMENT

## I. RULE 24 PROVIDES THE PROCEDURE THE COURT IDENTIFIED FOR MR. SMITH TO SEEK PARTY STATUS.

Federal Rule of Civil Procedure 24(a)(2) requires intervention on a timely motion where the movant claims an interest relating to the property or transaction that is the subject of the action, disposition may as a practical matter impair the movant's ability to protect that interest, and existing parties do not adequately represent it. Fed. R. Civ. P. 24(a)(2). Rule 24(c) requires service under Rule 5, a statement of the grounds for intervention, and an accompanying pleading setting out the claim or defense. Mr. Smith has supplied the accompanying proposed pleading to cure the procedural defect identified in Dkt. No. 157.

The Second Circuit describes four requirements for intervention as of right: timeliness, an interest relating to the property or transaction, practical impairment of that interest absent intervention, and inadequate representation by existing parties. MasterCard Int'l Inc. v. Visa Int'l Serv. Ass'n, 471 F.3d 377, 389 (2d Cir. 2006); United States v. Pitney Bowes, Inc., 25 F.3d 66, 70 (2d Cir. 1994).

## II. THE MOTION IS TIMELY.

Timeliness is evaluated from all the circumstances, including the length of notice, prejudice from delay, prejudice to the proposed intervenor if intervention is denied, and unusual circumstances. Pitney Bowes, 25 F.3d at 70. Here, Mr. Smith previously attempted to place his concerns before the Court. The Court's July 10, 2026 order then specifically advised that he had not sought intervention under Rule 24. He now seeks to correct that procedural defect while the receivership remains active, assets continue to be sold, and the Receiver continues to report ongoing administration. The Receiver's August 24 report confirms that the process is not complete. Dkt. No. 170-1 at 9.

Limited intervention to determine Mr. Smith's own claim need not reopen the merits of McCormick's underlying contract claims or permit Mr. Smith to litigate on behalf of any existing defendant. By contrast, denial of intervention may prejudice Mr. Smith if Estate assets are fully distributed before the nature, amount, and treatment of his asserted wage claim are determined.

**III. MR. SMITH CLAIMS A DIRECT PERSONAL ECONOMIC INTEREST IN THE RECEIVERSHIP'S DISPOSITION OF GBL ASSETS.**

For Rule 24(a)(2), the claimed interest must be direct, substantial, and legally protectable rather than remote or contingent. Brennan v. N.Y.C. Bd. of Educ., 260 F.3d 123, 129 (2d Cir. 2001). Mr. Smith alleges that GBL owes him $30,000 in unpaid wages for 600 hours of work he already performed, plus statutory liquidated damages and interest. His claim therefore concerns an existing debt, not a speculative future transaction.

The Receivership in this action controls and disposes of assets of the entity that allegedly owes that debt. The August 24 report confirms that the Receiver has collected income, auction proceeds and sale proceeds; made distributions; and continues to sell remaining assets. Dkt. No. 170-1 at 7-9. Mr. Smith accordingly claims an interest in ensuring that his asserted compensation claim is identified and adjudicated before the Receivership Estate is finally distributed or terminated.

Mr. Smith expressly reserves all arguments concerning the nature, amount, enforceability, statutory protections, lien scope, and any applicable priority of his wage claim. He requests that these issues be determined under governing law on a developed record, without conceding the priority of any competing claim.

**IV. CONTINUED DISTRIBUTION MAY PRACTICALLY IMPAIR MR. SMITH'S ABILITY TO PROTECT HIS CLAIM.**

Rule 24 asks whether disposition may, as a practical matter, impair or impede protection of the claimed interest. Fed. R. Civ. P. 24(a)(2). The report states that the Receiver will continue pursuing sales and collection efforts and continue administering the Estate. Dkt. No. 170-1 at 9. It also reports $541,690.40 in secured-creditor distributions and substantial receivership, United AMS, legal, security, payroll and other disbursements. Id. at 7-8.

If the remaining Estate is distributed and the receivership concluded without determining whether Mr. Smith has an allowed claim against the Estate or any right to notice and participation in distribution proceedings, practical recovery from the Estate may become more difficult or impossible. Intervention limited to adjudicating his own claim would permit that question to be resolved before final administration.

## V. NO EXISTING PARTY ADEQUATELY REPRESENTS MR. SMITH'S INDIVIDUAL WAGE INTEREST.

McCormick is the secured creditor receiving distributions. The Receiver administers the Estate. GBL and Gregory Beeche have their own positions and litigation interests. None appears in the August 24 report as asserting Mr. Smith's individual wage claim for $30,000 in unpaid wages, plus claimed liquidated damages and interest. Mr. Smith's objective—obtaining recognition and adjudication of his own compensation claim—is therefore distinct from the objectives of the existing parties.

## VI. ALTERNATIVELY, THE COURT SHOULD PERMIT LIMITED INTERVENTION UNDER RULE 24(b).

Rule 24(b)(1)(B) permits intervention on a timely motion when the proposed intervenor has a claim sharing a common question of law or fact with the main action, and the Court must consider undue delay or prejudice. Mr. Smith's proposed claim overlaps with the receivership's

administration of GBL assets, the identification and treatment of obligations of GBL, and the disposition of property under the Receiver's control. His requested intervention is deliberately limited and does not seek to reopen the underlying liability dispute between McCormick and the existing defendants.

**VII. THE COURT CAN LIMIT THE SCOPE OF INTERVENTION.**

If the Court has concern that intervention could expand this litigation, Mr. Smith respectfully requests intervention subject to conditions limiting his participation to: (a) adjudication of his asserted unpaid-compensation claim; (b) the treatment of that claim in the Receivership Estate; (c) notice of proposed final distributions, discharge, or termination affecting that claim; and (d) related relief the Court determines appropriate.

**CONCLUSION**

For these reasons, Nathanial M. Smith respectfully requests intervention as of right under Rule 24(a)(2), or alternatively permissive intervention under Rule 24(b)(1)(B), acceptance of the accompanying pleading under Rule 24(c), and such other relief as the Court deems just and proper.

Dated: October 10th, 2026
Scotia, New York

Respectfully submitted,

/s/ Nathanial M. Smith
Nathanial M. Smith, Proposed Intervenor, Pro Se
48 Pine St.
Scotia, New York 12302
Nathanial.Smith@gmail.com
518-339-1677

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

Case No. 1:25-cv-00944-AMN-CBF

**McCORMICK 103, LLC,**
Plaintiff,

Hon. Anne M. Nardacci
U.S. District Judge

v.

**GREG BEECHE, LOGISTICS, LLC; GREG LOGISTICS, LLC; GREGORY L. BEECHE; and NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE,**
Defendants.

**DECLARATION OF NATHANIAL M. SMITH**

I, Nathanial M. Smith, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the proposed intervenor. I submit this declaration based on my personal knowledge in support of my motion to intervene.

2. I performed services as an employee of Greg Beeche, Logistics, LLC ("GBL") in New York.

3. GBL owes me $30,000.00 in unpaid regular wages for fifteen unpaid workweeks from the week ending May 4, 2025 through the week ending August 10, 2025. My regular rate of pay was $50.00 per hour, my workweek was capped at forty hours, and each of those weeks reflects forty hours of work, for a total of 600 hours. At $50.00 per hour, the unpaid principal wages equal $30,000.00.

4. The compensation consists of regular wages for 600 hours of work at my agreed rate of $50.00 per hour. I am not presently claiming overtime for hours above forty in these weeks because my recorded workweek was capped at forty hours.

5. I did not receive payment of that compensation when due.

6. Attached as Exhibit A are true and correct copies of the GBL time records that I entered into the company system for the fifteen unpaid workweeks. The records identify me as Nathan Smith

and identify Greg Beeche Logistics, LLC/Greg Logistics, LLC. They reflect forty hours allocated to projects, tasks, PTO, or holidays for each workweek.

6A. The separate "LOGIN TIME" and "LOGOUT TIME" entries in Exhibit A do not represent all of the hours I worked. My duties did not always permit me to log into or remain logged into the electronic system. My work included engineering, controls engineering, purchasing, procurement, project and site support, deliveries, facilities work, and other duties performed away from the computer or timekeeping system.

6B. When I performed work while not logged into the system, I manually entered and allocated that work time to the appropriate projects and tasks. The project/task entries therefore reflect compensable work that is not fully captured by the separate electronic login-session totals.

6C. Each of the fifteen unpaid weekly records reflects a forty-hour workweek. At my $50.00 hourly rate, each unpaid week equals $2,000.00 in regular wages, and fifteen unpaid weeks equal $30,000.00.

7. I previously brought my concerns to this Court. On July 10, 2026, the Court entered Dkt. No. 157 denying my prior motion and request without prejudice because I was not a party and had not sought intervention under Rule 24.

8. I am filing this motion in response to that Order. I seek to assert only my own rights and claim. I do not seek to represent GBL, Gregory Beeche, or any other person or entity.

9. I reviewed the Receiver's August 24, 2026 Amended Interim Status Report, Dkt. No. 170-1. It reports total receipts of $1,645,622.28 through July 31, 2026, including income and proceeds from asset sales.

10. The same report states that $541,690.40 had been distributed as secured-creditor distributions to McCormick and that the Receiver would continue selling remaining assets and administering the Receivership Estate.

11. I have not located my $30,000 unpaid-wage claim as a separately identified liability or allowed claim in the August 24 report or its financial summaries.

12. I am concerned that remaining assets may be distributed and the receivership may eventually be concluded before my claim is recognized and adjudicated.

13. I therefore request permission to intervene for the limited purpose of asserting my unpaid-compensation claim and protecting my rights and remedies under New York wage laws, including my claim for unpaid wages and applicable statutory damages.

14. I understand that whether my claim has priority over any secured creditor or administrative expense is a separate legal issue. I am asking the Court to allow me to participate so that issue can be determined on the record, not asking the Court to presume that I have priority.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 10th, 2026
Scotia, New York

Nathanial M. Smith

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

Case No. 1:25-cv-00944-AMN-CBF

**McCORMICK 103, LLC,**
Plaintiff,

Hon. Anne M. Nardacci
U.S. District Judge

v.

**GREG BEECHE, LOGISTICS, LLC; GREG LOGISTICS, LLC; GREGORY L. BEECHE; and NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE,**
Defendants.

## PROPOSED INTERVENOR COMPLAINT AND CLAIM AGAINST RECEIVERSHIP ESTATE

Proposed Intervenor Nathanial M. Smith, appearing pro se, alleges as follows:

## PARTIES AND NATURE OF CLAIM

1. Nathanial M. Smith is a natural person residing in New York and a former employee of Greg Beeche, Logistics, LLC.

2. Greg Beeche, Logistics, LLC ("GBL") is a defendant in this action and is the entity that employed Smith and allegedly owes the compensation described below.

3. Dotan Y. Melech is the Court-appointed Receiver administering Receivership Estate assets pursuant to this Court's orders. Smith names the Receiver only in his official capacity to the extent necessary to obtain recognition, accounting, notice, and treatment of Smith's asserted claim within the Receivership Estate; Smith does not presently assert personal liability against the Receiver.

4. Smith seeks $30,000.00 in earned but unpaid regular wages, representing fifteen unpaid forty-hour workweeks at $50.00 per hour (600 hours total), plus liquidated damages equal to 100% of wages found due under New York Labor Law § 198(1-a), prejudgment interest, and other relief legally available.

5. This proposed pleading is submitted under Fed. R. Civ. P. 24(c) in the existing action and is limited to Smith's own claim and the treatment of that claim in the Receivership Estate.

## FACTUAL ALLEGATIONS

6. Smith performed work for GBL in New York during the fifteen unpaid workweeks from the week ending May 4, 2025 through the week ending August 10, 2025.

7. GBL agreed to compensate Smith at $50.00 per hour. Smith's workweek was capped at forty hours, yielding regular weekly wages of $2,000.00.

8. Smith performed the services for which payment is sought.

9. GBL failed to pay Smith regular wages for fifteen forty-hour workweeks. The unpaid principal is 600 hours × $50.00 per hour = $30,000.00.

10. Smith has demanded payment and has previously advised the Court and/or Receivership of his unpaid-wage concerns.

11. The Receiver's August 24, 2026 Amended Interim Status Report states that the Receivership Estate received $1,645,622.28 through July 31, 2026, including $649,225.46 in income, $811,108.82 in auction proceeds, and $69,925.00 in Phase 2 sales.

12. The report states that $541,690.40 was distributed as secured-creditor distributions to McCormick and that the Receiver will continue to sell remaining assets and administer the Estate.

13. Smith has not located his $30,000 unpaid-wage claim as a separately identified allowed claim or liability in that report.

14. Unless Smith's claim and its treatment are determined before final distribution or termination, Smith may lose a practical opportunity to recover from Receivership Estate assets that may legally be available to satisfy his claim.

## COUNT I - UNPAID COMPENSATION AGAINST GBL

15. Smith repeats paragraphs 1 through 14.

16. Smith performed compensable services for GBL and earned compensation under the parties' employment arrangement and applicable New York law.

17. GBL failed to pay compensation that became due to Smith.

18. Smith seeks judgment for $30,000.00 in unpaid wages, together with prejudgment interest and, pursuant to New York Labor Law § 198(1-a), liquidated damages equal to 100% of wages found due unless the employer proves the statutory good-faith defense. On the presently claimed principal, the requested liquidated damages are $30,000.00, making the wage-plus-liquidated-damages demand $60,000.00 before interest and any other relief legally available.

18A. New York Labor Law § 198(1-a) provides that, in a court action on a wage claim in which the employee prevails, the court shall award the full underpayment, prejudgment interest, and an additional amount as liquidated damages equal to 100% of wages found due unless the employer proves a good-faith basis for believing the underpayment complied with law. Smith therefore seeks $30,000.00 in liquidated damages on the $30,000.00 unpaid-wage principal, subject to proof and the statutory defense.

**COUNT II - RECOGNITION AND TREATMENT OF CLAIM IN RECEIVERSHIP**

19. Smith repeats paragraphs 1 through 18.

20. The Receiver controls and administers assets of GBL pursuant to this Court's orders.

21. Smith seeks an order requiring that his claim be received, identified, and adjudicated in the Receivership before final distribution or termination to the extent the Court determines the Receivership is the appropriate mechanism for doing so.

22. Smith further seeks reasonable notice of any proposed final distribution, final accounting, discharge of the Receiver, or termination of the Receivership that may affect his ability to pursue the claim.

23. Smith does not allege in this pleading that his claim automatically has priority over McCormick's valid perfected liens or over court-approved administrative expenses. He requests a determination of the nature and priority of his claim based on the governing law, the Receivership Order, the security documents, and the accounting record.

**PRAYER FOR RELIEF**

WHEREFORE, Nathanial M. Smith respectfully requests that the Court:

A. enter judgment against GBL for $30,000.00 in unpaid wages;

A-1. award liquidated damages of $30,000.00 under New York Labor Law § 198(1-a), unless the employer establishes the statutory good-faith defense, together with prejudgment interest as provided by law;

B. direct that Smith's claim be received and adjudicated in connection with the Receivership Estate to the extent appropriate;

C. require notice to Smith before any final distribution, final accounting, discharge of the Receiver, or termination of the Receivership that could affect his asserted claim;

D. determine the treatment and priority, if any, of Smith's claim relative to Receivership Estate assets after appropriate briefing and evidence;

E. award interest and any other damages or relief authorized by applicable law; and

F. grant such other and further relief as the Court deems just and proper.

Dated: October 10th, 2026
Scotia, New York

Respectfully submitted,

/s/ Nathanial M. Smith

Nathanial M. Smith, Proposed Intervenor, Pro Se
48 Pine St.
Scotia, New York 12302
Nathanial.Smith@gmail.com
518-339-1677

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

Case No. 1:25-cv-00944-AMN-CBF

**McCORMICK 103, LLC,**
Plaintiff,

Hon. Anne M. Nardacci
U.S. District Judge

v.

**GREG BEECHE, LOGISTICS, LLC; GREG LOGISTICS, LLC; GREGORY L. BEECHE; and NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE,**
Defendants.

**[PROPOSED] ORDER GRANTING LIMITED INTERVENTION**

Upon consideration of Nathanial M. Smith's Motion to Intervene pursuant to Federal Rule of Civil Procedure 24(a)(2), or alternatively Rule 24(b)(1)(B), the accompanying papers, and the record in this action, it is hereby

ORDERED that the Motion is GRANTED to the following extent:

1. Nathanial M. Smith is permitted to intervene for the limited purpose of asserting and adjudicating his individual unpaid-compensation claim and the treatment of that claim in the Receivership Estate;

2. The Proposed Intervenor Complaint and Claim Against Receivership Estate submitted pursuant to Rule 24(c) is accepted for filing;

3. Intervention does not authorize Smith to represent any existing defendant or to assert claims belonging to Greg Beeche, Logistics, LLC, Greg Logistics, LLC, Gregory L. Beeche, or any other person or entity;

4. The Receiver shall provide Smith with notice of any proposed final distribution, final accounting, application for discharge, or request to terminate the Receivership, subject to further order of the Court;

5. Nothing in this Order determines the validity, amount, secured status, priority, or ultimate allowance of Smith's claim, all of which are reserved for further proceedings; and

6. The Court retains authority to impose additional reasonable limits on Smith's participation to avoid delay or prejudice.

SO ORDERED.

Dated: ______________________, 2026
Albany, New York

______________________________________
Hon. Anne M. Nardacci
United States District Judge

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

Case No. 1:25-cv-00944-AMN-CBF

**McCORMICK 103, LLC,**
Plaintiff,

Hon. Anne M. Nardacci
U.S. District Judge

v.

**GREG BEECHE, LOGISTICS, LLC; GREG LOGISTICS, LLC; GREGORY L. BEECHE; and NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE,**
Defendants.

**CERTIFICATE OF SERVICE**

I, Nathanial M. Smith, certify that on October 10th, 2026, I served a true and correct copy of the foregoing Notice of Motion to Intervene, Memorandum of Law, Declaration, Proposed Intervenor Complaint and Claim Against Receivership Estate, and Proposed Order on all parties to this action as required by Federal Rules of Civil Procedure 5 and 24(c), by the following method(s):

[X] U.S. Mail to counsel/parties at their addresses of record.

[ ] Electronic service through an authorized court filing/service method.

[ ] Other: ______________________________________________.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 10th, 2026

[signature]
Nathanial M. Smith


Nathanial M Smith
48 Pine St.
Scotia, NY 12302
Robert M. Holley
Spencer Fane
300 S. 4th Street Suite 1600
Las Vegas, NV 89101
Marc H. Goldberg
Phillips Lytle LLP
3 Winners Circle - Suite 306
Albany, NY 12205
Mark Pfeiffer
Buchanan Ingersoll & Rooney PC
50 S. 16th Street - Suite 3200
Philadelphia, PA 19102
Gregory L. Beeche
65 Smith Road
Mechanicville, NY 12118
Todd A. Ritschdorff
Phillips Lytle LLP
3 Winners Circle - Suite 306
Albany, NY 12205
Seth Ptasiewicz
Kroll Heineman Ptasiewicz & Parsons, LLC
91 Fieldcrest Avenue - Suite 35
Edison, NJ 08837
Elizabeth Fairbanks-Fletcher, Esq.
178 Elm Street, Suite 4
Saratoga Springs, NY 12866
William A. Cooney
Barry McTiernan & Moore LLC
One Battery Park Plaza
35th Floor
New York, NY 10004
Christopher P. Schueller
Buchanan Ingersoll & Rooney PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
UNITED STATES POSTAL SERVICE
MEDIUM FLAT RATE BOX
TRACKED ■ INSURED
LARGE FLAT RATE BOX

# Exhibit A

GREG BEECHE LOGISTICS

**Greg Beeche Logistics, LLC/Greg Logistics, LLC**
356 Hudson River Road
Waterford, NY 12188

**Nathan Smith**
Hours for Week-Ending 8/10/2025
Engineering
SITE

| CONTRACT INFORMATION | TASK NOTES | WORK CODE | MON 8/4 | TUE 8/5 | WED 8/6 | THU 8/7 | FRI 8/8 | SAT 8/9 | SUN 8/10 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| **0627.05** | **5 Times Square/Walsh Glass & Metal** | | | | | | | | | |
| | **Engineering** | | | | | | | | | |
| TASK | power specs and layout | **16** | | 4 | 4 | 4 | | | | **12** |
| **0701.04** | **262 5th Ave./CM & Associates Construction Management** | | | | | | | | | |
| | **General PM** | | | | | | | | | |
| TASK | Wire rope pricing and specs | **16** | | 4 | | 4 | | | | **8** |
| **0923.02** | **Vischer Ferry Hydro Station/The VMJR Companies** | | | | | | | | | |
| | **Controls Engineering** | | | | | | | | | |
| TASK | adding oulet to scaffolding and trouble shooting | **16** | 4 | | | | 8 | | | **12** |
| **9999.02** | **IT/Facilities Maintenance/Facilities Stock/Supply Orders/** | | | | | | | | | |
| | **IT/Facilities Maintenance** | | | | | | | | | |
| TASK | fixing gate and purchasing | **16** | 4 | | 4 | | | | | **8** |
| | | | **8.00** | **8.00** | **8.00** | **8.00** | **8.00** | **0.00** | **0.00** | **40.00** |

| SESSION | START DATE | STOP DATE | DAY | LOGIN TIME | LOGOUT TIME | TIME |
|---|---|---|---|---|---|---|
| 1 | 8/4/2025 | 8/4/2025 | Mon | 9:33:04 AM | 5:02:16 PM | 7:29:12 |
| | | | | | **TOTAL FOR MON 8/4/2025** | **7:29:12** |
| 1 | 8/5/2025 | 8/5/2025 | Tue | 9:43:28 AM | 4:28:09 PM | 6:44:41 |
| | | | | | **TOTAL FOR TUE 8/5/2025** | **6:44:41** |
| 1 | 8/6/2025 | 8/6/2025 | Wed | 9:15:25 AM | 4:29:03 PM | 7:13:38 |
| | | | | | **TOTAL FOR WED 8/6/2025** | **7:13:38** |
| 1 | 8/7/2025 | 8/7/2025 | Thu | 8:08:02 AM | 10:42:27 AM | 2:34:25 |
| 2 | 8/7/2025 | 8/7/2025 | Thu | 1:16:29 PM | 3:59:48 PM | 2:43:19 |
| | | | | | **TOTAL FOR THU 8/7/2025** | **5:17:44** |
| | | | | | **TOTAL FOR WEEK-ENDING 8/10/2025** | **26:45:15** |

**Greg Beeche Logistics, LLC/Greg Logistics, LLC**
356 Hudson River Road
Waterford, NY 12188

**Nathan Smith**
Hours for Week-Ending 8/3/2025
Engineering
SITE

| CONTRACT INFORMATION | TASK NOTES | WORK CODE | MON 7/28 | TUE 7/29 | WED 7/30 | THU 7/31 | FRI 8/1 | SAT 8/2 | SUN 8/3 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 0440.09 | **1&2 UN Plaza/Platinum Maintenance** | | | | | | | | | |
| | **Engineering** | | | | | | | | | |
| TASK | Power requirements | 16 | | | | | 4 | | | 4 |
| 0627.05 | **5 Times Square/Walsh Glass & Metal** | | | | | | | | | |
| | **Engineering** | | | | | | | | | |
| TASK | Power requirements | 16 | | | 4 | 4 | 4 | | | 12 |
| 0701.04 | **262 5th Ave./CM & Associates Construction Management** | | | | | | | | | |
| | **Engineering** | | | | | | | | | |
| TASK | power requirements | 16 | 4 | | | | | | | 4 |
| 0998.05 | **New York Public Health Lab/Utopia Construction** | | | | | | | | | |
| | **Controls Engineering** | | | | | | | | | |
| TASK | site support | 16 | 4 | 4 | | | | | | 8 |
| 9999.02 | **IT/Facilities Maintenance/Facilities Stock/Supply Orders/** | | | | | | | | | |
| | **IT/Facilities Maintenance** | | | | | | | | | |
| TASK | cleaning, mail, general shop duties. | 16 | | 4 | 4 | 4 | | | | 12 |
| | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 |

| SESSION | START DATE | STOP DATE | DAY | LOGIN TIME | LOGOUT TIME | TIME |
|---|---|---|---|---|---|---|
| 1 | 7/28/2025 | 7/28/2025 | Mon | 9:53:00 AM | 4:41:53 PM | 6:48:53 |
| | | | | | **TOTAL FOR MON 7/28/2025** | **6:48:53** |
| 1 | 7/30/2025 | 7/30/2025 | Wed | 9:55:57 AM | 5:28:36 PM | 7:32:39 |
| | | | | | **TOTAL FOR WED 7/30/2025** | **7:32:39** |
| 1 | 7/31/2025 | 7/31/2025 | Thu | 10:23:05 AM | 4:25:54 PM | 6:02:49 |
| | | | | | **TOTAL FOR THU 7/31/2025** | **6:02:49** |
| | | | | | **TOTAL FOR WEEK-ENDING 8/3/2025** | **20:24:21** |

**Greg Beeche Logistics, LLC/Greg Logistics, LLC**
356 Hudson River Road
Waterford, NY 12188

**Nathan Smith**
Hours for Week-Ending 7/27/2025
Engineering
SITE

| CONTRACT INFORMATION | TASK NOTES | WORK CODE | MON 7/21 | TUE 7/22 | WED 7/23 | THU 7/24 | FRI 7/25 | SAT 7/26 | SUN 7/27 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| **0440.09** | **1&2 UN Plaza/Platinum Maintenance** | | | | | | | | | |
| | **Engineering** | | | | | | | | | |
| TASK | power planing | **16** | | 4 | | | | | | **4** |
| **0627.05** | **5 Times Square/Walsh Glass & Metal** | | | | | | | | | |
| | **Engineering** | | | | | | | | | |
| TASK | Power layout and requirements, controls planing. | **16** | | | | 8 | | | | **8** |
| **0701.04** | **262 5th Ave./CM & Associates Construction Management** | | | | | | | | | |
| | **Engineering** | | | | | | | | | |
| TASK | power layout | **16** | 8 | | | | 6 | | | **14** |
| **0998.05** | **New York Public Health Lab/Utopia Construction** | | | | | | | | | |
| | **Controls Engineering** | | | | | | | | | |
| TASK | Site support | **16** | | 4 | 8 | | | | | **12** |
| **1134.01** | **MARTA / Atlanta/Skanska** | | | | | | | | | |
| | **Purchasing** | | | | | | | | | |
| TASK | donnage delivery | **16** | | | | | 2 | | | **2** |
| | | | **8.00** | **8.00** | **8.00** | **8.00** | **8.00** | **0.00** | **0.00** | **40.00** |

| SESSION | START DATE | STOP DATE | DAY | LOGIN TIME | LOGOUT TIME | TIME |
|---|---|---|---|---|---|---|
| 1 | 7/21/2025 | 7/21/2025 | Mon | 9:28:44 AM | 3:08:19 PM | 5:39:35 |
| | | | | | **TOTAL FOR MON 7/21/2025** | **5:39:35** |
| 1 | 7/22/2025 | 7/22/2025 | Tue | 10:15:08 AM | 4:21:52 PM | 6:06:44 |
| | | | | | **TOTAL FOR TUE 7/22/2025** | **6:06:44** |
| 1 | 7/23/2025 | 7/23/2025 | Wed | 10:41:18 AM | 5:14:43 PM | 6:33:25 |
| | | | | | **TOTAL FOR WED 7/23/2025** | **6:33:25** |
| 1 | 7/24/2025 | 7/24/2025 | Thu | 9:40:27 AM | 3:01:35 PM | 5:21:08 |
| | | | | | **TOTAL FOR THU 7/24/2025** | **5:21:08** |
| | | | | | **TOTAL FOR WEEK-ENDING 7/27/2025** | **23:40:52** |

**Greg Beeche Logistics, LLC/Greg Logistics, LLC**
356 Hudson River Road
Waterford, NY 12188

**Nathan Smith**
Hours for Week-Ending 7/20/2025
Engineering
SITE

| CONTRACT INFORMATION | TASK NOTES | WORK CODE | MON 7/14 | TUE 7/15 | WED 7/16 | THU 7/17 | FRI 7/18 | SAT 7/19 | SUN 7/20 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 0440.09 | **1&2 UN Plaza/Platinum Maintenance** | | | | | | | | | |
| | **Engineering** | | | | | | | | | |
| TASK | Power planing, equipment selection. | 16 | | | 4 | | 8 | | | 12 |
| 0626.02 | **383 Madison/Safway** | | | | | | | | | |
| | **General PM: Controls Coordination** | | | | | | | | | |
| TASK | Working on quoting pars, purchasing, and equipment testing | 16 | | 4 | 4 | 8 | | | | 16 |
| 1163.02 | **Sheridan Ave. Steam Plant/Guth DeConzo** | | | | | | | | | |
| | **Engineering** | | | | | | | | | |
| TASK | purchasing, pickup and delivery | 16 | 8 | 4 | | | | | | 12 |
| | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 |

| SESSION | START DATE | STOP DATE | DAY | LOGIN TIME | LOGOUT TIME | TIME |
|---|---|---|---|---|---|---|
| 1 | 7/14/2025 | 7/14/2025 | Mon | 9:55:23 AM | 3:25:08 PM | 5:29:45 |
| | | | | | **TOTAL FOR MON 7/14/2025** | **5:29:45** |
| 1 | 7/15/2025 | 7/15/2025 | Tue | 1:44:33 PM | 4:55:35 PM | 3:11:02 |
| | | | | | **TOTAL FOR TUE 7/15/2025** | **3:11:02** |
| 1 | 7/16/2025 | 7/16/2025 | Wed | 8:57:44 AM | 4:22:43 PM | 7:24:59 |
| | | | | | **TOTAL FOR WED 7/16/2025** | **7:24:59** |
| 1 | 7/17/2025 | 7/17/2025 | Thu | 12:54:20 PM | 5:07:35 PM | 4:13:15 |
| | | | | | **TOTAL FOR THU 7/17/2025** | **4:13:15** |
| | | | | | **TOTAL FOR WEEK-ENDING 7/20/2025** | **20:19:01** |

**Greg Beeche Logistics, LLC/Greg Logistics, LLC**
356 Hudson River Road
Waterford, NY 12188

**Nathan Smith**
Hours for Week-Ending 7/13/2025
Engineering
SITE

| CONTRACT INFORMATION | TASK NOTES | WORK CODE | MON 7/7 | TUE 7/8 | WED 7/9 | THU 7/10 | FRI 7/11 | SAT 7/12 | SUN 7/13 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 0631.02 | **55 Hudson Yards/Gilbane Construction Company** | | | | | | | | | |
| | **Controls Engineering .** | | | | | | | | | |
| TASK | Purchasing and Controls rework for winder. | **16** | | 8 | | 8 | 8 | | | **24** |
| 1163.02 | **Sheridan Ave. Steam Plant/Guth DeConzo** | | | | | | | | | |
| | **PM Coordination** | | | | | | | | | |
| TASK | Purchasing, deliveries, site visit. | **16** | 8 | | 8 | | | | | **16** |
| | | | **8.00** | **8.00** | **8.00** | **8.00** | **8.00** | **0.00** | **0.00** | **40.00** |

| SESSION | START DATE | STOP DATE | DAY | LOGIN TIME | LOGOUT TIME | TIME |
|---|---|---|---|---|---|---|
| 1 | 7/7/2025 | 7/7/2025 | Mon | 9:52:50 AM | 4:26:56 PM | 6:34:06 |
| | | | | | **TOTAL FOR MON 7/7/2025** | **6:34:06** |
| 1 | 7/8/2025 | 7/8/2025 | Tue | 9:29:35 AM | 4:06:53 PM | 6:37:18 |
| | | | | | **TOTAL FOR TUE 7/8/2025** | **6:37:18** |
| 1 | 7/9/2025 | 7/9/2025 | Wed | 8:12:02 AM | 4:17:46 PM | 8:05:44 |
| | | | | | **TOTAL FOR WED 7/9/2025** | **8:05:44** |
| 1 | 7/10/2025 | 7/10/2025 | Thu | 9:52:11 AM | 3:07:53 PM | 5:15:42 |
| 2 | 7/10/2025 | 7/10/2025 | Thu | 3:10:46 PM | 4:00:46 PM | 0:50:00 |
| | | | | | **TOTAL FOR THU 7/10/2025** | **6:05:42** |
| 1 | 7/11/2025 | 7/11/2025 | Fri | 10:18:18 AM | 12:12:26 PM | 1:54:08 |
| | | | | | **TOTAL FOR FRI 7/11/2025** | **1:54:08** |
| | | | | | **TOTAL FOR WEEK-ENDING 7/13/2025** | **29:16:58** |

**Greg Beeche Logistics, LLC/Greg Logistics, LLC**
356 Hudson River Road
Waterford, NY 12188

**Nathan Smith**
Hours for Week-Ending 7/6/2025
Engineering
SITE

| CONTRACT INFORMATION | TASK NOTES | WORK CODE | MON 6/30 | TUE 7/1 | WED 7/2 | THU 7/3 | FRI 7/4 | SAT 7/5 | SUN 7/6 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| **0701.04** | **262 5th Ave./CM & Associates Construction Management** | | | | | | | | | |
| | **Engineering** | | | | | | | | | |
| TASK | ordering | 16 | | 4 | | | | | | 4 |
| **0998.05** | **New York Public Health Lab/Utopia Construction** | | | | | | | | | |
| | **Controls Engineering** | | | | | | | | | |
| TASK | Site support and supplies | 16 | 8 | | | | | | | 8 |
| **1163.02** | **Sheridan Ave. Steam Plant/Guth DeConzo** | | | | | | | | | |
| | **General** | | | | | | | | | |
| TASK | Site support | 16 | | 4 | 4 | | | | | 8 |
| **9999.01** | **PTO/Greg Beeche Logistics, LLC** | | | | | | | | | |
| | **Holiday** | | | | | | | | | |
| TASK | Fourth of July | 18 | | | | | 8 | | | 8 |
| | **PTO** | | | | | | | | | |
| TASK | time off | 15 | | | | 8 | | | | 8 |
| **9999.02** | **IT/Facilities Maintenance/Facilities Stock/Supply Orders/** | | | | | | | | | |
| | **IT/Facilities Maintenance** | | | | | | | | | |
| TASK | cleaning, site upkeep, lighting. | 16 | | | 4 | | | | | 4 |
| | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 |

| SESSION | START DATE | STOP DATE | DAY | LOGIN TIME | LOGOUT TIME | TIME |
|---|---|---|---|---|---|---|
| 1 | 6/30/2025 | 6/30/2025 | Mon | 8:57:01 AM | 4:43:55 PM | 7:46:54 |
| | | | | | **TOTAL FOR MON 6/30/2025** | **7:46:54** |
| 1 | 7/1/2025 | 7/1/2025 | Tue | 9:11:00 AM | 5:01:09 PM | 7:50:09 |
| | | | | | **TOTAL FOR TUE 7/1/2025** | **7:50:09** |
| 1 | 7/2/2025 | 7/2/2025 | Wed | 10:01:58 AM | 4:18:24 PM | 6:16:26 |
| | | | | | **TOTAL FOR WED 7/2/2025** | **6:16:26** |
| | | | | | **TOTAL FOR WEEK-ENDING 7/6/2025** | **21:53:29** |

**Greg Beeche Logistics, LLC/Greg Logistics, LLC**
356 Hudson River Road
Waterford, NY 12188

**Nathan Smith**
Hours for Week-Ending 6/29/2025
Engineering
SITE

| CONTRACT INFORMATION | TASK NOTES | WORK CODE | MON 6/23 | TUE 6/24 | WED 6/25 | THU 6/26 | FRI 6/27 | SAT 6/28 | SUN 6/29 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 0701.04 | 262 5th Ave./CM & Associates Construction Management | | | | | | | | | |
| | General PM | | | | | | | | | |
| TASK | Purchasing | 16 | | | | 4 | | | | 4 |
| 0998.05 | New York Public Health Lab/Utopia Construction | | | | | | | | | |
| | Controls Engineering | | | | | | | | | |
| TASK | Site support | 16 | | | 4 | 4 | 4 | | | 12 |
| 1163.02 | Sheridan Ave. Steam Plant/Guth DeConzo | | | | | | | | | |
| | PM Coordination | | | | | | | | | |
| TASK | Site visit to locate electrical soures for welder. | 16 | 8 | 8 | 4 | | | | | 20 |
| 9999.01 | PTO/Greg Beeche Logistics, LLC | | | | | | | | | |
| | PTO | | | | | | | | | |
| TASK | N/A | 15 | | | | | 4 | | | 4 |
| | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 |

| SESSION | START DATE | STOP DATE | DAY | LOGIN TIME | LOGOUT TIME | TIME |
|---|---|---|---|---|---|---|
| 1 | 6/23/2025 | 6/23/2025 | Mon | 1:27:20 PM | 3:32:39 PM | 2:05:19 |
| 2 | 6/23/2025 | 6/23/2025 | Mon | 3:33:00 PM | 3:51:17 PM | 0:18:17 |
| | | | | | **TOTAL FOR MON 6/23/2025** | **2:23:36** |
| 1 | 6/24/2025 | 6/24/2025 | Tue | 10:31:59 AM | 4:57:37 PM | 6:25:38 |
| | | | | | **TOTAL FOR TUE 6/24/2025** | **6:25:38** |
| 1 | 6/25/2025 | 6/25/2025 | Wed | 9:29:10 AM | 3:53:28 PM | 6:24:18 |
| | | | | | **TOTAL FOR WED 6/25/2025** | **6:24:18** |
| 1 | 6/26/2025 | 6/26/2025 | Thu | 9:02:55 AM | 4:04:24 PM | 7:01:29 |
| | | | | | **TOTAL FOR THU 6/26/2025** | **7:01:29** |
| | | | | | **TOTAL FOR WEEK-ENDING 6/29/2025** | **22:15:01** |

**Greg Beeche Logistics, LLC/Greg Logistics, LLC**
356 Hudson River Road
Waterford, NY 12188

**Nathan Smith**
Hours for Week-Ending 6/22/2025
Engineering
SITE

| CONTRACT INFORMATION | TASK NOTES | WORK CODE | MON 6/16 | TUE 6/17 | WED 6/18 | THU 6/19 | FRI 6/20 | SAT 6/21 | SUN 6/22 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 1163.02 | **Sheridan Ave. Steam Plant/Guth DeConzo** | | | | | | | | | |
| | **Engineering** | | | | | | | | | |
| TASK | Ordering Needed Items and electrical supply for welder | 16 | | | 8 | 8 | 8 | | | 24 |
| 1273.01 | **42 Trinity Place/Enclos Corporation** | | | | | | | | | |
| | **Controls Engineering** | | | | | | | | | |
| TASK | suport and procurement work | 16 | 8 | 4 | | | | | | 12 |
| 9999.02 | **IT/Facilities Maintenance/Facilities Stock/Supply Orders/** | | | | | | | | | |
| | **IT/Facilities Maintenance** | | | | | | | | | |
| TASK | organizing, generl office wok | 16 | | 4 | | | | | | 4 |
| | | | **8.00** | **8.00** | **8.00** | **8.00** | **8.00** | **0.00** | **0.00** | **40.00** |

| SESSION | START DATE | STOP DATE | DAY | LOGIN TIME | LOGOUT TIME | TIME |
|---|---|---|---|---|---|---|
| 1 | 6/16/2025 | 6/16/2025 | Mon | 9:10:06 AM | 4:02:02 PM | 6:51:56 |
| | | | | | **TOTAL FOR MON 6/16/2025** | **6:51:56** |
| 1 | 6/17/2025 | 6/17/2025 | Tue | 9:41:08 AM | 4:30:30 PM | 6:49:22 |
| | | | | | **TOTAL FOR TUE 6/17/2025** | **6:49:22** |
| 1 | 6/18/2025 | 6/18/2025 | Wed | 9:35:15 AM | 4:20:12 PM | 6:44:57 |
| | | | | | **TOTAL FOR WED 6/18/2025** | **6:44:57** |
| 1 | 6/19/2025 | 6/19/2025 | Thu | 11:12:42 AM | 4:04:05 PM | 4:51:23 |
| | | | | | **TOTAL FOR THU 6/19/2025** | **4:51:23** |
| | | | | | **TOTAL FOR WEEK-ENDING 6/22/2025** | **25:17:38** |

**Greg Beeche Logistics, LLC/Greg Logistics, LLC**
356 Hudson River Road
Waterford, NY 12188

**Nathan Smith**
Hours for Week-Ending 6/15/2025
Engineering
SITE

| CONTRACT INFORMATION | TASK NOTES | WORK CODE | MON 6/9 | TUE 6/10 | WED 6/11 | THU 6/12 | FRI 6/13 | SAT 6/14 | SUN 6/15 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 0998.05 | **New York Public Health Lab/Utopia Construction** | | | | | | | | | |
| | **Controls Engineering** | | | | | | | | | |
| TASK | site support James help | 16 | 4 | | | | | | | 4 |
| 1134.01 | **MARTA / Atlanta/Skanska** | | | | | | | | | |
| | **Purchasing** | | | | | | | | | |
| TASK | project support | 16 | | 4 | 4 | 4 | 4 | | | 16 |
| 1290.01 | **729 2nd Ave/ELICC Group** | | | | | | | | | |
| | **Engineering** | | | | | | | | | |
| TASK | site support, project suport | 16 | | 4 | 4 | | | | | 8 |
| 9999.01 | **PTO/Greg Beeche Logistics, LLC** | | | | | | | | | |
| | **PTO** | | | | | | | | | |
| TASK | N/A | 15 | | | | | 4 | | | 4 |
| 9999.02 | **IT/Facilities Maintenance/Facilities Stock/Supply Orders/** | | | | | | | | | |
| | **IT/Facilities Maintenance** | | | | | | | | | |
| TASK | Winder site support, phone calls support. | 16 | 4 | | | 4 | | | | 8 |
| | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 |

| SESSION | START DATE | STOP DATE | DAY | LOGIN TIME | LOGOUT TIME | TIME |
|---|---|---|---|---|---|---|
| 1 | 6/10/2025 | 6/10/2025 | Tue | 8:48:07 AM | 3:53:13 PM | 7:05:06 |
| | | | | | **TOTAL FOR TUE 6/10/2025** | **7:05:06** |
| 1 | 6/11/2025 | 6/11/2025 | Wed | 10:02:59 AM | 4:09:08 PM | 6:06:09 |
| | | | | | **TOTAL FOR WED 6/11/2025** | **6:06:09** |
| 1 | 6/12/2025 | 6/12/2025 | Thu | 10:15:32 AM | 4:14:01 PM | 5:58:29 |
| | | | | | **TOTAL FOR THU 6/12/2025** | **5:58:29** |
| | | | | | **TOTAL FOR WEEK-ENDING 6/15/2025** | **19:09:44** |

**Greg Beeche Logistics, LLC/Greg Logistics, LLC**
356 Hudson River Road
Waterford, NY 12188

**Nathan Smith**
Hours for Week-Ending 6/8/2025
Engineering
SITE

| CONTRACT INFORMATION | TASK NOTES | WORK CODE | MON 6/2 | TUE 6/3 | WED 6/4 | THU 6/5 | FRI 6/6 | SAT 6/7 | SUN 6/8 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 0998.05 | **New York Public Health Lab/Utopia Construction** | | | | | | | | | |
| | **Controls Engineering** | | | | | | | | | |
| TASK | site support | 16 | 4 | 4 | 2 | | | | | 10 |
| 1031.05 | **Rolex/Fabbrica** | | | | | | | | | |
| | **Purchasing** | | | | | | | | | |
| TASK | purchasing | 16 | | 2 | 2 | | | | | 4 |
| 1134.01 | **MARTA / Atlanta/Skanska** | | | | | | | | | |
| | **Purchasing** | | | | | | | | | |
| TASK | Purchasing | 16 | | | 2 | 2 | 4 | | | 8 |
| 9998.03 | **General Team or Management Meetings/Greg Beeche Lo** | | | | | | | | | |
| | **Meeting (Please Detail In Task)** | | | | | | | | | |
| TASK | clean up, general office work | 16 | | 2 | | 2 | 4 | | | 8 |
| 9999.02 | **IT/Facilities Maintenance/Facilities Stock/Supply Orders/** | | | | | | | | | |
| | **IT/Facilities Maintenance** | | | | | | | | | |
| TASK | fixing gate, | 16 | 4 | | 2 | 4 | | | | 10 |

**Greg Beeche Logistics, LLC/Greg Logistics, LLC**
356 Hudson River Road
Waterford, NY 12188

**Nathan Smith**
Hours for Week-Ending 6/8/2025
Engineering
SITE

| CONTRACT INFORMATION / TASK NOTES | WORK CODE | MON 6/2 | TUE 6/3 | WED 6/4 | THU 6/5 | FRI 6/6 | SAT 6/7 | SUN 6/8 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 |

| SESSION | START DATE | STOP DATE | DAY | LOGIN TIME | LOGOUT TIME | TIME |
|---|---|---|---|---|---|---|
| 1 | 6/2/2025 | 6/2/2025 | Mon | 12:51:36 PM | 5:21:39 PM | 4:30:03 |
| | | | | | **TOTAL FOR MON 6/2/2025** | **4:30:03** |
| 1 | 6/3/2025 | 6/3/2025 | Tue | 8:34:17 AM | 3:58:44 PM | 7:24:27 |
| | | | | | **TOTAL FOR TUE 6/3/2025** | **7:24:27** |
| 1 | 6/4/2025 | | Wed | 10:10:18 AM | | |
| 2 | 6/4/2025 | 6/4/2025 | Wed | 2:15:16 PM | 5:11:22 PM | 2:56:06 |
| | | | | | **TOTAL FOR WED 6/4/2025** | **2:56:06** |
| 1 | 6/5/2025 | 6/5/2025 | Thu | 11:12:52 AM | 4:04:20 PM | 4:51:28 |
| | | | | | **TOTAL FOR THU 6/5/2025** | **4:51:28** |
| 1 | 6/6/2025 | 6/6/2025 | Fri | 10:20:37 AM | 2:06:51 PM | 3:46:14 |
| | | | | | **TOTAL FOR FRI 6/6/2025** | **3:46:14** |
| | | | | | **TOTAL FOR WEEK-ENDING 6/8/2025** | **23:28:18** |

**Greg Beeche Logistics, LLC/Greg Logistics, LLC**
356 Hudson River Road
Waterford, NY 12188

**Nathan Smith**
Hours for Week-Ending 6/1/2025
Engineering
SITE

| CONTRACT INFORMATION | TASK NOTES | WORK CODE | MON 5/26 | TUE 5/27 | WED 5/28 | THU 5/29 | FRI 5/30 | SAT 5/31 | SUN 6/1 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 0440.09 | 1&2 UN Plaza/Platinum Maintenance | | | | | | | | | |
| | Proposal | | | | | | | | | |
| TASK | Wire rope Procurement | 16 | | 2 | | 2 | 2 | | | 6 |
| 0998.05 | New York Public Health Lab/Utopia Construction | | | | | | | | | |
| | Controls Engineering | | | | | | | | | |
| TASK | Site support | 16 | | | | 4 | 4 | | | 8 |
| 1031.05 | Rolex/Fabbrica | | | | | | | | | |
| | Controls Engineering | | | | | | | | | |
| TASK | design support | 16 | | | 6 | | 2 | | | 8 |
| 9999.01 | PTO/Greg Beeche Logistics, LLC | | | | | | | | | |
| | Holiday | | | | | | | | | |
| TASK | Holiday | 18 | 8 | | | | | | | 8 |
| 9999.02 | IT/Facilities Maintenance/Facilities Stock/Supply Orders/ | | | | | | | | | |
| | IT/Facilities Maintenance | | | | | | | | | |
| TASK | organizing project files | 16 | | 6 | 2 | 2 | | | | 10 |
| | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 |

| SESSION | START DATE | STOP DATE | DAY | LOGIN TIME | LOGOUT TIME | TIME |
|---|---|---|---|---|---|---|
| 1 | 5/27/2025 | 5/27/2025 | Tue | 9:54:58 AM | 4:20:14 PM | 6:25:16 |
| | | | | | **TOTAL FOR TUE 5/27/2025** | **6:25:16** |
| 1 | 5/28/2025 | 5/28/2025 | Wed | 9:14:01 AM | 3:54:29 PM | 6:40:28 |
| | | | | | **TOTAL FOR WED 5/28/2025** | **6:40:28** |
| 1 | 5/29/2025 | 5/29/2025 | Thu | 9:05:10 AM | 4:24:37 PM | 7:19:27 |
| | | | | | **TOTAL FOR THU 5/29/2025** | **7:19:27** |
| 1 | 5/30/2025 | 5/30/2025 | Fri | 8:16:53 AM | 11:58:52 AM | 3:41:59 |
| | | | | | **TOTAL FOR FRI 5/30/2025** | **3:41:59** |
| | | | | | **TOTAL FOR WEEK-ENDING 6/1/2025** | **24:07:10** |

**Greg Beeche Logistics, LLC/Greg Logistics, LLC**
356 Hudson River Road
Waterford, NY 12188

**Nathan Smith**
Hours for Week-Ending 5/25/2025
Engineering
SITE

| CONTRACT INFORMATION | TASK NOTES | WORK CODE | MON 5/19 | TUE 5/20 | WED 5/21 | THU 5/22 | FRI 5/23 | SAT 5/24 | SUN 5/25 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 0372.01 | **Two Riverfront (Panasonic Building)/Permasteelisa Nort** | | | | | | | | | |
| | **Controls Engineering** | | | | | | | | | |
| TASK | Site Support, getting order together for platform. | 16 | | 2 | 4 | 2 | 1 | | | 9 |
| 0626.02 | **383 Madison/Safway** | | | | | | | | | |
| | **Proposal** | | | | | | | | | |
| TASK | Emails answering power questoins. | 16 | 4 | | | | | | | 4 |
| 1031.05 | **Rolex/Fabbrica** | | | | | | | | | |
| | **Controls Engineering** | | | | | | | | | |
| TASK | Meetings | 16 | 2 | 4 | 2 | 2 | | | | 10 |
| 1163.02 | **Sheridan Ave. Steam Plant/Guth DeConzo** | | | | | | | | | |
| | **Purchasing** | | | | | | | | | |
| TASK | Quote and PO for Steel | 16 | | | 2 | | 1 | | | 3 |
| 9998.03 | **General Team or Management Meetings/Greg Beeche Lo** | | | | | | | | | |
| | **Meeting (Please Detail In Task)** | | | | | | | | | |
| TASK | Organzing and cleaning up. | 16 | 2 | 2 | | 4 | | | | 8 |
| 9999.01 | **PTO/Greg Beeche Logistics, LLC** | | | | | | | | | |
| | **PTO** | | | | | | | | | |
| TASK | Paid Time off | 15 | | | | | 6 | | | 6 |

**Greg Beeche Logistics, LLC/Greg Logistics, LLC**
356 Hudson River Road
Waterford, NY 12188

**Nathan Smith**
Hours for Week-Ending 5/25/2025
Engineering
SITE

| CONTRACT INFORMATION TASK NOTES | WORK CODE | MON 5/19 | TUE 5/20 | WED 5/21 | THU 5/22 | FRI 5/23 | SAT 5/24 | SUN 5/25 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 |

| SESSION | START DATE | STOP DATE | DAY | LOGIN TIME | LOGOUT TIME | TIME |
|---|---|---|---|---|---|---|
| 1 | 5/19/2025 | 5/19/2025 | Mon | 8:20:01 AM | 4:11:00 PM | 7:50:59 |
| | | | | | **TOTAL FOR MON 5/19/2025** | **7:50:59** |
| 1 | 5/20/2025 | 5/20/2025 | Tue | 8:29:40 AM | 4:41:15 PM | 8:11:35 |
| | | | | | **TOTAL FOR TUE 5/20/2025** | **8:11:35** |
| 1 | 5/21/2025 | 5/21/2025 | Wed | 9:26:11 AM | 4:05:16 PM | 6:39:05 |
| | | | | | **TOTAL FOR WED 5/21/2025** | **6:39:05** |
| 1 | 5/22/2025 | 5/22/2025 | Thu | 8:42:05 AM | 3:56:36 PM | 7:14:31 |
| | | | | | **TOTAL FOR THU 5/22/2025** | **7:14:31** |
| | | | | | **TOTAL FOR WEEK-ENDING 5/25/2025** | **29:56:10** |

GREG BEECHE LOGISTICS

**Greg Beeche Logistics, LLC/Greg Logistics, LLC**
356 Hudson River Road
Waterford, NY 12188

**Nathan Smith**
Hours for Week-Ending 5/18/2025
Engineering
SITE

| CONTRACT INFORMATION / TASK NOTES | | WORK CODE | MON 5/12 | TUE 5/13 | WED 5/14 | THU 5/15 | FRI 5/16 | SAT 5/17 | SUN 5/18 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 0920.05 | **One Madison St/Metal Yapi** | | | | | | | | | |
| | **Engineering** | | | | | | | | | |
| TASK | Site Support | 16 | 4 | 4 | | | | | | 8 |
| 0998.05 | **New York Public Health Lab/Utopia Construction** | | | | | | | | | |
| | **Controls Engineering** | | | | | | | | | |
| TASK | Site Support and control box work | 16 | | | 8 | 8 | | | | 16 |
| 1031.05 | **Rolex/Fabbrica** | | | | | | | | | |
| | **Controls Engineering** | | | | | | | | | |
| TASK | Site support | 16 | 4 | | | | 4 | | | 8 |
| 9999.02 | **IT/Facilities Maintenance/Facilities Stock/Supply Orders/** | | | | | | | | | |
| | **IT/Facilities Maintenance** | | | | | | | | | |
| TASK | purchasing for general stuff and jobs | 16 | | 4 | | | 4 | | | 8 |
| | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 |

| SESSION | START DATE | STOP DATE | DAY | LOGIN TIME | LOGOUT TIME | TIME |
|---|---|---|---|---|---|---|
| 1 | 5/12/2025 | 5/12/2025 | Mon | 8:30:49 AM | 2:08:22 PM | 5:37:33 |
| | | | | | **TOTAL FOR MON 5/12/2025** | **5:37:33** |
| 1 | 5/13/2025 | 5/13/2025 | Tue | 10:07:33 AM | 3:34:01 PM | 5:26:28 |
| | | | | | **TOTAL FOR TUE 5/13/2025** | **5:26:28** |
| 1 | 5/14/2025 | 5/14/2025 | Wed | 9:28:59 AM | 5:10:40 PM | 7:41:41 |
| | | | | | **TOTAL FOR WED 5/14/2025** | **7:41:41** |
| 1 | 5/15/2025 | 5/15/2025 | Thu | 8:10:10 AM | 3:52:42 PM | 7:42:32 |
| | | | | | **TOTAL FOR THU 5/15/2025** | **7:42:32** |
| 1 | 5/16/2025 | 5/16/2025 | Fri | 9:38:55 AM | 2:18:51 PM | 4:39:56 |
| | | | | | **TOTAL FOR FRI 5/16/2025** | **4:39:56** |
| | | | | | **TOTAL FOR WEEK-ENDING 5/18/2025** | **31:08:10** |

GREG BEECHE LOGISTICS
Greg Beeche Logistics, LLC/Greg Logistics, LLC
356 Hudson River Road
Waterford, NY 12188

**Nathan Smith**
Hours for Week-Ending 5/11/2025
Engineering
SITE

| CONTRACT INFORMATION / TASK NOTES | | WORK CODE | MON 5/5 | TUE 5/6 | WED 5/7 | THU 5/8 | FRI 5/9 | SAT 5/10 | SUN 5/11 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| **0372.01** | **Two Riverfront (Panasonic Building)/Permasteelisa Nort** | | | | | | | | | |
| | **Purchasing** | | | | | | | | | |
| TASK | purchased parts | **16** | 2 | | | | | | | **2** |
| **0864.05** | **Stonybrook University Hospital/Whitestone Construction** | | | | | | | | | |
| | **Controls Engineering** | | | | | | | | | |
| TASK | site support and control box pirce estimate, phone calls | **16** | | | 2 | 8 | | | | **10** |
| **0998.05** | **New York Public Health Lab/Utopia Construction** | | | | | | | | | |
| | **Controls Engineering** | | | | | | | | | |
| TASK | site supportj, relacment parts | **16** | | 4 | 4 | | | | | **8** |
| **1031.05** | **Rolex/Fabbrica** | | | | | | | | | |
| | **Controls Engineering** | | | | | | | | | |
| TASK | site support, getting together replacement parts | **16** | 4 | | 2 | | 8 | | | **14** |
| **0999.02** | **IT/Facilities Maintenance/Facilities Stock/Supply Orders/** | | | | | | | | | |
| | **IT/Facilities Maintenance** | | | | | | | | | |
| TASK | Fixing broken sensor on side gate | **16** | 2 | 4 | | | | | | **6** |

GREG BEECHE LOGISTICS

**Greg Beeche Logistics, LLC/Greg Logistics, LLC**
356 Hudson River Road
Waterford, NY 12188

**Nathan Smith**
Hours for Week-Ending 5/11/2025
Engineering
SITE

| CONTRACT INFORMATION TASK NOTES | WORK CODE | MON 5/5 | TUE 5/6 | WED 5/7 | THU 5/8 | FRI 5/9 | SAT 5/10 | SUN 5/11 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 |

| SESSION | START DATE | STOP DATE | DAY | LOGIN TIME | LOGOUT TIME | TIME |
|---|---|---|---|---|---|---|
| 1 | 5/5/2025 | 5/5/2025 | Mon | 9:01:43 AM | 3:01:59 PM | 6:00:16 |
| | | | | | **TOTAL FOR MON 5/5/2025** | **6:00:16** |
| 1 | 5/6/2025 | 5/6/2025 | Tue | 9:28:36 AM | 4:14:47 PM | 6:46:11 |
| | | | | | **TOTAL FOR TUE 5/6/2025** | **6:46:11** |
| 1 | 5/7/2025 | 5/7/2025 | Wed | 9:39:38 AM | 4:17:26 PM | 6:37:48 |
| | | | | | **TOTAL FOR WED 5/7/2025** | **6:37:48** |
| 1 | 5/8/2025 | 5/8/2025 | Thu | 10:19:32 AM | 4:52:55 PM | 6:33:23 |
| | | | | | **TOTAL FOR THU 5/8/2025** | **6:33:23** |
| 1 | 5/9/2025 | 5/9/2025 | Fri | 10:07:32 AM | 3:24:21 PM | 5:16:49 |
| | | | | | **TOTAL FOR FRI 5/9/2025** | **5:16:49** |
| | | | | | **TOTAL FOR WEEK-ENDING 5/11/2025** | **31:14:27** |

**Greg Beeche Logistics, LLC/Greg Logistics, LLC**
356 Hudson River Road
Waterford, NY 12188

**Nathan Smith**
Hours for Week-Ending 5/11/2025
Engineering
SITE

| CONTRACT INFORMATION | TASK NOTES | WORK CODE | MON 5/5 | TUE 5/6 | WED 5/7 | THU 5/8 | FRI 5/9 | SAT 5/10 | SUN 5/11 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 0372.01 | **Two Riverfront (Panasonic Building)/Permasteelisa Nort** | | | | | | | | | |
| | **Purchasing** | | | | | | | | | |
| TASK | purchased parts | **16** | 2 | | | | | | | **2** |
| 0864.05 | **Stonybrook University Hospital/Whitestone Construction** | | | | | | | | | |
| | **Controls Engineering** | | | | | | | | | |
| TASK | site support and control box pirce estimate, phone calls | **16** | | | 2 | 8 | | | | **10** |
| 0998.05 | **New York Public Health Lab/Utopia Construction** | | | | | | | | | |
| | **Controls Engineering** | | | | | | | | | |
| TASK | site supportj, relacment parts | **16** | | 4 | 4 | | | | | **8** |
| 1031.05 | **Rolex/Fabbrica** | | | | | | | | | |
| | **Controls Engineering** | | | | | | | | | |
| TASK | site support, getting together replacement parts | **16** | 4 | | 2 | | 8 | | | **14** |
| 9999.02 | **IT/Facilities Maintenance/Facilities Stock/Supply Orders/** | | | | | | | | | |
| | **IT/Facilities Maintenance** | | | | | | | | | |
| TASK | Fixing broken sensor on side gate | **16** | 2 | 4 | | | | | | **6** |

**Greg Beeche Logistics, LLC/Greg Logistics, LLC**
356 Hudson River Road
Waterford, NY 12188

**Nathan Smith**
Hours for Week-Ending 5/11/2025
Engineering
SITE

| CONTRACT INFORMATION TASK NOTES | WORK CODE | MON 5/5 | TUE 5/6 | WED 5/7 | THU 5/8 | FRI 5/9 | SAT 5/10 | SUN 5/11 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 |

| SESSION | START DATE | STOP DATE | DAY | LOGIN TIME | LOGOUT TIME | TIME |
|---|---|---|---|---|---|---|
| 1 | 5/5/2025 | 5/5/2025 | Mon | 9:01:43 AM | 3:01:59 PM | 6:00:16 |
| | | | | | **TOTAL FOR MON 5/5/2025** | **6:00:16** |
| 1 | 5/6/2025 | 5/6/2025 | Tue | 9:28:36 AM | 4:14:47 PM | 6:46:11 |
| | | | | | **TOTAL FOR TUE 5/6/2025** | **6:46:11** |
| 1 | 5/7/2025 | 5/7/2025 | Wed | 9:39:38 AM | 4:17:26 PM | 6:37:48 |
| | | | | | **TOTAL FOR WED 5/7/2025** | **6:37:48** |
| 1 | 5/8/2025 | 5/8/2025 | Thu | 10:19:32 AM | 4:52:55 PM | 6:33:23 |
| | | | | | **TOTAL FOR THU 5/8/2025** | **6:33:23** |
| 1 | 5/9/2025 | 5/9/2025 | Fri | 10:07:32 AM | 3:24:21 PM | 5:16:49 |
| | | | | | **TOTAL FOR FRI 5/9/2025** | **5:16:49** |
| | | | | | **TOTAL FOR WEEK-ENDING 5/11/2025** | **31:14:27** |

GREG BEECHE LOGISTICS

**Greg Beeche Logistics, LLC/Greg Logistics, LLC**
356 Hudson River Road
Waterford, NY 12188

**Nathan Smith**
Hours for Week-Ending 5/4/2025
Engineering
SITE

| CONTRACT INFORMATION | TASK NOTES | WORK CODE | MON 4/28 | TUE 4/29 | WED 4/30 | THU 5/1 | FRI 5/2 | SAT 5/3 | SUN 5/4 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 1031.05 | **Rolex/Fabbrica** | | | | | | | | | |
| | **Purchasing** | | | | | | | | | |
| TASK | Purchasing | 16 | | 4 | | | | | | 4 |
| 9999.01 | **PTO/Greg Beeche Logistics, LLC** | | | | | | | | | |
| | **PTO** | | | | | | | | | |
| TASK | Paid Time off | 15 | | | | | 8 | | | 8 |
| 9999.02 | **IT/Facilities Maintenance/Facilities Stock/Supply Orders/** | | | | | | | | | |
| | **IT/Facilities Maintenance** | | | | | | | | | |
| TASK | general purchasing / organizing purches | 16 | | 4 | 8 | 8 | | | | 20 |
| | **IT/Facilities Maintenance** | | | | | | | | | |
| TASK | Side Gate Maintance | 16 | 8 | | | | | | | 8 |
| | | | **8.00** | **8.00** | **8.00** | **8.00** | **8.00** | **0.00** | **0.00** | **40.00** |

| SESSION | START DATE | STOP DATE | DAY | LOGIN TIME | LOGOUT TIME | TIME |
|---|---|---|---|---|---|---|
| 1 | 4/28/2025 | 4/28/2025 | Mon | 9:27:35 AM | 4:47:55 PM | 7:20:20 |
| | | | | | **TOTAL FOR MON 4/28/2025** | **7:20:20** |
| 1 | 4/29/2025 | 4/29/2025 | Tue | 11:34:52 AM | 4:21:56 PM | 4:47:04 |
| | | | | | **TOTAL FOR TUE 4/29/2025** | **4:47:04** |
| 1 | 4/30/2025 | 4/30/2025 | Wed | 9:40:10 AM | 4:15:50 PM | 6:35:40 |
| | | | | | **TOTAL FOR WED 4/30/2025** | **6:35:40** |
| 1 | 5/1/2025 | 5/1/2025 | Thu | 9:04:34 AM | 4:27:21 PM | 7:22:47 |
| | | | | | **TOTAL FOR THU 5/1/2025** | **7:22:47** |
| | | | | | **TOTAL FOR WEEK-ENDING 5/4/2025** | **26:05:51** |