SpencerFane®

R. McKay Holley, Esq.
Direct Dial: (702) 851-7513
mholley@spencerfane.com

File No. 6209250.0030

October 19, 2026

**VIA CM/ ECF**

Hon. Anne M. Nardacci
United States District Court
Northern District of New York
James T. Foley Courthouse
445 Broadway
Albany, New York 12207

Re: *McCormick 103, LLC v. Greg Beeche, Logistics, LLC, et al.*, Civil Action No. 25-cv-00944-AMN-CBF
**NOTICE CONCERNING RECENT CONDUCT OF DEFENDANT, GREGORY L. BEECHE**

Dear Judge Nardacci:

As the Court is aware, we represent Dotan Y. Melech, court-appointed receiver in this action ("Receiver").

By this letter, we bring to the Court's attention a recent incident involving defendant, Gregory L. Beeche, at the former Greg Beeche, Logistics, LLC facility located at 356 Hudson River Road, Waterford, New York 12188 ("Facility"). On October 7, 2026, Mr. Beeche accessed the Facility through a rear side fence at approximately 12:08 p.m. without prior authorization. After multiple attempts, he gained entry and walked through the Facility until he left at approximately 12:30 p.m. While inside, Mr. Beeche took photographs and/or video of the Facility and its remaining contents. Security footage did not show Mr. Beeche removing any property, equipment, documents, or any other items. His entry activated the Facility's security alarm and the Saratoga County Sheriff's Department responded to the alarm and arrived at the Facility at approximately 12:45 p.m. The Receiver's team created an incident report and submitted the security footage to the Saratoga County Sheriff's Department. The security footage is available for the Court's review, and the Receiver is prepared to submit it in any format requested by the Court.

The Receiver and I are available to respond should Your Honor have questions or concerns.

Respectfully submitted,

Spencer Fane LLP

R. McKay Holley

cc: Gregory L. Beeche via email gregbeeche@gmail.com
All parties registered to receive notice via CM/ECF