U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Oct 21 - 2026
John M. Domurad, Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

McCormick 103 LLC, et al.
Plaintiffs,

v.

Greg Beeche Logistics LLC, Gregory L. Beeche *et al.*
Defendant.

Civil Action No. 1:25-cv-00944

**Honorable Anne M. Nardacci**
**United States District Judge**

**Re: Document 178 McCormick 103 LLC v. Greg Beeche Logistics et al. NOTICE CONCERNING RECENT CONDUCT OF Defendant Gregory L. Beeche**

Your Honor Honorable Judge Nardacci:

The reason I visited my plant that day, I was in urgent concern for missing hoists and tearing down overhead cranes. Also, that I entered the plant through an open gate.

I was very concerned that the Receiver was taking the Bldg. 3 overhead cranes as he stated in reports.

This the same as when he took property of the plant and in 25 Containers most full of materials and equipment. Also, your honor, Mr. Melech stated to you that half the hoists are missing, in so many words.

Your Honor, I found out that in today's prices over, $5,000,000 worth of hoist was sent to the Receiver.

The 34 cameras cover all areas and show my concern for so called missing hoists. The hoists are missing I fear that we are losing assets as Mr. Melech reported, this is against the law, in my opinion.

Sworn under penalty of perjury to the best of my ability on October 21, 2026

Respectfully submitted,

G.L. Beeche

**Gregory L. Beeche,**
Pro Se
65 Smith Road
Mechanicville N.Y.
12118. U.S.A.
518-225-21-52
gregbeeche@gmail.com