SpencerFane®

R. McKay Holley, Esq.
Direct Dial: (702) 851-7513
mholley@spencerfane.com

File No. 6209250.0030

October 30, 2026

**<u>VIA ELECTRONIC MAIL AND ECF</u>**

Hon. Anne M. Nardacci
United States Bankruptcy Court
Northern District of New York
James T. Foley United States Courthouse
445 Broadway, Suite 330
Albany, NY 12207

**Re:** ***McCormick 103, LLC v. Greg Beeche, Logistics, LLC, et al.*, Civil Action No. 25-00944-AMN**

Dear Judge Nardacci:

We represent Dotan Y. Melech, the court-appointed receiver ("Receiver") for Greg Beeche, Logistics, LLC ("GBL"). Counsel for non-party Albert Pikulinski ("Mr. Pikulinski") contacted me about a pending civil action in the Supreme Court of New York, New York County entitled *Albert Pikulinski v. Consigli Construction Co., Inc., et al*, Index No. 159596/2026 ("Pikulinski Case"). Mr. Pikulinski seeks relief from this Court's injunction to proceed with the Pikulinski Case to reduce his personal injury claim to judgment. Mr. Pikulinski has agreed to limit any recovery against GBL and its estate to the available insurance proceeds that cover his claim.

Accordingly, I submit to Your Honor the attached Stipulation that has been approved by all counsel and respectfully request that Your Honor endorse the Stipulation as "So Ordered."

The Receiver and I are available to respond should Your Honor have questions or concerns.

Respectfully submitted,

Spencer Fane LLP

R. McKay Holley

Encl.
cc: Greg Beeche via email gregbeeche@gmail.com
All parties registered to receive NEF