UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MCCORMICK 103, LLC,<br>*Plaintiff*,<br>v.<br>GREG BEECHE, LOGISTICS, LLC; GREG LOGISTICS, LLC; GREGORY L. BEECHE; and NEW YORK STATE DEPARTMENT OF TAXATION,<br>and<br>"JOHN DOE", "JANE DOE", "DOE ASSOCIATES", and "DOE CORP.", the names being fictitious and being intended to refer to any and all adult natural persons and to all partnerships, corporations and other legal entities having, or which may claim to have, any lien against or interest in the Real Property described in the complaint in this action, other than persons or entities already defendants herein,<br>*Defendants*. | Civil Action No. 1:25-cv-00944-AMN-TWD |

**ORDER TO SHOW CAUSE**

Upon the Motion of Plaintiff McCormick 103, LLC ("**Plaintiff**"), the secured lender herein, the Memorandum of Law in support thereof, the supporting Affidavit of the Court-Appointed Receiver William Colucci (the "**Real Estate Receiver**") dated November _____, 2026, the Exhibits annexed thereto, and good cause being shown pursuant to N.D.N.Y. Local Civil Rule 7.1(e) that expedited relief is required to preserve a time-sensitive commercial transaction dependent upon a year-end closing deadline, it is hereby:

**ORDERED**, that the defendants Greg Beeche, Logistics, LLC ("**GBL**"), Greg Logistics, LLC ("**GL**") and Gregory L. Beeche ("**Beeche,**" and collectively with GBL and GL referred to herein as the "**Defendants**"), shall show cause before this Court, at the United States District Court for the Northern District of New York located at 445 Broadway, Albany New York 12207 on ________________, 2026 at __________ am/pm ("**Initial Hearing Date**"), or as soon thereafter

as counsel may be heard, as to why this Court should not issue an Order pursuant to 28 U.S.C. §2001(b) and Federal Rule of Civil Procedure 66 (“**Motion**”):

1. Scheduling a final hearing on or before December 10, 2026 (“**Final Hearing**”) to:

   a. Approve the sale by the Real Estate Receiver of commercial real estate located at 356 Hudson River Road, Waterford, New York 12188 (the “**Property**”) via private sale to Red Sea Development, Inc. and/or its assignee (the “**Buyer**”) pursuant to the terms of the Purchase and Sale Agreement attached to the Plaintiff’s moving papers (the “**PSA**”);

   b. Ratify the three appraisals obtained by the Receiver as fully compliant with the valuation requirements of 28 U.S.C. §2001(b);

   c. Find that the contractual purchase price of $4,500,000.00 (the “**Purchase Price**”) under the PSA complies with the statutory floor of 28 U.S.C. §2001(b) because it is not less than two-thirds (2/3) of the average of the three independent valuations of the Property;

   d. Authorize and directing the Receiver to execute any and all deeds, closing statements, 1031 exchange documentation, and ancillary transfer documents necessary to consummate the transaction;

   e. Authorize the transfer of title to the Property to the Buyer free and clear of all liens, claims, encumbrances and interests, including any equity of redemption held by any of the Defendants, with any such valid liens, claims, encumbrances and interests to attach strictly to the net proceeds of the sale in their current priority; and

   f. Grant the Lender and the Receiver such other, further and different relief as this Court may deem just and proper.

2. Pursuant to 28 U.S.C. §2001(b), authorizing the Real Estate Receiver to publish notice of a proposed private sale in the Times Union at a least ten (10) days prior to the Final Hearing.

3. Pursuant to 28 U.S.C. §2001(b), appointing the three independent appraisers utilized by the Receiver; and it is further

**ORDERED**, that sufficient cause appearing therefore, let service of a copy of this Order to Show Cause and the papers upon which it was granted be made by electronic mail upon Defendants and their counsel on or before _____________, 2026, and such service shall be deemed good and sufficient service; and it is further

**ORDERED**, that opposition papers to the Order to Show Cause, if any, must be filed with the Court and served by electronic mail on counsel for the Plaintiff at christopher.schueller@bipc.com no later than ________________, 2026 at __________ am/pm; and it is further

**ORDERED**, that Plaintiff may file electronic reply papers, if any, to the opposition papers to the Order to show Cause on or before ___________________, 2026 at ________ am/pm.

Dated: ______________________, 2026
Albany, New York

____________________________________
Hon. Anne M. Nardacci, U.S.D.J.